IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 27 2019

CLERK, U.S. DISTRICT COURT
By_____
Deputy

OMID ATAYI, INDIVIDUALLY AND ON §
BEHALF OF ALL OTHERS SIMILARLY §
SITUATED, §
§
          Plaintiff, §
§
VS. §   NO. 4:19-CV-928-A
§
AZZ INC., ET AL., §
§
          Defendants. §

ORDER

Came on for consideration the unopposed motion by defendants, AZZ, Inc., Thomas E. Ferguson, and Paul W. Fehlman, for extension of time to answer or otherwise respond until 45 days after Lead Plaintiff files an amended complaint or designates the operative complaint. The court finds that such motion should be denied. The court notes that defendant AZZ, Inc. failed to file an answer or otherwise respond to the complaint before the November 26, 2019 deadline.[1] Therefore,

The court ORDERS that such motion be, and is hereby, denied.

The court further ORDERS that defendant AZZ, Inc. be, and is hereby, granted an extension of time until December 6, 2019 to file its answer or other response to the complaint. Failure to comply with this order may result in sanctions, including entry

---

[1] Defendants Thomas E. Ferguson and Paul W. Fehlman have not been served and therefore have not failed to timely file an answer or otherwise respond to the complaint.

of default and granting of default judgment, without further
notice.

    SIGNED November 27, 2019.

JOHN McBRYDE
United States District Judge

2