ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC – 2 2019

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| OMID ATAYI, individually and on behalf of all others similarly situated, | § § § |
| Plaintiff, | § § § |
| v. | § § |
| AZZ, INC.; THOMAS E. FERGUSON; and PAUL W. FEHLMAN, | § § § § |
| Defendants. | § § |

Civil Action No. 4:19-cv-00928-A

## APPENDIX FILED IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CLASS ACTION COMPLAINT AND BRIEF IN SUPPORT THEREOF

# VOLUME 1

## TABLE OF CONTENTS

| Exhibit No. | Description of Exhibit | Tab No. | Page No. |
|---|---|---|---|
| **VOLUME 1** | | | |
| 1 | Class Action Complaint for Violations of the Federal Securities Laws, filed in *Logan Mullins v. AZZ, Inc., Thomas E. Ferguson, and Paul W. Fehlman,* No. 4:18-cv-00025-Y, United States District Court for the Northern District of Texas, Fort Worth Division | 1 | 001 |
| 2 | September 12, 2018 Order Modifying Briefing Schedule and Vacating Order, issued in the *Mullins* Lawsuit | 2 | 029 |
| 3 | October 8, 2018 Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1), filed in the *Mullins* Lawsuit | 3 | 031 |
| 4 | March 29, 2018 Form 8-K with attached Press Release regarding restatement of financials due to revenue recognition errors and disclosure of material weakness. | 4 | 034 |
| 5 | April 19, 2018 Form 10-K/A for fiscal year ended February 28, 2017 | 5 | 045 |
| 6 | April 19, 2018 Form 10-Q/A for period ended May 31, 2017 | 6 | 114 |
| 7 | April 19, 2018 Form 10-Q/A for period ended August 31, 2017 | 7 | 139 |
| 8 | May 15, 2018 Form 10-Q for period ended November 30, 2017 | 8 | 167 |
| **VOLUME 2** | | | |
| 9 | May 15, 2018 Form 10-K for fiscal year ended February 28, 2018 | 9 | 194 |
| 10 | July 3, 2018 Form 10-Q for period ended May 31, 2018 | 10 | 257 |
| 11 | October 9, 2018 Form 10-Q for period ended August 31, 2018 | 11 | 282 |
| 12 | January 8, 2019 Form 10-Q for period ended November 30, 2018 | 12 | 306 |
| 13 | May 17, 2019 Form 10-K for fiscal year ended February 28, 2019 | 13 | 331 |
| 14 | July 8, 2019 Form 10-Q for period ended May 31, 2019 | 14 | 398 |
| 15 | May 20, 2019 Press Release announcing retention of Grant Thornton LLP as Company's Accounting and Audit Firm | 15 | 421 |
| 16 | October 11, 2019 Form 12b-25 announcing delay in filing the Form 10-Q for period ended August 31, 2019 | 16 | 423 |
| 17 | October 25, 2018 Form 8-K with attached Press Release regarding departure  of Vice President and Chief Accounting Officer and employment of successor | 17 | 425 |

Dated: December 2nd, 2019                    Respectfully submitted,

                                             By: _____
                                                 Elizabeth L. Yingling
                                                 elizabeth.yingling@bakermckenzie.com
                                                 State Bar No. 16935975
                                                 Kimberly F. Rich
                                                 kimberly.rich@bakermckenzie.com
                                                 State Bar No. 24010344
                                                 Allen S. Al-Haj
                                                 allen.alhaj@bakermckenzie.com
                                                 State Bar No. 24096707

                                             BAKER & MCKENZIE LLP
                                             1900 N. Pearl Street, Suite 1500
                                             Dallas, Texas 75201
                                             214.978.3000—Telephone
                                             214.978.3099—Facsimile

                                             ATTORNEYS FOR DEFENDANTS
                                             AZZ, INC., THOMAS E. FERGUSON
                                             and PAUL W. FEHLMAN

## CERTIFICATE OF SERVICE

I hereby certify that on December 2nd, 2019, a true and correct copy of the foregoing document was submitted to the clerk of court for the U.S. District Court, Northern District of Texas, via hand delivery, in accordance with Judge McBryde's January 15, 2019 Standing Order. Additionally, I hereby certify that I have served all counsel electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

_____
Elizabeth L. Yingling

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| LOGAN MULLINS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>V<br><br>AZZ, INC., THOMAS E. FERGUSON, and PAUL W. FEHLMAN,<br><br>Defendants. | Case No.<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Logan Mullins ("Plaintiff"), by and through his attorneys, alleges upon personal knowledge as to himself, and upon information and belief as to all other matters, based upon the investigation conducted by and through his attorneys, which included, among other things, a review of documents filed by Defendants (as defined below) with the United States Securities and Exchange Commission (the "SEC"), conference call transcripts, news reports, press releases issued by Defendants, and other publicly available documents, as follows:

### NATURE AND SUMMARY OF THE ACTION

1.      This is a federal securities class action on behalf of all investors who purchased or otherwise acquired Defendant AZZ, Inc. ("AZZ" or the "Company") common stock between April 22, 2015 through January 8, 2018 inclusive (the "Class Period"). This action is brought on behalf of the Class for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78j(b) and 78t(a) and Rule 10b-5 promulgated thereunder by the SEC, 17 C.F.R. § 240.10b-5.



**EXHIBIT**

**1**

2.      AZZ is a global provider of galvanizing services, welding solutions, specialty electrical equipment and highly engineered services to the power generation, transmission, distribution, refining and industrial markets. It has two distinct operating segments: the Energy Segment and Galvanizing Segment. AZZ Galvanizing provides metal finishing solutions. AZZ Energy is dedicated to delivering safe and reliable transmission of power from generation sources to end customers, and automated weld overlay solutions for corrosion and erosion mitigation to critical infrastructure in the energy markets worldwide. This case concerns revenue recognition by AZZ Energy, or the "Energy Segment."

3.      On January 9, 2018, AZZ issued a press release disclosing that it "should have accounted differently for certain contracts within its Energy Segment." The Company said that "had determined that, in the case of contracts for which revenue was recorded upon contract completion and transfer of title, the Company instead should have applied the percentage of completion method."

4.      The Company said it "is currently reviewing whether its historical accounting for these contracts differs materially from the percentage-of-completion method and if there are any significant impacts to the Company's audited consolidated financial statements…" for the fiscal years ended February 2015, 2016 and 2017, as well as for the quarters ending May 31 and August 30, 2017.

5.      The Company also said that as an apparent function of multiple years of mis-reporting its financial results, it "is currently unable to file its Quarterly Report on Form 10-Q for the quarter ended November 30, 2017." The Company then filed a Notification of Late Filing with the Securities and Exchange Commission.

6. The January 9, 2018 statement came after AZZ spent more than two-and-a-half years supposedly evaluating accounting standards concerning revenue recognition.

7. On this news, AZZ's share price fell more than 6 percent, causing millions in losses to investors.

8. Throughout the Class Period, Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose (i) that it misstated revenues for its Energy Segment for the duration of the Class Period; (ii) that it had failed to report revenues in compliance with FASB's Accounting Standards Codification 605-35-25-92, which says that "the completed contract method may be used as an entity's basic accounting policy in circumstances in which financial position and results of operations would not vary materially from those resulting from use of the percentage-of-completion method (for example, in circumstances in which an entity has primarily short-term contracts)," (iii) that the Company lacked adequate internal controls over financial reporting; (iv) that its purported efforts – over more than two years – to evaluate revenue recognition standards had been an apparent failure; and that (v) as a result of the foregoing, AZZ's publicly disseminated financial statements were materially false and misleading.

## JURISDICTION AND VENUE

9. The federal law claims asserted herein arise under §§ 10(b) and 20(a) of the Exchange Act, 15 U.S.C. § 78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder by the SEC, 17 C.F.R. § 240.10b-5.

10. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331 and § 27 of the Exchange Act, 15 U.S.C. § 78aa.

003

11. This Court has jurisdiction over each Defendant named herein because each Defendant is an individual or corporation who has sufficient minimum contacts with this District so as to render the exercise of jurisdiction by the District Court permissible under traditional notions of fair play and substantial justice.

12. Venue is proper in this District pursuant to § 27 of the Exchange Act, 15 U.S.C. § 78aa and 28 U.S.C. § 1931(b), as the Company has its principal executive offices located in this District and conducts substantial business here. Additionally, many of the acts and practices complained of herein occurred in substantial part in this District, and witnesses and individual defendants are located in here.

13. In connection with the acts, omissions, conduct and other wrongs in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce including but not limited to the United States mail, interstate telephone communications and the facilities of the national securities exchange.

## PARTIES

14. Plaintiff Logan Mullins was a shareholder of AZZ during the Class Period. As set forth in the accompanying certification, incorporated by reference herein, Plaintiff acquired and held shares of the Company at artificially inflated prices during the Class Period and has been damaged by the revelation of the Company's material misrepresentations and material omissions.

15. Defendant AZZ, Inc. is a Texas corporation with its principal executive offices located at One Museum Place, Suite 500, 3100 West 7th Street, Fort Worth, Texas. AZZ provides galvanizing services, welding solutions, specialty electrical equipment and highly engineered services to the power generation, transmission, distribution, refining and industrial markets. Its Energy Segment provides specialized products and services to support industrial, nuclear and electrical applications. Its products include custom switchgear, electrical enclosures, medium and

high-voltage bus ducts, explosion proof and hazardous duty lighting, nuclear safety-related equipment and tubular products. The Energy Segment also focuses on extension of life cycle for the power generation, refining and industrial infrastructure, through automated weld overlay solutions for corrosion and erosion mitigation. The Company trades on the New York Stock Exchange under the ticker symbol "AZZ."

16. Defendant Thomas E. Ferguson ("Ferguson") has served at all relevant times as AZZ's President and Chief Executive Officer.

17. Defendant Paul W. Fehlman ("Fehlman") has served at all relevant times as AZZ's Senior Vice President and Chief Financial Officer.

18. Collectively, Ferguson and Fehlman are referred to throughout this complaint as the "Individual Defendants."

19. The Individual Defendants, because of their positions at the Company, possessed the power and authority to control the content and form of the Company's annual reports, quarterly reports, press releases, investor presentations, and other materials provided to the SEC, securities analysts, money and portfolio managers and investors, *i.e.*, the market. The Individual Defendants authorized the publication of the documents, presentations, and materials alleged herein to be misleading prior to its issuance and had the ability and opportunity to prevent the issuance of these false statements or to cause them to be corrected. Because of their positions within the Company and their access to material non-public information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public and that the positive representations being made were false and misleading. The Individual Defendants are liable for the false statements pleaded herein.

## SUBSTANTIVE ALLEGATIONS

### A.    *Materially False And Misleading Statements Made During the Class Period*

#### (a)    *The April 22, 2015 Form 10-K.*

20.    The Class Period begins on April 22, 2015. On that day, AZZ filed a Form 10-K with the SEC for the fiscal year ended February 28, 2015. It also issued a press release entitled "AZZ incorporated Reports Financial Results for the Fourth Quarter and Fiscal Year 2015," summarizing the financial and operating results for the period ended February 28, 2015.

21.    In pertinent part, the Form 10-K provided revenue figures for the Energy Segment.

|  | 2015 | 2014 |
|---|---|---|
|  | *(In thousands)* | |
| **Net sales:** | | |
| Energy | $ 458,339 | $ 416,106 |
| Galvanizing Services | 358,348 | 335,617 |
| Total Net Sales | $ 816,687 | $ 751,723 |

22.    The Company also disclosed its practices with respect to revenue recognition:

Revenue Recognition – Revenue is recognized for the Energy Segment upon transfer of title and risk to customers, or based upon the percentage of completion method of accounting for electrical products built to customer specifications and for services under long term contracts. We typically recognize revenue for the Galvanizing Service Segment at completion of the service unless we specifically agree with the customer to hold its material for a predetermined period of time after the completion of the galvanizing process and, in that circumstance, we invoice and recognize revenue upon shipment. Customer advanced payments presented in the balance sheets arise from advanced payments received from our customers prior to shipment of the product and are not related to revenue recognized under the percentage of completion method. The extent of progress for revenue recognized using the percentage of completion method is measured by the ratio of contract costs incurred to date to total estimated contract costs at completion. Contract costs include direct labor and material and certain indirect costs. Selling, general and administrative costs are charged to expense as incurred. Provisions for estimated losses, if any, on uncompleted contracts are made in the period in which such losses are able to be determined. The assumptions made in determining the estimated cost could differ from actual performance resulting in a different outcome for profits or losses than anticipated.

6

23.    The 10-K also assured investors of the effectiveness of the Company's internal control over financial reporting.  The 10-K said that:

**Evaluation of Disclosure Controls and Procedures**
As of February 28, 2015, the Company's management, with the participation of its principal executive officer and principal financial officer, have evaluated, as required by Rule 13a-15(e) under the Securities Exchange Act of 1934 ("the Exchange Act"), the effectiveness of the Company's disclosure controls and procedures. Based on that evaluation, the principal executive officer and principal financial officer concluded that, as of February 28, 2015, the Company's disclosure controls and procedures were effective to provide reasonable assurance that information required to be disclosed by the Company in the reports that it files or submits under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms, and were effective to provide reasonable assurance that such information is accumulated and communicated to the Company's management, including the principal executive officer and principal financial officer, to allow timely decisions regarding required disclosure.

**Changes in Internal Controls Over Financial Reporting**
There have been no changes in the Company's internal control over financial reporting during the three months ended February 28, 2015, that have materially affected, or are reasonably likely to materially affect, the Company's internal control over financial reporting.

**Management's Report on Internal Controls Over Financial Reporting**
The Company's management is responsible for establishing and maintaining adequate internal control over financial reporting, as defined in Rule 13a-15(f) of the Exchange Act. Management, with the participation of its principal executive officer and principal financial officer assessed the effectiveness, as of February 28, 2015, of the Company's internal control over financial reporting based on the criteria for effective internal control over financial reporting established in "Internal Control — Integrated Framework (2013)," issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on the assessment, management concluded that the Company maintained effective internal control over financial reporting as of February 28, 2015. Management's assessment and conclusion on the effectiveness of internal control over financial reporting did not include an assessment of the internal controls of Zalk Steel, whose acquisition was completed on June 30, 2014. The assets acquired from Zalk Steel comprised approximately 1.2% of the Company's total assets as of February 28, 2015. The Zalk Steel acquisition resulted in revenues and net income consisting of less than 1.0% of the Company's consolidated revenues and net income for the year ended February 28, 2015.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect all misstatements or fraud. Any control system, no matter how well designed and operated, is based upon certain assumptions and can provide only reasonable, not absolute, assurance that its objectives will be met.

The effectiveness of the Company's internal control over financial reporting as of February 28, 2015, has been audited by BDO USA, LLP, an independent registered public accounting firm, as stated in their attestation report included herein.

24.    The Individual Defendants signed the April 22, 2015 Form 10-K, and also signed the following certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX"):

1.  I have reviewed this Yearly Report on Form 10-K of AZZ incorporated;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a.  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b.  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c.  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

008

d. Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of registrant's board of directors (or persons performing the equivalent functions):

a. All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b. Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal controls over financial reporting.

25. The Company's April 22, 2015 press release reiterated the full-year revenue figures found in the 10-K, and also reported quarterly revenue figures for the Energy Segment:

Revenues for the Energy Segment for the fourth quarter of fiscal 2015 were $97.2 million as compared to $103.5 million for the same quarter last year, decreasing 6.1 percent. ... For fiscal 2015, revenues increased 10.1 percent to $458.3 million and operating income decreased 13.1 percent to $38.7 million compared to $416.1 million and $44.5 million respectively, in the prior year period.

### (b) The July 1, 2015 Form 10-Q.

26. A few months later, on July 1, 2015, AZZ filed with the SEC its quarterly report on Form 10-Q for the three-month period ended May 31, 2015. The July 1, 2015 Form 10-Q made the following statements concerning Energy Segment revenue:

|  | Three Months Ended | |
|---|---|---|
|  | 5/31/2015 | 5/31/2014 |
|  | (In thousands)(unaudited) | |
| Revenue: |  |  |
| Energy | $  137,003 | $  130,521 |
| Galvanizing Services | 91,885 | 85,605 |
| Total Revenue | $  228,888 | $  216,126 |

9

27.     The Company also disseminated these revenue figures in a press release dated July 1, 2015.

28.     In that same July 1, 2015 Form 10-Q, AZZ said it had begun to evaluate new revenue-recognition standards.

> In May 2014, the FASB issued ASU 2014-09, "Revenue from Contracts with Customers", issued as a new Topic, Accounting Standards Codification (ASC) Topic 606 ("ASU 2014-09"). The new revenue recognition standard provides a five-step analysis of transactions to determine when and how revenue is recognized. The premise of the guidance is that a Company should recognize revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services. ASU 2014-09 can be adopted by the Company either retrospectively or as a cumulative-effect adjustment as of the date of adoption. On April 1, 2015, the FASB decided to defer the effective date of the new revenue standard by one year. As a result, public entities would apply the new revenue standard to annual reporting periods beginning after December 15, 2017. This standard will be effective for the Company beginning in fiscal 2019. The Company is currently evaluating the new guidance and has not determined the impact this standard may have on its financial statements or decided upon the method of adoption.

29.     The July 1, 2015 Form 10-Q once again assured investors of the effectiveness of the Company's internal control over financial reporting. The 10-Q said that:

> Under the supervision and with the participation of the Company's Chief Executive Officer and Chief Financial Officer, management of the Company has evaluated the effectiveness of the design and operation of the Company's disclosure controls and procedures, as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), as of the end of the period covered by this report. Based upon that evaluation, the Chief Executive Officer and the Chief Financial Officer concluded that the Company's disclosure controls and procedures were effective and provide reasonable assurance, as of the end of the period covered by this report, that information required to be disclosed by us in our reports filed or submitted under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms and were effective to provide reasonable assurance that such information is accumulated and communicated to our management, including our principal executive and financial officers, as appropriate to allow timely discussions regarding required disclosure.

There have been no significant changes in the Company's internal control over financial reporting during the period covered by this report that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

30.    Finally, the Company's July 1, 2015 Form 10-Q was signed by Fehlman. Both Individual Defendants signed SOX certifications substantially similar to those in paragraph 24 above.

### (c)    *The September 29, 2015 Form 10-Q.*

31.    On September 29, 2015, the Company filed another Form 10-Q. The September 29, 2015 10-Q reported the following revenue figures for the Energy Segment:

| | Three Months Ended August 31, | | Six Months Ended August 31, | |
| | 2015 | 2014 | 2015 | 2014 |
| --- | --- | --- | --- | --- |
| | | | *(Unaudited)*<br>*(In thousands)* | |
| Net Sales: | | | | |
| Energy | $ 110,777 | $ 100,560 | $ 247,780 | $ 231,081 |
| Galvanizing Services | 103,469 | 92,856 | 195,354 | 178,461 |
| Total net sales | 214,246 | 193,416 | 443,134 | 409,542 |

32.    The Company also disseminated the above revenue chart in a press release on September 29, 2015.

33.    In the September 29, 2015 Form 10-Q, AZZ also said that was evaluating revenue-recognition standards. It repeated, in substantially similar language, the statement in paragraph 28 above, from the July 1, 2015 10-Q.

34.    The September 29, 2015 Form 10-Q once again assured investors of the effectiveness of the Company's internal control over financial reporting. The 10-Q repeated, in substantially similar language, the assurance from the July 1, 2015 10-Q in paragraph 29 above.

11

35.     Finally, the Company's September 29, 2015 Form 10-Q was signed by Fehlman, and both Individual Defendants signed SOX certifications substantially similar to those in paragraph 24 above.

### (d)     *The January 8, 2016 Form 10-Q.*

36.     The Company next released inaccurate financial information in its January 8, 2016 Form 10-Q. The Company reported the following revenue for the Energy Segment:

| | Three Months Ended November 30, | | Nine Months Ended November 30, | |
|---|---|---|---|---|
| | 2015 | 2014 | 2015 | 2014 |
| | | | *(Unaudited)*<br>*(In thousands)* | |
| Net Sales: | | | | |
| Energy | $ 136,007 | $ 130,052 | $ 383,787 | $ 361,133 |
| Galvanizing Services | 106,440 | 94,781 | 301,794 | 273,243 |
| Total net sales | 242,447 | 224,833 | 685,581 | 634,376 |

37.     The Company also disseminated the above revenue chart in a press release on January 8, 2016.

38.     In the January 8, 2016 Form 10-Q, AZZ once again said that it was evaluating revenue-recognition standards. It repeated, once again, in substantially similar language, the statement in paragraph 28 above, from the July 1, 2015 10-Q.

39.     The, January 8, 2016 10-Q also assured investors, once again, of the effectiveness of the Company's internal control over financial reporting. The 10-Q repeated, in substantially similar language, the assurance from the July 1, 2015 10-Q in paragraph 29 above.

40.     Finally, the Company's January 8, 2016 Form 10-Q was signed by Fehlman, and both Individual Defendants signed SOX certifications substantially similar to those in paragraph 24 above.

012

**(e)    _The April 21, 2016 Form 10-K._**

41.    The Company made its next inaccurate release of financial information in its Form 10-K filed April 21, 2016. The Company reported the following revenue for the Energy Segment:

|  | 2016 | 2015 |
|---|---|---|
|  | _(In thousands)_ | |
| **Net sales:** | | |
| Energy | $    500,830 | $    458,339 |
| Galvanizing | 402,362 | 358,348 |
| Total Net Sales | $    903,192 | $    816,687 |

42.    The Company repeated the above revenue chart in a press release issued April 21, 2016, in which it also announced that "Revenues for the Energy Segment for the fourth quarter of fiscal 2016 were $117.0 million as compared to $97.2 million for the same quarter [a year earlier.]"

43.    The Company described its revenue recognition practices in language substantially identical to that used in the April 22, 2015 Form 10-K, set forth in paragraph 22 above.

44.    The April 21, 2016 Form 10-K also assured investors of the effectiveness of the Company's internal control over financial reporting. It repeated, in substantially similar language, the statements concerning internal controls from its April 22, 2015 Form 10-K, set forth in paragraph 23 above.

45.    In the April 21, 2016 Form 10-Q, AZZ once again said that it was evaluating revenue-recognition standards. It repeated, once again, in substantially identical language, the statement in paragraph 28 above, from the July 1, 2015 10-Q.

46.    The Company's April 21, 2016 Form 10-K was signed by the Individual Defendants, Ferguson and Fehlman, and contained SOX certifications substantially identical to those found in the April 22, 2015 Form 10-K, set forth in paragraph 24 above.

13

**(f)    *The July 5, 2016 Form 10-Q.***

47.    The Company made its next inaccurate dissemination of financial information in a Form 10-Q filed on July 5, 2016. The Company reported the following revenue for the Energy Segment:

Three Months Ended May 31,

| | 2016 | 2015 |
|---|---|---|
| | *(Unaudited)* *(In thousands)* | |
| Net Sales: | | |
| Energy | $    138,102 | $    137,003 |
| Galvanizing | 104,565 | 91,885 |
| Total net sales | 242,667 | 228,888 |

48.    The Company also disseminated the above revenue chart in a press release on July 5, 2016.

49.    In the July 5, 2016 Form 10-Q, AZZ once again said that it was evaluating revenue-recognition standards. It repeated, once again , in substantially identical language, the statement in paragraph 28 above, from the July 1, 2015 10-Q.

50.    The July 5, 2016 Form 10-Q also assured investors, once again, of the effectiveness of the Company's internal control over financial reporting. The 10-Q repeated, in substantially identical language, the assurance from the July 1, 2015 10-Q in paragraph 29 above.

51.    Finally, the Company's July 5, 2016 Form 10-Q was signed by Fehlman, and Individual Defendants signed SOX certifications substantially similar to those in paragraph 24 above.

014

### (g)    *The October 5, 2016 Form 10-Q.*

52.    The Company made its next inaccurate dissemination of financial information in a Form 10-Q filed on October 5, 2016. The Company reported the following revenue for the Energy Segment:

| Three Months Ended August 31, | | | Six Months Ended August 31, | | |
|---|---|---|---|---|---|
| | 2016 | 2015 | 2016 | | 2015 |
| | | | *(Unaudited)* *(In thousands)* | | |
| Net Sales: | | | | | |
| Energy | $  97,601 | $  110,777 | $ | 235,703 | $  247,780 |
| Galvanizing | 97,444 | 103,469 | | 202,009 | 195,354 |
| Total net sales | 195,045 | 214,246 | | 437,712 | 443,134 |

53.    The Company also disseminated the above revenue chart in a press release on July 5, 2016.

54.    In the October 5, 2016 Form 10-Q, AZZ once again said that it was evaluating revenue-recognition standards. It repeated, once again, in substantially similar language, the statement in paragraph 28 above, from the July 1, 2015 10-Q.

55.    The October 5, 2016 Form 10-Q also assured investors, once again, of the effectiveness of the Company's internal control over financial reporting. The 10-Q repeated, in substantially identical language, the assurance from the July 1, 2015 Form 10-Q in paragraph 29 above.

56.    Finally, the Company's October 5, 2016 Form 10-Q was signed by Fehlman, and both Individual Defendants signed SOX certifications substantially similar to those in paragraph 24 above.

15

### (h)    *The January 6, 2017 Form 10-Q.*

57.    The Company made its next inaccurate dissemination of financial information in a Form 10-Q filed on January 6, 2017. The Company reported the following revenue for the Energy Segment:

| | Three Months Ended November 30, | | Nine Months Ended November 30, | |
| --- | --- | --- | --- | --- |
| | 2016 | 2015 | 2016 | 2015 |
| | | | *(Unaudited)*<br>*(In thousands)* | |
| Net Sales: | | | | |
| Energy | $  135,553 | $  136,007 | $        371,256 | $    383,787 |
| Galvanizing | 91,906 | 106,440 | 293,915 | 301,794 |
| Total net sales | 227,459 | 242,447 | 665,171 | 685,581 |

58.    The Company also disseminated the above revenue chart in a press release on January 6, 2017.

59.    In the January 6, 2017 Form 10-Q, AZZ once again said that it was evaluating revenue-recognition standards. It repeated, once again, in substantially similar language, the statement in paragraph 28 above, from the July 1, 2015 Form 10-Q.

60.    The January 6, 2017 Form 10-Q also assured investors, once again, of the effectiveness of the Company's internal control over financial reporting. The 10-Q repeated, in substantially similar language, the assurance from the July 1, 2015 Form 10-Q in paragraph 29 above.

61.    Finally, the Company's January 6, 2017 Form 10-Q was signed by Fehlman, and both Individual Defendants signed SOX certifications substantially similar to those in paragraph 24 above.

### (i)    *The April 20, 2017 Form 10-K.*

62.    The Company made its next inaccurate release of financial information in its Form 10-K filed April 20, 2017. The Company reported the following revenue for the Energy Segment:

016

|  | 2017 | | 2016 |
|---|---|---|---|
|  | *(In thousands)* | | |
| **Net sales:** | | | |
| Energy | $    483,394 | $ | 500,830 |
| Galvanizing | 375,536 | | 402,362 |
| Total Net Sales | $    858,930 | $ | 903,19 |

63.    The Company repeated the above revenue chart in a press release issued April 20, 2017, in which it also announced that "Revenues for the Energy segment for the fourth quarter of fiscal 2017 were $112.1 million as compared to $117.0 million for the same quarter [a year earlier], decreasing by 4.2 percent."

64.    The Company described its revenue recognition practices in language substantially similar to that used in the April 22, 2015 Form 10-K, set forth in paragraph 22 above.

65.    The April 20, 2017 Form 10-K also assured investors of the effectiveness of the Company's internal control over financial reporting. It repeated, in substantially similar language, the statements concerning internal controls from its April 22, 2015 Form 10-K, set forth in paragraph 23 above.

66.    In the April 20, 2017 Form 10-Q, AZZ said it believed the new accounting standards it had been evaluating for nearly two years might have an impact:

> In May 2014, the FASB issued ASU 2014-09, "Revenue from Contracts with Customers", issued as a new Topic, Accounting Standards Codification (ASC) Topic 606 ("ASU 2014-09"). The new revenue recognition standard provides a five-step analysis of transactions to determine when and how revenue is recognized. The premise of the guidance is that a Company should recognize revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services. ASU 2014-09 can be adopted by the Company either retrospectively or as a cumulative-effect adjustment as of the date of adoption. On April 1, 2015, the FASB decided to defer the effective date of the new revenue standard by one year. As a result, public entities would apply the new revenue standard to annual reporting periods beginning after December 15, 2017. This

standard will be effective for the Company beginning in fiscal 2019. The Company is planning on adopting this standard retrospectively. We believe this standard will impact the current accounting for contracts accounted for under the percentage of completion method of revenue recognition, however the overall impact to the prior year financial results is still under review.

67.    The Company's April 20, 2017 Form 10-K was signed by the Individual Defendants, Ferguson and Fehlman, and contained SOX certifications substantially similar to those found in the April 22, 2015 Form 10-K, set forth in paragraph 24 above.

### (j)    *The July 6, 2017 Form 10-Q.*

68.    The Company made its next inaccurate dissemination of financial information in a Form 10-Q filed on July 6, 2017.  The Company reported the following revenue for the Energy Segment:

|  | Three Months Ended May 31, | |
| --- | --- | --- |
|  | 2017 | 2016 |
|  | (Unaudited) | |
|  | (In thousands) | |
| Net Sales: |  |  |
| Energy | $   116,474 | $    138,102 |
| Metal Coatings | 92,077 | 104,565 |
| Total net sales | 208,551 | 242,667 |

69.    The Company also disseminated the above revenue chart in a press release on July 6, 2017.

70.    In the July 6, 2017 Form 10-Q, AZZ the Company once again said that it planned to implement new accounting standards. It said:

In May 2014, the FASB issued ASU 2014-09, "Revenue from Contracts with Customers", issued as a new Topic, Accounting Standards Codification (ASC) Topic 606 ("ASU 2014-09"). The new revenue recognition standard provides a five-step analysis of transactions to determine when and how revenue is recognized. The premise of the guidance is that a Company should recognize revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services. ASU 2014-09 can be adopted by the Company either

18

retrospectively or as a cumulative-effect adjustment as of the date of adoption. This ASU is effective for public entities for reporting periods beginning after December 15, 2017. This standard will be effective for the Company beginning in fiscal 2019. The Company is planning on adopting this standard retrospectively. We believe this standard will impact the current accounting for contracts accounted for under the percentage of completion method of revenue recognition, however the overall impact to the prior year financial results is still under review.

71.    The July 6, 2017 Form 10-Q also assured investors, once again, of the effectiveness of the Company's internal control over financial reporting. The 10-Q repeated, in substantially similar language, the assurance from the July 1, 2015 10-Q in paragraph 29 above.

72.    Finally, the Company's July 6, 2017 Form 10-Q was signed by Fehlman, and both Individual Defendants signed SOX certifications substantially similar to those in paragraph 24 above.

### (k)    The October 3, 2017 Form 10-Q.

73.    The Company made its next inaccurate dissemination of financial information in a Form 10-Q filed on October 3, 2017. The Company reported the following revenue for the Energy Segment:

|  | Three Months Ended August 31, | | Six Months Ended August 31, | |
| --- | --- | --- | --- | --- |
|  | 2017 | 2016 | 2017 | 2016 |
|  | *(Unaudited)* | | | |
|  | *(In thousands)* | | | |
| Net Sales: | | | | |
| Energy | $    91,377 | $    97,601 | $    207,850 | $    235,703 |
| Metal Coatings | 99,030 | 97,444 | 191,108 | 202,009 |
| Total net sales | 190,407 | 195,045 | 398,958 | 437,712 |

74.    The Company also disseminated the above revenue chart in a press release on October 3, 2017.

75.    In the October 3, 2017 Form 10-Q, AZZ once again said that it had adopted new revenue-recognition standards. It said:

In May 2014, the FASB issued ASU 2014-09, "Revenue from Contracts with Customers", issued as a new Topic, Accounting Standards Codification (ASC) Topic 606 ("ASU 2014-09"). The new revenue recognition standard provides a

19

five-step analysis of transactions to determine when and how revenue is recognized. The premise of the guidance is that a Company should recognize revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services. ASU 2014-09 can be adopted by the Company either retrospectively or as a cumulative-effect adjustment as of the date of adoption. This ASU is effective for public entities for reporting periods beginning after December 15, 2017. This standard will be effective for the Company beginning in fiscal 2019. The Company is planning on adopting this standard retrospectively. We believe this standard will impact the timing of revenue recognition for contracts which contain multiple performance obligations with revenue recognized over time, however the overall impact to the prior year financial results is still under review.

76.    The October 3, 2017 Form 10-Q also assured investors, once again, of the effectiveness of the Company's internal control over financial reporting. The 10-Q repeated, in substantially similar language, the assurance from the July 1, 2015 Form 10-Q in paragraph 29 above.

77.    Finally, the Company's October 3, 2017 Form 10-Q was signed by Fehlman, and both Individual Defendants signed SOX certifications substantially similar to those in paragraph 24 above.

**B.   _The Truth Emerges – Disclosures At The End Of The Class Period_**

78.    On January 9, 2017, before the markets opened, the Company issued a press release and filed the same on Form 8-K with the SEC, entitled "AZZ Inc to Review Accounting Methodology Resulting in a Delay of the Issuance of its Fiscal Year 2018 Third Quarter Form 10-Q. AZZ Inc. Updates Guidance for Fiscal 2018 Revenue and Earnings per Share." The press release stated, in pertinent part:

> January 9, 2018 - _FORT WORTH, TX_ - AZZ Inc. (NYSE: AZZ), (the "Company"), a global provider of metal coating services, welding solutions, specialty electrical equipment and highly engineered services, today announced upon the recommendation of the Company's management and in consultation with the Company's Audit Committee and the Company's independent registered public accounting firm, BDO USA, LLP, on January 4, 2018 determined that the Company historically should have accounted differently for certain contracts within its

20

Energy Segment. As disclosed in the Company's 2017 Annual Report on Form 10-K, revenue was historically recognized for the Energy Segment upon transfer of title and risk to customers or based upon the percentage of completion method of accounting for electrical products built to customer specifications. The Company has determined that, in the case of contracts for which revenue was recorded upon contract completion and transfer of title, the Company instead should have applied the percentage of completion method. The FASB's Accounting Standards Codification 605-35-25-92 notes that "the completed contract method may be used as an entity's basic accounting policy in circumstances in which financial position and results of operations would not vary materially from those resulting from use of the percentage-of-completion method (for example, in circumstances in which an entity has primarily short-term contracts)." In general, the percentage-of-completion method results in a revenue recognition pattern over time as a project progresses as opposed to deferring revenues until project completion under the completed contract method.

As a result, the Company is currently reviewing whether its historical accounting for these contracts differs materially from the percentage-of-completion method and if there are any significant impacts to the Company's audited consolidated financial statements for the fiscal years ended February 28, 2015 and 2017, and the fiscal year ended February 29, 2016, as contained in its 2017 Annual Report on Form 10-K and the previously issued unaudited financial statements contained in its Quarterly Reports on Form 10-Q for the quarters ended May 31, 2017 and August 31, 2017. The analysis is ongoing, and the Company cannot yet estimate when it will be completed. However, the Company is working diligently and expeditiously to complete the review and will provide any updates when and if they become available. Accordingly, the Company cannot yet conclude upon the materiality of any potential adjustments. As the review is ongoing, the Company is currently unable to file its Quarterly Report on Form 10-Q for the quarter ended November 30, 2017. The Company expects to file a Form 12b-25, Notification of Late Filing, with the Securities and Exchange Commission regarding the delayed filing.

79.    In addition to demonstrating the apparent falsity of the Energy Segment's revenue figures, the January 9, 2017 press release showed that the company's statements concerning the evaluation of new revenue recognition standards over two-and-a-half years had been inaccurate. If it had actually been studying the issue, it would have revealed its revenue recognition issues earlier.

021

## CLASS ACTION ALLEGATIONS

80. Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of a class of all persons and entities who purchased or otherwise acquired AZZ securities between April 22, 2015 through January 8, 2018, inclusive. Excluded from the Class are Defendants, directors and officers of the Company, as well as their families and affiliates.

81. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, AZZ securities were actively traded on the New York Stock Exchange. While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. As of April 10, 2017, there were 26,020,582 shares of AZZ stock outstanding. Record owners and other members of the Class may be identified from records maintained by AZZ or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

82. There is a well-defined community of interest in the questions of law and fact involved in this case. Questions of law and fact common to the members of the Class which predominate over questions which may affect individual Class members include:

a. Whether Defendants violated the Exchange Act;

b. Whether Defendants omitted and/or misrepresented material facts;

c. Whether Defendants' statements omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;

d.      Whether Defendants knew or recklessly disregarded that their statements were false and misleading;

e.      Whether the price of the Company's stock was artificially inflated; and

f.      The extent of damage sustained by Class members and the appropriate measure of damages.

83.     Plaintiff's claims are typical of those of the Class because Plaintiff and the Class sustained damages from Defendants' wrongful conduct alleged herein.

84.     Plaintiff will adequately protect the interests of the Class and has retained counsel who are experienced in class action securities litigation. Plaintiff has no interests that conflict with those of the Class.

85.     A class action is superior to other available methods for the fair and efficient adjudication of this controversy. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## LOSS CAUSATION

86.     Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

87.     During the Class Period, Plaintiff and the Class purchased AZZ securities at artificially inflated prices and were damaged thereby.

88.     On January 9, 2018, before trading opened, AZZ that it "should have accounted differently for certain contracts within its Energy Segment." As a result, the Company is "reviewing" three-and-a-half fiscal years of accounting.

23

89.     Moreover, the Company had announced as early as July 2015 that it was studying the very revenue-recognition issues that it revealed, on January 9, 2018, it had been misapplying. (FASB's ASU 2014-09 superseded Accounting Standards Codification 605-35). Notwithstanding two-and-a-half years of study, on January 9, 2018 the Company said it "cannot yet estimate when [the review] will be completed."

90.     On this news, AZZ's share price fell 6.2% to close at $47.50 on January 9, 2018, down from a close of $50.64 on January 8, 2018.

91.     This decline is directly attributable to the Company's January 9, 2018 revelation that it had been improperly recognizing revenue, notwithstanding its claims – over two-and-a-half years – to have been studying the issue.

## FRAUD ON THE MARKET

92.     Plaintiff will rely upon the presumption of reliance established by the fraud-on-the-market doctrine that, among other things:

a.     Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

b.     The omissions and misrepresentations were material;

c.     The Company's common stock traded in efficient markets;

d.     The misrepresentations alleged herein would tend to induce a reasonable investor to misjudge the value of the Company's common stock; and

e.     Plaintiff and other members of the class purchased the Company's common stock between the time Defendants misrepresented or failed to disclose material facts and the time that the true facts were disclosed, without knowledge of the misrepresented or omitted facts.

24

93.    At all relevant times, the markets for the Company's stock were efficient for the following reasons, among others: (i) the Company filed periodic public reports with the SEC; and (ii) the Company regularly communicated with public investors via established market communication mechanisms, including through regular disseminations of press releases on the major news wire services and through other wide-ranging public disclosures such as communications with the financial press, securities analysts, and other similar reporting services. Plaintiff and the Class relied on the price of the Company's common stock, which reflected all information in the market, including the misstatements by Defendants.

## NO SAFE HARBOR

94.    The statutory safe harbor provided for forward-looking statements under certain conditions do not apply to any of the allegedly false statements pleaded in this Complaint. The specific statements pleaded herein were not identified as forward-looking statements when made.

95.    To the extent there were any forward-looking statements, there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements.

## CAUSES OF ACTION

## COUNT I

### Violation of § 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder
### (Against All Defendants)

96.    Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

97.    During the Class Period, Defendants disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they

contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

98.    Defendants violated § 10(b) of the Exchange Act and Rule 10b-5 in that they (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon those who purchased or otherwise acquired the Company's securities during the Class Period.

99.    Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for the Company's common stock. Plaintiff and the Class would not have purchased the Company's common stock at the price paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by Defendants' misleading statements.

## COUNT II

### Violation of § 20(a) of the Exchange Act
### (Against The Individual Defendants)

100.    Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

101.    The Individual Defendants acted as controlling persons of the Company within the meaning of § 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions at the Company, the Individual Defendants had the power and authority to cause or prevent the Company from engaging in the wrongful conduct complained of herein. The Individual Defendants were provided with or had unlimited access to the Company's reports, press releases, public filings and other statements alleged by Plaintiffs to be false or misleading both prior to and

26

026

immediately after their publication, and had the ability to prevent the issuance of those materials or to cause them to be corrected so as not to be misleading.

102.    In particular, each of these Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, is presumed to have had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

103.    As set forth above, AZZ and the Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and/or omissions as alleged in this Complaint. By virtue of their positions as controlling persons, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

A.    determining that this action is a proper class action pursuant to Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure on behalf of the Class as defined herein, and a certification of Plaintiff as class representative pursuant to Rule 23 of the Federal Rules of Civil Procedure and appointment of Plaintiff's counsel as Lead Counsel;

B.    awarding compensatory and punitive damages in favor of Plaintiff and the other class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including pre-judgment and post-judgment interest thereon.

C.      awarding Plaintiff and other members of the Class their costs and expenses in this litigation, including reasonable attorneys' fees and experts' fees and other costs and disbursements; and

D.      awarding Plaintiff and the other Class members such other relief as this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury in this action of all issues so triable.

Dated:  January 11, 2018

**KENDALL LAW GROUP, PLLC**

*/s/ Joe Kendall*

Joe Kendall
Texas Bar No. 11260700
Jamie J. McKey
Texas Bar No. 24045262
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone:  (214) 744-3000
Facsimile:  (214) 744-3015
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block *(pro hac vice forthcoming)*
Bradley J. Vettraino *(pro hac vice forthcoming)*
Thomas W. Kirchofer *(pro hac vice forthcoming)*
155 Federal Street, Suite 400
Boston, MA 02110
Tel: 617-398-5600
Fax: 617-507-6020
Jeff@blockesq.com
Bradley@blockesq.com
Tom@blockesq.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| LOGAN MULLINS, Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | Civil Action No. 4:18-CV-025-Y |
| vs. | § § | |
| AZZ, INC., et al., | § § | |
| Defendants. | § § § | |

## ORDER MODIFYING BRIEFING SCHEDULE AND VACATING ORDER

Presently before the Court is the Joint Stipulation to Modify Briefing Schedule (doc. 36) filed by IBEW Local 353 Pension Plan ("Lead Plaintiff") and defendants AZZ, Inc., Thomas E. Ferguson, and Paul W. Fehlman's ("Defendants"). Good cause appearing, the Court **GRANTS** the Stipulation. Accordingly, as stipulated by the parties:

1. Lead Plaintiff may file any amended complaint on or before **October 8, 2018**;

2. Defendants shall answer, move, or otherwise respond to any amended complaint on or before **November 26, 2018**;

3. Lead Plaintiff may file its oppositions to any motions in response to any amended complaint on or before **January 7, 2019**;

4. Defendant may file their replies in support of any motions in response to any amended complaint on or before **February 6, 2019**; and



EXHIBIT
2

- 1 -

029

5.  The Court's August 10 Order to Submit Joint Status Report and Proposed Discovery Plan (doc. 35) is VACATED.

SIGNED September 12, 2018.

_Terry R. Means_

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

Case 4:18-cv-00025-Y   Document 38   Filed 10/08/18   Page 1 of 3   PageID 700

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| LOGAN MULLINS, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>AZZ, INC., et al.,<br><br>            Defendants. | § § § § § § § § § § § § § | Civil Action No. 4:18-cv-00025-Y<br><br>CLASS ACTION |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**



031

PLEASE TAKE NOTICE THAT Lead Plaintiff IBEW Local 353 Pension Plan hereby voluntarily dismisses the complaint without prejudice against all defendants. A class has not been certified in this action and no defendant in this action has served an answer or motion for summary judgment.

DATED: October 8, 2018

ROBBINS GELLER RUDMAN
&  DOWD LLP
SPENCER A. BURKHOLZ
DOUGLAS R. BRITTON
DANIELLE S. MYERS

s/ Danielle S. Myers
DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
dougb@rgrdlaw.com
danim@rgrdlaw.com

Lead Counsel for Plaintiff

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
JAMIE J. McKEY (Texas Bar No. 24045262)
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com

Local Counsel

KOSKIE MINSKY LLP
MICHAEL MAZZUCA
20 Queen Street West
Suite 900, Box 52
Toronto, Ontario M5H 3R3
Telephone:  416/977-8353
416/977-3316 (fax)

Additional Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon its filing via this Court's CM/ECF system

on this 8th day of October, 2018, to all counsel of record.

s/ Danielle S. Myers

DANIELLE S. MYERS

8-K 1 a8-k.htm 8-K

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

## FORM 8-K

### CURRENT REPORT

PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934

Date of Report (Date of earliest event reported):
March 26, 2018

# AZZ INC.
(Exact name of Registrant as specified in its charter)

| TEXAS | 1-12777 | 75-0948250 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | Commission File No. | (I.R.S. Employer Identification Number) |

One Museum Place, Suite 500
3100 West 7th Street
Fort Worth, TX 76107
(Address of principal executive offices, including zip
code)

Registrant's Telephone Number, including Area Code:          (817) 810-0095

N/A
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter). Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

EXHIBIT
tabbies
4

034

## Item 2.02 Results of Operations and Financial Condition.

On March 29, 2018, AZZ Inc. (the "Company") issued a press release announcing its intent to restate certain previously issued annual and interim financial statements and the anticipated impacts to its consolidated financial statements for the Relevant Periods (as defined below). A copy of this press release is attached hereto as Exhibit 99.1 and is incorporated herein by reference.

## Item 4.02 Non-Reliance on Previously Issued Financial Statements or a Related Audit Report or Completed Interim Review

On March 26, 2018, the management of the Company in conferring with the Company's independent registered public accounting firm, BDO USA, LLP ("BDO"), concluded that the Company's previously issued audited consolidated financial statements (and any related audit reports of BDO) contained in the Company's 2017 Annual Report on Form 10-K (which includes consolidated financial statements for years ending February 28, 2015, February 29, 2016 and February 28, 2017) and the unaudited consolidated financial statements contained in the Company's Quarterly Reports on Form 10-Q for the quarters ended May 31, 2017 and August 31, 2017 (collectively, the "Relevant Periods") should no longer be relied upon due to an accounting error. The Company determined that it should have applied the percentage-of-completion method of accounting under the FASB's Accounting Standards Codification No. 605-35, *Construction-Type and Production-Type Contracts* ("ASC 605-35"), for certain contracts of the Company as further described below. After conferring with the Company's management and BDO, the Audit Committee of the Board of Directors of the Company concurred with the above conclusion of the Company's management.

The Company will file amendments to its Annual Report on Form 10-K and Quarterly Reports on Form 10-Q for the Relevant Periods to restate the previously issued annual and interim financial statements. Although the Company cannot yet estimate when it will complete the restatements and file the amended annual and periodic reports, the Company is working diligently and expeditiously towards completion of the restatements and intends to file the amended annual and periodic reports as soon as reasonably practicable and prior to filing its Quarterly Report on Form 10-Q for the quarter ended November 30, 2017.

The table below sets forth the anticipated impacts to the consolidated statements of income (unaudited, in thousands, except per share data):

| | Year Ended | | | | | |
| | February 28, 2017 | | | February 29, 2016 | | |
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
|---|---|---|---|---|---|---|
| Net Sales | $ 858,930 | $ 4,608 | $ 863,538 | $ 903,192 | $ (13,792) | $ 889,400 |
| Cost of Sales | 654,146 | 4,790 | 658,936 | 673,081 | (11,799) | 661,282 |
| Gross Profit | 204,784 | (182) | 204,602 | 230,111 | (1,993) | 228,118 |
| Operating Income | 98,360 | (182) | 98,178 | 122,288 | (1,993) | 120,295 |
| Income Before Income Taxes | 84,749 | (182) | 84,567 | 104,368 | (1,993) | 102,375 |
| Income Tax Expense | 23,828 | (68) | 23,760 | 27,578 | (747) | 26,831 |
| Net Income | $ 60,921 | $ (114) | $ 60,807 | $ 76,790 | $ (1,246) | $ 75,544 |
| Earnings Per Common Share | | | | | | |
| Basic Earnings Per Share | $ 2.35 | $ (0.01) | $ 2.34 | $ 2.98 | $ (0.05) | $ 2.93 |
| Diluted Earnings Per Share | $ 2.33 | $ — | $ 2.33 | $ 2.96 | $ (0.05) | $ 2.91 |
| Weighted Average Shares Outstanding | | | | | | |
| Basic | 25,965 | | 25,965 | 25,800 | | 25,800 |
| Diluted | 26,097 | | 26,097 | 25,937 | | 25,937 |

035

|  | Year Ended | | |
|---|---|---|---|
|  | **February 28, 2015** | | |
|  | **As Reported** | **Correction** | **As Restated** |
| Net Sales | $ 816,687 | $ 3,005 | $ 819,692 |
| Cost of Sales | 610,991 | 1,928 | 612,919 |
| Gross Profit | 205,696 | 1,077 | 206,773 |
| Operating Income | 106,825 | 1,077 | 107,902 |
| Income Before Income Taxes | 90,130 | 1,077 | 91,207 |
| Income Tax Expense | 25,187 | 404 | 25,591 |
| Net Income | $ 64,943 | $ 673 | $ 65,616 |
| Earnings Per Common Share | | | |
| Basic Earnings Per Share | $ 2.53 | $ 0.03 | $ 2.56 |
| Diluted Earnings Per Share | $ 2.52 | $ 0.03 | $ 2.55 |
| Weighted Average Shares Outstanding | | | |
| Basic | 25,676 | | 25,676 |
| Diluted | 25,778 | | 25,778 |

| | **Three Months Ended** | | | | | |
|---|---|---|---|---|---|---|
| | **May 31, 2017** | | | **August 31, 2017** | | |
| | **As Reported** | **Correction** | **As Restated** | **As Reported** | **Correction** | **As Restated** |
| Net Sales | $ 208,551 | $ (834) | $ 207,717 | $ 190,407 | $ 7,195 | $ 197,602 |
| Cost of Sales | 159,285 | 883 | 160,168 | 148,938 | 5,609 | 154,547 |
| Gross Profit | 49,266 | (1,717) | 47,549 | 41,469 | 1,586 | 43,055 |
| Operating Income | 21,907 | (1,717) | 20,190 | 15,056 | 1,586 | 16,642 |
| Income Before Income Taxes | 18,732 | (1,717) | 17,015 | 11,396 | 1,586 | 12,982 |
| Income Tax Expense | 5,492 | (644) | 4,848 | 3,067 | 595 | 3,662 |
| Net Income | $ 13,240 | $ (1,073) | $ 12,167 | $ 8,329 | $ 991 | $ 9,320 |
| Earnings Per Common Share | | | | | | |
| Basic Earnings Per Share | $ 0.51 | $ (0.04) | $ 0.47 | $ 0.32 | $ 0.04 | $ 0.36 |
| Diluted Earnings Per Share | $ 0.51 | $ (0.04) | $ 0.47 | $ 0.32 | $ 0.04 | $ 0.36 |
| Weighted Average Shares Outstanding | | | | | | |
| Basic | 26,012 | | 26,012 | 25,970 | | 25,970 |
| Diluted | 26,093 | | 26,093 | 26,036 | | 26,036 |

| | **Six Months Ended** | | |
|---|---|---|---|
| | **August 31, 2017** | | |
| | **As Reported** | **Correction** | **As Restated** |
| Net Sales | $ 398,958 | $ 6,361 | $ 405,319 |
| Cost of Sales | 308,223 | 6,492 | 314,715 |
| Gross Profit | 90,735 | (131) | 90,604 |
| Operating Income | 36,963 | (131) | 36,832 |
| Income Before Income Taxes | 30,128 | (131) | 29,997 |
| Income Tax Expense | 8,559 | (49) | 8,510 |
| Net Income | $ 21,569 | $ (82) | $ 21,487 |
| Earnings Per Common Share | | | |

| | | | |
|---|---|---|---|
| Basic Earnings Per Share | $ 0.83 $ | — $ | 0.83 |
| Diluted Earnings Per Share | $ 0.83 $ | (0.01) $ | 0.82 |
| Weighted Average Shares Outstanding | | | |
| Basic | 25,991 | | 25,991 |
| Diluted | 26,065 | | 26,065 |

The table below sets forth the anticipated impacts to the consolidated balance sheets (unaudited, in thousands):

| | February 28, 2017 | | | February 29, 2016 | | |
|---|---|---|---|---|---|---|
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
| **Assets** | | | | | | |
| Inventories - net | $ 123,208 | $ (35,583) | $ 87,625 | $ 102,135 | $ (30,793) | $ 71,342 |
| Costs and estimated earnings in excess of billings on uncompleted contracts | 20,546 | 29,716 | 50,262 | 32,287 | 31,195 | 63,482 |
| Total current assets | 296,537 | (5,867) | 290,670 | 309,334 | 402 | 309,736 |
| Total assets | $ 977,839 | $ (5,867) | $ 971,972 | $ 982,010 | $ 402 | $ 982,412 |
| **Liabilities and Shareholders' Equity** | | | | | | |
| Customer deposits and billings in excess of costs and estimated earnings on uncompleted contracts | $ 32,808 | $ (10,732) | $ 22,076 | $ 24,889 | $ (4,645) | $ 20,244 |
| Total current liabilities | 141,850 | (10,732) | 131,118 | 148,405 | (4,645) | 143,760 |
| Deferred income tax liabilities | 51,550 | 1,825 | 53,375 | 49,960 | 1,893 | 51,853 |
| Total liabilities | 448,200 | (8,907) | 439,293 | 500,794 | (2,752) | 498,042 |
| Shareholders' equity: | | | | | | |
| Retained earnings | 495,030 | 3,040 | 498,070 | 450,754 | 3,154 | 453,908 |
| Total shareholders' equity | 529,639 | 3,040 | 532,679 | 481,216 | 3,154 | 484,370 |
| Total liabilities and shareholders' equity | $ 977,839 | $ (5,867) | $ 971,972 | $ 982,010 | $ 402 | $ 982,412 |

| | May 31, 2017 | | | August 31, 2017 | | |
|---|---|---|---|---|---|---|
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
| **Assets** | | | | | | |
| Inventories - net | $ 131,187 | $ (36,466) | $ 94,721 | $ 144,008 | $ (42,075) | $ 101,933 |
| Costs and estimated earnings in excess of billings on uncompleted contracts | 27,295 | 32,337 | 59,632 | 32,082 | 36,616 | 68,698 |
| Total current assets | 325,744 | (4,129) | 321,615 | 325,007 | (5,459) | 319,548 |
| Total assets | $1,004,998 | $ (4,129) | $1,000,869 | $ 1,011,401 | $ (5,459) | $1,005,942 |
| **Liabilities and Shareholders' Equity** | | | | | | |
| Customer deposits and billings in excess of costs and estimated earnings on uncompleted contracts | $ 31,527 | $ (7,277) | $ 24,250 | $ 32,659 | $ (10,193) | $ 22,466 |
| Total current liabilities | 130,699 | (7,277) | 123,422 | 126,273 | (10,193) | 116,080 |
| Deferred income tax liabilities | 52,431 | 1,181 | 53,612 | 52,293 | 1,776 | 54,069 |
| Total liabilities | 468,608 | (6,096) | 462,512 | 466,088 | (8,417) | 457,671 |
| Shareholders' equity: | | | | | | |
| Retained earnings | 503,847 | 1,967 | 505,814 | 507,754 | 2,958 | 510,712 |
| Total shareholders' equity | 536,390 | 1,967 | 538,357 | 545,313 | 2,958 | 548,271 |
| Total liabilities and shareholders' equity | $1,004,998 | $ (4,129) | $1,000,869 | $ 1,011,401 | $ (5,459) | $1,005,942 |

The restatements described above result from a correction to the accounting method historically used by the Company

037

to record revenues for certain contracts within its Energy Segment. In particular, the Company determined that for certain contracts for which revenue was recognized upon contract completion and transfer of title, the Company instead should have applied the percentage-of-completion method in accordance with ASC 605-35. In general, the percentage-of-completion method results in a revenue recognition pattern over time as a project progresses as opposed to deferring revenues until contract completion. The Company determined that the impact of applying the percentage-of-completion method to certain of its revenue contracts was materially different from its previously reported results, primarily for certain current asset accounts on its consolidated balance sheets, under its historical practice.

In connection with the restatements, the Company re-evaluated its conclusion regarding the effectiveness of the Company's disclosure controls and procedures and internal controls over financial reporting for the Relevant Periods and determined that a material weakness existed relating to revenue recognition on certain contracts. In addition, as a result of the material weakness, BDO USA LLP's report on the Company's internal control over financial reporting as of February 28, 2017 should no longer be relied upon. Management has begun to develop and institute a plan to remediate this material weakness.

## Item 9.01 Financial Statements and Exhibits.

(d) Exhibits

| Exhibit | Description |
| --- | --- |
| Exhibit 99.1 | Press release of AZZ Inc. issued on March 29, 2018 |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

AZZ Inc.

DATE: March 29, 2018

By: /s/ Paul W. Fehlman
Paul W. Fehlman
Senior Vice President and CFO

038

EX-99.1 2 a991release.htm EXHIBIT 99.1

# AZZ Inc. will Restate Form 10-K for the Year Ended February 28, 2017 and the Unaudited Consolidated Financial Statements Contained in the Company's Quarterly Reports on Form 10-Q for the Quarters Ended May 31, 2017 and August 31, 2017

**March 29, 2018** - *FORT WORTH, TX* - AZZ Inc. (NYSE: AZZ), (the "Company"), a global provider of metal coating services, welding solutions, specialty electrical equipment and highly engineered services, today announced that it has completed the review of the materiality of certain historical accounting treatment of certain contracts in its Energy Segment as originally communicated in its January 9, 2018 press release. On March 26, 2018, the management of the Company in conferring with the Company's independent registered public accounting firm, BDO USA, LLP ("BDO"), concluded that the Company's previously issued audited consolidated financial statements (and any related audit reports of BDO) contained in the Company's 2017 Annual Report on Form 10-K (which includes financial statements for years ending February 28, 2015, and February 29, 2016, and February 28, 2017) and the unaudited consolidated financial statements contained in the Company's Quarterly Reports on Form 10-Q for the quarters ended May 31, 2017 and August 31, 2017 (collectively, the "Relevant Periods") should no longer be relied upon due to an accounting error. The Company determined that it should have applied the percentage-of-completion method of accounting under the FASB's Accounting Standards Codification No. 605-35, *Construction-Type and Production-Type Contracts* ("ASC 605-35"), for certain contracts of the Company as further described below. After conferring with the Company's management and BDO, the Audit Committee of the Board of Directors of the Company concurred with the above conclusion of the Company's management.

The Company will file amendments to its Annual Report on Form 10-K and Quarterly Reports on Form 10-Q for the Relevant Periods to restate the previously issued annual and interim financial statements. Although the Company cannot yet estimate when it will complete the restatements and file the amended annual and periodic reports, the Company is working diligently and expeditiously towards completion of the restatements and intends to file the amended annual and periodic reports as soon as reasonably practicable and prior to filing its Quarterly Report on Form 10-Q for the quarter ended November 30, 2017.

The restatements described above result from a correction to the accounting method historically used by the Company to record revenues for certain contracts within its Energy Segment. In particular, the Company determined that for certain contracts for which revenue was recognized upon contract completion and transfer

039

of title, the Company instead should have applied the percentage-of-completion method in accordance with ASC 605-35. In general, the percentage-of-completion method results in a revenue recognition pattern over time as a project progresses as opposed to deferring revenues until contract completion. The Company determined that the impact of applying the percentage-of-completion method to certain of its revenue contracts was materially different from its previously reported results primarily for certain current asset balance sheet accounts under its historical practice.

Paul Fehlman, senior vice president and CFO of AZZ Inc., commented, "We're moving quickly to complete and issue these amended reports, and want to assure all shareholders that these changes were only for a limited number of subsidiaries in its Energy Segment, caused by a misapplication of FASB's Accounting Standards Codification 605-35, and do not reflect a fundamental change in the Company's underlying business. Further, the restatements will not impact cash and cash equivalents and do not impact our compliance with our contractual obligations." Fehlman continued, "The attached tables showing the anticipated impacts to the income statements and consolidated balance sheets demonstrate that the restatements will impact the balance sheets to a greater extent than the income statements."

Also, in connection with the restatements, the Company re-evaluated its conclusion regarding the effectiveness of the Company's disclosure controls and procedures and internal controls over financial reporting for the Relevant Periods and determined that a material weakness existed relating to revenue recognition on certain contracts. In addition, as a result of the material weakness, BDO USA LLP's report on the Company's internal control over financial reporting as of February 28, 2017 should no longer be relied upon. Management has begun to develop and institute a plan to remediate this material weakness.

### About AZZ Inc.

AZZ Inc. is a global provider of metal coating services, welding solutions, specialty electrical equipment and highly engineered services to the markets of power generation, transmission, distribution and industrial in protecting metal and electrical systems used to build and enhance the world's infrastructure. AZZ Metal Coatings is a leading provider of metal finishing solutions for corrosion protection, including hot dip galvanizing to the North American steel fabrication industry. AZZ Energy is dedicated to delivering safe and reliable transmission of power from generation sources to end customers, and automated weld overlay solutions for corrosion and erosion mitigation to critical infrastructure in the energy markets worldwide.

## Safe Harbor Statement

*Certain statements herein about our expectations of future events or results constitute forward looking statements for purposes of the safe harbor provisions of The Private Securities Litigation Reform Act of 1995. You can identify forward-looking statements by terminology such as, "may," "should," "expects," "plans," "anticipates," "believes," "estimates," "predicts," "potential," "continue," or the negative of these terms or other comparable terminology. Such forward-looking statements are based on currently available competitive, financial and economic data and management's views and assumptions regarding future events. Such forward-looking statements are inherently uncertain, and investors must recognize that actual results may differ from those expressed or implied in the forward-looking statements. This release may contain forward-looking statements that involve risks and uncertainties including, but not limited to, changes in customer demand and response to products and services offered by AZZ, including demand by the power generation markets, electrical transmission and distribution markets, the industrial markets, and the hot dip galvanizing markets; prices and raw material cost, including zinc and natural gas which are used in the hot dip galvanizing process; changes in the political stability and economic conditions of the various markets that AZZ serves, foreign and domestic, customer requested delays of shipments, acquisition opportunities, currency exchange rates, adequacy of financing, and availability of experienced management and employees to implement AZZ's growth strategy. AZZ has provided additional information regarding risks associated with the business in AZZ's Annual Report on Form 10-K for the fiscal year ended February 28, 2017 and other filings with the SEC, available for viewing on AZZ's website at www.azz.com and on the SEC's website at www.sec.gov. You are urged to consider these factors carefully in evaluating the forward-looking statements herein and are cautioned not to place undue reliance on such forward-looking statements, which are qualified in their entirety by this cautionary statement. These statements are based on information as of the date hereof and AZZ assumes no obligation to update any forward-looking statements, whether as a result of new information, future events, or otherwise.*

Contact:    Paul Fehlman, Senior Vice President - Finance and CFO
AZZ Inc. 817-810-0095
Internet: www.azz.com

Lytham Partners 602-889-9700
Joe Dorame, Robert Blum or Joe Diaz
Internet: www.lythampartners.com

---Financial tables on the following page---

**AZZ Inc.**
**Consolidated Statements of Income**
(in thousands, except per share data)
(unaudited)

| | Year Ended | | | | | |
|---|---|---|---|---|---|---|
| | February 28, 2017 | | | February 29, 2016 | | |
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
| Net Sales | $ 858,930 | $ 4,608 | $ 863,538 | $ 903,192 | $ (13,792) | $ 889,400 |
| Cost of Sales | 654,146 | 4,790 | 658,936 | 673,081 | (11,799) | 661,282 |
| Gross Profit | 204,784 | (182) | 204,602 | 230,111 | (1,993) | 228,118 |

041

| | | | | | | |
|---|---|---|---|---|---|---|
| Operating Income | 98,360 | (182) | 98,178 | 122,288 | (1,993) | 120,295 |
| Income Before Income Taxes | 84,749 | (182) | 84,567 | 104,368 | (1,993) | 102,375 |
| Income Tax Expense | 23,828 | (68) | 23,760 | 27,578 | (747) | 26,831 |
| Net Income | $ 60,921 | $ (114) | $ 60,807 | $ 76,790 | $ (1,246) | $ 75,544 |
| Earnings Per Common Share | | | | | | |
| Basic Earnings Per Share | $ 2.35 | $ (0.01) | $ 2.34 | $ 2.98 | $ (0.05) | $ 2.93 |
| Diluted Earnings Per Share | $ 2.33 | $ — | $ 2.33 | $ 2.96 | $ (0.05) | $ 2.91 |
| Weighted Average Shares Outstanding | | | | | | |
| Basic | 25,965 | | 25,965 | 25,800 | | 25,800 |
| Diluted | 26,097 | | 26,097 | 25,937 | | 25,937 |

| | Year Ended | | |
|---|---|---|---|
| | February 28, 2015 | | |
| | As Reported | Correction | As Restated |
| Net Sales | $ 816,687 | $ 3,005 | $ 819,692 |
| Cost of Sales | 610,991 | 1,928 | 612,919 |
| Gross Profit | 205,696 | 1,077 | 206,773 |
| Operating Income | 106,825 | 1,077 | 107,902 |
| Income Before Income Taxes | 90,130 | 1,077 | 91,207 |
| Income Tax Expense | 25,187 | 404 | 25,591 |
| Net Income | $ 64,943 | $ 673 | $ 65,616 |
| Earnings Per Common Share | | | |
| Basic Earnings Per Share | $ 2.53 | $ 0.03 | $ 2.56 |
| Diluted Earnings Per Share | $ 2.52 | $ 0.03 | $ 2.55 |
| Weighted Average Shares Outstanding | | | |
| Basic | 25,676 | | 25,676 |
| Diluted | 25,778 | | 25,778 |

| | Three Months Ended | | | | | |
|---|---|---|---|---|---|---|
| | May 31, 2017 | | | August 31, 2017 | | |
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
| Net Sales | $ 208,551 | $ (834) | $ 207,717 | $ 190,407 | $ 7,195 | $ 197,602 |
| Cost of Sales | 159,285 | 883 | 160,168 | 148,938 | 5,609 | 154,547 |
| Gross Profit | 49,266 | (1,717) | 47,549 | 41,469 | 1,586 | 43,055 |
| Operating Income | 21,907 | (1,717) | 20,190 | 15,056 | 1,586 | 16,642 |
| Income Before Income Taxes | 18,732 | (1,717) | 17,015 | 11,396 | 1,586 | 12,982 |
| Income Tax Expense | 5,492 | (644) | 4,848 | 3,067 | 595 | 3,662 |
| Net Income | $ 13,240 | $ (1,073) | $ 12,167 | $ 8,329 | $ 991 | $ 9,320 |
| Earnings Per Common Share | | | | | | |
| Basic Earnings Per Share | $ 0.51 | $ (0.04) | $ 0.47 | $ 0.32 | $ 0.04 | $ 0.36 |
| Diluted Earnings Per Share | $ 0.51 | $ (0.04) | $ 0.47 | $ 0.32 | $ 0.04 | $ 0.36 |
| Weighted Average Shares | | | | | | |

042

| Outstanding | | | | | |
|---|---|---|---|---|---|
| Basic | 26,012 | | 26,012 | 25,970 | 25,970 |
| Diluted | 26,093 | | 26,093 | 26,036 | 26,036 |

| | Six Months Ended | | |
|---|---|---|---|
| | August 31, 2017 | | |
| | As Reported | Correction | As Restated |
| Net Sales | $ 398,958 | $ 6,361 | $ 405,319 |
| Cost of Sales | 308,223 | 6,492 | 314,715 |
| Gross Profit | 90,735 | (131) | 90,604 |
| Operating Income | 36,963 | (131) | 36,832 |
| Income Before Income Taxes | 30,128 | (131) | 29,997 |
| Income Tax Expense | 8,559 | (49) | 8,510 |
| Net Income | $ 21,569 | $ (82) | $ 21,487 |
| Earnings Per Common Share | | | |
| Basic Earnings Per Share | $ 0.83 | $ — | $ 0.83 |
| Diluted Earnings Per Share | $ 0.83 | $ (0.01) | $ 0.82 |
| Weighted Average Shares Outstanding | | | |
| Basic | 25,991 | | 25,991 |
| Diluted | 26,065 | | 26,065 |

**AZZ Inc.**
**Consolidated Balance Sheets**
(in thousands)
(unaudited)

| | February 28, 2017 | | | February 29, 2016 | | |
|---|---|---|---|---|---|---|
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
| **Assets** | | | | | | |
| Inventories - net | $ 123,208 | $ (35,583) | $ 87,625 | $ 102,135 | $ (30,793) | $ 71,342 |
| Costs and estimated earnings in excess of billings on uncompleted contracts | 20,546 | 29,716 | 50,262 | 32,287 | 31,195 | 63,482 |
| Total current assets | 296,537 | (5,867) | 290,670 | 309,334 | 402 | 309,736 |
| Total assets | $ 977,839 | $ (5,867) | $ 971,972 | $ 982,010 | $ 402 | $ 982,412 |
| **Liabilities and Shareholders' Equity** | | | | | | |
| Billings in excess of costs and estimated earnings on uncompleted contracts | $ 32,808 | $ (10,732) | $ 22,076 | $ 24,889 | $ (4,645) | $ 20,244 |
| Total current liabilities | 141,850 | (10,732) | 131,118 | 148,405 | (4,645) | 143,760 |
| Deferred income tax liabilities | 51,550 | 1,825 | 53,375 | 49,960 | 1,893 | 51,853 |
| Total liabilities | 448,200 | (8,907) | 439,293 | 500,794 | (2,752) | 498,042 |
| Shareholders' equity: | | | | | | |
| Retained earnings | 495,030 | 3,040 | 498,070 | 450,754 | 3,154 | 453,908 |
| Total shareholders' equity | 529,639 | 3,040 | 532,679 | 481,216 | 3,154 | 484,370 |
| Total liabilities and shareholders' equity | $ 977,839 | $ (5,867) | $ 971,972 | $ 982,010 | $ 402 | $ 982,412 |

| | May 31, 2017 | | August 31, 2017 | |
|---|---|---|---|---|
| | As | As | As | As |

043

| | Reported | Correction | Restated | Reported | Correction | Restated |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Inventories - net | $ 131,187 | $ (36,466) | $ 94,721 | $ 144,008 | $ (42,075) | $ 101,933 |
| Costs and estimated earnings in excess of billings on uncompleted contracts | 27,295 | 32,337 | 59,632 | 32,082 | 36,616 | 68,698 |
| Total current assets | 325,744 | (4,129) | 321,615 | 325,007 | (5,459) | 319,548 |
| Total assets | $1,004,998 | $ (4,129) | $1,000,869 | $ 1,011,401 | $ (5,459) | $1,005,942 |
| **Liabilities and Shareholders' Equity** | | | | | | |
| Customer deposits and billings in excess of costs and estimated earnings on uncompleted contracts | $ 31,527 | $ (7,277) | $ 24,250 | $ 32,659 | $ (10,193) | $ 22,466 |
| Total current liabilities | 130,699 | (7,277) | 123,422 | 126,273 | (10,193) | 116,080 |
| Deferred income tax liabilities | 52,431 | 1,181 | 53,612 | 52,293 | 1,776 | 54,069 |
| Total liabilities | 468,608 | (6,096) | 462,512 | 466,088 | (8,417) | 457,671 |
| Shareholders' equity: | | | | | | |
| Retained earnings | 503,847 | 1,967 | 505,814 | 507,754 | 2,958 | 510,712 |
| Total shareholders' equity | 536,390 | 1,967 | 538,357 | 545,313 | 2,958 | 548,271 |
| Total liabilities and shareholders' equity | $1,004,998 | $ (4,129) | $1,000,869 | $ 1,011,401 | $ (5,459) | $1,005,942 |

044

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

## FORM 10-K/A

## (Amendment No. 1)

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934

**For the fiscal year ended February 28, 2017**

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission file number: 1-12777

## AZZ Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **TEXAS** | **75-0948250** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| | |
|---|---|
| **One Museum Place, Suite 500**<br>**3100 West 7th Street**<br>**Fort Worth, Texas** | **76107** |
| (Address of principal executive offices) | (Zip Code) |

**(817) 810-0095**
(Registrant's telephone number, including area code)

**None**
(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| **Common Stock, $1.00 par value per share** | **New York Stock Exchange** |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Yes ☐   No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act.

Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).

Yes ☒   No ☐

**EXHIBIT**
tabbies
**5**

045

Table of Contents

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | Accelerated filer | Non-accelerated filer | Smaller Reporting company | Emerging growth company |
|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

| Yes | No |
|---|---|
| ☐ | ☒ |

As of August 31, 2016 (the last business day of its most recently completed second fiscal quarter), the aggregate market value of the registrant's common stock held by non-affiliates of the registrant was $1,704,959,032 based on the closing sale price of $66.43 per share as reported on the New York Stock Exchange. For purposes of determining the above stated amount, only the directors, executive officers and 10% or greater shareholders of the registrant have been deemed affiliates; however, this does not represent a conclusion by the registrant that any or all such persons are affiliates of the registrant.

As of April 10, 2017, there were 26,020,582 shares of the registrant's common stock ($1.00 par value) outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Certain information contained in the definitive Proxy Statement for the Annual Meeting of Shareholders held July 11, 2017 (Proxy Statement) - Part III

046

**Explanatory Note**

This Amendment No. 1 on Form 10-K/A (this "Form 10-K/A") amends and restates certain items noted below in the Annual Report on Form 10-K of AZZ Inc. (the "Company") for the fiscal year ended February 28, 2017, as originally filed with the Securities and Exchange Commission on April 20, 2017 (the "Original Filing"). This Form 10-K/A amends the Original Filing to reflect the correction of an error in the previously reported fiscal year 2015 through fiscal year 2017 financial statements related to the Company's revenue recognition practices within its Energy Segment. See Note 2 to the Consolidated Financial Statements included in Item 8 for additional information and a reconciliation of the previously reported amounts to the restated amounts.

For the convenience of the reader, this Form 10-K/A sets forth the Original Filing, as amended, in its entirety; however, this Form 10-K/A amends and restates only the following financial statements and disclosures that were impacted from the correction of the error:

- Part II, Item 6 - Selected Financial Data
- Part II, Item 7 - Management's Discussion and Analysis of Financial Condition and Results of Operations
- Part II, Item 8 - Financial Statements and Supplementary Data
- Part II, Item 9A - Controls and Procedures
- Part IV, Item 15 - Exhibits and Financial Statement Schedules
- Signatures

This Form 10-K/A also amends Part I, Item 1 - Business - Executive Officers of the Company to reflect the current executive officers of the Company and Part I, Item 3 - Legal Proceedings to reflect updated legal matters. In addition, the Company's Chief Executive Officer and Chief Financial Officer have provided new certifications dated as of the date of this filing in connection with this Form 10-K/A (Exhibits 31.1, 31.2, 32.1 and 32.2), and the Company has provided its revised audited consolidated financial statements formatted in Extensible Business Reporting Language (XBRL) in Exhibit 101.

Except as described above, no other changes have been made to the Original Filing. This Form 10-K/A speaks as of the date of the Original Filing and does not reflect events that may have occurred after the date of the Original Filing, or modify or update any disclosures that may have been affected by subsequent events.

The Company is also concurrently filing amended Quarterly Reports for the quarterly periods ended May 31, 2017 and August 31, 2017 to restate the previously issued interim financial statements due to the accounting error described above.

3

047

**AZZ Inc.**

**YEAR ENDED FEBRUARY 28, 2017**
**INDEX TO FORM 10-K/A**

|  |  |  |  |
|---|---|---|---|
|  |  | Explanatory Note | 3 |
| **PART I** |  |  | 5 |
|  | Item 1. | Business | 5 |
|  | Item 1A. | Risk Factors | 9 |
|  | Item 1B. | Unresolved Staff Comments | 13 |
|  | Item 2. | Properties | 14 |
|  | Item 3. | Legal Proceedings | 16 |
|  | Item 4. | Mine Safety Disclosures | 16 |
| **PART II** |  |  | 17 |
|  | Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 17 |
|  | Item 6. | Selected Financial Data | 19 |
|  | Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operation | 19 |
|  | Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 27 |
|  | Item 8. | Financial Statements and Supplementary Data | 28 |
|  | Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 62 |
|  | Item 9A. | Controls and Procedures | 62 |
|  | Item 9B. | Other Information | 63 |
| **PART III** |  |  | 64 |
|  | Item 10. | Directors, Executive Officers and Corporate Governance | 64 |
|  | Item 11. | Executive Compensation | 64 |
|  | Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 64 |
|  | Item 13. | Certain Relationships and Related Transactions, and Director Independence | 65 |
|  | Item 14. | Principal Accountant Fees and Services | 65 |
| **PART IV** |  |  | 66 |
|  | Item 15. | Exhibits and Financial Statement Schedules | 66 |
|  | Item 16. | 10-K Summary | 66 |
| **SIGNATURES** |  |  | 67 |

048

**Forward Looking Statements**

*Certain statements herein about our expectations of future events or results constitute forward-looking statements for purposes of the safe harbor provisions of The Private Securities Litigation Reform Act of 1995. You can identify forward-looking statements by terminology such as "may," "should," "expects," "plans," "anticipates," "believes," "estimates," "predicts," "potential," "continue," or the negative of these terms or other comparable terminology. Such forward-looking statements are based on currently available competitive, financial and economic data and management's views and assumptions regarding future events. Such forward-looking statements are inherently uncertain, and investors must recognize that actual results may differ from those expressed or implied in the forward-looking statements. In addition, certain factors could affect the outcome of the matters described herein. This Annual Report on Form 10-K/A may contain forward-looking statements that involve risks and uncertainties including, but not limited to, changes in customer demand and response to products and services offered by AZZ, including demand by the power generation markets, electrical transmission and distribution markets, the industrial markets, and the hot dip galvanizing markets; prices and raw material cost, including zinc and natural gas which are used in the hot dip galvanizing process; changes in the political stability and economic conditions of the various markets that AZZ serves, foreign and domestic; customer requested delays of shipments; additional acquisition opportunities; currency exchange rates; adequacy of financing; availability of experienced management and employees to implement AZZ's growth strategy; a downturn in market conditions in any industry relating to the products we inventory or sell or the services that we provide; the continuing economic volatility in the U.S. and other markets in which we operate; acts of war or terrorism inside the United States or abroad; and other changes in economic and financial conditions. You are urged to consider these factors carefully in evaluating the forward-looking statements herein and are cautioned not to place undue reliance on such forward-looking statements, which are qualified in their entirety by this cautionary statement. These statements are based on information as of the date hereof and AZZ assumes no obligation to update any forward-looking statements, whether as a result of new information, future events, or otherwise.*

**PART I**

*Item 1.    Business*

AZZ Inc. ("AZZ", the "Company", "our" or "we") was established in 1956 and incorporated under the laws of the State of Texas. We are a global provider of galvanizing services, welding solutions, specialty electrical equipment and highly engineered services to the power generation, transmission, distribution, refining and industrial markets. We have two distinct operating segments: the Energy Segment and Galvanizing Segment. AZZ Galvanizing is a leading provider of metal finishing solutions for corrosion protection, including hot dip galvanizing to the North American steel fabrication industry. AZZ Energy is dedicated to delivering safe and reliable transmission of power from generation sources to end customers, and automated weld overlay solutions for corrosion and erosion mitigation to critical infrastructure in the energy markets worldwide.

**Energy Segment**

AZZ's Energy Segment is a leading provider of specialized products and services designed to support industrial, nuclear and electrical applications. Our product offerings include custom switchgear, electrical enclosures, medium and high voltage bus ducts, explosion proof and hazardous duty lighting, nuclear safety-related equipment and tubular products. In addition to our product offerings, AZZ's Energy Segment focuses on extension of life cycle for the power generation, refining and industrial infrastructure, through automated weld overlay solutions for corrosion and erosion mitigation. The markets for our Energy Segment are highly competitive and consist of large multi-national companies, along with numerous small independent companies. Competition is based primarily on product quality, range of product line, price and service. While some of our competitors are much larger than us, our Energy Segment offers some of the most technologically advanced solutions and engineering resources developed from a legacy of proven, reliable product options, allowing AZZ Energy to be ideally positioned to meet the most challenging application-specific demands.

Copper, aluminum, steel and nickel based alloys are the primary raw materials used by this segment. We do not foresee any availability issues for these materials. We do not contractually commit to minimum volumes and increases in price for these items are normally managed through escalation clauses to the customer's contracts, which the customers may not accept. In addition, we seek to get firm pricing contracts from our vendors on these materials at the time we receive orders from our customers in order to minimize risk.

We sell Energy Segment products through manufacturers' representatives, distributors, agents and our internal sales force. We are not dependent on any single customer for this segment, and the loss of any single customer would not have a material adverse effect on our consolidated revenues or net income.

5

On March 1, 2016, we completed an acquisition of the equity securities of Power Electronics, Inc. ("PEI"), a Millington, Maryland-based manufacturer and integrator of electrical enclosure systems. The acquisition of PEI will enhance our capacity to serve existing and new customers in a diverse set of industries along the Eastern seaboard of the United States.

For additional information regarding the Energy Segment's backlog and operating results, see Results of Operations within Item 7. For additional financial information by segment, see Note 14 of the Notes to Consolidated Financial Statements.

**Galvanizing Segment**

The Galvanizing Segment provides hot dip galvanizing to the steel fabrication industry through facilities located throughout the United States and Canada. Hot dip galvanizing is a metallurgical process in which molten zinc is applied to steel. The zinc alloying renders corrosion protection to fabricated steel for extended periods of up to 50 years. As of February 28, 2017, we operated forty-one galvanizing plants, which are located in Alabama, Arkansas, Arizona, Colorado, Indiana, Illinois, Louisiana, Kentucky, Minnesota, Mississippi, Missouri, Nebraska, Nevada, Ohio, Oklahoma, Tennessee, Texas, Virginia and West Virginia in the United States and Ontario, Quebec and Nova Scotia, Canada.

Galvanizing is a highly competitive business, and we compete with other galvanizing companies, captive galvanizing facilities operated by manufacturers, and alternate forms of corrosion protection such as material selection (stainless steel or aluminum) or barrier protections such as powder coating, paint, and weathering steel. Our galvanizing markets are generally limited to areas within relatively close proximity to our galvanizing plants due to freight cost.

Zinc, the principal raw material used in the galvanizing process, is currently readily available, but is subject to volatile pricing. We manage our exposure to commodity pricing of zinc by utilizing agreements with zinc suppliers that include fixed costs contracts to guard against escalating commodity prices. We also secure firm pricing for natural gas supplies with individual utilities when possible. We may or may not continue to use these or other strategies to manage risk in the future.

We typically serve fabricators or manufacturers that provide services to the electrical and telecommunications, bridge and highway, petrochemical and general industrial markets, and numerous original equipment manufacturers. We do not depend on any single customer for a significant amount of our sales, and the loss of any single customer would not have a material adverse effect on our consolidated revenues or net income.

On February 1, 2016, we completed the acquisition of substantially all the assets of Alpha Galvanizing Inc. ("Alpha Galvanizing"), an Atkinson, Nebraska-based business unit of Olson Industries, Inc. Alpha Galvanizing has served steel fabrication customers that manufacture electrical utility poles, agricultural machinery and industrial manufacturing components since 1996. Alpha Galvanizing was acquired to expand the footprint of AZZ Galvanizing and to support AZZ's locations in Minnesota and Denver, Colorado, as well as serve customers in the upper Midwest region.

On June 5, 2015, we completed the acquisition of substantially all the assets of US Galvanizing, LLC, a provider of steel corrosion coating services and a wholly-owned subsidiary of Trinity Industries, Inc. ("US Galvanizing"). The acquisition of the US Galvanizing assets included six galvanizing facilities located in Hurst, Texas; Kennedale, Texas; Big Spring, Texas; San Antonio, Texas; Morgan City, Louisiana; and Kosciusko, Mississippi. Additionally, the transaction included Texas Welded Wire, a secondary business integrated within US Galvanizing's Hurst, Texas facility. US Galvanizing was acquired to expand AZZ Galvanizing's Southern operations.

On June 30, 2014, we completed the acquisition of substantially all the assets of Zalk Steel & Supply Co. ("Zalk Steel"), a Minneapolis, Minnesota-based galvanizing company. Zalk Steel was acquired to expand AZZ Galvanizing's existing geographic footprint in the upper Midwest region of the United States.

For additional information on the Galvanizing Segment's operating results, see Results of Operations within Item 7. For additional financial information by segment, see Note 14 to the Consolidated Financial Statements.

**Employees**

As of February 28, 2017, the Company employed approximately 4,183 persons consisting of approximately 3,830 in the United States, approximately 204 in Canada, 135 in Europe, and 14 in other countries.

050

**Executive Officers of the Registrant**

Our executive officers were as follows as of April 19, 2018:

| Name | Age | Business Experience of Executive Officers for Past Five Years<br>Position or Office with Registrant or Prior Employer | Held Since |
|---|---|---|---|
| Thomas E. Ferguson | 61 | President and Chief Executive Officer<br>Chief Executive Officer, FlexSteel Pipeline Technologies, Inc.<br>President, Flow Solutions Group, Flowserve Corporation<br>President, Pump Division, Flowserve Corporation | 2013<br>2013-2013<br>2009-2012<br>2003-2009 |
| Paul W. Fehlman | 54 | Senior Vice President of Finance, Chief Financial Officer<br>Vice President, Finance, Engineered Products Division, Flowserve Corp.<br>Vice President, Investor Relations and FP&A, Flowserve Corporation<br>Vice President, Treasurer, Flowserve Corporation | 2014<br>2011-2013<br>2009-2011<br>2004-2009 |
| Tara D. Mackey | 48 | Chief Legal Officer and Secretary<br>Chief Legal Counsel and Corporate Secretary, First Parts, Inc.<br>General Counsel and Corporate Secretary, Silverleaf Resorts Inc.<br>VP, Assistant General Counsel and Corporate Secretary, SuperMedia LLC | 2014<br>2013-2014<br>2011-2013<br>2008-2011 |
| Matt Emery | 50 | Vice President, Chief Information and Human Resource Officer<br>Senior Director of Information Technologies, Hewlett-Packard | 2013<br>2004-2013 |
| James Drew Byelick | 60 | Vice President and Chief Accounting Officer<br>Director of Finance - Energy<br>Controller - Nuclear Logistics LLC<br>Independent Consultant | 2017<br>2016-2017<br>2015-2016<br>2000-2015 |
| Chris Bacius | 57 | Vice President, Corporate Development<br>Vice President Mergers & Acquisition, Flowserve Corporation<br>Vice President Business Development, Flowserve Corporation | 2014<br>2012-2014<br>2009-2012 |
| Ken Lavelle | 61 | President and General Manager - Electrical Platform<br>President, Lavelle Management Consultant<br>President, Global Seals & Systems Operation - Flowserve Corporation<br>Vice President, General Manager, FSG North America - Flowserve Corporation | 2017<br>2016-2017<br>2012-2016<br>2009-2012 |

Each executive officer was elected by the Board of Directors to hold office until the next Annual Meeting or until their successor is elected. No executive officer has any family relationships with any other executive officer of the Company.

**Available Information**

AZZ files or furnishes annual, quarterly and current reports, proxy statements and other documents with the SEC under the Securities Exchange Act of 1934 (the "Exchange Act"). The public may read and copy any materials that AZZ files with the SEC at the SEC's Public Reference Room at 100 F Street, N.E., Washington, D.C. 20549. The public may obtain information on the operation of the Public Reference Room by calling the SEC at 1-800-SEC-0330. Also, the SEC maintains an Internet website that contains reports, proxy and information statements, and other information regarding issuers, including AZZ, that file electronically with the SEC. The public can obtain any documents that AZZ files with the SEC at http://www.sec.gov.

In addition, we make available, free of charge, on our Internet website, our Annual Report on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, and amendments to these reports filed or furnished pursuant to Section 13(a) or 15(d) of the Exchange Act as soon as reasonably practicable after we electronically file this material with, or furnish it to, the SEC. You may review these documents, under the heading "Investor Relations," subheading "SEC Filings," on our website at http://www.azz.com.

**Corporate Governance**

Our Company's Board of Directors (the "Board"), with the assistance of its Nominating and Corporate Governance Committee, has adopted Corporate Governance Guidelines that set forth the Board's policies regarding corporate governance.

In connection with the Board's responsibility to oversee our legal compliance and conduct, the Board has adopted a Code of Conduct, which applies to the Company's officers, directors and employees.

Table of Contents

The Board has adopted charters for each of its Audit Committee, Compensation Committee and Nominating and Corporate Governance Committee. You may review the Corporate Governance Guidelines, our Code of Conduct and our Committee charters under the Heading "Investor Relations," subheading "Corporate Governance," on our website at:

http://www.azz.com

You may also obtain a copy of these documents by mailing a request to:

AZZ Inc.
Investor Relations
One Museum Place, Suite 500
3100 West 7th Street
Fort Worth, TX 76107

052

Table of Contents

*Item 1A.    Risk Factors*

Our business is subject to a variety of risks, including but not limited to the risks described below, which we believe are the most significant risks and uncertainties facing our business. Additional risks and uncertainties not known to us or not described below may also impair our business operations in the future. If any of the following risks actually occur, our business, financial condition and results of operations and future growth could be negatively impacted.

*Our business segments operate in highly competitive markets.*

Many of our competitors, primarily in our Energy Segment, are significantly larger and have substantially more resources than AZZ. Competition is based on a number of factors, including price. Certain of our competitors may have lower cost structures and may, therefore, be able to provide their products and services at lower prices than we are able to provide. We cannot be certain that our competitors will not develop the expertise, experience and resources to provide services that are superior in both price and quality in the future. Similarly, we cannot be certain that we will be able to maintain or enhance our competitive position within our industries, maintain our customer base at current levels or increase our customer base.

*Climate change could impact our business.*

Climate changes could result in an adverse impact on AZZ's operations, particularly in hurricane prone or low lying areas near the ocean. At this time, the Company is not able to speculate as to the potential timing or impact from potential global warming and other natural disasters, however the Company believes that it currently has adequate insurance coverage and disaster recovery plans related to any potential natural disasters that might occur at any of the Company's sites.

*Changes in greenhouse gas regulations could impact our operating results.*

International agreements and national or regional legislation and regulatory measures to limit greenhouse emissions are currently in various stages of discussion or implementation. These and other greenhouse gas emissions-related laws, policies and regulations may result in substantial capital, compliance, operating and maintenance costs. The level of expenditure required to comply with these laws and regulations is uncertain and is expected to vary depending on the laws enacted in each jurisdiction, our activities in the particular jurisdiction, and market conditions.

The effect of regulation on our financial performance will depend on a number of factors including, not limited to, the sectors covered, the greenhouse gas emissions reductions required by law, the extent to which we would be entitled to receive emission allowance allocations or would need to purchase compliance instruments on the open market or through auctions, the price and availability of emission allowances and credits and the impact of legislation or other regulation on our ability to recover the costs incurred through the pricing of our products and services.

*Our business segments are sensitive to economic downturns.*

If the general level of economic activity deteriorates from current levels, our customers may delay or cancel new projects. If there is a reduction in demand for our products or services, as a result of a downturn in the general economy, there could be a material adverse effect on price levels and the quantity of goods and services purchased, therefore adversely impacting revenues and results from operations. A number of factors, including financing conditions and potential bankruptcies in the industries we serve, could adversely affect our customers and their ability or willingness to fund capital expenditures in the future and pay for past services. Certain economic conditions may also impact the financial condition of one or more of our key suppliers, which could affect our ability to secure raw materials and components to meet our customers' demand for our products in the future. Other various factors drive demand for our products and services, including the price of oil, economic forecasts and financial markets. Uncertainty in the global economy and financial markets could continue to impact our customers and could in turn severely impact the demand for spending projects that would result in a reduction in orders for our products and services. All of these factors combined together could materially impact our business, financial condition, cash flows and results of operations and potentially impact the trading price of our common stock.

*International and political events may adversely affect our Energy and Galvanizing Segments.*

A portion of the revenues from our Energy and Galvanizing Segments are from international markets. The occurrence of any of the risks described below could have an adverse effect on our consolidated results of operations, cash flows and financial condition:

- political and economic instability, such as is occurring in Northern Africa, Europe and the Middle East;
- social unrest, acts of terrorism, force majeure, war or other armed conflict;
- inflation;
- currency fluctuation, devaluations and conversion restrictions;

9

Table of Contents

- governmental activities that limit or disrupt markets, restrict payments or limit the movement of funds; and
- trade restrictions and economic embargoes by the United States or other countries.

***Fluctuations in the price and supply of raw materials and natural gas for our business segments may adversely affect our operations.***

We purchase a wide variety of raw materials for our Energy Segment to manufacture our products, including copper, aluminum, steel and nickel. Unanticipated increases in raw material requirements or price increases could increase production costs and adversely affect profitability. In our Galvanizing Segment, zinc and natural gas represent a large portion of our cost of sales. The prices of zinc and natural gas are subject to volatility. The following factors, which are beyond our control, affect the price of raw materials and natural gas for our business segments: supply and demand; freight costs and transportation availability; trade duties and taxes; and labor disputes. We seek to maintain operating margins by attempting to increase the price of our products and services in response to increased costs, but may not be successful in passing these price increases through to our customers.

***Our volume of fixed-price contracts for our Energy Segment could adversely affect our business.***

We currently generate, and expect to continue to generate, a significant portion of our revenues under fixed price contracts. We must estimate the costs of completing a particular project to bid for fixed-price contracts. The actual cost of labor and materials, however, may vary from the costs we originally estimated. Depending on the size of a particular project, variations from estimated cost could have a significant impact on our operating results for any fiscal year.

***Our operations could be adversely impacted by the continuing effects from government regulations.***

Various regulations have been implemented related to new safety and certification requirements applicable to oil and gas drilling and production activities. While certain new drilling plans and drilling permits have been approved, we cannot predict whether operators will be able to satisfy these requirements. Further, we cannot predict what the continuing effects of government regulations on offshore deepwater drilling projects may have on offshore oil and gas exploration and development activity, or what actions may be taken by our customers or other industry participants in response to these regulations. Changes in laws or regulations regarding offshore oil and gas exploration and development activities and decisions by customers and other industry participants could reduce demand for our services, which would have a negative impact on our operations. Similarly, we cannot accurately predict future regulations by the government in any country in which we operate and how those regulations may affect our ability to perform projects in those regions.

Federal, state and local governments have a major impact on the framework and economics of the US nuclear power industry. Changes in laws or regulations regarding the operations of current nuclear facilities could have an impact on the demand for our products and services, which would have a negative impact on our operations. These same risks are also associated with foreign nuclear power industries.

***New regulations related to conflict minerals could adversely impact our business.***

On August 22, 2012, the SEC adopted a rule pursuant to the Dodd-Frank Wall Street Reform and Consumer Protection Act which established annual disclosure and reporting requirements for publicly-traded companies that use tin, tantalum, tungsten or gold (collectively, "conflict minerals") mined from the Democratic Republic of Congo and adjoining countries in their products. There are costs associated with complying with these disclosure requirements, including costs for due diligence to determine the source of any conflict minerals used in our products and other potential changes to products, processes, or sources of supply. Despite our due diligence efforts, we may be unable to verify the origin of all conflict minerals used in our component products. As a result, we may face reputational and other challenges with customers that require that all of the components incorporated in our products be certified as conflict-free.

***Our acquisition strategy involves a number of risks.***

We intend to pursue continued growth through opportunities to acquire companies or assets that will enable us to expand our product and service offerings and to increase our geographic footprint. We routinely review potential acquisitions. However, we may be unable to implement this growth strategy if we cannot reach agreement on potential strategic acquisitions on acceptable terms or for other reasons. Moreover, our acquisition strategy involves certain risks, including:

- difficulties in the post acquisition integration of operations and systems;
- the termination of relationships with key personnel and customers of the acquired company;
- a failure to add additional employees to manage the increased volume of business;
- additional post acquisition challenges and complexities in areas such as tax planning, treasury management, financial reporting and legal compliance;

10

Table of Contents

- risks and liabilities from our acquisitions, some of which may not be discovered during the preacquisition due diligence process;
- a disruption of our ongoing business or an inability of our ongoing business to receive sufficient management attention; and
- a failure to realize the cost savings or other financial benefits we anticipated prior to acquisition.

Future acquisitions may require us to obtain additional equity or debt financing, which may not be available on current attractive market terms.

***Our use of percentage-of-completion accounting in the Energy Segment could result in a reduction or elimination of previously reported profits.***

As discussed in "Management's Discussion and Analysis of Financial Condition and Results of Operations-Critical Accounting Policies and Estimates" and in the notes to our consolidated financial statements, a portion of our revenues is recognized on the percentage-of-completion method of accounting. The percentage-of-completion accounting practice causes us to recognize contract revenues and earnings ratably over the contract term in proportion to our incurrence of contract costs. The earnings or losses recognized on individual contracts are based on estimates of contract revenues, costs and profitability. Contract losses are recognized in full when determined, and contract profit estimates are adjusted based on ongoing reviews of contract profitability. Actual collection of contract amounts or change orders could differ from original estimated amounts and could result in a reduction or elimination of previously recognized earnings. In certain circumstances, it is possible that such adjustments could be significant.

***We may not be able to fully realize the revenue value reported in our backlog for our Energy Segment.***

We have a backlog of work in our Energy Segment. Orders included in our backlog are represented by customer purchase orders and contracts, which we believe to be firm. Backlog develops as a result of new business secured, which represents the revenue value of new project commitments received by us during a given period. Backlog consists of projects which have either (1) not been started or (2) are in progress and are not yet complete. In the latter case, the revenue value reported in backlog is the remaining value associated with work that has not yet been completed. From time to time, projects that were recorded as new business are cancelled. In the event of a project cancellation, we may be reimbursed for certain costs but typically have no contractual right to the total revenue reflected in our backlog. In addition to being unable to recover certain direct costs, we may also incur additional costs resulting from underutilized assets if projects are cancelled.

***Our operating results may vary significantly from quarter to quarter.***

Our quarterly results may be materially and adversely affected by:

- the timing and volume of work under new agreements;
- general economic conditions;
- the budgetary spending patterns of customers;
- variations in the margins of projects performed during any particular quarter;
- losses experienced in our operations not otherwise covered by insurance;
- a change in the demand or production of our products and our services caused by severe weather conditions;
- a change in the mix of our customers, contracts and business;
- a change in customer delivery schedule;
- increases in design and manufacturing costs; and
- abilities of customers to pay their invoices owed to us.

Accordingly, our operating results in any particular quarter may not be indicative of the results expected for any other quarter or for the entire year.

***We may be unsuccessful at generating internal growth.***

Our ability to generate internal growth will be affected by, among other factors, our ability to:

- attract new customers, internationally and domestically;
- integrate regulatory changes;
- increase the number or size of projects performed for existing customers;
- hire and retain employees; and
- increase volume utilizing our existing facilities.

Table of Contents

Many of the factors affecting our ability to generate internal growth may be beyond our control, and we cannot be certain that our strategies will be successful or that we will be able to generate cash flow sufficient to fund our operations and to support internal growth. If we are unsuccessful, we may not be able to achieve internal growth, expand our operations or grow our business.

*The departure of key personnel could disrupt our business.*

We depend on the continued efforts of our executive officers and senior management. We cannot be certain that any individual will continue in such capacity for any particular period of time. The loss of key personnel, or the inability to hire and retain qualified employees, could negatively impact our ability to manage our business.

*Our business requires skilled labor, and we may be unable to attract and retain qualified employees.*

Our ability to maintain our productivity and profitability could be limited by an inability to employ, train and retain skilled personnel necessary to meet our requirements. We may experience shortages of qualified personnel. We cannot be certain that we will be able to maintain an adequately skilled labor force necessary to operate efficiently and to support our growth strategy or that our labor expense will not increase as a result of shortage in the supply of skilled personnel. Labor shortages or increased labor costs could impair our ability to maintain our business or grow our revenues.

*Actual and potential claims, lawsuits, and proceedings could ultimately reduce our profitability and liquidity and weaken our financial condition.*

In the future, the Company could be named as a defendant in legal proceedings claiming damages from us in connection with the operation of our business. Most of the actions against us arise out of the normal course of our performing services or with respect to the equipment we manufacture. We could potentially be a plaintiff in legal proceedings against customers, in which we seek to recover payments of contractual amounts due to us, and claims for increased costs incurred by us. When appropriate, we establish provisions against certain legal exposures, and we adjust such provisions from time to time according to ongoing developments related to each exposure. If in the future our assumptions and estimates related to such exposures prove to be inadequate or incorrect, our consolidated results of operations, cash flows and financial condition could be adversely affected. In addition, claims, lawsuits and proceedings may harm our reputation and possibly divert management resources away from operating our business.

*Technological innovations by competitors may make existing products and production methods obsolete.*

All of the products manufactured and sold by the Company depend upon the best available technology for success in the marketplace. The competitive environment is highly sensitive to technological innovation in both segments of our business. It is possible for our competitors, both foreign and domestic, to develop new products or production methods, which will make current products or methods obsolete or at least hasten their obsolescence.

*Catastrophic events could disrupt our business.*

The occurrence of catastrophic events ranging from natural disasters such as earthquakes, tsunamis or hurricanes to epidemics such as health epidemics to acts of war and terrorism could disrupt or delay our ability to complete projects and could potentially expose the Company to third-party liability claims. Such events may or may not be fully covered by our various insurance policies or may be subject to deductibles. In addition, such events could impact our customers and suppliers, resulting in temporary or long-term delays and/or cancellations of orders or raw materials used in normal business operations. These situations are outside the Company's control and could have a significant adverse impact on the results of operations.

*Adoption of new or revised employment and labor laws and regulations could make it easier for our employees to obtain union representation and our business could be adversely impacted.*

Other than an nominal number of employees at four of our wholly-owned subsidiaries, none of our employees are currently represented by unions. However, our U.S. based employees have the right at any time under the National Labor Relations Act to form or affiliate with a union. If some or our entire workforce were to become unionized and the terms of the collective bargaining agreement were significantly different from our current compensation arrangements, it could increase our costs and adversely impact our profitability. Any changes in regulations, the imposition of new regulations, or the enactment of new legislation could have an adverse impact on our business; to the extent it becomes easier for workers to obtain union representation.

*AZZ's flexibility to operate its business could be impacted by provisions in its debt obligations.*

AZZ's debt instruments contain covenants which restrict or prohibit certain actions ("negative covenants"), including, but not limited to, AZZ's ability to incur debt, create or suffer to exist liens, capital spending limits, engage in certain merger, acquisition, or divestiture actions, or increase dividends beyond a specific level. AZZ's debt instruments also contain covenants requiring

12

AZZ to, among other things, maintain specified financial ratios ("affirmative covenants"). Failure to comply with these negative covenants and affirmative covenants could result in an event of default that, if not cured or waived, could restrict the Company's access to liquidity and have a material adverse effect on the Company's business or prospects. If the Company does not have enough cash to service its debt or fund other liquidity needs, AZZ may be required to take actions such as requesting a waiver from lenders, reducing or delaying capital expenditures, selling assets, restructuring or refinancing all or part of the existing debt, or seeking additional equity capital. AZZ cannot assure that any of these remedies can be effected on commercially reasonable terms or at all.

***A failure in our operational systems or cyber security attacks on any of our facilities, or those of third parties, may affect adversely our financial results.***

Our business is dependent upon our operational systems to process a large amount of data and complex transactions. If any of our financial, operational, or other data processing systems fail or have other significant shortcomings, our financial results could be adversely affected. Our financial results could also be adversely affected if an employee causes our operational systems to fail, either as a result of inadvertent error or by deliberately tampering with or manipulating our operational systems. Due to increased technology advances, we have become more reliant on technology to help increase efficiency in our business. We use computer programs to help run our financial and operations sectors, and this may subject our business to increased risks. Any future cyber security attacks that affect our facilities, our customers and any financial data could have a material adverse effect on our business. In addition, cyber attacks on our customer and employee data may result in a financial loss, including potential fines for failure to safeguard data, and may negatively impact our reputation. Third-party systems on which we rely could also suffer operational system failure. Any of these occurrences could disrupt our business, result in potential liability or reputational damage or otherwise have an adverse effect on our financial results.

***Item 1B.    Unresolved Staff Comments***

None.

057

Table of Contents

*Item 2.*    **Properties**

The following table sets forth information about the Company's principal facilities, owned or leased, on February 28, 2017:

| Location | Land/Acres | Buildings/Sq. Footage | Segment/Occupant |
|---|---|---|---|
| Crowley, Texas | 26.3 | 168,797 | Energy Segment |
| Houston, Texas | 5.4 | 61,600 | Energy Segment |
| Richland, Mississippi | 6.7 | 60,981 | Energy Segment |
| Pittsburg, Kansas | 15.3 | 87,800 | Energy Segment |
| Medway, Massachusetts | — | (Leased) 85,000 | Energy Segment |
| Fulton, Missouri | — | (Leased) 120,410 | Energy Segment |
| Hamilton, Ontario Canada | — | (Leased) 78,000 | Energy Segment |
| Fort Worth, Texas | — | (Leased) 201,000 | Energy Segment |
| Norcross, Georgia | 5.5 | (Leased) 15,000 | Energy Segment |
| Norcross, Georgia | 11.0 | (Leased) 161,229 | Energy Segment |
| College Station, Texas | — | (Leased) 377 | Energy Segment |
| Chanute, Kansas | — | (Leased) 1,000 | Energy Segment |
| Spring, Texas | — | (Leased) 1,000 | Energy Segment |
| York, Pennsylvania | — | (Leased) 4,855 | Energy Segment |
| St. Petersburg, Florida | 6.4 | (Leased) 26,155 | Energy Segment |
| Millington, MD | 11.7 | (Leased) 96,958 | Energy Segment |
| Edmonton, AB Canada | — | (Leased) 17,680 | Energy Segment |
| Hellevoetsluis, Netherlands | 1.6 | (Leased) 30,785 | Energy Segment |
| Radom, Poland | — | (Leased) 56,000 | Energy Segment |
| Barueri, Brazil | 0.4 | (Leased) 18,478 | Energy Segment |
| Beaumont, Texas | 12.9 | 33,700 | Galvanizing Segment |
| Big Spring, Texas | 15.2 | 109,000 | Galvanizing Segment |
| Crowley, Texas | 28.5 | 79,200 | Galvanizing Segment |
| Houston, Texas | 25.2 | 61,800 | Galvanizing Segment |
| Houston, Texas | 23.7 | 128,764 | Galvanizing Segment |
| Hurst, Texas | 17.5 | 145,522 | Galvanizing Segment |
| Kennedale, Texas | 6.0 | 24,390 | Galvanizing Segment |
| San Antonio, Texas | 15.0 | 17,275 | Galvanizing Segment |
| Waskom, Texas | 10.6 | 30,400 | Galvanizing Segment |
| Atkinson, Nebraska | 12.9 | 26,480 | Galvanizing Segment |
| Moss Point, Mississippi | 13.5 | 16,000 | Galvanizing Segment |
| Richland, Mississippi | 5.6 | 22,800 | Galvanizing Segment |
| Citronelle, Alabama | 10.8 | 34,000 | Galvanizing Segment |
| Goodyear, Arizona | 16.8 | 36,800 | Galvanizing Segment |
| Prairie Grove, Arkansas | 11.5 | 34,000 | Galvanizing Segment |
| Belle Chasse, Louisiana | 9.5 | 34,000 | Galvanizing Segment |
| Morgan City, Louisiana | 1.6 | 14,300 | Galvanizing Segment |
| Port Allen, Louisiana | 22.2 | 48,700 | Galvanizing Segment |
| McCarran, Nevada | 23.7 | 43,379 | Galvanizing Segment |
| Cincinnati, Ohio | 15.0 | 81,700 | Galvanizing Segment |
| Canton, Ohio | 13.6 | 60,756 | Galvanizing Segment |
| Hamilton, Indiana | 49.3 | 110,700 | Galvanizing Segment |

14

| | | | |
|---|---|---|---|
| Muncie, Indiana | 6.6 | 50,200 | Galvanizing Segment |
| Plymouth, Indiana | 40.0 | 42,900 | Galvanizing Segment |
| Joliet, Illinois | 12.0 | 113,900 | Galvanizing Segment |
| Dixon, Illinois | 21.3 | 59,600 | Galvanizing Segment |
| Peoria, Illinois | 7.4 | 42,600 | Galvanizing Segment |
| Peoria, Illinois | — | (Leased) 66,400 | Galvanizing Segment |
| Winsted, Minnesota | 10.4 | 81,200 | Galvanizing Segment |
| Bristol, Virginia | 3.6 | 38,000 | Galvanizing Segment |
| Poca, West Virginia | 22.0 | 14,300 | Galvanizing Segment |
| Commerce, Colorado | 3.9 | 31,940 | Galvanizing Segment |
| Chelsea, Oklahoma | 15.0 | 30,700 | Galvanizing Segment |
| Tulsa, Oklahoma | 29.8 | 186,726 | Galvanizing Segment |
| Port of Catoosa, Oklahoma | 4.0 | (Leased) 42,360 | Galvanizing Segment |
| Nashville, Tennessee | 12.0 | 27,055 | Galvanizing Segment |
| St. Louis, Missouri | 5.6 | 1,800 | Galvanizing Segment |
| Kansas City, Missouri | — | (Leased) 18,000 | Galvanizing Segment |
| Minneapolis, Minnesota | 4.3 | 67,260 | Galvanizing Segment |
| Louisville, Kentucky | 5.9 | 23,007 | Galvanizing Segment |
| Montreal, QC Canada | 4.4 | 85,000 | Galvanizing Segment |
| Acton, ON Canada | 6.3 | 32,090 | Galvanizing Segment |
| Acton, ON Canada | 4.1 | 24,180 | Galvanizing Segment |
| Halifax, NS Canada | 2.9 | 33,832 | Galvanizing Segment |
| Fort Worth, Texas | — | (Leased) 41,000 | Corporate Offices |

### Item 3.  Legal Proceedings

On January 11, 2018, Logan Mullins, acting on behalf of himself and a putative class of persons who purchased or otherwise acquired the Company's securities between April 22, 2015 and January 8, 2018, filed a class action complaint in the U.S. District Court for the Northern District of Texas against the Company and two of its executive officers, Thomas E. Ferguson and Paul W. Fehlman.  Logan Mullins v. AZZ, Inc. et al., Case No. 4:18-cv-00025-Y.  The compliant alleges, among other things, that the Company's SEC filings contained statements that were rendered materially false and misleading by the Company's alleged failure to properly recognize revenue related to certain contracts in its Energy Segment in purported violation of (1) Section 10(b) of the Exchange Act and Rule 10b-5 and (2) Section 20(a) of the Exchange Act.  The plaintiffs seek an award of compensatory and punitive damages, interests, attorneys' fees and costs.  The Company denies the allegations and believes it has strong defenses to vigorously contest them.  The Company cannot predict the outcome of this action nor when it will be resolved.  If the plaintiffs were to prevail in this matter, the Company could be liable for damages, which could potentially be material and could adversely affect its financial condition or results of operations.

In addition, the Company and its subsidiaries are named defendants in various routine lawsuits incidental to our business.  These proceedings include labor and employment claims, use of the Company's intellectual property, worker's compensation and various environmental  matters, all arising in the normal course of business.  Although the outcome of these lawsuits or other proceedings cannot be predicted with certainty, and the amount of any potential liability that could arise with respect to such lawsuits or other matters cannot be predicted at this time, management, after consultation with legal counsel, does not expect liabilities, if any, from these other claims or proceedings, either individually or in the aggregate, to have a material effect on the Company's financial position, results of operations or cash flows.

### Item 4.  Mine Safety Disclosures

Not applicable.

16

060

**PART II**

*Item 5.  Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities.*

Our common stock, $1.00 par value ("Common Stock"), is traded on the New York Stock Exchange under the symbol "AZZ". The following table sets forth the high and low sales prices of our Common Stock on the New York Stock Exchange on a quarterly basis for each of the two fiscal years ended February 28, 2017 and February 29, 2016.

|  | High | Low | Dividends Declared |
|---|---|---|---|
| **Fiscal 2017** | | | |
| First Quarter | $ 59.52 | $ 50.89 | $ 0.15 |
| Second Quarter | $ 67.98 | $ 54.98 | $ 0.15 |
| Third Quarter | $ 67.43 | $ 51.20 | $ 0.17 |
| Fourth Quarter | $ 67.70 | $ 57.15 | $ 0.17 |
| **Fiscal 2016** | | | |
| First Quarter | $ 49.57 | $ 42.89 | $ 0.15 |
| Second Quarter | $ 54.01 | $ 45.01 | $ 0.15 |
| Third Quarter | $ 60.36 | $ 46.39 | $ 0.15 |
| Fourth Quarter | $ 60.30 | $ 47.04 | $ 0.15 |

The payment of dividends is within the discretion of our Board and is dependent on our earnings, capital requirements, operating and financial condition and other factors. AZZ has paid dividends quarterly over the last three fiscal years. Dividends paid totaled $16.6 million, $15.5 million, and $14.9 million during fiscal 2017, 2016, and 2015, respectively. Dividend payments may be restricted to total payments of $20.0 million per fiscal year based on covenants with the Company's lenders in the event that the Company's leverage ratio (defined as net debt to EBITDA) exceeds 3.0 to 1.0. Currently there are no restrictions on dividend payments. AZZ fully expects to continue to pay dividends. However, the decision is within the discretion of our Board and we expect any future payments will be made on a quarterly basis.

In January of 2012, our Board authorized the repurchase of up to ten percent of the outstanding shares of our Common Stock. The share repurchase authorization does not have an expiration date, and the amount and prices paid for any future share purchases under the authorization will be based on market conditions and other factors at the time of the purchase. Repurchases under this share repurchase authorization would be made through open market purchases or private transactions in accordance with applicable federal securities laws, including Rule 10b-18 under the Exchange Act. During fiscal 2017, the Company purchased 100,000 shares at an average price of $52.82 per share under the Company's share repurchase program. As of February 28, 2017, these shares were formally retired. Share repurchases may be restricted to total repurchases of $50.0 million per fiscal year based on covenants with the Company's lenders in the event that the Company's leverage ratio exceeds 3.0 to 1.0. Currently there are no restrictions on share repurchases.

The approximate number of holders of record of our Common Stock at February 28, 2017 was 899. See Item 12 of this Report for information regarding securities authorized for issuance under equity compensation plans.

17

061

## STOCK PRICE PERFORMANCE GRAPH

The following graph illustrates the five-year cumulative total return on investments in our Common Stock, the CRSP Index for NYSE Stock Market (U.S. Companies) and the CRSP Index for NYSE Stocks (SIC 5000-5099 US Companies). These indices are prepared by Zacks Investment Research, Inc. AZZ's Common Stock is listed on The New York Stock Exchange and AZZ is engaged in two industry segments. The shareholder return shown below is not necessarily indicative of future performance. Total return, as shown, assumes $100 invested on February 28, 2012, in shares of AZZ Common Stock and each index, all with cash dividends reinvested. The calculations exclude trading commissions and taxes.

Comparison of Five Year-Cumulative Total Returns
Value of $100 Invested on February 28, 2012
*For Fiscal Year Ended on the Last Day of February*



Legend

| Symbol | CRSP Total Returns Index for: | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 |
|---|---|---|---|---|---|---|---|
| | AZZ Inc. | 100.00 | 180.89 | 182.27 | 189.05 | 212.74 | 249.82 |
| | CRSP Index for NYSE Stock Market (US Companies) | 100.00 | 115.37 | 141.85 | 159.21 | 143.61 | 180.86 |
| | CRSP Index for NYSE Stocks (SIC 5000-5099 US Companies) Wholesale Trade - Durable Goods | 100.00 | 112.25 | 142.27 | 148.00 | 134.49 | 170.92 |

**Notes:**

A. The lines represent monthly index levels derived from compounded daily returns that include all dividends.
B. The indexes are reweighted daily, using the market capitalization on the previous trading day.
C. If the monthly interval, based on the fiscal year-end, is not a trading day, the preceding trading day is used.
D. The index level for all series was set to $100 on 02/29/2012.

See the equity compensation plan information in Item 12, "Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters."

*Item 6.*        *Selected Financial Data.*

| | Fiscal Year | | | | |
|---|---|---|---|---|---|
| | 2017 *(a) (f)* | 2016 *(b) (f)* | 2015 *(c) (f)* | 2014 *(d) (g)* | 2013 *(e) (g)* |
| | (Restated) | (Restated) | (Restated) | | |
| | *(In thousands, except per share amounts)* | | | | |
| Summary of operations: | | | | | |
| Net sales | $   863,538 | $   889,400 | $   819,692 | $   751,723 | $   570,594 |
| Net income | 61,264 | 75,544 | 65,616 | 59,597 | 60,456 |
| Earnings per share: | | | | | |
| Basic earnings per common share | 2.36 | 2.93 | 2.56 | 2.34 | 2.39 |
| Diluted earnings per common share | 2.35 | 2.91 | 2.55 | 2.32 | 2.37 |
| Total assets | 978,354 | 988,201 | 929,727 | 953,253 | 694,205 |
| Total debt | 272,290 | 326,982 | 337,848 | 405,616 | 210,714 |
| Total liabilities | 445,218 | 503,831 | 505,275 | 577,340 | 360,271 |
| Shareholders' equity | 533,136 | 484,370 | 424,452 | 375,913 | 333,934 |
| Working capital | 160,282 | 165,976 | 156,532 | 152,165 | 143,533 |
| Cash provided by operating activities | 111,176 | 143,589 | 118,157 | 107,275 | 92,738 |
| Capital expenditures | 41,434 | 39,861 | 29,377 | 43,472 | 24,923 |
| Depreciation & amortization | 50,357 | 47,417 | 46,089 | 43,305 | 29,363 |
| Cash dividend per common share | 0.64 | 0.60 | 0.58 | 0.56 | 0.53 |
| Weighted average shares outstanding - basic | 25,965 | 25,800 | 25,676 | 25,514 | 25,320 |
| Weighted average shares outstanding - diluted | 26,097 | 25,937 | 25,778 | 25,693 | 25,561 |

(a)   Includes the acquisition of Power Electronics, Inc. on March 1, 2016.
(b)   Includes the acquisitions of US Galvanizing, LLC on June 5, 2015 and Alpha Galvanizing Inc. on February 1, 2016.
(c)   Includes the acquisition of Zalk Steel & Supply Co. on June 20, 2014.
(d)   Includes the acquisition of Aquilex SRO on March 29, 2013.
(e)   Includes the acquisition of NLI, on June 1, 2012, the acquisition of Galvcast on October 1, 2012 and the acquisition of G3 on January 2, 2013.
(f)   Restated, as discussed in Note 2 to the Consolidated Financial Statements included in Item 8.
(g)   Fiscal year 2014 and 2013 do not reflect the restatement noted in (f) above, and therefore, the results and balances for these periods may lack comparability to the subsequently restated periods.

*Item 7.*        *Management's Discussion and Analysis of Financial Condition and Results of Operation.*

*You should read the following discussion together with our consolidated financial statements and the related notes included elsewhere in this Annual Report on Form 10-K/A. This discussion contains forward-looking statements regarding our business and operations. Our actual results may differ materially from those we currently anticipate as a result of the factors we describe under "Risk Factors" and elsewhere in this Annual Report on Form 10-K/A.*

**Restatement of Previously Issued Financial Statements**

As previously disclosed, we determined that for certain contracts within our Energy Segment for which revenue was historically recognized upon contract completion and transfer of title, we instead should have applied the percentage-of-completion method in accordance with the FASB's Accounting Standards Codification No. 605-35, *Construction-Type and Production-Type Contracts*. In general, the percentage-of-completion method results in a revenue recognition pattern over time as a project progresses as opposed to deferring revenues until contract completion.

We concluded that the impact of applying the percentage-of-completion method to our revenue contracts was materially different from our previously reported results under our historical practice. As a result, we are restating our consolidated financial statements for the periods impacted. See Note 2 to the Consolidated Financial Statements included in Item 8 for additional information and a reconciliation of the previously reported amounts to the restated amounts.

063

## Overview

As mentioned in Item 1, AZZ operates two distinct business segments, the Energy Segment and the Galvanizing Segment. Our discussion and analysis of financial condition and results of operations is divided by each of our segments along with corporate costs and other costs not specifically identifiable to a segment. For a reconciliation of segment operating income to pretax income, see Note 14 to the Consolidated Financial Statements. References herein to fiscal years are to the twelve-month periods that end in February of the relevant calendar year. For example, the twelve-month period ended February 28, 2017 is referred to as "fiscal 2017" or "fiscal year 2017."

For the fiscal year ended February 28, 2017, we recorded net sales of $863.5 million compared to the prior year's net sales of $889.4 million. Of the total net sales for fiscal 2017, approximately 56.5% of our net sales were generated from the Energy Segment and approximately 43.5% were generated from the Galvanizing Segment. Net income for fiscal 2017 was $61.3 million compared to $75.5 million for fiscal 2016. Net income as a percentage of net sales was 7.1% for fiscal 2017 as compared to 8.5% for fiscal 2016. Earnings per share fell by 19.2% to $2.35 per share for fiscal 2017 compared to $2.91 per share for fiscal 2016, on a diluted basis.

## Results of Operations

### Year ended February 28, 2017 compared with year ended February 29, 2016

*Backlog*

We ended fiscal 2017 with a backlog of $317.9 million, a small increase compared to fiscal 2016. The Company's backlog as of year end pertains solely to the Energy Segment's operations. The book-to-ship ratio remained relatively flat compared to fiscal 2016. The book-to-ship ratio was 0.99 to 1 for fiscal 2017 and 1.02 to 1 for fiscal 2016.

The following table reflects bookings and shipments for fiscal 2017 and 2016.

**Backlog Table**
*(In thousands)*
*(Restated)*

|  | Period Ended |  |  | Period Ended |  |  |
|---|---|---|---|---|---|---|
| Backlog | 2/29/2016 | $ | 310,623 | 2/28/2015 | $ | 294,970 |
| Bookings |  |  | 858,934 |  |  | 905,053 |
| Acquired Backlog |  |  | 11,903 |  |  | — |
| Shipments |  |  | 863,538 |  |  | 889,400 |
| Backlog as reported | 2/28/2017 | $ | 317,922 | 2/29/2016 | $ | 310,623 |
| Book-to-Ship Ratio |  |  | 0.99 |  |  | 1.02 |

*Net Sales*

Our total net sales for fiscal 2017 decreased by $25.9 million, or 2.9%, as compared to fiscal 2016.

The following table reflects the breakdown of revenue by segment:

|  | 2017 |  | 2016 |  |
|---|---|---|---|---|
|  | (Restated) | | (Restated) | |
|  | (In thousands) | | | |
| **Net sales:** |  |  |  |  |
| Energy | $ | 488,002 | $ | 487,038 |
| Galvanizing |  | 375,536 |  | 402,362 |
| Total Net Sales | $ | 863,538 | $ | 889,400 |

Our Energy Segment recorded net sales for fiscal 2017 of $488.0 million as compared to fiscal 2016 net sales of $487.0 million. The increase of 0.2% represented relatively flat growth from the prior year.

20

Our Galvanizing Segment, which consisted of forty-one hot dip galvanizing facilities as of February 28, 2017, generated net sales of $375.5 million, a 6.7% decrease from the prior year's net sales of $402.4 million. The decline was a result of a volume decrease in steel processed caused by softness in the solar, petrochemical, and the oil and gas markets which offset higher pricing during the year.

### *Operating Income*

Operating income for the Energy Segment decreased $3.9 million, or 6.9%, for fiscal 2017, to $52.6 million as compared to $56.5 million for fiscal 2016. Operating margins for this segment were 10.8% for fiscal 2017 as compared to 11.6% for fiscal 2016. This decrease was attributable to the reduction in refinery turnarounds, which typically carry a higher margin, coupled with generally lower margin projects in the balance of the segment.

Operating income for the Galvanizing Segment decreased $15.7 million, or 16.6%, for fiscal 2017 to $79.0 million as compared to $94.8 million for the prior year. Operating margins were 21.0% for fiscal 2017 as compared to 23.6% for fiscal 2016. This decrease is attributable to lower volumes in fiscal 2017 and the $7.3 million of realignment charge related to the shutdown of two galvanizing plants, the repurposing of a third plant, and the disposal of obsolete assets taken in the second quarter of fiscal 2017.

Corporate expenses were $32.7 million for fiscal 2017 and $30.9 million for fiscal 2016. This increase is attributable to higher spend on professional services, higher employee costs, and depreciation of corporate assets in fiscal 2017.

### *Interest*

Interest expense for fiscal 2017 decreased 2.8% to $14.7 million as compared to $15.2 million in fiscal 2016. This decrease is the result of lower borrowings during fiscal 2017 stemming from mandatory and elective principal reductions, partially offset by higher interest rates. For additional information on outstanding debt, see Note 13 to the Consolidated Financial Statements. As of February 28, 2017, we had outstanding debt of $272.3 million compared to $327.0 million at the end of fiscal 2016. AZZ's debt to equity ratio was 0.51 to 1 at the end of fiscal 2017 compared to 0.68 to 1 at the end of fiscal 2016.

### *Net Gain On Sale of Property, Plant and Equipment and Insurance Proceeds*

We recorded a net loss of $0.1 million from the sale of property, plant and equipment and insurance proceeds in fiscal 2017. This net loss was the result of the sale of miscellaneous equipment during the year. We recorded a net gain of $0.3 million from the sale of property, plant and equipment and insurance proceeds in fiscal 2016. The net gain is primarily related to the sale of our St. Catherines property located in Ontario, Canada.

### *Other (Income) Expense*

For fiscal 2017, a total of $1.2 million in income was recorded to other (income) expense, net, which was primarily attributable to a reimbursement of legal fees of $0.6 million from a lawsuit in fiscal 2016 and net foreign exchange gains. For fiscal 2016, we recorded $3.1 million of expense to other (income) expense, net, which was attributable to a fourth quarter settlement of a commercial lawsuit, in addition to some currency translation losses.

### *Provision For Income Taxes*

The provision for income taxes reflected an effective tax rate of 28.2% for fiscal 2017 and 26.2% for fiscal 2016. The Company's tax rate is affected by recurring items, such as tax rates in foreign jurisdictions and the relative amounts of income we earn in those jurisdictions. It is also affected by discrete items that may occur in any given year, but may not be consistent from year to year. The most significant impact on the difference between our statutory U.S. federal income tax rate of 35.0% and our effective tax rate is the result of certain U.S. state tax planning for the current and prior fiscal year.

065

Table of Contents

## Year ended February 29, 2016 compared with year ended February 28, 2015

*Backlog*

We ended fiscal 2016 with a backlog of $310.6 million, an increase of 5.3% as compared to fiscal 2015. The Company's backlog as of year end pertains to the Energy Segment's operations. The book-to-ship ratio remained relatively flat compared to fiscal 2015. The book-to-ship ratio was 1.02 to 1 for fiscal 2017 and 1.01 to 1 for fiscal 2016.

The following table reflects bookings and shipments for fiscal 2016 and 2015.

**Backlog Table**
*(In thousands)*
*(Restated)*

|  | Period Ended | | | Period Ended | | |
|---|---|---|---|---|---|---|
| Backlog | 2/28/2015 | $ | 294,970 | 2/28/2014 | $ | 290,393 |
| Bookings | | | 905,053 | | | 824,269 |
| Shipments | | | 889,400 | | | 819,692 |
| Backlog as reported | 2/29/2016 | $ | 310,623 | 2/28/2015 | $ | 294,970 |
| Book-to-Ship Ratio | | | 1.02 | | | 1.01 |

*Net Sales*

Our total net sales for fiscal 2016 increased by $69.7 million, or 8.5%, as compared to fiscal 2015.

The following table reflects the breakdown of revenue by segment:

|  | 2016 | | 2015 | |
|---|---|---|---|---|
|  | (Restated) | | (Restated) | |
|  | *(In thousands)* | | | |
| **Net sales:** | | | | |
| Energy | $ | 487,038 | $ | 461,344 |
| Galvanizing | | 402,362 | | 358,348 |
| Total Net Sales | $ | 889,400 | $ | 819,692 |

Our Energy Segment recorded net sales for fiscal 2016 of $487.0 million, an increase of 5.6% compared to fiscal 2015 net sales of $461.3 million. The increase in net sales for fiscal 2016 was attributable to greater penetration and project scope expansion in specialty welding services for petroleum refining both domestically and internationally.

Our Galvanizing Segment, which consisted of forty-three hot dip galvanizing facilities as of February 28, 2016, generated net sales of $402.4 million, a 12.3% increase from the prior year's net sales of $358.3 million. The volume of steel processed for the fiscal year increased 15.6% while sales prices were slightly lower in fiscal 2016 compared to fiscal 2015. The acquisition of US Galvanizing, LLC and Alpha Galvanizing Inc. accounted for a significant portion of the increase in net sales and steel processed in the current year. The solar and original equipment manufacturer (OEM) markets also added to the increased sales and steel processed volumes during the year.

*Operating Income*

Operating income for the Energy Segment increased $16.7 million, or 42.0%, for fiscal 2016, to $56.5 million as compared to $39.8 million for fiscal 2015. Operating margins for this segment were 11.6% for fiscal 2016 as compared to 8.6% for fiscal 2015. This increase was attributable to increased net sales, improved pricing, and better execution overall. During 2015, operating income was impacted by realignment charges described in Note 7 to the Consolidated Financial Statements and certain cost overruns on projects at NLI and Aquilex SRO.

Operating income for the Galvanizing Segment increased $6.2 million, or 7.0%, for fiscal 2016 to $94.8 million as compared to $88.6 million for the prior year. Operating margins were 23.6% for fiscal 2016 as compared to 24.7% for fiscal 2015. As noted within the net sales discussion, the acquisition of US Galvanizing, LLC and Alpha Galvanizing Inc. were the primary contributors of operating income growth which was partially offset by higher zinc costs year over year.

Corporate expenses were $30.9 million for fiscal 2016 and $20.4 million for fiscal 2015. During fiscal 2016, we experienced higher legal fees associated with attorney fees related to a commercial lawsuit which settled during the fourth quarter, higher outside costs associated with various acquisitions and divestiture activities, and charges taken in the fourth quarter related to rectifying incorrect matching payments made to employee benefit plans of certain employees in prior years. During fiscal 2015, the Company recognized a $9.1 million gain from the reversal of the contingent liability associated with the acquisition of NLI. Based on the criteria set forth in the acquisition agreement, we no longer believe an additional payment to the previous owners is probable. Excluding the gain from the reversal of the NLI contingency, for the year, general corporate expenses would have totaled $29.5 million during fiscal 2015 and the year over year comparison would have been relatively flat.

*Interest*

Interest expense for fiscal 2016 decreased 8.5% to $15.2 million as compared to $16.6 million in fiscal 2015. This decrease is the result of lower borrowings during fiscal 2016 stemming from mandatory and elective principal reductions. For additional information on outstanding debt, see Note 13 to the Consolidated Financial Statements. As of February 29, 2016, we had gross outstanding debt of $327.0 million compared to $337.8 million at the end of fiscal 2015. AZZ's debt to equity ratio was 0.68 to 1 at the end of fiscal 2016 compared to 0.80 to 1 at the end of fiscal 2015.

*Net Gain On Sale of Property, Plant and Equipment and Insurance Proceeds*

We recorded a net gain of $0.3 million from the sale of plant, property and equipment and insurance proceeds during fiscal 2016. The net gain is primarily related to the sale of our St. Catherines property located in Ontario, Canada. We recorded a net gain of $2.5 million from the sale of property, plant and equipment and insurance proceeds in fiscal 2015. The gain from the prior fiscal year is primarily attributable to the property, plant and equipment lost as a result of the fires at our Joliet, Illinois, Goodyear, Arizona and New Orleans, Louisiana galvanizing facilities, offset by insurance proceeds.

*Other (Income) Expense*

For fiscal 2016, a total of $3.1 million in expense was recorded to other (income) expense, net, which was primarily attributable to a fourth quarter settlement of a commercial lawsuit, in addition to some currency translation losses. For fiscal 2015, we recorded $2.7 million of expense to other (income) expense, net, which was attributable to the demolition and cleanup efforts at our New Orleans, Louisiana and Goodyear, Arizona galvanizing facilities, following fires at the two facilities.

*Provision For Income Taxes*

The provision for income taxes reflected an effective tax rate of 26.2% for fiscal 2016 and 28.1% for fiscal 2015. The Company's tax rate is affected by recurring items, such as tax rates in foreign jurisdictions and the relative amounts of income we earn in those jurisdictions. It is also affected by discrete items that may occur in any given year, but may not be consistent from year to year. The most significant impact on the difference between our statutory U.S. federal income tax rate of 35.0% and our effective tax rate is the result of certain U.S. state tax planning for the current and prior fiscal year.

**Liquidity and Capital Resources**

We have historically met our cash needs through a combination of cash flows from operating activities along with bank and bond market debt. Our cash requirements are generally for operating activities, cash dividend payments, capital improvements, debt repayment and acquisitions. We believe that our cash position, cash flows from operating activities and our expectation of continuing availability to draw upon our credit facilities are sufficient to meet our cash flow needs for the foreseeable future.

Net cash provided by operating activities for fiscal 2017 was $111.2 million compared to $143.6 million provided by operating activities for fiscal 2016. The decrease in cash provided by operating activities for fiscal 2017 is attributable to a decrease in net income and by a less favorable impact of changes in working capital.

Net cash used in investing activities for fiscal 2017 was $63.3 million compared to net cash used in investing activities of $99.3 million for fiscal 2016. The decrease in cash used during fiscal 2017 was primarily attributable to fewer acquisitions, partially offset by increased capital expenditures.

Net cash used in financing activities for fiscal 2017 was $76.6 million compared to net cash used in financing activities of $25.3 million for fiscal 2016. The increase in cash used during fiscal 2017 was primarily attributable to increased net principal payments under our debt agreements and the purchase of 100,000 treasury shares.

We consider the undistributed earnings of our foreign subsidiaries as of fiscal year ended February 28, 2017, to be indefinitely reinvested and, accordingly, no U.S. income taxes have been provided thereon. Should the Company decide to repatriate the foreign earnings, we would need to adjust our income tax provision in the period we determined that the earnings will no longer be

Table of Contents

indefinitely invested outside the United States. As of fiscal year ended February 28, 2017, the amount of cash associated with indefinitely reinvested foreign earnings was approximately $7.2 million. We have not, nor do we anticipate the need to repatriate earnings to the United States to satisfy domestic liquidity needs arising in the ordinary course of business including liquidity needs associated with our domestic debt service requirements. However, the Company may repatriate some cash to the U.S. through settlement of inter-company loans or return of capital distributions in a tax efficient manner.

During fiscal 2017, we spent $64.1 million on capital expenditures including acquisitions, net of cash. The breakdown of capital spending by segment for fiscal 2017, 2016 and 2015 can be found in Note 14 to the Consolidated Financial Statements.

On March 27, 2013, we entered into a Credit Agreement (the "Credit Agreement") with Bank of America and other lenders. The Credit Agreement provides for a $75.0 million term facility and a $225.0 million revolving credit facility that includes a $75.0 million "accordion" feature. The Credit Agreement is used to provide for working capital needs, capital improvements, dividends, future acquisitions and letter of credit needs.

Interest rates for borrowings under the Credit Agreement are based on either a Eurodollar Rate or a Base Rate plus a margin ranging from 1.0% to 2.0% depending on our Leverage Ratio (as defined in the Credit Agreement). The Eurodollar Rate is defined as LIBOR for a term equivalent to the borrowing term (or other similar interbank rates if LIBOR is unavailable). The Base Rate is defined as the highest of the applicable Fed Funds rate plus 0.50%, the Prime rate, or the Eurodollar Rate plus 1.0% at the time of borrowing. The Credit Agreement also carries a Commitment Fee for the unfunded portion ranging from 0.20% to 0.30% per annum, depending on our Leverage Ratio.

The $75.0 million term facility under the Credit Agreement requires quarterly principal and interest payments, which commenced on June 30, 2013 and are required to be made through March 27, 2018, the maturity date.

The Credit Agreement provides various financial covenants requiring us, among other things, to a) maintain on a consolidated basis net worth equal to at least the sum of $230.0 million, plus 50.0% of future net income, b) maintain on a consolidated basis a Leverage Ratio not to exceed 3.25:1.0, c) maintain on a consolidated basis a Fixed Charge Coverage Ratio (as defined in the Credit Agreement) of at least 1.75:1.0 and d) not to make Capital Expenditures (as defined in the Credit Agreement) on a consolidated basis in an amount in excess of $60.0 million during the fiscal year ended February 28, 2014 and $50.0 million during any subsequent year.

On August 8, 2016 we executed the First Amendment to the Credit Agreement. The changes included, among other things, amendments to covenants including removing the cap on Capital Expenditures, raising the limits on asset disposition and other secured debt, and establishing a basket for investments specifically in joint ventures. The amendment also removed limitations on dividends and on redemption of equity interest as long as the Company's Leverage Ratio remained below 2.75:1.0.

On March 21, 2017, we executed the Amended and Restated Credit Agreement (the "2017 Credit Agreement") with Bank of America and other lenders. The 2017 Credit Agreement amended the Credit Agreement entered into on March 27, 2013 by the following: (i) extending the maturity date until March 21, 2022, (ii) providing for a senior revolving credit facility in a principal amount of up to $450 million, with an additional $150 million accordion, (iii) including a $75 million sublimit for the issuance of standby and commercial letters of credit, (iv) including a $30 million sublimit for swing line loans, (v) restricting indebtedness incurred in respect of capital leases, synthetic lease obligations and purchase money obligations not to exceed $20 million, (vi) restricting investments in any foreign subsidiaries not to exceed $50 million in the aggregate, and (vii) including various financial covenants and certain restricted payments relating to dividends and share repurchases as specifically set forth in the 2017 Credit Agreement. The 2017 Credit Agreement will be used to finance working capital needs, capital improvements, dividends, future acquisitions and letter of credit needs.

On March 31, 2008, the Company entered into a Note Purchase Agreement (the "Note Purchase Agreement") pursuant to which the Company issued $100.0 million aggregate principal amount of its 6.24% unsecured Senior Notes (the "2008 Notes") due March 31, 2018 through a private placement (the "2008 Note Offering"). Pursuant to the Note Purchase Agreement, the Company's payment obligations with respect to the 2008 Notes may be accelerated upon any Event of Default, as defined in the Note Purchase Agreement.

The Company entered into an additional Note Purchase Agreement on January 21, 2011 (the "2011 Agreement"), pursuant to which the Company issued $125.0 million aggregate principal amount of its 5.42% unsecured Senior Notes (the "2011 Notes"), due in January of 2021, through a private placement (the "2011 Note Offering"). Pursuant to the 2011 Agreement, the Company's payment obligations with respect to the 2011 Notes may be accelerated under certain circumstances.

The 2008 Notes and the 2011 Notes each provide for various financial covenants requiring us, among other things, to a) maintain on a consolidated basis net worth (as defined in the Note Purchase Agreement) equal to at least the sum of $116.9 million plus 50.0% of future net income; b) maintain a ratio of indebtedness to EBITDA (as defined in Note Purchase Agreement) not to exceed

3.25:1.00; c) maintain on a consolidated basis a Fixed Charge Coverage Ratio (as defined in the Note Purchase Agreement) of at least 2.0:1.0; d) not at any time permit the aggregate amount of all Priority Indebtedness (as defined in the Note Purchase Agreement) to exceed 10.0% of Consolidated Net Worth.

As of February 28, 2017, the Company was in compliance with all of its debt covenants.

Historically, we have not experienced a significant impact on our operations from increases in general inflation other than for specific commodities. We have exposure to commodity price increases in both segments of our business, primarily copper, aluminum, steel and nickel based alloys in the Energy Segment and zinc and natural gas in the Galvanizing Segment. We attempt to minimize these increases through escalation clauses in customer contracts for copper, aluminum, steel and nickel based alloys, when market conditions allow and through fixed cost contract purchases on zinc. In addition to these measures, we attempt to recover other cost increases through improvements to our manufacturing process, supply chain management, and through increases in prices where competitively feasible.

### Off Balance Sheet Transactions and Related Matters

There are no off-balance sheet transactions, arrangements, obligations (including contingent obligations) other than the contingent obligations as described in the contingent liability section, or other relationships of the Company with unconsolidated entities or other persons that have, or may have, a material effect on our financial condition, changes in financial condition, revenues or expenses, results of operations, liquidity, capital expenditures or capital resources.

### Contractual Commitments

The following summarizes the Company's operating leases, debt and interest payments for the next five fiscal years and thereafter:

| | Operating Leases | Debt | Interest | Total |
|---|---|---|---|---|
| | | *(In thousands)* | | |
| 2018 | $ 6,627 | $ 16,629 | $ 11,573 | $ 34,829 |
| 2019 | 5,629 | 130,661 | 8,079 | 144,369 |
| 2020 | 3,347 | — | 6,775 | 10,122 |
| 2021 | 2,655 | 125,000 | 6,775 | 134,430 |
| 2022 | 2,542 | — | — | 2,542 |
| Thereafter | 8,042 | — | — | 8,042 |
| Total | $ 28,842 | $ 272,290 | $ 33,202 | $ 334,334 |

*Commodity pricing*

We have no contracted commitments for any commodities including steel, aluminum, natural gas, nickel based alloys, copper, zinc or any other commodity, except for those entered into under the normal course of business.

*Other*

At February 28, 2017, the Company had outstanding letters of credit in the amount of $23.1 million. These letters of credit are issued to a portion of the Company's customers in our Energy Segment to cover any potential warranty costs, performance issues, insurance reserves and bid bonds. In addition, as of February 28, 2017, a warranty reserve in the amount of $2.1 million has been provided to offset any future warranty claims.

The Company has been named as a defendant in certain lawsuits that arose in the normal course of business. In the opinion of management, after consulting with legal counsel, the potential liabilities, if any, resulting from these matters would not have a material effect on our financial position, results of operations or cash flow.

### Critical Accounting Policies and Estimates

The preparation of the consolidated financial statements requires us to make estimates that affect the reported value of assets, liabilities, revenues and expenses. Our estimates are based on historical experience and various other factors that we believe are reasonable under the circumstances and form the basis for our conclusions. We continually evaluate the information used to make these estimates as business and economic conditions change. Accounting policies and estimates considered most critical are allowances for doubtful accounts, accruals for contingent liabilities, revenue recognition, impairment of long-lived assets,

069

identifiable intangible assets and goodwill, accounting for income taxes, restricted stock units, performance share units and stock appreciation rights. Actual results may differ from these estimates under different assumptions or conditions. The development and selection of the critical accounting policies and the related disclosures below have been reviewed with the Audit Committee of the Board of Directors. More information regarding significant accounting policies can be found in Note 1 to the Consolidated Financial Statements.

Allowance for Doubtful Accounts – The carrying value of our accounts receivable is continually evaluated based on the likelihood of collection. An allowance is maintained for estimated losses resulting from our customers' inability to make required payments. The allowance is determined by historical experience of uncollected accounts, the level of past due accounts, overall level of outstanding accounts receivable, information about specific customers with respect to their inability to make payments and future expectations of conditions that might impact the collectability of accounts receivable. If the financial condition of our customers were to deteriorate, resulting in an impairment of their ability to make payments, additional allowances could be required.

Accruals for Contingent Liabilities - The amounts we record for estimated claims, such as self-insurance programs, warranty, environmental and other contingent liabilities, requires us to make judgments regarding the amount of expenses that will ultimately be incurred. We use past history and experience and other specific circumstances surrounding these claims in evaluating the amount of liability that should be recorded. Actual results may be different than what we estimate. In connection with our acquisition of NLI on June 1, 2012, the Company had a contingent obligation to make an additional payment of up to $20.0 million based on the future financial performance of the NLI business. During fiscal 2015, the Company deemed this additional payment not probable or likely to occur and the accrual recorded at the end of fiscal 2014 of $9.1 million was reversed. The accrual reversal was recorded to selling, general and administrative expense. As of June 2016, the measurement period for this contingency payment has expired and no additional payment was made.

Revenue Recognition – Revenue is recognized for the Energy Segment upon transfer of title and risk to customers, or based upon the percentage of completion method of accounting for electrical products built to customer specifications and for services under long term contracts. We typically recognize revenue for the Galvanizing Segment at completion of the service unless we specifically agree with the customer to hold its material for a predetermined period of time after the completion of the galvanizing process and, in that circumstance, we invoice and recognize revenue upon shipment. Customer advanced payments presented in the balance sheets arise from advanced payments received from our customers prior to shipment of the product and are not related to revenue recognized under the percentage of completion method. The extent of progress for revenue recognized using the percentage of completion method is measured by the ratio of contract costs incurred to date to total estimated contract costs at completion. Contract costs include direct labor and material and certain indirect costs. Selling, general and administrative costs are charged to expense as incurred. Provisions for estimated losses, if any, on uncompleted contracts are made in the period in which such losses are able to be determined. The assumptions made in determining the estimated cost could differ from actual performance resulting in a different outcome for profits or losses than anticipated.

Impairment of Long-Lived Assets, Identifiable Intangible Assets and Goodwill – We record impairment losses on long-lived assets, including identifiable intangible assets, when events and circumstances indicate that the assets might be impaired and the undiscounted projected cash flows associated with those assets are less than the carrying amounts of those assets. In those situations, impairment losses on long-lived assets are measured based on the excess of the carrying amount over the asset's fair value, generally determined based upon discounted estimates of future cash flows. A significant change in events, circumstances or projected cash flows could result in an impairment of long-lived assets, including identifiable intangible assets. An annual impairment test of goodwill is performed in the fourth quarter of each fiscal year. The test is calculated using the anticipated future cash flows after tax from our operating segments. Based on the present value of the future cash flows, we will determine whether impairment may exist. A significant change in projected cash flows or cost of capital for future years could result in an impairment of goodwill in future years. Variables impacting future cash flows include, but are not limited to, the level of customer demand for and response to products and services we offer to the power generation market, the electrical transmission and distribution markets, the general industrial market and the hot dip galvanizing market, changes in economic conditions of these various markets, raw material and natural gas costs and availability of experienced labor and management to implement our growth strategies. Our testing concluded that none of our goodwill was impaired.

Accounting for Income Taxes – Our income tax expense, deferred tax assets and liabilities, and liabilities for unrecognized tax benefits reflect management's best assessment of estimated current and future taxes to be paid. We are subject to income taxes in both the United States and numerous foreign jurisdictions. Significant judgments and estimates are required in determining the consolidated income tax expense. Deferred income taxes arise from temporary differences between the tax basis of assets and liabilities and their reported amounts in the financial statements, which will result in taxable or deductible amounts in the future.

In evaluating our ability to recover our deferred tax assets within the jurisdiction from which they arise, we consider all available positive and negative evidence, including scheduled reversals of deferred tax liabilities, projected future taxable income, tax-planning strategies, and results of recent operations. In projecting future taxable income, we begin with historical results adjusted

26

070

for the results of discontinued operations and incorporate assumptions about the amount of future state, federal, and foreign pretax operating income adjusted for items that do not have tax consequences. The assumptions about future taxable income require significant judgment and are consistent with the plans and estimates we are using to manage the underlying businesses. Deferred tax assets are reduced by a valuation allowance if it is more likely than not that some portion or all of the deferred tax asset will not be realized.

The calculation of our tax liabilities involves dealing with uncertainties in the application of complex tax laws and regulations in a multitude of jurisdictions across our global operations. Generally accepted accounting principles in the United States of America ("GAAP") states that a tax benefit from an uncertain tax position may be recognized when it is more likely than not that the position will be sustained upon examination, including resolutions of any related appeals or litigation processes, on the basis of the technical merits. We may (1) record unrecognized tax benefits as liabilities in accordance with GAAP and (2) adjust these liabilities when our judgment changes as a result of the evaluation of new information not previously available. Because of the complexity of some of these uncertainties, the ultimate resolution may result in a payment that is materially different from our current estimate of the unrecognized tax benefit liabilities. These differences will be reflected as increases or decreases to income tax expense in the period in which new information is available.

We currently do not record unrecognized tax benefits related to U.S. federal, state or, foreign tax exposure. We continue to review our tax exposure for any significant need to record unrecognized tax benefits in the future.

We consider the earnings of certain non-U.S. subsidiaries to be indefinitely invested outside the United States on the basis of estimates that future domestic cash generation will be sufficient to meet future domestic cash needs and our specific plans for reinvestment of those subsidiary earnings. We have not recorded a deferred tax liability related to the U.S. federal and state income taxes and foreign withholding taxes on approximately $24.8 million of undistributed earnings of foreign subsidiaries indefinitely invested outside the United States. If we decide to repatriate the foreign earnings, we would need to adjust our income tax provision in the period we determined that the earnings will no longer be indefinitely invested outside the United States.

Restricted Stock Units, Performance Share Units and Stock Appreciation Rights -- Our employees and directors are periodically granted restricted stock units, performance share units, and stock appreciation rights by the Compensation Committee of the Board of Directors. The compensation cost of all employee stock-based compensation awards is measured based on the grant-date fair value of those awards and that cost is recorded as compensation expense over the period during which the employee is required to perform service in exchange for the award (generally over the vesting period of the award).

The valuation of stock appreciation rights awards is complex in that there are a number of variables included in the calculation of the value of the award:

- Volatility of our stock price
- Expected term of the stock appreciation rights
- Expected dividend yield
- Risk-free interest rate over the expected term
- Expected forfeitures

These variables are developed using a combination of our internal data with respect to stock price volatility and exercise behavior of award holders and information from outside sources. The development of each of these variables requires a significant amount of judgment. Changes in the values of the above variables would result in different valuations and, therefore, different amounts of compensation cost.

We have elected to use a Black-Scholes pricing model in the valuation of our stock appreciation rights. Restricted stock units and performance share units are valued at the stock price on the date of grant.

**Item 7A.**       ***Quantitative and Qualitative Disclosures About Market Risk.***

Market risk affecting our operations results primarily from changes in interest rates, foreign currency exchange and commodity prices. As of February 28, 2017, we had no involvement with derivative financial instruments.

In the Energy Segment, we have exposure to commodity pricing for copper, aluminum, steel and nickel based alloys. Increases in price for these items are normally managed through escalation clauses in our customers' contracts, although during difficult market conditions customers' may resist these escalation clauses. In addition, we attempt to enter into firm pricing contracts with our vendors on material at the time we receive orders from our customers to minimize risk. As normal course of business, we manage our exposures to commodity prices, primarily zinc used in our Galvanizing Segment, by utilizing agreements with zinc suppliers that include protective caps and fixed contracts to guard against escalating commodity prices. We also secure firm pricing

071

Table of Contents

for natural gas supplies with individual utilities when possible. We believe these agreements ensure adequate supplies and partially offset exposure to commodity price escalation.

As of February 28, 2017, the Company had exposure to foreign currency exchange rates related to our operations in Canada, China, Brazil, Poland, and the Netherlands.

We do not believe that a hypothetical change of 10% of the interest rate or currency exchange rate that are currently in effect or a change of 10% of commodity prices would have a significant adverse effect on our results of operations, financial position, or cash flows as long as we are able to pass along the increases in commodity prices to our customers. However, there can be no assurance that either interest rates, exchange rates or commodity prices will not change in excess of the 10% hypothetical amount or that we would be able to pass along rising costs of commodity prices to our customers, and such hypothetical change could have an adverse effect on our results of operations, financial position, and cash flows.

**Item 8.**      ***Consolidated Financial Statements and Supplementary Data.***

072

**Index to Consolidated Financial Statements and Schedules**

| | | Page |
|---|---|---|
| 1. | Consolidated Financial Statements | |
| | Report of Independent Registered Public Accounting Firm | 30 |
| | Consolidated Statements of Income for the years ended February 28, 2017, February 29, 2016, and February 28, 2015 | 32 |
| | Consolidated Statements of Comprehensive Income for the years ended February 28, 2017, February 29, 2016, and February 28, 2015 | 33 |
| | Consolidated Balance Sheets as of February 28, 2017 and February 29, 2016 | 34 |
| | Consolidated Statements of Cash Flows for the years ended February 28, 2017, February 29, 2016 and February 28, 2015 | 35 |
| | Consolidated Statements of Shareholders' Equity for the years ended February 28, 2017, February 29, 2016 and February 28, 2015 | 36 |
| | Notes to Consolidated Financial Statements | 37 |
| 2. | Consolidated Financial Statement Schedule | |
| | Schedule II – Valuation and Qualifying Accounts and Reserves | 61 |

073

## Report of Independent Registered Public Accounting Firm

Board of Directors and Shareholders
AZZ Inc.
Fort Worth, Texas

We have audited the accompanying consolidated balance sheets of AZZ Inc. (the "Company") as of February 28, 2017 and February 29, 2016 and the related consolidated statements of income, comprehensive income, shareholders' equity, and cash flows for each of the three years in the period ended February 28, 2017. In connection with our audits of the consolidated financial statements, we have also audited the financial statement schedule as of and for the three years in the period ended February 28, 2017 listed in Item 15 of this Form 10-K/A. We have also audited AZZ Inc.'s internal control over financial reporting as of February 28, 2017, based on criteria established in Internal Control - Integrated Framework (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission (the COSO criteria). The Company's management is responsible for the financial statements, the financial statement schedule, maintaining effective internal control over financial reporting, and its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control Over Financial Reporting. Our responsibility is to express an opinion on these financial statements and financial statement schedule as of February 28, 2017 and February 29, 2016 and for each of the three years in the period ended February 28, 2017 and on the Company's internal control over financial reporting as of February 28, 2017 based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement and whether effective internal control over financial reporting was maintained in all material respects. An audit of the financial statements includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements and financial statement schedule. Our audit of internal control over financial reporting included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audit of internal control over financial reporting also included performing such other procedures as we considered necessary in the circumstances. We believe that our audits provide a reasonable basis for our opinions.

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of AZZ Inc. as of February 28, 2017 and February 29, 2016 and the results of its operations and its cash flows for each of the three years in the period ended February 28, 2017, in conformity with accounting principles generally accepted in the United States of America.

Also in our opinion, the financial statement schedule, when considered in relation to the basic consolidated financial statements taken as a whole, presents fairly, in all material respects, the information set forth therein.

As discussed in Note 2 to the consolidated financial statements, the accompanying February 28, 2017 and February 29, 2016 consolidated financial statements have been restated to correct misstatements.

In our report dated April 20, 2017, we expressed an unqualified opinion on the effectiveness of internal control over financial reporting as of February 28, 2017. Subsequent to April 20, 2017, the Company identified a material misstatement in its annual and quarterly consolidated financial statements for the fiscal year ended February 28, 2017, requiring restatement of such financial statements. Management revised its assessment of internal control over financial reporting due to the identification of a material weakness, described in the following paragraph, in connection with the financial statement restatement. Accordingly, our opinion on the effectiveness of AZZ Inc.'s internal control over financial reporting as of February 28, 2017 expressed herein is different from that expressed in our previous report.

A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of the company's annual or interim financial statements will not be prevented or detected on a timely basis. A material weakness regarding management's design of controls pertaining to the Company's review and ongoing monitoring of its revenue recognition policies has been identified and described in management's revised assessment. This material weakness was considered in determining the nature, timing, and extent of audit tests applied in our audit of the 2017 financial statements (as restated).

074

In our opinion, AZZ Inc. did not maintain, in all material respects, effective internal control over financial reporting as of February 28, 2017, based on the COSO criteria.

We do not express an opinion or any other form of assurance on management's statements referring to any corrective actions taken by the Company after the date of management's assessment.

As indicated in the accompanying Management's Report on Internal Control over Financial Reporting, management's assessment of and conclusion on the effectiveness of internal control over financial reporting did not include the internal controls of Power Electronics, Inc. ("PEI"), whose acquisition was completed on March 1, 2016. PEI is included in the consolidated balance sheet of AZZ Inc. as of February 28, 2017 and the related consolidated statements of income, comprehensive income, shareholders' equity, and cash flows for the year then ended. PEI constituted approximately 1.8% of the Company's total assets as of February 28, 2017 and 4.0% and 8.3% of revenues and net income, respectively, for the year then ended. Management did not assess the effectiveness of internal control over financial reporting of PEI because of the timing of the acquisition. Our audit of internal control over financial reporting of AZZ Inc. also did not include an evaluation of the internal control over financial reporting of PEI.

/s/ BDO USA, LLP

Dallas, Texas
April 20, 2017 (April 19, 2018 as to i) the effects of the restatement described in Note 2, and ii) the effects of the material weakness)

**AZZ Inc.**
**CONSOLIDATED STATEMENTS OF INCOME**

| | Year Ended | | |
| --- | --- | --- | --- |
| | February 28, 2017 | February 29, 2016 | February 28, 2015 |
| | (Restated) | (Restated) | (Restated) |
| | (In thousands, except per share data) | | |
| Net Sales | $ 863,538 | $ 889,400 | $ 819,692 |
| Cost of Sales | 658,206 | 661,282 | 612,919 |
| Gross Profit | 205,332 | 228,118 | 206,773 |
| | | | |
| Selling, General and Administrative | 106,424 | 107,823 | 98,871 |
| Operating Income | 98,908 | 120,295 | 107,902 |
| | | | |
| Interest Expense | 14,732 | 15,155 | 16,561 |
| Net (Gain) Loss On Sale of Property, Plant and Equipment, and Insurance Proceeds | 76 | (327) | (2,525) |
| Other Expense (Income) - net | (1,197) | 3,092 | 2,659 |
| Income Before Income Taxes | 85,297 | 102,375 | 91,207 |
| Income Tax Expense | 24,033 | 26,831 | 25,591 |
| Net Income | $ 61,264 | $ 75,544 | $ 65,616 |
| Earnings Per Common Share | | | |
| Basic Earnings Per Share | $ 2.36 | $ 2.93 | $ 2.56 |
| Diluted Earnings Per Share | $ 2.35 | $ 2.91 | $ 2.55 |
| Weighted Average Shares Outstanding | | | |
| Basic | 25,965 | 25,800 | 25,676 |
| Diluted | 26,097 | 25,937 | 25,778 |

*The accompanying notes are an integral part of the consolidated financial statements.*

076

**AZZ Inc.**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**

| | Year Ended | | |
|---|---|---|---|
| | February 28, 2017 | February 29, 2016 | February 28, 2015 |
| | (Restated) | (Restated) | (Restated) |
| | | *(In thousands)* | |
| Net Income | $ 61,264 | $ 75,544 | $ 65,616 |
| Other Comprehensive Loss: | | | |
| Foreign Currency Translation Adjustments - | | | |
| Unrealized Translation Gains (Losses) | 1,520 | (7,674) | (11,760) |
| Interest Rate Swap, Net of Income Tax of $29, $29 and $29, respectively. | (54) | (54) | (54) |
| Other Comprehensive Income (Loss) | 1,466 | (7,728) | (11,814) |
| Comprehensive Income | $ 62,730 | $ 67,816 | $ 53,802 |

*The accompanying notes are an integral part of the consolidated financial statements.*

33

077

**AZZ Inc.**
**CONSOLIDATED BALANCE SHEETS**

| | February 28, 2017 | February 29, 2016 |
|---|---:|---:|
| | (Restated) | (Restated) |
| Assets | *(In thousands, except per share data)* | |
| Current assets: | | |
| Cash and cash equivalents | $ 11,302 | $ 40,191 |
| Accounts receivable, net of allowance for doubtful accounts of $347 and $264 in 2017 and 2016, respectively | 138,470 | 131,416 |
| Inventories - net | 94,007 | 77,131 |
| Costs and estimated earnings in excess of billings on uncompleted contracts | 50,262 | 63,482 |
| Deferred income tax assets | 249 | 200 |
| Prepaid expenses and other | 2,762 | 3,105 |
| Total current assets | 297,052 | 315,525 |
| Property, plant, and equipment, net | 228,610 | 226,333 |
| Goodwill | 306,579 | 292,527 |
| Intangibles and other assets | 146,113 | 153,816 |
| | $ 978,354 | $ 988,201 |
| Liabilities and Shareholders' Equity | | |
| Current liabilities: | | |
| Accounts payable | $ 49,816 | $ 46,748 |
| Income tax payable | 778 | 2,697 |
| Accrued salaries and wages | 23,429 | 30,473 |
| Other accrued liabilities | 24,042 | 26,137 |
| Customer deposits | 1,459 | — |
| Billings in excess of costs and estimated earnings on uncompleted contracts | 20,617 | 20,302 |
| Debt due within one year | 16,629 | 23,192 |
| Total current liabilities | 136,770 | 149,549 |
| Debt due after one year, net | 254,800 | 302,429 |
| Deferred income tax liabilities | 53,648 | 51,853 |
| Total liabilities | 445,218 | 503,831 |
| Commitments and Contingencies | | |
| Shareholders' equity: | | |
| Common Stock, $1.00 par value; 100,000 shares authorized; 25,964 shares issued and outstanding at February 28, 2017 and 25,874 at February 29, 2016 | 25,964 | 25,874 |
| Capital in excess of par value | 37,739 | 35,148 |
| Retained earnings | 498,527 | 453,908 |
| Accumulated other comprehensive loss | (29,094) | (30,560) |
| Total shareholders' equity | 533,136 | 484,370 |
| | $ 978,354 | $ 988,201 |

*The accompanying notes are an integral part of the consolidated financial statements.*

078

**AZZ Inc.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**

| | Year Ended | | |
|---|---|---|---|
| | February 28, 2017 | February 29, 2016 | February 28, 2015 |
| | (Restated) | (Restated) | (Restated) |
| | | (In thousands) | |
| Cash flows from operating activities: | | | |
| Net income | $ 61,264 | $ 75,544 | $ 65,616 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | |
| Depreciation and amortization | 50,357 | 47,417 | 46,089 |
| Deferred income taxes | 1,714 | 1,960 | 16,222 |
| Net loss on disposition of property, plant & equipment due to realignment | 6,602 | 286 | 2,651 |
| Net (gain) loss on sale of property, plant & equipment and insurance proceeds | 76 | (327) | (2,525) |
| Share-based compensation expense | 5,870 | 4,538 | 4,080 |
| Amortization of deferred debt issuance costs | 1,262 | 1,347 | 1,431 |
| Provision for doubtful accounts | 48 | (1,072) | 458 |
| Effects of changes in operating assets and liabilities, net of acquisitions: | | | |
| Accounts receivable | (4,912) | (843) | (9,382) |
| Inventories | (13,754) | (2,052) | (3,363) |
| Prepaid expenses and other assets | (1,977) | 1,996 | 5,543 |
| Net change in billings related to costs and estimated earnings on uncompleted contracts | 13,592 | 7,276 | (13,823) |
| Accounts payable | 1,245 | (2,236) | 11,025 |
| Other accrued liabilities and income taxes payable | (10,211) | 9,755 | (5,865) |
| Net cash provided by operating activities: | 111,176 | 143,589 | 118,157 |
| Cash flows from investing activities: | | | |
| Proceeds from the sale or insurance settlement of property, plant, and equipment | 769 | 1,137 | 1,330 |
| Acquisition of subsidiaries, net of cash acquired | (22,679) | (60,584) | (11,518) |
| Purchases of property, plant and equipment | (41,434) | (39,861) | (29,377) |
| Net cash used in investing activities: | (63,344) | (99,308) | (39,565) |
| Cash flows from financing activities: | | | |
| Excess tax benefits from share-based compensation | — | 1,025 | 259 |
| Proceeds from revolving loan | 179,500 | 181,481 | 10,977 |
| Payments on revolving loan | (211,000) | (170,561) | (57,905) |
| Payments on long-term debt | (23,192) | (21,786) | (20,848) |
| Purchases of treasury shares | (5,282) | — | — |
| Payment of dividends | (16,645) | (15,482) | (14,897) |
| Net cash used in financing activities: | (76,619) | (25,323) | (82,414) |
| Effect of exchange rate changes on cash and cash equivalents | (102) | (1,294) | (1,216) |
| Net change in cash and cash equivalents | (28,889) | 17,664 | (5,038) |
| Cash and cash equivalents, beginning of year | 40,191 | 22,527 | 27,565 |
| Cash and cash equivalents, end of year | $ 11,302 | $ 40,191 | $ 22,527 |
| Supplemental disclosures of cash flow information: | | | |
| Cash paid for interest | $ 13,780 | $ 14,228 | $ 15,613 |
| Cash paid for income taxes | $ 19,857 | $ 21,574 | $ 15,264 |

*The accompanying notes are an integral part of the consolidated financial statements.*

079

## AZZ Inc.
## CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY

| | Common Stock | | Capital in excess of par value | Retained earnings (Restated) | Accumulated Other Comprehensive Income (Loss) | Total (Restated) |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| | | | *(In thousands)* | | | |
| Balance at February 28, 2014, as restated | 25,577 | $ 25,577 | $ 21,954 | $ 343,127 | $ (11,018) | $ 379,640 |
| Stock compensation | 16 | 16 | 4,064 | — | — | 4,080 |
| Restricted Stock Units | 21 | 21 | (497) | — | — | (476) |
| Stock issued for SARs | 40 | 40 | (371) | — | — | (331) |
| Employee Stock Purchase Plan | 78 | 78 | 2,297 | — | — | 2,375 |
| Excess tax benefits from share-based compensation | — | — | 259 | — | — | 259 |
| Cash dividend paid | — | — | — | (14,897) | — | (14,897) |
| Net income, as restated | — | — | — | 65,616 | — | 65,616 |
| Foreign currency translation | — | — | — | — | (11,760) | (11,760) |
| Interest rate swap, net of $29 of income tax | — | — | — | — | (54) | (54) |
| Balance at February 28, 2015, as restated | 25,732 | $ 25,732 | $ 27,706 | $ 393,846 | $ (22,832) | $ 424,452 |
| Stock compensation | 15 | 15 | 4,523 | — | — | 4,538 |
| Restricted Stock Units | 17 | 17 | (390) | — | — | (373) |
| Stock issued for SARs | 41 | 41 | (132) | — | — | (91) |
| Employee Stock Purchase Plan | 69 | 69 | 2,416 | — | — | 2,485 |
| Excess tax benefits from share-based compensation | — | — | 1,025 | — | — | 1,025 |
| Cash dividend paid | — | — | — | (15,482) | — | (15,482) |
| Net income, as restated | — | — | — | 75,544 | — | 75,544 |
| Foreign currency translation | — | — | — | — | (7,674) | (7,674) |
| Interest rate swap, net of $29 of income tax | — | — | — | — | (54) | (54) |
| Balance at February 29, 2016, as restated | 25,874 | $ 25,874 | $ 35,148 | $ 453,908 | $ (30,560) | $ 484,370 |
| Stock compensation | 13 | 13 | 5,857 | — | — | 5,870 |
| Restricted Stock Units | 25 | 25 | (605) | — | — | (580) |
| Stock issued for SARs | 81 | 81 | (322) | — | — | (241) |
| Employee Stock Purchase Plan | 71 | 71 | 2,843 | — | — | 2,914 |
| Retirement of treasury shares | (100) | (100) | (5,182) | — | — | (5,282) |
| Cash dividend paid | — | — | — | (16,645) | — | (16,645) |
| Net income, as restated | — | — | — | 61,264 | — | 61,264 |
| Foreign currency translation | — | — | — | — | 1,520 | 1,520 |
| Interest rate swap, net of $29 of income tax | — | — | — | — | (54) | (54) |
| Balance at February 28, 2017, as restated | 25,964 | $ 25,964 | $ 37,739 | $ 498,527 | $ (29,094) | $ 533,136 |

*The accompanying notes are an integral part of the consolidated financial statements.*

080

AZZ Inc.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

1.    Summary of significant accounting policies

Organization-AZZ Inc. (the "Company" "AZZ" or "We") operates primarily in the United States of America and Canada and has recently begun operating in China, Brazil, Poland and the Netherlands. Information about the Company's operations by segment is included in Note 14 to the consolidated financial statements.

Basis of consolidation—The consolidated financial statements were prepared in accordance with the accounting principles generally accepted in the United States of America and include the accounts of the Company and its wholly owned subsidiaries. All significant inter-company accounts and transactions have been eliminated in consolidation.

Use of estimates—The preparation of the financial statements in conformity with generally accepted accounting principles in the United States of America ("GAAP") requires management to make estimates and assumptions that affect the amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

Concentrations of credit risk—Financial instruments that potentially subject the Company to significant concentrations of credit risk consist principally of cash and cash equivalents and trade accounts receivable.

The Company maintains cash and cash equivalents with various financial institutions. These financial institutions are located throughout the United States and Canada, as well as Europe, China and Brazil. The Company's policy is designed to limit exposure to any one institution. The Company performs periodic evaluations of the relative credit standing of those financial institutions that are considered in the Company's banking relationships and has not experienced any losses in such accounts. We believe we are not exposed to any significant credit risk related to cash and cash equivalents.

Concentrations of credit risk with respect to trade accounts receivable are limited due to the Company's diversity by virtue of two operating segments, the number of customers, and the absence of a concentration of trade accounts receivable in a small number of customers. The Company performs continuous evaluations of the collectability of trade accounts receivable and allowance for doubtful accounts based upon historical losses, economic conditions and customer specific events. After all collection efforts are exhausted and an account is deemed uncollectible, it is written off against the allowance for doubtful accounts. Collateral is usually not required from customers as a condition of sale.

Revenue recognition—The Company recognizes revenue for the Energy Segment upon transfer of title and risk to customer or based upon the percentage of completion method of accounting for electrical products built to customer specifications and services under long-term contracts. We typically recognize revenue for the Galvanizing Segment at completion of the service unless we specifically agree with the customer to hold its material for a predetermined period of time after the completion of the galvanizing process and, in that circumstance, we invoice and recognize revenue upon shipment. Customer advanced payments presented in the balance sheets arise from advanced payments received from our customers prior to shipment of the product and are not related to revenue recognized under the percentage of completion method. The extent of progress for revenue recognized using the percentage of completion method is measured by the ratio of contract costs incurred to date to total estimated contract costs at completion. Contract costs include direct labor and material and certain indirect costs. Selling, general and administrative costs are charged to expense as incurred.

Provisions for estimated losses, if any, on uncompleted contracts are made in the period in which such losses are able to be determined. The assumptions made in determining the estimated cost could differ from actual performance resulting in a different outcome for profits or losses than anticipated.

Cash and cash equivalents—The Company considers cash and cash equivalents to include cash on hand, deposits with banks and all highly liquid investments with an original maturity of three months or less.

Inventories—Cost is determined principally using a weighted-average method for the Energy Segment and the first-in-first-out (FIFO) method for the Galvanizing Segment.

Property, plant and equipment—For financial reporting purposes, depreciation is computed using the straight-line method over the estimated useful lives of the related assets as follows:

37

AZZ Inc.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

| | |
|---|---|
| Buildings and structures | 10-25 years |
| Machinery and equipment | 3-15 years |
| Furniture and fixtures | 3-15 years |
| Automotive equipment | 3 years |
| Computers and software | 3 years |

Maintenance and repairs are charged to expense as incurred; renewals and betterments that significantly extend the useful life of the asset are capitalized.

Long-lived assets, intangible assets and goodwill—Purchased intangible assets included on the balance sheets are comprised of customer lists, backlogs, engineering drawings and non-compete agreements. Such intangible assets are being amortized using the straight-line method over the estimated useful lives of the assets ranging from two to nineteen years. The Company records impairment losses on long-lived assets, including identifiable intangible assets, when events and circumstances indicate that the assets might be impaired and the undiscounted projected cash flows associated with those assets are less than their carrying amount. In those situations, impairment loss on a long-lived asset is measured based on the excess of the carrying amount of the asset over the asset's fair value. For goodwill, the Company performs an annual impairment test on December 31st of each year or as indicators are present. The test is calculated using the anticipated future cash flows after tax from our operating segments, which includes the impact of our corporate related expenses. Based on the present value of the future cash flows, we determine whether impairment may exist. A significant change in projected cash flows or cost of capital for future years could result in an impairment of goodwill in future years. Variables impacting future cash flows include, but are not limited to, the level of customer demand for and response to products and services we offer to the power generation market, the electrical transmission and distribution markets, the general industrial market and the hot dip galvanizing market; changes in economic conditions of these various markets; raw material and natural gas costs and availability of experienced labor and management to implement our growth strategies. As of February 28, 2017, no impairment of long-lived assets, intangible assets or goodwill was determined.

Debt issuance costs—Debt issue costs related to the revolver are included in other assets and are amortized using the effective interest rate method over the term of the debt. Debt issue costs related to debt other than the revolver are netted with total debt due after one year and are amortized using the effective interest rate method over the term of the debt.

Income taxes—We account for income taxes under the asset and liability method, which requires the recognition of deferred tax assets and liabilities for the expected future tax consequences of events that have been included in the financial statements. Under this method, deferred tax assets and liabilities are determined on the basis of the differences between the financial statement and tax bases of assets and liabilities using enacted tax rates in effect for the year in which the differences are expected to reverse. The effect of a change in tax rates on deferred tax assets and liabilities is recognized in income in the period that includes the enactment date.

We recognize deferred tax assets to the extent that we believe these assets are more likely than not to be realized. In making such a determination, we consider all available positive and negative evidence, including future reversals of existing taxable temporary differences, projected future taxable income, tax-planning strategies, and results of recent operations. If we determine that we would be able to realize our deferred tax assets in the future in excess of their net recorded amount, we would make an adjustment to the deferred tax asset valuation allowance, which would reduce the provision for income taxes.

As applicable, we record uncertain tax positions in accordance with GAAP on the basis of a two-step process whereby (1) we determine whether it is more likely than not that the tax positions will be sustained on the basis of the technical merits of the position and (2) for those tax positions that meet the more-likely-than-not recognition threshold, we recognize the largest amount of tax benefit that is more than 50 percent likely to be realized upon ultimate settlement with the related tax authority. We currently do not have any unrecognized tax benefits to record related to U.S. federal, state or, foreign tax exposure. We continue to review our tax exposure for any significant need to record unrecognized tax benefits in the future.

The Company is subject to taxation in the U.S. and various state, provincial and local and foreign jurisdictions. With few exceptions, as of fiscal 2017, the Company is no longer subject to U.S. federal or state examinations by tax authorities for years before fiscal 2014.

Share-based compensation—The Company has granted restricted stock units awards, performance share units and stock appreciation rights for a fixed number of shares to employees and directors. A discussion of share-based compensation can be found in Note 12 to the Consolidated Financial Statements.

082

AZZ Inc.
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

Financial instruments—Fair value is an exit price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants. Hierarchy Levels 1, 2, or 3 are terms for the priority of inputs to valuation techniques used to measure fair value. Hierarchy Level 1 inputs are quoted prices in active markets for identical assets or liabilities. Hierarchy Level 2 inputs are inputs other than quoted prices included with Level 1 that are directly or indirectly observable for the asset or liability. Hierarchy Level 3 inputs are inputs that are not observable in the market.

The Company's financial instruments consist of cash and cash equivalents, accounts receivable, accounts payable, accrued expenses and debt. Our financial instruments are presented at fair value in our consolidated balance sheets, with the exception of our outstanding Senior Notes. For fiscal 2017 and 2016 the fair value of our senior outstanding notes, as described in Note 13 to the Consolidated Financial Statements, was approximately $144.4 million and $154.7 million, respectively. These fair values were determined using the discounted cash flow at the market rate as well as the applicable market interest rates classified as Level 2 inputs. During fiscal 2017 a principal payment was made in the amount of $14.3 million related to the $100.0 million unsecured Senior Notes due March 31, 2018, which accounts for a portion of the decrease in fair value for the compared periods partially offset by increased market interest rates.

Derivative financial instruments—From time to time, the Company uses derivatives to manage interest rate risk. The Company's policy is to use derivatives for risk management purposes only, which includes maintaining the ratio between the Company's fixed and floating rate debt obligations that management deems appropriate, and prohibits entering into such contracts for trading purposes. The Company enters into derivatives only with counterparties (primarily financial institutions) which have substantial financial wherewithal to minimize credit risk. As the result of the recent global financial crisis, a number of financial institutions have failed or required government assistance, and counterparties considered substantial may develop credit risk. The amount of gains or losses from the use of derivative financial instruments has not been and is not expected to be material to the Company's consolidated financial statements. As of February 28, 2017, the Company had no derivative financial instruments.

Warranty reserves—Within other accrued liabilities, a reserve has been established to provide for the estimated future cost of warranties on a portion of the Company's delivered products. Management periodically reviews the reserves, and adjustments are made accordingly. A provision for warranty on products is made on the basis of the Company's historical experience and identified warranty issues. Warranties cover such factors as non-conformance to specifications and defects in material and workmanship.

The following is a roll-forward of amounts accrued for warranties (in thousands):

| | | |
|---|---|---|
| Balance at February 28, 2014 | $ | 1,338 |
| Warranty costs incurred | | (1,294) |
| Additions charged to income | | 2,243 |
| Balance at February 28, 2015 | $ | 2,287 |
| Warranty costs incurred | | (2,570) |
| Additions charged to income | | 3,198 |
| Balance at February 29, 2016 | $ | 2,915 |
| Warranty costs incurred | | (1,947) |
| Additions charged to income | | 1,130 |
| Balance at February 28, 2017 | $ | 2,098 |

Accumulated Other Comprehensive Income (Loss)—Accumulated Other Comprehensive Income (Loss) includes foreign currency translation adjustments from our foreign subsidiaries.

Foreign Currency Translation—The local currency is the functional currency for the Company's foreign operations. Related assets and liabilities are translated into United States dollars at exchange rates existing at the balance sheet date, and revenues and expenses are translated at weighted-average exchange rates. The foreign currency translation adjustment is recorded as a separate component of shareholders' equity and is included in accumulated other comprehensive income (loss).

Accruals for Contingent Liabilities— The amounts we record for estimated claims, such as self-insurance programs, warranty, environmental and other contingent liabilities, requires us to make judgments regarding the amount of expenses that will ultimately be incurred. We use past history and experience and other specific circumstances surrounding these claims in evaluating the amount of liability that should be recorded. Actual results may be different than what we estimate. In connection with our acquisition of NLI on June 1, 2012, the Company had a contingent obligation to make an additional payment of up to $20.0 million based on

39

Table of Contents

**AZZ Inc.**
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

the future financial performance of the NLI business. During fiscal 2015, the Company deemed this additional payment not probable or likely to occur and the accrual recorded at the end of fiscal 2014 of $9.1 million was reversed. The accrual reversal was recorded to selling, general and administrative expense. As of June 2016, the measurement period for this contingency payment has expired and no additional payment was made.

*Accounting Standards Recently Adopted*

In March 2016, the Financial Accounting Standards Board ("FASB") issued Accounting Standards Update ("ASU") 2016-09, "Compensation-Stock Compensation (Topic 718): Improvements to Employee Share-Based Payment Accounting." The amendment in this ASU affects all organizations that issue share-based payment awards to employees and is intended to simplify several aspects of the accounting for these awards, including income tax consequences, classification of awards as either equity or liabilities, classification on the statement of cash flows, and allowing an accounting policy election to account for forfeitures as they occur. As permitted by ASU 2016-09, the Company elected to early adopt ASU 2016-09 in the quarter ended August 31, 2016 with an effective date of March 1, 2016. As a result of the adoption, a tax benefit of $1.3 million was recorded in the quarter ended August 31, 2016. The tax benefit was driven primarily by the exercise, during the first six months of fiscal 2017, of share-based awards issued prior to fiscal 2014. The adoption was on a prospective basis and therefore had no impact on prior years.

In April 2015, the FASB issued ASU 2015-03, "Interest-Imputation of Interest (Subtopic 835-30): Simplifying the Presentation of Debt Issuance Costs." ASU 2015-03 requires that debt issuance costs related to a recognized debt liability be presented in the balance sheet as a direct deduction from the carrying amount of that debt liability, consistent with debt discounts. Previously, debt issuance costs were recognized as deferred charges and recorded as other assets. In August 2015, the FASB issued ASU 2015-15, "Interest-Imputation of Interest (Subtopic 835-30): Presentation and Subsequent Measurement of Debt Issuance Costs Associated with Line-of-Credit Arrangements." ASU 2015-15 allows an entity to defer and present debt issuance costs as an asset and subsequently amortize the deferred debt issuance costs ratably over the term of the line-of-credit arrangement, regardless of whether there are any outstanding borrowings on the line-of-credit arrangement. The guidance is effective for annual and interim periods beginning after December 15, 2015 with early adoption permitted and is to be implemented retrospectively.

Effective March 1, 2016, we adopted these standards which required the retroactive application and represented a change in accounting principle. The unamortized debt issuance costs of approximately $1.4 million associated with a portion of our outstanding debt, which were previously presented as a component of intangibles and other assets on the consolidated balance sheets, are reflected as a reduction to the carrying liability of our outstanding debt. Debt issuance costs associated with our revolving line of credit remain classified in intangibles and other assets and continue to be charged to interest expense over the term of the agreement. As a result of this change in accounting principal, the consolidated balance sheet as of February 29, 2016 was adjusted as follows:

|  | February 29, 2016 | | |
|---|---|---|---|
|  | Previously Reported | Effect of Adoption of Accounting Principle | As Adjusted |
|  | *(in thousands)* | | |
| Assets: |  |  |  |
| Intangibles and other assets | $ 155,177 | $ (1,361) | $ 153,816 |
| Total assets | $ 983,371 | $ (1,361) | $ 982,010 |
| Liabilities: |  |  |  |
| Debt due after one year | $ 303,790 | $ (1,361) | $ 302,429 |
| Total liabilities | $ 502,155 | $ (1,361) | $ 500,794 |

*New Accounting Pronouncements*

In February 2016, the FASB issued ASU 2016-02, "Leases." The standard requires a lessee to recognize a liability to make lease payments and a right-of-use asset representing a right to use the underlying asset for the lease term on the balance sheet. The ASU is effective for fiscal years, and interim periods within those years, beginning after December 15, 2018, with early adoption permitted. We are currently evaluating the impact that this standard will have on our consolidated financial statements.

084

Table of Contents

**AZZ Inc.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

In May 2014, the FASB issued ASU 2014-09, "Revenue from Contracts with Customers", issued as a new Topic, Accounting Standards Codification (ASC) Topic 606 ("ASU 2014-09"). The new revenue recognition standard provides a five-step analysis of transactions to determine when and how revenue is recognized. The premise of the guidance is that a Company should recognize revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services. ASU 2014-09 can be adopted by the Company either retrospectively or as a cumulative-effect adjustment as of the date of adoption. On April 1, 2015, the FASB decided to defer the effective date of the new revenue standard by one year. As a result, public entities would apply the new revenue standard to annual reporting periods beginning after December 15, 2017. This standard will be effective for the Company beginning in fiscal 2019. The Company is planning on adopting this standard retrospectively. We believe this standard will impact the current accounting for contracts accounted for under the percentage of completion method of revenue recognition, however the overall impact to the prior year financial results is still under review.

2.    Restatement of Previously Issued Financial Statements

As previously disclosed, the Company determined that for certain contracts within its Energy Segment for which revenue was historically recognized upon contract completion and transfer of title, the Company instead should have applied the percentage-of-completion method in accordance with the FASB's Accounting Standards Codification No. 605-35, *Construction-Type and Production-Type Contracts*. In general, the percentage-of-completion method results in a revenue recognition pattern over time as a project progresses as opposed to deferring revenues until contract completion.

The Company concluded that the impact of applying the percentage-of-completion method to its revenue contracts was materially different from its previously reported results under its historical practice. As a result, the Company is restating its consolidated financial statements for the periods impacted. The following financial tables reconcile the previously reported amounts to the restated amounts for each consolidated financial statement.

The table below sets forth the consolidated statements of income, including the balances originally reported, corrections and the as restated balances for each fiscal year:

| | Year Ended | | | | | |
|---|---|---|---|---|---|---|
| | February 28, 2017 | | | February 29, 2016 | | |
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
| | *(In thousands, except per share data)* | | | | | |
| Net Sales | $ 858,930 | $ 4,608 | $ 863,538 | $ 903,192 | $ (13,792) | $ 889,400 |
| Cost of Sales | 654,146 | 4,060 | 658,206 | 673,081 | (11,799) | 661,282 |
| Gross Profit | 204,784 | 548 | 205,332 | 230,111 | (1,993) | 228,118 |
| Operating Income | 98,360 | 548 | 98,908 | 122,288 | (1,993) | 120,295 |
| Income Before Income Taxes | 84,749 | 548 | 85,297 | 104,368 | (1,993) | 102,375 |
| Income Tax Expense | 23,828 | 205 | 24,033 | 27,578 | (747) | 26,831 |
| Net Income | $ 60,921 | $ 343 | $ 61,264 | $ 76,790 | $ (1,246) | $ 75,544 |
| Earnings Per Common Share | | | | | | |
| Basic Earnings Per Share | $ 2.35 | $ 0.01 | $ 2.36 | $ 2.98 | $ (0.05) | $ 2.93 |
| Diluted Earnings Per Share | $ 2.33 | $ 0.02 | $ 2.35 | $ 2.96 | $ (0.05) | $ 2.91 |

41

085

Table of Contents

**AZZ Inc.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

| | Year Ended | | |
|---|---|---|---|
| | February 28, 2015 | | |
| | As Reported | Correction | As Restated |
| | *(In thousands, except per share data)* | | |
| Net Sales | $ 816,687 | $ 3,005 | $ 819,692 |
| Cost of Sales | 610,991 | 1,928 | 612,919 |
| Gross Profit | 205,696 | 1,077 | 206,773 |
| Operating Income | 106,825 | 1,077 | 107,902 |
| Income Before Income Taxes | 90,130 | 1,077 | 91,207 |
| Income Tax Expense | 25,187 | 404 | 25,591 |
| Net Income | $ 64,943 | $ 673 | $ 65,616 |
| Earnings Per Common Share | | | |
| Basic Earnings Per Share | $ 2.53 | $ 0.03 | $ 2.56 |
| Diluted Earnings Per Share | $ 2.52 | $ 0.03 | $ 2.55 |

The table below sets forth the consolidated statements of comprehensive income, including the balances originally reported, corrections and the as restated balances for each fiscal year:

| | Year Ended | | | | | |
|---|---|---|---|---|---|---|
| | February 28, 2017 | | | February 29, 2016 | | |
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
| | *(In thousands)* | | | | | |
| Net Income | $ 60,921 | $ 343 | $ 61,264 | $ 76,790 | $ (1,246) | $ 75,544 |
| Comprehensive Income | 62,387 | 343 | 62,730 | 69,062 | (1,246) | 67,816 |

| | Year Ended | | |
|---|---|---|---|
| | February 28, 2015 | | |
| | As Reported | Correction | As Restated |
| | *(In thousands)* | | |
| Net Income | $ 64,943 | $ 673 | $ 65,616 |
| Comprehensive Income | 53,129 | 673 | 53,802 |

42

086

AZZ Inc.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

The table below sets forth the consolidated balance sheets, including the balances originally reported, corrections and the as restated balances for each fiscal year:

| | February 28, 2017 | | | February 29, 2016 | | |
|---|---|---|---|---|---|---|
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
| | | | (In thousands) | | | |
| **Assets** | | | | | | |
| Inventories – net | $ 123,208 | $ (29,201) | $ 94,007 | $ 102,135 | $ (25,004) | $ 77,131 |
| Costs and estimated earnings in excess of billings on uncompleted contracts | 20,546 | 29,716 | 50,262 | 32,287 | 31,195 | 63,482 |
| Total current assets | 296,537 | 515 | 297,052 | 309,334 | 6,191 | 315,525 |
| Total assets | $ 977,839 | $ 515 | $ 978,354 | $ 982,010 | $ 6,191 | $ 988,201 |
| **Liabilities and Shareholders' Equity** | | | | | | |
| Other accrued liabilities | $ 18,390 | $ 5,652 | $ 24,042 | $ 20,406 | $ 5,731 | $ 26,137 |
| Customer deposits | 20,860 | (19,401) | 1,459 | 15,652 | (15,652) | $ — |
| Billings in excess of costs and estimated earnings on uncompleted contracts | 11,948 | 8,669 | 20,617 | 9,237 | 11,065 | 20,302 |
| Total current liabilities | 141,850 | (5,080) | 136,770 | 148,405 | 1,144 | 149,549 |
| Deferred income tax liabilities | 51,550 | 2,098 | 53,648 | 49,960 | 1,893 | 51,853 |
| Total liabilities | 448,200 | (2,982) | 445,218 | 500,794 | 3,037 | 503,831 |
| Shareholders' equity: | | | | | | |
| Retained earnings | 495,030 | 3,497 | 498,527 | 450,754 | 3,154 | 453,908 |
| Total shareholders' equity | 529,639 | 3,497 | 533,136 | 481,216 | 3,154 | 484,370 |
| Total liabilities and shareholders' equity | $ 977,839 | $ 515 | $ 978,354 | $ 982,010 | $ 6,191 | $ 988,201 |

The table below sets forth the consolidated statements of cash flows from operating activities, including the balances originally reported, corrections and the as restated balances for each fiscal year:

| | Year Ended | | | | | |
|---|---|---|---|---|---|---|
| | February 28, 2017 | | | February 29, 2016 | | |
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
| | | | (In thousands) | | | |
| Cash flows from operating activities: | | | | | | |
| Net income | $ 60,921 | $ 343 | $ 61,264 | $ 76,790 | $ (1,246) | $ 75,544 |
| Deferred income taxes | 1,509 | 205 | 1,714 | 2,707 | (747) | 1,960 |
| Inventories | (17,951) | 4,197 | (13,754) | 11,124 | (13,176) | (2,052) |
| Net change in billings related to costs and estimated earnings on uncompleted contracts | 14,509 | (917) | 13,592 | 5,739 | 1,537 | 7,276 |
| Other accrued liabilities and income taxes payable | (6,383) | (3,828) | (10,211) | (3,877) | 13,632 | 9,755 |
| Net cash provided by operating activities: | $ 111,176 | $ — | $ 111,176 | $ 143,589 | $ — | $ 143,589 |

43

Table of Contents

**AZZ Inc.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

| | Year Ended | | |
| --- | --- | --- | --- |
| | February 28, 2015 | | |
| | As Reported | Correction | As Restated |
| | (In thousands) | | |
| Cash flows from operating activities: | | | |
| Net income | $ 64,943 | $ 673 | $ 65,616 |
| Deferred income taxes | 15,818 | 404 | 16,222 |
| Inventories | (879) | (2,484) | (3,363) |
| Net change in billings related to costs and estimated earnings on uncompleted contracts | (5,635) | (8,188) | (13,823) |
| Other accrued liabilities and income taxes payable | (15,460) | 9,595 | (5,865) |
| Net cash provided by operating activities: | $ 118,157 | $ — | $ 118,157 |

The restatement had no impact on cash flows from investing activities or financing activities.

The table below sets forth the consolidated statements of shareholders' equity, including the balances originally reported, corrections and the as restated balances for each fiscal year:

| | Retained Earnings | | Total Stockholders' Equity | |
| --- | --- | --- | --- | --- |
| | (In thousands) | | | |
| Balance at February 28, 2014, as reported | $ | 339,400 | $ | 375,913 |
| Correction | | 3,727 | | 3,727 |
| Balance at February 28, 2014, as restated | $ | 343,127 | $ | 379,640 |
| Balance at February 28, 2015, as reported | $ | 389,446 | $ | 420,052 |
| Correction | | 4,400 | | 4,400 |
| Balance at February 28, 2015, as restated | $ | 393,846 | $ | 424,452 |
| Balance at February 29, 2016, as reported | $ | 450,754 | $ | 481,216 |
| Correction | | 3,154 | | 3,154 |
| Balance at February 29, 2016, as restated | $ | 453,908 | $ | 484,370 |
| Balance at February 28, 2017, as reported | $ | 495,030 | $ | 529,639 |
| Correction | | 3,497 | | 3,497 |
| Balance at February 28, 2017, as restated | $ | 498,527 | $ | 533,136 |

088

AZZ Inc.
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

The table below sets forth the unaudited selected quarterly financial data, including the balances originally reported, corrections and the as restated balances for each fiscal quarter:

| | Quarter Ended | | | | | |
|---|---|---|---|---|---|---|
| | May 31, 2016 | | | August 31, 2016 | | |
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
| | (In thousands, except per share data) | | | | | |
| Net sales | $ 242,667 | $ 7,699 | $ 250,366 | $ 195,045 | $ 5,745 | $ 200,790 |
| Gross profit | 63,327 | 1,801 | 65,128 | 41,886 | 218 | 42,104 |
| Net income | 21,063 | 1,126 | 22,189 | 10,023 | 136 | 10,159 |
| Basic earnings per share | 0.81 | 0.05 | 0.86 | 0.39 | — | 0.39 |
| Diluted earnings per share | 0.81 | 0.04 | 0.85 | 0.38 | 0.01 | 0.39 |

| | Quarter Ended | | | | | |
|---|---|---|---|---|---|---|
| | November 30, 2016 | | | February 28, 2017 | | |
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
| | (In thousands, except per share data) | | | | | |
| Net sales | $ 227,459 | $ 657 | $ 228,116 | $ 193,759 | $ (9,493) | $ 184,266 |
| Gross profit | 53,866 | (2,569) | 51,297 | 45,705 | 1,098 | 46,803 |
| Net income | 18,251 | (1,605) | 16,646 | 11,584 | 686 | 12,270 |
| Basic earnings per share | 0.70 | (0.06) | 0.64 | 0.45 | 0.02 | 0.47 |
| Diluted earnings per share | 0.70 | (0.06) | 0.64 | 0.44 | 0.03 | 0.47 |

| | Quarter Ended | | | | | |
|---|---|---|---|---|---|---|
| | May 31, 2015 | | | August 31, 2015 | | |
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
| | (In thousands, except per share data) | | | | | |
| Net sales | $ 228,888 | $ 11,552 | $ 240,440 | $ 214,246 | $ (14,576) | $ 199,670 |
| Gross profit | 59,304 | 4,400 | 63,704 | 53,505 | (3,803) | 49,702 |
| Net income | 19,924 | 2,750 | 22,674 | 17,243 | (2,377) | 14,866 |
| Basic earnings per share | 0.77 | 0.11 | 0.88 | 0.67 | (0.09) | 0.58 |
| Diluted earnings per share | 0.77 | 0.11 | 0.88 | 0.67 | (0.10) | 0.57 |

| | Quarter Ended | | | | | |
|---|---|---|---|---|---|---|
| | November 30, 2015 | | | February 29, 2016 | | |
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
| | (In thousands, except per share data) | | | | | |
| Net sales | $ 242,447 | $ (851) | $ 241,596 | $ 217,611 | $ (9,917) | $ 207,694 |
| Gross profit | 62,448 | (1,160) | 61,288 | 54,854 | (1,430) | 53,424 |
| Net income | 23,547 | (725) | 22,822 | 16,076 | (894) | 15,182 |
| Basic earnings per share | 0.91 | (0.03) | 0.88 | 0.62 | (0.03) | 0.59 |
| Diluted earnings per share | 0.91 | (0.03) | 0.88 | 0.62 | (0.04) | 0.58 |

45

089

**AZZ Inc.**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

In addition to the restated consolidated financial statements, the information contained in Notes 3, 5, 6, 9, 11, 14 and 16 has been restated.

3.    Inventories

Inventories (net) consisted of the following at February 28, 2017 and February 29, 2016:

|  | 2017 | 2016 |
|---|---|---|
|  | (Restated) | (Restated) |
|  | (In thousands) | |
| Raw materials | $ 80,169 | $ 66,548 |
| Work-in-process | 6,832 | 3,535 |
| Finished goods | 7,006 | 7,048 |
|  | $ 94,007 | $ 77,131 |

4.    Property, Plant, and Equipment

Property, plant and equipment consisted of the following at February 28, 2017 and February 29, 2016:

|  | 2017 | 2016 |
|---|---|---|
|  | (In thousands) | |
| Land | $ 22,360 | $ 21,265 |
| Building and structures | 139,627 | 141,370 |
| Machinery and equipment | 228,246 | 215,796 |
| Furniture, fixtures, software and computers | 25,593 | 22,237 |
| Automotive equipment | 2,998 | 3,206 |
| Construction in progress | 23,669 | 12,827 |
|  | 442,493 | 416,701 |
| Less accumulated depreciation | (213,883) | (190,368) |
| Net property, plant, and equipment | $ 228,610 | $ 226,333 |

Depreciation expense was $33.4 million, $31.2 million, and $28.1 million for fiscal 2017, 2016, and 2015, respectively.

5.    Costs and estimated earnings on uncompleted contracts

Costs and estimated earnings on uncompleted contracts consisted of the following at February 28, 2017 and February 29, 2016:

|  | 2017 | 2016 |
|---|---|---|
|  | (Restated) | (Restated) |
|  | (In thousands) | |
| Costs incurred on uncompleted contracts | $ 127,839 | $ 195,751 |
| Estimated earnings | 53,598 | 78,667 |
|  | 181,437 | 274,418 |
| Less billings to date | 151,792 | 231,238 |
|  | $ 29,645 | $ 43,180 |

46

090

AZZ Inc.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

The amounts noted above are included in the accompanying consolidated balance sheets under the following captions:

|  | 2017 (Restated) | 2016 (Restated) |
|---|---|---|
|  | *(In thousands)* | |
| Cost and estimated earnings in excess of billings on uncompleted contracts | $ 50,262 | $ 63,482 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | (20,617) | (20,302) |
|  | $ 29,645 | $ 43,180 |

47

6.    Other accrued liabilities

Other accrued liabilities consisted of the following at February 28, 2017 and February 29, 2016:

|  | | 2017 (Restated) | | 2016 (Restated) |
|---|---|---|---|---|
|  | | *(In thousands)* | | |
| Accrued interest | $ | 2,036 | $ | 2,356 |
| Tenant improvements | | 278 | | 507 |
| Accrued warranty | | 2,098 | | 2,915 |
| Commissions | | 2,483 | | 2,685 |
| Personnel expenses | | 8,251 | | 8,456 |
| Group medical insurance | | 1,969 | | 1,699 |
| Other | | 6,927 | | 7,519 |
|  | $ | 24,042 | $ | 26,137 |

7.    Realignment Costs

As part of AZZ's ongoing efforts to optimize cost and effectiveness, during fiscal 2017, the Company undertook a review of its operations in order to optimize financial performance of its operating assets. As a result, the Company recognized $8.0 million of realignment charges in the second quarter of fiscal 2017. A total of $6.7 million was included in Cost of Sales for the disposition and write off of certain fixed assets within the Galvanizing Segment, including the cost of closing two plants, the write off of certain assets related to the conversion of a third plant from a standard galvanizing plant to a galvanized rebar plant, and the cost of writing off certain other functionally obsolete assets across other galvanizing plants during the second quarter. We also reserved $1.3 million in Selling, General and Administrative Expense for realignment costs related to one-time employee severance associated with changes needed to improve management efficiency in the Energy and Galvanizing Segments.

During fiscal 2016, the Company reviewed its available capacity within the Energy segment and recorded additional realignment costs related to severance associated with consolidating capacity at various facilities. Additionally we reserved for the disposition and write off of certain fixed assets in connection with the capacity consolidation. The total cost related to the capacity consolidation is estimated to be $0.9 million. A total of $0.2 million of one-time severance costs and $0.2 million of costs for the disposition of certain fixed assets are included in Selling, General and Administrative Expenses. A total of $0.2 million of one-time severance costs and $0.3 million of costs for the disposition of certain fixed assets are included in Cost of Sales.

The following table shows changes in the realignment accrual for the year ended February 28, 2017 and February 29, 2016:

|  | | 2017 | | 2016 |
|---|---|---|---|---|
|  | | *(in thousands)* | | |
| Realignment cost accrued | $ | 61 | $ | 456 |
| Additions to reserve | | 1,260 | | 437 |
| Realignment costs utilized | | (1,014) | | (832) |
|  | $ | 307 | $ | 61 |

8.    Employee benefit plans

The Company has historically had a profit sharing plan and 401(k) match plan covering substantially all of its employees. Under the provisions of the plan, the Company contributes amounts as authorized by the Board of Directors. Total contributions to the profit sharing plan and the Company's 401(k) match plan, were $4.5 million, $4.9 million, and $10.0 million for fiscal 2017, 2016, and 2015, respectively. As of March 1, 2015, the Company discontinued its profit sharing plan for its employees and implemented a new employee bonus program as a short-term incentive for performance. The accrual for the new employee bonus plan is presented in Accrued Salaries and Wages on the balance sheet for reporting periods subsequent to March 1, 2015.

48

092

9.    Income taxes

The provision for income taxes consists of:

| | | 2017 | | 2016 | | 2015 |
|---|---|---|---|---|---|---|
| | | (Restated) | | (Restated) *(in thousands)* | | (Restated) |
| Income before income taxes: | | | | | | |
| Domestic | $ | 74,972 | $ | 93,561 | $ | 77,511 |
| Foreign | | 10,325 | | 8,814 | | 13,696 |
| Income before income taxes | $ | 85,297 | $ | 102,375 | $ | 91,207 |
| Current provision (benefit): | | | | | | |
| Federal | $ | 23,282 | $ | 28,099 | $ | 3,770 |
| Foreign | | 2,751 | | 2,706 | | 3,025 |
| State and Local | | (696) | | (337) | | 2,575 |
| Total current provision for income taxes | $ | 25,337 | $ | 30,468 | $ | 9,370 |
| Deferred provision (benefit): | | | | | | |
| Federal | $ | (2,486) | $ | (6,560) | $ | 15,859 |
| Foreign | | 189 | | (123) | | (858) |
| State and Local | | 993 | | 3,046 | | 1,220 |
| Total deferred provision (benefit) for income taxes | $ | (1,304) | $ | (3,637) | $ | 16,221 |
| Total provision for income taxes | $ | 24,033 | $ | 26,831 | $ | 25,591 |

A reconciliation from the federal statutory income tax rate to the effective income tax rate is as follows:

| | 2017 | 2016 | 2015 |
|---|---|---|---|
| | (Restated) | (Restated) | (Restated) |
| Statutory federal income tax rate | 35.0% | 35.0% | 35.0% |
| Permanent differences | 0.7 | 0.4 | 0.6 |
| State income taxes, net of federal income tax benefit | 0.4 | (1.5) | 2.7 |
| Benefit of Section 199 of the Code, manufacturing deduction | (2.3) | (2.7) | (2.4) |
| Valuation allowance | — | (1.2) | (3.4) |
| Stock compensation | (1.8) | — | — |
| Tax credits | (3.1) | (3.2) | (3.4) |
| Foreign tax rate differential | (0.8) | (0.4) | (0.7) |
| Other | 0.1 | (0.2) | (0.3) |
| Effective income tax rate | 28.2% | 26.2% | 28.1% |

093

**AZZ Inc.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

Deferred federal and state income taxes reflect the net tax effects of temporary differences between the carrying amounts of assets and liabilities for financial accounting purposes and the amounts used for income tax purposes. Significant components of the Company's net deferred income tax liability are as follows:

|  | 2017 (Restated) | 2016 (Restated) |
|---|---|---|
|  | *(In thousands)* | |
| Deferred income tax assets: | | |
| Employee related items | $ 6,839 | $ 5,652 |
| Inventories | 1,286 | 1,106 |
| Accrued warranty | 715 | 1,008 |
| Accounts receivable | 261 | 173 |
| Net operating loss carry forward | 4,011 | 2,903 |
|  | 13,112 | 10,842 |
| Less: valuation allowance | (648) | (648) |
| Total deferred income tax assets | 12,464 | 10,194 |
| Deferred income tax liabilities: | | |
| Depreciation methods and property basis differences | (27,913) | (31,008) |
| Other assets and tax-deductible goodwill | (37,950) | (30,839) |
| Total deferred income tax liabilities | (65,863) | (61,847) |
| Net deferred income tax liabilities | $ (53,399) | $ (51,653) |

In general, it is our practice and intention to reinvest the earnings of our non-U.S. subsidiaries in those operations. As of fiscal year end 2017, we have not made a provision for U.S. or additional foreign withholding taxes on approximately $24.8 million of the excess of the amount for financial reporting over the tax basis of investments in foreign subsidiaries that is indefinitely reinvested. Generally, such amounts become subject to U.S. taxation upon the remittance of dividends and under certain other circumstances. It is not practicable to estimate the amount of deferred tax liability related to investments in these foreign subsidiaries.

The following table summarizes the Net Operating Loss (NOL) Carryforward:

|  | 2017 | 2016 |
|---|---|---|
|  | *(In thousands)* | |
| Federal | $ — | $ — |
| State | $ 4,011 | $ 2,903 |
| Foreign | $ — | $ — |

As of February 28, 2017, the Company had pretax state NOL carryforwards of $55.5 million which, if unused, will begin to expire in 2025.

As of fiscal year end 2017 and 2016, a portion of our deferred tax assets were the result of state NOL carryforwards. We believe that it is more likely than not that the benefit from certain state NOL carry forwards will not be realized. In recognition of this risk, we have provided a valuation allowance of $0.6 million and $0.6 million as of fiscal year end 2017 and 2016, respectively.

We will review this risk within the next fiscal year and may conclude that a significant portion of the valuation allowance will no longer be needed. The tax benefits related to any reversal of the valuation allowance will be recognized as a reduction of income tax expense.

094

**AZZ Inc.**
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

10.    Goodwill and intangible assets

Goodwill is not amortized but is subject to annual impairment tests. Other intangible assets are amortized over their estimated useful lives.

Changes in goodwill by segment during the years ended February 28, 2017 and February 29, 2016 are as follows:

| Segment | March 1, 2016 | Acquisitions | Foreign Exchange Translation | February 28, 2017 |
|---|---|---|---|---|
| | *(In thousands)* | | | |
| Galvanizing | $    109,314 | $    — | $    666 | $    109,980 |
| Energy | 183,213 | 13,386 | — | 196,599 |
| Total | $    292,527 | $    13,386 | $    666 | $    306,579 |

| Segment | March 1, 2015 | Acquisitions | Foreign Exchange Translation | February 29, 2016 |
|---|---|---|---|---|
| | *(In thousands)* | | | |
| Galvanizing | $    95,538 | $    15,576 | $    (1,800) | $    109,314 |
| Energy | 183,536 | — | (323) | 183,213 |
| Total | $    279,074 | $    15,576 | $    (2,123) | $    292,527 |

The Company completes its annual impairment analysis of goodwill on December 31st of each year. As a result, the Company determined that there was no impairment of goodwill.

Amortizable intangible assets consisted of the following at February 28, 2017 and February 29, 2016:

| | 2017 | 2016 |
|---|---|---|
| | *(In thousands)* | |
| Amortizable intangible assets | | |
| Customer related intangibles | $    177,514 | $    169,637 |
| Non-compete agreements | 5,651 | 5,596 |
| Trademarks | 4,569 | 4,569 |
| Technology | 7,400 | 7,400 |
| Engineering drawings | 24,600 | 24,600 |
| Backlog | 7,600 | 7,600 |
| | 227,334 | 219,402 |
| Less accumulated amortization | (88,314) | (71,201) |
| | $    139,020 | $    148,201 |

The Company recorded amortization expense of $16.9 million, $16.2 million and $18.0 million for fiscal 2017, 2016 and 2015, respectively. The following table projects the estimated amortization expense for the five succeeding fiscal years and thereafter.

AZZ Inc.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

|  | (In thousands) |
|---|---|
| 2018 | $ 16,206 |
| 2019 | 15,354 |
| 2020 | 14,831 |
| 2021 | 14,665 |
| 2022 | 12,580 |
| Thereafter | 65,384 |
| Total | $ 139,020 |

11.    Earnings per share

Basic earnings per share is based on the weighted average number of shares outstanding during each year. Diluted earnings per share were similarly computed but have been adjusted for the dilutive effect of the weighted average number of restricted stock units, performance share units and stock appreciation rights outstanding.

The following table sets forth the computation of basic and diluted earnings per share:

|  | Year Ended | | |
|---|---|---|---|
|  | 2017 | 2016 | 2015 |
|  | (Restated) | (Restated) | (Restated) |
|  | (In thousands, except per share data) | | |
| Numerator: | | | |
| Net income for basic and diluted earnings per common share | $ 61,264 | $ 75,544 | $ 65,616 |
| Denominator: | | | |
| Denominator for basic earnings per common share–weighted average shares | 25,965 | 25,800 | 25,676 |
| Effect of dilutive securities: | | | |
| Employee and director stock awards | 132 | 137 | 102 |
| Denominator for diluted earnings per common share | 26,097 | 25,937 | 25,778 |
| Earnings per share basic and diluted: | | | |
| Basic earnings per common share | $ 2.36 | $ 2.93 | $ 2.56 |
| Diluted earnings per common share | $ 2.35 | $ 2.91 | $ 2.55 |

For fiscal 2017 and 2016, the Company had no stock appreciation rights that were excluded from the computation of diluted earnings per share.  Stock appreciation rights of approximately 80,683 were excluded from the computation of diluted earnings per share for fiscal 2015 as the effect would be anti-dilutive.

12.    Share-based compensation

The Company has one share-based compensation plan, the 2014 Long Term Incentive Plan (the "Plan"). The purpose of the Plan is to promote the growth and prosperity of the Company by permitting the Company to grant to its employees, directors and advisors various types of restricted stock unit awards, performance share units, and stock appreciation rights to purchase common stock of the Company. The maximum number of shares that may be issued under the Plan is 1,500,000 shares. As of February 28, 2017, the Company had approximately 1,270,511 shares reserved for future issuance under the Plan.

096

**AZZ Inc.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

*Restricted Stock Unit Awards*

Restricted stock unit awards are valued at the market price of our common stock on the grant date. Awards issued prior to fiscal 2015 generally have a three year cliff vesting schedule and awards issued subsequent to fiscal 2015 generally vest ratably over a period of three years but these awards may vest early in accordance with the Plan's accelerated vesting provisions.

The activity in our non-vested restricted stock unit awards for the year ended February 28, 2017 is as follows:

| | Restricted Stock Units | Weighted Average Grant Date Fair Value |
|---|---|---|
| Non-Vested Balance as of February 29, 2016 | 98,693 | $ 45.03 |
| Granted | 73,921 | 56.66 |
| Vested | (35,330) | 45.82 |
| Forfeited | (2,737) | 50.71 |
| Non-Vested Balance as of February 28, 2017 | 134,547 | $ 51.10 |

The total fair value of restricted stock units vested during fiscal years 2017, 2016, and 2015 was $1.6 million, $0.9 million and $0.8 million, respectively. For fiscal years 2017, 2016 and 2015, there were 134,547, 98,693 and 77,446, respectively, of non-vested restricted stock units outstanding with weighted average grant date fair values of $51.10, $45.03 and $41.31, respectively.

*Performance Share Unit Awards*

Performance share unit awards are valued at the market price of our common stock on the grant date. These awards have a three year performance cycle and will vest and become payable, if at all, on the third anniversary of the award date. The awards are subject to the Company's degree of achievement of a target annual average adjusted return on assets during these three year periods. In addition, a multiplier may be applied to the total awards granted which is based on the Company's total shareholder return during such three year period in comparison to a defined specific industry peer group as set forth in the plan.

The activity in our non-vested performance stock unit awards for the year ended February 28, 2017 is as follows:

| | Performance Stock Units | Weighted Average Grant Date Fair Value |
|---|---|---|
| Non-Vested Balance as of February 29, 2016 | 27,415 | $ 46.65 |
| Granted | 24,011 | 57.47 |
| Vested | — | — |
| Forfeited | — | — |
| Non-Vested Balance as of February 28, 2017 | 51,426 | $ 51.70 |

*Stock Appreciation Rights*

Stock appreciation rights awards are granted with an exercise price equal to the market value of our common stock on the date of grant. These awards generally have a contractual term of 7 years and vest ratably over a period of 3 years although some may vest immediately on issuance. These awards are valued using the Black-Scholes option pricing model.

A summary of the Company's stock appreciation rights awards activity for the years ended February 28, 2017, February 29, 2016 and February 28, 2015 is as follows:

097

Table of Contents

**AZZ Inc.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

| | 2017 | | 2016 | | 2015 | |
| --- | --- | --- | --- | --- | --- | --- |
| | SAR's | Weighted Average Exercise Price | SAR's | Weighted Average Exercise Price | SAR's | Weighted Average Exercise Price |
| Outstanding at beginning of year | 312,748 $ | 34.23 | 376,982 $ | 31.27 | 396,174 $ | 26.64 |
| Granted | — | — | — | — | 126,532 | 43.92 |
| Exercised | (141,983) | 24.85 | (59,441) | 14.67 | (98,942) | 22.79 |
| Forfeited | (626) | 43.92 | (4,793) | 44.56 | (46,782) | 44.14 |
| Outstanding at end of year | 170,139 $ | 42.02 | 312,748 $ | 34.23 | 376,982 $ | 31.27 |
| Exercisable at end of year | 126,975 $ | 41.27 | 217,961 $ | 29.83 | 204,107 $ | 21.55 |
| Weighted average fair value for the fiscal year indicated of SARs granted during such year | $ | — | $ | — | $ | 16.94 |

The average remaining contractual term for those stock appreciation rights outstanding as of February 28, 2017 was 3.52 years, with an aggregate intrinsic value of $2.8 million. The average remaining contractual terms for those stock appreciation rights that are exercisable as of February 28, 2017 was 3.38 years, with an aggregate intrinsic value of $2.2 million.

The following table summarizes additional information about stock appreciation rights outstanding at February 28, 2017.

| Range of Exercise Prices | Total SAR's | Average Remaining Life | Weighted Average Exercise Price | SAR's Currently Exercisable | Weighted Average Exercise Price |
| --- | --- | --- | --- | --- | --- |
| $20.91 | 9,954 | 1.00 | $ 20.91 | 9,954 | $ 20.91 |
| $25.67 | 9,538 | 2.00 | $ 25.67 | 9,538 | $ 25.67 |
| $39.65 | 950 | 3.52 | $ 39.65 | 950 | $ 39.65 |
| $43.92 | 89,180 | 4.01 | $ 43.92 | 56,016 | $ 43.92 |
| $45.26 | 40,000 | 3.68 | $ 45.26 | 30,000 | $ 45.26 |
| $45.36 | 19,758 | 3.00 | $ 45.36 | 19,758 | $ 45.36 |
| $46.43 | 759 | 3.72 | $ 46.43 | 759 | $ 46.43 |
| $20.91 - $46.43 | 170,139 | 3.52 | $ 42.02 | 126,975 | $ 41.27 |

The Company is no longer issuing SAR's as a form of share-based compensation, therefore the Black-Scholes option pricing model was not used subsequent to fiscal 2015. Assumptions used in the Black-Scholes option pricing model for fiscal year 2015 are as follows for all stock appreciation rights:

| | 2015 |
| --- | --- |
| Expected term in years | 4.5 |
| Expected dividend yield | 1.20% – 1.32% |
| Expected price volatility | 35.39% – 40.00% |
| Risk-free interest rate | 2.32 – 2.73 |

*Directors Grants*

The Company granted each of its independent directors a total of 1,641, 1,915 and 2,000 shares of its common stock during fiscal years 2017, 2016 and 2015, respectively. These common stock grants were valued at $60.94, $52.21 and $44.90 per share for fiscal years 2017, 2016 and 2015, respectively, which was the market price of our common stock on the respective grant dates.

54

098

Table of Contents

**AZZ Inc.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

*Employee Stock Purchase Plan*

The Company also has an employee stock purchase plan, which allows employees of the Company to purchase common stock of the Company through accumulated payroll deductions. Offerings under this plan have a duration of 24 months (the "offering period"). On the first day of an offering period (the "enrollment date") the participant is granted the option to purchase shares on each exercise date at the lower of 85% of the market value of a share of our common stock on the enrollment date or the exercise date. The participant's right to purchase common stock under the plan is restricted to no more than $25,000 per calendar year and the participant may not purchase more than 5,000 shares during any offering period. Participants may terminate their interest in a given offering or a given exercise period by withdrawing all of their accumulated payroll deductions at any time prior to the end of the offering period.

Share-based compensation expense and related income tax benefits related to all the plans listed above were as follows for the fiscal years ended February 28, 2017, February 29, 2016 and February 28, 2015:

| Year ended | 2017 | | 2016 | | 2015 |
|---|---|---|---|---|---|
| | | *(In thousands)* | | | |
| Compensation expense | $ 5,870 | $ | 4,538 | $ | 4,080 |
| Income tax benefits | $ 2,055 | $ | 1,588 | $ | 1,428 |

Unrecognized compensation cost related to all the above at February 28, 2017 totaled $6.8 million. These costs are expected to be recognized over a weighted period of 1.91 years.

The actual tax benefit realized for tax deductions from share-based compensation during each of these fiscal years totaled $1.5 million, $1.0 million and $0.3 million, respectively.

The Company's policy is to issue shares required under these plans from the Company's treasury shares or from the Company's authorized but unissued shares. The Company has no formal or informal plan to repurchase shares on the open market to satisfy these requirements.

13.    Debt

Following is a summary of debt at February 28, 2017 and February 29, 2016:

| Debt consisted of the following: | 2017 | | 2016 |
|---|---|---|---|
| | | *(In thousands)* | |
| Senior Notes, due in balloon payment in January 2021 | $ 125,000 | $ | 125,000 |
| Senior Notes, due in annual installments of $14,286 beginning in March 2012 through March 2018 | 28,571 | | 42,857 |
| Term Note, due in quarterly installments beginning in June 2013 through March 2018 | 49,219 | | 58,125 |
| Revolving line of credit with bank | 69,500 | | 101,000 |
| Total debt | 272,290 | | 326,982 |
| Unamortized debt issuance costs for Senior Notes and Term Note | (861) | | (1,361) |
| Total debt, net | 271,429 | | 325,621 |
| Less amount due within one year | (16,629) | | (23,192) |
| Debt due after one year, net | $ 254,800 | $ | 302,429 |

On March 27, 2013, we entered into a Credit Agreement (the "Credit Agreement") with Bank of America and other lenders. The Credit Agreement provided for a $75.0 million term facility and a $225.0 million revolving credit facility that included a $75.0 million "accordion" feature. The Credit Agreement is used to provide for working capital needs, capital improvements, dividends, future acquisitions and letter of credit needs.

Interest rates for borrowings under the Credit Agreement are based on either a Eurodollar Rate or a Base Rate plus a margin ranging from 1.0% to 2.0% depending on our Leverage Ratio. The Eurodollar Rate is defined as LIBOR for a term equivalent to the borrowing term (or other similar interbank rates if LIBOR is unavailable). The Base Rate is defined as the highest of the applicable

099

Table of Contents

**AZZ Inc.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

Fed Funds rate plus 0.50%, the Prime rate, or the Eurodollar Rate plus 1.0% at the time of borrowing. The Credit Agreement also carries a Commitment Fee for the unfunded portion ranging from 0.20% to 0.30% per annum, depending on our Leverage Ratio.

The $75.0 million term facility under the Credit Agreement requires quarterly principal and interest payments commencing on June 30, 2013 through March 27, 2018, the maturity date.

The Credit Agreement provides various financial covenants requiring us, among other things, to a) maintain on a consolidated basis net worth equal to at least the sum of $230.0 million, plus 50.0% of future net income, b) maintain on a consolidated basis a Leverage Ratio (as defined in the Credit Agreement) not to exceed 3.25:1.0, c) maintain on a consolidated basis a Fixed Charge Coverage Ratio (as defined in the Credit Agreement) of at least 1.75:1.0 and d) not to make Capital Expenditures (as defined in the Credit Agreement) on a consolidated basis in an amount in excess of $60.0 million during the fiscal year ended February 28, 2014 and $50.0 million during any subsequent year.

As of February 28, 2017, we had $69.5 million of outstanding debt against the revolving credit facility provided and letters of credit outstanding in the amount of $23.1 million, which left approximately $132.4 million of additional credit available under the Credit Agreement.

On March 31, 2008, the Company entered into a Note Purchase Agreement (the "Note Purchase Agreement") pursuant to which the Company issued $100.0 million aggregate principal amount of its 6.24% unsecured Senior Notes (the "2008 Notes") due March 31, 2018 through a private placement (the "2008 Note Offering"). Pursuant to the Note Purchase Agreement, the Company's payment obligations with respect to the 2008 Notes may be accelerated upon any Event of Default, as defined in the Note Purchase Agreement.

The Company entered into an additional Note Purchase Agreement on January 21, 2011 (the "2011 Agreement"), pursuant to which the Company issued $125.0 million aggregate principal amount of its 5.42% unsecured Senior Notes (the "2011 Notes"), due in January of 2021, through a private placement (the "2011 Note Offering"). Pursuant to the 2011 Agreement, the Company's payment obligations with respect to the 2011 Notes may be accelerated under certain circumstances.

The 2008 Notes and the 2011 Notes each provide for various financial covenants requiring us, among other things, to a) maintain on a consolidated basis net worth equal to at least the sum of $116.9 million plus 50.0% of future net income; b) maintain a ratio of indebtedness to EBITDA (as defined in Note Purchase Agreement) not to exceed 3.25:1.00; c) maintain on a consolidated basis a Fixed Charge Coverage Ratio (as defined in the Note Purchase Agreement) of at least 2.0:1.0; d) not at any time permit the aggregate amount of all Priority Indebtedness (as defined in the Note Purchase Agreement) to exceed 10.0% of Consolidated Net Worth (as defined in the Note Purchase Agreement).

As of February 28, 2017, the Company was in compliance with all of its debt covenants.

Maturities of debt are as follows:

| Fiscal Year | *(In thousands)* |
|---|---|
| 2018 | $ 16,629 |
| 2019 | 130,661 |
| 2020 | — |
| 2021 | 125,000 |
| 2022 | — |
| Thereafter | — |
| Total | $ 272,290 |

100

Table of Contents

**AZZ Inc.**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

14.    Operating segments

Information regarding operations and assets by segment was as follows:

| | 2017 (Restated) | | 2016 (Restated) | | 2015 (Restated) |
|---|---|---|---|---|---|
| | | | *(In thousands)* | | |
| **Net sales:** | | | | | |
| Energy | $ 488,002 | $ | 487,038 | $ | 461,344 |
| Galvanizing | 375,536 | | 402,362 | | 358,348 |
| | $ 863,538 | $ | 889,400 | $ | 819,692 |
| | | | | | |
| **Operating income:** | | | | | |
| Energy | $ 52,577 | $ | 56,478 | $ | 39,780 |
| Galvanizing | 79,033 | | 94,766 | | 88,562 |
| Corporate | (32,702) | | (30,949) | | (20,440) |
| Total Operating Income | 98,908 | | 120,295 | | 107,902 |
| Interest expense | 14,732 | | 15,155 | | 16,561 |
| Net (gain) loss on sale of property, plant and equipment and insurance proceeds | 76 | | (327) | | (2,525) |
| Other (income) expense, net | (1,197) | | 3,092 | | 2,659 |
| Income before income taxes | $ 85,297 | $ | 102,375 | $ | 91,207 |
| | | | | | |
| **Depreciation and amortization:** | | | | | |
| Energy | $ 19,624 | $ | 19,131 | $ | 20,725 |
| Galvanizing | 28,650 | | 26,863 | | 23,964 |
| Corporate | 2,083 | | 1,423 | | 1,400 |
| | $ 50,357 | $ | 47,417 | $ | 46,089 |
| | | | | | |
| **Expenditures for acquisitions, net of cash, and property, plant and equipment:** | | | | | |
| Energy | $ 31,474 | $ | 12,863 | $ | 10,647 |
| Galvanizing | 32,099 | | 86,724 | | 26,928 |
| Corporate | 540 | | 858 | | 3,320 |
| | $ 64,113 | $ | 100,445 | $ | 40,895 |
| | | | | | |
| **Total assets:** | | | | | |
| Energy | $ 536,557 | $ | 506,269 | $ | 511,648 |
| Galvanizing | 428,330 | | 436,471 | | 378,823 |
| Corporate | 13,467 | | 45,461 | | 34,844 |
| | $ 978,354 | $ | 988,201 | $ | 925,315 |
| | | | | | |
| **Geographic net sales:** | | | | | |
| United States | $ 705,976 | $ | 710,767 | $ | 634,549 |
| Other countries | 157,718 | | 179,832 | | 189,855 |
| Eliminations | (156) | | (1,199) | | (4,712) |
| | $ 863,538 | $ | 889,400 | $ | 819,692 |
| | | | | | |
| **Property, plant and equipment, net:** | | | | | |
| United States | $ 205,079 | $ | 204,587 | $ | 173,712 |
| Canada | 18,002 | | 17,868 | | 20,289 |
| Other Countries | 5,529 | | 3,878 | | 2,582 |
| | $ 228,610 | $ | 226,333 | $ | 196,583 |

Table of Contents

**AZZ Inc.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

15.    Commitments and contingencies

*Leases*

The Company is obligated under various operating leases for property, plant and equipment. As February 28, 2017, future minimum lease payments under non-cancelable operating leases with initial terms in excess of one year are summarized in the below table:

| Fiscal Year: | (In thousands) |
|---|---|
| 2018 | $ 6,627 |
| 2019 | 5,629 |
| 2020 | 3,347 |
| 2021 | 2,655 |
| 2022 | 2,542 |
| Thereafter | 8,042 |
| Total | $ 28,842 |

Rent expense was $17.0 million, $13.9 million and $14.1 million for fiscal years 2017, 2016 and 2015, respectively. Rent expense includes various equipment rentals that do not meet the terms of a non-cancelable lease or that have initial terms of less than one year.

*Commodity pricing*

We have no contracted commitments for any commodities including steel, aluminum, natural gas, cooper, zinc, nickel based alloys, except for those entered into under the normal course of business.

*Other*

At February 28, 2017, the Company had outstanding letters of credit in the amount of $23.1 million. These letters of credit are issued for a number of reasons, but are most commonly issued in lieu of customer retention withholding payments covering warranty or performance periods. In addition, as of February 28, 2017, a warranty reserve in the amount of $2.1 million was established to offset any future warranty claims.

16.    Selected quarterly financial data (Unaudited)

| | Quarter ended | | | |
|---|---|---|---|---|
| | May 31, 2016 | August 31, 2016 | November 30, 2016 | February 28, 2017 |
| | (Restated) | (Restated) | (Restated) | (Restated) |
| | *(in thousands, except per share data)* | | | |
| Net sales | $ 250,366 | $ 200,790 | $ 228,116 | $ 184,266 |
| Gross profit | 65,128 | 42,104 | 51,297 | 46,803 |
| Net income | 22,189 | 10,159 | 16,646 | 12,270 |
| Basic earnings per share | 0.86 | 0.39 | 0.64 | 0.47 |
| Diluted earnings per share | 0.85 | 0.39 | 0.64 | 0.47 |

102

AZZ Inc.
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

| | Quarter ended | | | |
|---|---|---|---|---|
| | May 31, 2015 | August 31, 2015 | November 30, 2015 | February 29, 2016 |
| | (Restated) | (Restated) | (Restated) | (Restated) |
| | *(in thousands, except per share data)* | | | |
| Net sales | $ 240,440 | $ 199,670 | $ 241,596 | $ 207,694 |
| Gross profit | 63,704 | 49,702 | 61,288 | 53,424 |
| Net income | 22,674 | 14,866 | 22,822 | 15,182 |
| Basic earnings per share | 0.88 | 0.58 | 0.88 | 0.59 |
| Diluted earnings per share | 0.88 | 0.57 | 0.88 | 0.58 |

17.    Acquisitions

On March 1, 2016, we completed an acquisition of the equity securities of Power Electronics, Inc. ("PEI"), a Millington, Maryland-based manufacturer and integrator of electrical enclosure systems. The acquisition of PEI will enhance our capacity to serve existing and new customers in a diverse set of industries along the Eastern seaboard of the United States. The goodwill arising from this acquisition was allocated to the Energy Segment and is deductible for income tax purposes.

Unaudited pro forma results of operations assuming the PEI acquisition had taken place at the beginning of each period are not provided because the historical operating results of PEI were not significant and pro forma results would not be significantly different from reported results for the periods presented.

On February 1, 2016, we completed our acquisition of substantially all the assets of Alpha Galvanizing Inc., an Atkinson, Nebraska-based business unit of Olson Industries, Inc. ("Alpha Galvanizing"). Alpha Galvanizing has served steel fabrication customers that manufacture electrical utility poles, agricultural machinery and industrial manufacturing components since 1996. Alpha Galvanizing was acquired to expand the footprint of AZZ Galvanizing and to support AZZ's locations in Minnesota and Denver, Colorado, as well as serve customers in the upper Midwest region. The goodwill arising from this acquisition was allocated to the Galvanizing Segment and is deductible for income tax purposes.

Unaudited pro forma results of operations assuming the Alpha Galvanizing Inc. acquisition had taken place at the beginning of each period are not provided because the historical operating results of Alpha Galvanizing Inc. were not significant and pro forma results would not be significantly different from reported results for the periods presented.

On June 5, 2015, we completed the acquisition of substantially all the assets of US Galvanizing, LLC, a provider of steel corrosion coating services and a wholly-owned subsidiary of Trinity Industries, Inc. The acquisition of the US Galvanizing, LLC assets includes six galvanizing facilities located in Hurst, Texas; Kennedale, Texas; Big Spring, Texas; San Antonio, Texas; Morgan City, Louisiana; and Kosciusko, Mississippi. Additionally, the transaction includes Texas Welded Wire, a secondary business integrated within US Galvanizing's Hurst, Texas facility. US Galvanizing, LLC was acquired to expand AZZ's Southern locations. The goodwill arising from this acquisition was allocated to the Galvanizing Segment and is deductible for income tax purposes.

Unaudited pro forma results of operations assuming the US Galvanizing, LLC acquisition had taken place at the beginning of each period are not provided because the historical operating results of US Galvanizing, LLC were not significant and pro forma results would not be significantly different from reported results for the periods presented.

On June 30, 2014, we completed our acquisition of substantially all the assets of Zalk Steel & Supply Co. ("Zalk Steel"), a Minneapolis, Minnesota-based galvanizing company, for a purchase price of $10.5 million and the assumption of $0.3 million in liabilities. The Company recorded $3.3 million of goodwill, which has been allocated to the Galvanizing Segment, and $3.4 million of intangible assets associated with this acquisition. The intangible assets associated with the acquisition consist primarily of trade names, customer relationships and non-compete agreements. These intangible assets are being amortized on a straight-line basis over a period of 19 years for customer relationships, 19 years for trade names, and 5 years for non-compete agreements. Zalk Steel was acquired to expand AZZ's existing footprint in the upper Midwest region of the United States. The goodwill arising from this acquisition was allocated to the Galvanizing Segment and is deductible for income tax purposes.

103

**AZZ Inc.**
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

Unaudited pro forma results of operations assuming the Zalk Steel acquisition had taken place at the beginning of each period are not provided because the historical operating results of Zalk Steel were not significant and pro forma results would not be significantly different from reported results for the periods presented.

18.  Subsequent Events

On March 21, 2017, we executed the Amended and Restated Credit Agreement (the "2017 Credit Agreement") with Bank of America and other lenders. The 2017 Credit Agreement amended the Credit Agreement entered into on March 27, 2013 by the following: (i) extending the maturity date until March 21, 2022, (ii) providing for a senior revolving credit facility in a principal amount of up to $450 million, with an additional $150 million accordion, (iii) including a $75 million sublimit for the issuance of standby and commercial letters of credit, (iv) including a $30 million sublimit for swing line loans, (v) restricting indebtedness incurred in respect of capital leases, synthetic lease obligations and purchase money obligations not to exceed $20 million, (vi) restricting investments in any foreign subsidiaries not to exceed $50 million in the aggregate, and (vii) including various financial covenants and certain restricted payments relating to dividends and share repurchases as specifically set forth in the 2017 Credit Agreement. The 2017 Credit Agreement will be used to finance working capital needs, capital improvements, dividends, future acquisitions and letter of credit needs.

Two of the Company's indirectly held subsidiaries, The Calvert Company, Inc. and Nuclear Logistics LLC, have existing contracts with subsidiaries of Westinghouse Electric Company ("WEC"). WEC and the relevant subsidiaries filed relief under Chapter 11 of the Bankruptcy Code on March 29, 2017 in the United States Bankruptcy Court for the Southern District of New York, jointly administered as In re Westinghouse Electric Company, et al., Case No. 17-10751 (the "Bankruptcy Case"). The Bankruptcy Court overseeing the Bankruptcy Case has approved, on an interim basis, an $800M Debtor-in-Possession Financing Facility ("DIP Financing") to help WEC finance its business operations during the reorganization process. A final hearing on the DIP Financing is scheduled for April 26, 2017. The Company estimates it had approximately $7.2 million in pre-petition exposure with WEC to the Company's two subsidiaries as of March 29, 2017. The Company's subsidiaries will continue, for the time being and while it monitors and evaluates the Bankruptcy Case, to honor its executory contracts and has applied for critical vendor status with WEC. At this time, the Company cannot accurately estimate what recovery may be had on any pre-petition amounts or the potential future negative effects if the existing nuclear plant construction projects currently in backlog are cancelled. The Company expects to collect all post-petition amounts due and owing. It will likely be several months before WEC determines who to pay as its critical vendors, if anyone, or otherwise makes a determination as to which contracts to assume and which to reject as part of its reorganization process. The Company does not believe that rejection of the outstanding contracts with WEC, taken in part or combined, would have a material adverse impact on the Company's cash flow or operations.

104

Schedule II
AZZ Inc.

Valuation and Qualifying Accounts and Reserves
*(In thousands)*

| | Year Ended, | | |
|---|---|---|---|
| | February 28, 2017 | February 29, 2016 | February 28, 2015 |
| Allowance for Doubtful Accounts | | | |
| Balance at beginning of year | $ 264 | $ 1,472 | $ 1,744 |
| Additions (reductions) charged or credited to income | 48 | (1,072) | 458 |
| (Write offs) recoveries, net | 20 | (176) | (700) |
| Other | 11 | 48 | — |
| Effect of exchange rate | 4 | (8) | (30) |
| Balance at end of year | $ 347 | $ 264 | $ 1,472 |

61

105

Table of Contents

***Item 9.***          ***Changes In and Disagreements with Accountants on Accounting and Financial Disclosure.***

None.

*Item 9A*          *Controls and Procedures.*

**Evaluation of Disclosure Controls and Procedures**

The Company's management, with the participation of its principal executive officer and principal financial officer, have evaluated, as required by Rule 13a-15(e) under the Securities Exchange Act of 1934 ("the Exchange Act"), the effectiveness of the Company's disclosure controls and procedures. Based on that evaluation, the principal executive officer and principal financial officer concluded that, due to the material weakness described below, the Company's disclosure controls and procedures were not effective as of the end of the period covered by this Form 10-K/A to provide reasonable assurance that information required to be disclosed by the Company in the reports that it files or submits under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms, and were not effective as of the end of the period covered by this Form 10-K/A to provide reasonable assurance that such information is accumulated and communicated to the Company's management, including the principal executive officer and principal financial officer, to allow timely decisions regarding required disclosure.

*Management's Report on Internal Controls Over Financial Reporting*

The Company's management is responsible for establishing and maintaining adequate internal control over financial reporting, as defined in Rule 13a-15(f) of the Exchange Act. Management, with the participation of its principal executive officer and principal financial officer assessed the effectiveness of the Company's internal control over financial reporting based on the criteria for effective internal control over financial reporting established in "Internal Control — Integrated Framework (2013)," issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based upon its initial assessment, management concluded that the Company maintained effective internal control over financial reporting as of February 28, 2017.

However, subsequent to filing the Company s quarterly report on Form 10-Q for the period ended August 31, 201 /, an error was discovered related to the Company s historical revenue recognition policies and procedures. In particular, the Company determined that for certain contracts within its Energy Segment for which revenue was historically recognized upon contract completion and transfer of title, the Company instead should have applied the percentage-of-completion method in accordance with the FASB's Accounting Standards Codification No. 605-35, *Construction-Type and Production-Type Contracts*. This error resulted in a material misstatement of the financial statements and required restatement of the financial statements included in the Company s Form 10-K for the fiscal year ended February 28, 201 / and in the Company s Form 10-Q for the quarterly periods ended May 31, 201 / and August 31, 201 /. This error, which was not detected timely by management, was the result of inadequate design of controls pertaining to the Company's review and ongoing monitoring of its revenue recognition policies. The deficiency represents a material weakness in the Company s internal control over financial reporting. Based on the subsequent identification of the material weakness, management has now concluded that the Company's internal control over financial reporting was not effective as of February 28, 2017.

Management is actively engaged in the planning for, and implementation of, remediation efforts to address the material weakness identified above. The remediation plan includes i) the implementation of new controls designed to evaluate the appropriateness of revenue recognition policies and procedures, ii) new controls over recording revenue transactions, and iii) additional training.

Management believes the measures described above and others that may be implemented will remediate the material weaknesses that we have identified. As management continues to evaluate and improve internal control over financial reporting, we may decide to take additional measures to address control deficiencies or determine to modify, or in appropriate circumstances not to complete, certain of the remediation measures identified.

Management's assessment and conclusion on the effectiveness of internal control over financial reporting did not include an assessment of the internal controls of Power Electronics, Inc., whose acquisition was completed on March 1, 2016. PEI constituted approximately 1.8% of the Company's total assets as of February 28, 2017 and 4.0% and 8.3% of revenues and net income, respectively, for the year then ended. Management did not assess the effectiveness of internal control over financial reporting of PEI because of the timing of the acquisition.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect all misstatements or fraud. Any control system, no matter how well designed and operated, is based upon certain assumptions and can provide only reasonable, not absolute, assurance that its objectives will be met.

62

106

Table of Contents

The Company's independent registered public accounting firm, BDO USA, LLP has issued an audit report on the Company's internal control over financial reporting, which is included herein.

*Changes in Internal Controls Over Financial Reporting*

Subject to the remediation efforts noted above, which were implemented after February 27, 2017, there have been no changes in the Company's internal control over financial reporting during the three months ended February 28, 2017, that have materially affected, or are reasonably likely to materially affect, the Company's internal control over financial reporting.

*Item 9B.*        *Other Information.*

None.

107

## PART III

### Item 10.   *Directors, Executive Officers and Corporate Governance.*

The information required by this item with regard to executive officers is included in Part I, Item 1 of this Annual Report on Form 10-K/A under the heading "Executive Officers of the Registrant."

Information regarding directors of AZZ required by this Item is incorporated by reference to the section entitled "Election of Directors" set forth in the Proxy Statement for our 2017 Annual Meeting of Shareholders.

The information regarding compliance with Section 16(a) of the Exchange Act required by this Item is incorporated by reference to the section entitled "Section 16(a) Beneficial Ownership Reporting Compliance" set forth in the Proxy Statement for our 2017 Annual Meeting of Shareholders.

Information regarding our audit committee financial experts and code of ethics and business conduct required by this Item is incorporated by reference to the section entitled "Matters Relating to Corporate Governance, Board Structure, Director Compensation and Stock Ownership" set forth in the Proxy Statement for our 2017 Annual Meeting of Shareholders.

No director or nominee for director has any family relationship with any other director or nominee or with any executive officer of our company.

### Item 11.   *Executive Compensation.*

The information required by this Item is incorporated herein by reference to the section entitled "Executive Compensation" and the section entitled "Matters Relating to Corporate Governance, Board Structure, Director Compensation and Stock Ownership — Fees Paid to Directors" set forth in our Proxy Statement for our 2017 Annual Meeting of Shareholders.

### Item 12.   *Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters.*

The information required by this Item is incorporated herein by reference to the section entitled "Executive Compensation" and the section entitled "Matters Relating to Corporate Governance, Board Structure, Director Compensation and Stock Ownership — Security Ownership of Management" set forth in the Proxy Statement for our 2017 Annual Meeting of Shareholders.

**Equity Compensation Plan**

The following table provides a summary of information as of February 28, 2017, relating to our equity compensation plans in which our Common Stock is authorized for issuance.

**Equity Compensation Plan Information:**

| | (a)<br>Number of securities to be issued upon exercise of outstanding options, warrants and rights | (b)<br>Weighted average exercise price of outstanding options, warrants and rights | (c)<br>Number of securities remaining available for future issuance under equity compensation plans (excluding shares reflected in column (a)) |
|---|---|---|---|
| Equity compensation plans approved by shareholders[1] | 126,975[2] | $ 41.27 | 1,270,511[3] |
| Total | 126,975 | $ 41.27 | 1,270,511 |

(1)  Consists of the Amended and Restated 2005 Long-Term Incentive Plan and the 2014 Long-Term Incentive Plan. See Note 12, "Stock Compensation" to our "Notes to Consolidated Financial Statements" for further information.

(2)  The average term of outstanding stock appreciation rights is 3.51 years.

(3)  Consists of 1,270,511 shares remaining available for future issuance under the Amended and Restated 2005 Long-Term Incentive Plan.

**Description of Other Plans for the Grant of Equity Compensation**

*Long Term Incentive Plans*

Table of Contents

The description of the 2005 Long Term Incentive Plan and 2014 Long Term Incentive Plan provided in Note 12 to the consolidated financial statements included in this Annual Report on Form 10-K/A are incorporated by reference under this Item.

### Item 13.          *Certain Relationships and Related Transactions, and Director Independence.*

The information required by this Item is incorporated by reference to the sections entitled "Certain Relationships and Related Party Transactions" and "Director Independence" set forth in the Proxy Statement for our 2017 Annual Meeting of Shareholders.

### Item 14.          *Principal Accountant Fees and Services*

Information required by this Item is incorporated by reference to the sections entitled "Other Business – Independent Auditor Fees" and "Other Business – Pre-approval of Non-audit Fees" set forth in our Proxy Statement for our 2017 Annual Meeting of Shareholders.

Table of Contents

## PART IV

*Item 15.*        *Exhibits and Financial Statement Schedules.*

**A.        Financial Statements**

1.        The financial statements filed as a part of this Annual Report on Form 10-K/A are listed in the "Index to Consolidated Financial Statements" within Part II, Item 8.

2.        Financial Statement Schedule
Schedule II – Valuation and Qualifying Accounts and Reserves filed as a part of this Annual Report on Form 10-K/A is listed in the "Index to Consolidated Financial Statements" within Part II, Item 8.

Schedules and compliance information other than those referred to above have been omitted since the required information is not present or is not present in amounts sufficient to require submission of the schedule, or because the information required is included in the consolidated financial statements and the notes thereto.

**B.        Exhibits Required by Item 601 of Regulation S-K**

A list of the exhibits required by Item 601 of Regulation S-K and filed as part of this Annual Report on Form 10-K/A is set forth in the Index to Exhibits, which immediately precedes such exhibits.

*Item 16.*        *10-K Summary*

None.

110

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

AZZ Inc.
(Registrant)

April 19, 2018

By: /s/ Thomas E. Ferguson

**Thomas E. Ferguson,**
**President and Chief Executive Officer**

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of AZZ and in the capacities and on the dates indicated.

April 19, 2018

/s/ Kevern R. Joyce

Kevern R. Joyce
Chairman of the Board of Directors

April 19, 2018

/s/ Thomas E. Ferguson

Thomas E. Ferguson
President, Chief Executive Officer and Director
(Principal Executive Officer)

April 19, 2018

/s/ Paul W. Fehlman

Paul W. Fehlman,
Senior Vice President and Chief Financial Officer
(Principal Financial Officer)

April 19, 2018

/s/ James Drew Byelick

James Drew Byelick
Vice President and Chief Accounting Officer

April 19, 2018

/s/ Daniel R. Feehan

Daniel R. Feehan
Director

April 19, 2018

/s/ Daniel E. Berce

Daniel E. Berce
Director

April 19, 2018

/s/ Paul Eisman

Paul Eisman
Director

April 19, 2018

/s/ Venita McCellon-Allen

Venita McCellon-Allen
Director

April 19, 2018

/s/ Ed McGough

Ed McGough
Director

April 19, 2018

/s/ Steven R. Purvis

Steven R. Purvis
Director

April 19, 2018

/s/ Stephen E. Pirnat

Stephen E. Pirnat
Director

111

**Index to Exhibits as Required By Item 601 of Regulation S-K.**

3.1     Amended and Restated Certificate of Formation of AZZ Inc. (incorporated by reference to Exhibit 3.1 to the Current Report on Form 8-K filed by the Registrant on July 14, 2015)

3.2     Amended and Restated Bylaws of AZZ Inc. (incorporated by reference to Exhibit 3.2 to the Current Report on Form 8-K filed by the Registrant on July 14, 2015)

4.1     Form of Stock Certificate (incorporated by reference to Exhibit 4.1 to the Registrant's Quarterly Report on Form 10-Q for the quarter ended August 31, 2000)

10.1     Amended and Restated Credit Agreement, dated March 21, 2017 by and among AZZ Inc. as borrower, Bank of America N.A. as Administrative Agent, Swing Line Lender and L/C Issuer, and the other Lender's party thereto (incorporated by reference to Exhibit 10.1 to the Registrant's Current Report on Form 8-K filed March 24, 2017)

10.2     Note Purchase Agreement dated March 31, 2008, by and among AZZ incorporated and the purchasers listed therein (incorporated by reference to Exhibit 10(1) to the Registrant's Current Report on Form 8-K filed April 2, 2008)

10.3     Note Purchase Agreement, dated as of January 20, 2011, by and among AZZ incorporated and the purchasers identified therein (incorporated by reference to Exhibit 10.1 of the Registrant's Current Report on Form 8-K filed January 21, 2011)

10.4*     AZZ incorporated Amended and Restated 2005 Long-Term Incentive Plan (incorporated by reference to Appendix A to the Registrant's Definitive Proxy Statement on Form DEF 14A filed June 4, 2008)

10.5*     Form of AZZ incorporated Fiscal Year 2005 Stock Appreciation Rights Plan for Directors (incorporated by reference to Exhibit 10(53) to the Registrant's Quarterly Report on Form 10-Q for the quarter ended August 31, 2004)

10.6*     Form of AZZ incorporated Fiscal Year 2005 Stock Appreciation Rights Plan for Key Employees (incorporated by reference to Exhibit 10(54) to the Registrant's Quarterly Report on Form 10-Q for the quarter ended August 31, 2004)

10.7*     AZZ Inc. 2014 Long-Term Incentive Plan (incorporated by reference to Appendix A to the Registrant's Definitive Proxy Statement on Form DEF 14A filed May 29, 2014)

10.8*     First Amendment to AZZ Inc. 2014 Long Term Incentive Plan (incorporated by reference to Exhibit 10.2 to the Current Report on Form 8-K filed by the Registrant on January 21, 2016)

10.9*     Amended Form of Restricted Share Unit Award Agreement (incorporated by reference to Exhibit 10.4 to the Registrant's Current Report on Form 8-K filed by the Registrant on January 21, 2016)

10.10*     Amended Form of Stock Appreciation Rights Award Agreement (incorporated by reference to Exhibit 10.5 to the Registrant's Current Report on Form 8-K filed by the Registrant on January 21, 2016)

10.11*     Amended Form of Performance Award Agreement (incorporated by reference to Exhibit 10.6 to the Registrant's Current Report on Form 8-K filed by the Registrant on January 21, 2016)

10.12*     AZZ Inc. Senior Management Bonus Plan (incorporated by reference to Appendix B to the Registrant's Definitive Proxy Statement on Form DEF 14A filed May 28, 2015)

10.13*     First Amendment to Senior Management Bonus Plan (incorporated by reference to Exhibit 10.3 to the Current Report on Form 8-K filed by the Registrant on January 21, 2016)

10.14*     AZZ incorporated Employee Stock Purchase Plan (incorporated by reference to Appendix B to the Registrant's Definitive Proxy Statement on Form DEF14A filed June 4, 2008)

10.15*     Amended and Restated Employment Agreement between AZZ Inc. and Thomas Ferguson, dated September 29, 2016 (incorporated by reference to Exhibit 10.1 to the Registrant's Current Report on Form 8-K filed September 29, 2016)

68

112

10.16*    Change in Control Agreement by and between AZZ incorporated and Thomas Ferguson, dated as of November 4, 2013 (incorporated by reference to Exhibit 10(2) to the Registrant's Current Report on Form 8-K filed November 7, 2013)

10.17*    Employment Agreement by and between AZZ incorporated and Paul Fehlman, dated as of February 24, 2014 (incorporated by reference to Exhibit 10(1) to the Registrant's Current Report on Form 8-K filed February 27, 2014)

10.18*    Change in Control Agreement by and between AZZ incorporated and Paul Fehlman, dated as of February 24, 2014 (incorporated by reference to Exhibit 10(2) to the Registrant's Current Report on Form 8-K filed February 27, 2014)

10.19*    Form of Change in Control Agreement by and between AZZ incorporated and certain officers thereof (incorporated by reference to Exhibit 10(18) to the Registrant's Annual Report on Form 10-K for the fiscal year ended February 28, 2002)

10.20*    AZZ Inc. Compensation Recovery Policy (incorporated by reference to Exhibit 10.1 to the Current Report on Form 8-K filed by the Registrant on January 21, 2016)

14.1    Code of Conduct. AZZ Inc. Code of Conduct may be accessed via the Company's Website at www.azz.com.

21.1    Subsidiaries of the Registrant (Filed herewith)

23.1    Consent of BDO USA, LLP (Filed herewith)

31.1    Certification by Chief Executive Officer pursuant to Rules 13a-14(a) and 15d-14(a) under the Securities Exchange Act of 1934 and Section 302 of the Sarbanes-Oxley Act of 2002 (Filed herewith)

31.2    Certification by Chief Financial Officer pursuant to Rules 13a-14(a) and 15d-14(a) under the Securities Exchange Act of 1934 and Section 302 of the Sarbanes-Oxley Act of 2002 (Filed herewith)

32.1    Certification by Chief Executive Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 (Filed herewith)

32.2    Certification by Chief Financial Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 (Filed herewith)

101.INS    XBRL Instance Document

101.SCH    XBRL Taxonomy Extension Schema Document

101.CAL    XBRL Taxonomy Extension Calculation Linkbase Document

101.DEF    XBRL Taxonomy Extension Definition Linkbase Document

101.LAB    XBRL Taxonomy Extension Label Linkbase Document

101.PRE    XBRL Taxonomy Extension Presentation Linkbase Document

\*    Management contract, compensatory plan or arrangement

113

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-Q/A

## (Amendment No. 1)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended May 31, 2017

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Commission file number 1-12777

# AZZ Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **TEXAS** | **75-0948250** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**One Museum Place, Suite 500**
**3100 West 7th Street**
**Fort Worth, Texas**   **76107**
(Address of principal executive offices)   (Zip Code)

**(817) 810-0095**
Registrant's telephone number, including area code:
NONE
(Former name, former address and former fiscal year, if changed since last report)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer", accelerated filer", "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

| Title of each class: | Outstanding at May 31, 2017: |
|---|---|
| <u>Common Stock, $1.00 par value per share</u> | 25,994,263 |



114

### Explanatory Note

Amendment No. 1 on Form 10-Q/A (this "Form 10-Q/A") amends and restates certain items noted below in the Quarterly Report on Form 10-Q of AZZ Inc. (the "Company") for the quarter ended May 31, 2017, as originally filed with the Securities and Exchange Commission on July 6, 2017 (the "Original Filing"). This Form 10-Q/A amends the Original Filing to reflect the correction of an error in the previously reported financial statements related to the Company's revenue recognition practices within its Energy segment. See Note 2 to the Condensed Consolidated Financial Statements included in Item 1 for additional information and a reconciliation of the previously reported amounts to the restated amounts.

For the convenience of the reader, this form 10-Q/A sets forth the Original Filing, as amended, in its entirety; however, this Form 10-Q/A amends and restates only the following financial statements and disclosures that were impacted from the correction of the error:

- Part I, Item 1 - Financial Statements
- Part I, Item 2 - Management's Discussion and Analysis of Financial Condition and Results of Operations
- Part I, Item 4 - Controls and Procedures
- Part II, Item 6 - Exhibits
- Signatures

This Form 10-Q/A also amends Part II, Item 1 - Legal Proceedings to reflect updated legal matters. In addition, the Company's Chief Executive Officer and Chief Financial Officer have provided new certifications dated as of the date of this filing in connection with this Form 10-Q/A (Exhibits 31.1, 31.2, 32.1 and 32.2), and the Company has provided its revised audited consolidated financial statements formatted in Extensible Business Reporting Language (XBRL) in Exhibit 101.

Except as described above, no other changes have been made to the Original Filing. This Form 10-Q/A speaks as of the date of the Original Filing and does not reflect events that may have occurred after the date of the Original Filing, or modify or update any disclosures that may have been affected by subsequent events.

The Company is also concurrently filing an amended Annual Report for the fiscal year ended February 28, 2017 and an amended Quarterly Report for the quarterly period ended August 31, 2017 to restate the previously issued annual and interim financial statements due to the accounting error described above.

AZZ Inc.
INDEX

|  |  |  | PAGE NO. |
|---|---|---|---|
|  | Explanatory Note |  | 2 |
| PART I. | FINANCIAL INFORMATION |  |  |
| Item 1. |  |  |  |
|  | Financial Statements. |  |  |
|  | Condensed Financial Statements |  |  |
|  | Consolidated Balance Sheets |  | 4 |
|  | Consolidated Statements of Income |  | 5 |
|  | Consolidated Statements of Comprehensive Income |  | 6 |
|  | Consolidated Statements of Cash Flows |  | 7 |
|  | Consolidated Statement of Shareholders' Equity |  | 8 |
|  | Notes to Condensed Consolidated Financial Statements |  | 9 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations. |  | 17 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk. |  | 21 |
| Item 4. | Controls and Procedures. |  | 22 |
|  |  |  |  |
| PART II. | OTHER INFORMATION |  |  |
| Item 1. | Legal Proceedings. |  | 23 |
| Item 1A. | Risk Factors. |  | 23 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds. |  | 23 |
| Item 3. | Defaults Upon Senior Securities. |  | 23 |
| Item 4. | Mine Safety Disclosures. |  | 23 |
| Item 5. | Other Information. |  | 23 |
| Item 6. | Exhibits. |  | 23 |
|  |  |  |  |
|  | SIGNATURES |  | 24 |
|  |  |  |  |
|  | EXHIBIT INDEX |  | 25 |

116

PART I. FINANCIAL INFORMATION

Item 1.          Financial Statements

## CONDENSED CONSOLIDATED BALANCE SHEETS
(In thousands, except par value)
(Unaudited)

| | May 31, 2017 | February 28, 2017 |
|---|---|---|
| | (Restated) | |
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 6,337 | $ 11,302 |
| Accounts receivable (net of allowance for doubtful accounts of $412 as of May 31, 2017 and $347 as of February 28, 2017) | 152,545 | 138,470 |
| Inventories: | | |
| Raw material | 84,967 | 80,169 |
| Work-in-process | 8,956 | 6,832 |
| Finished goods | 7,103 | 7,006 |
| Costs and estimated earnings in excess of billings on uncompleted contracts | 57,198 | 50,262 |
| Deferred income taxes | — | 249 |
| Prepaid expenses and other | 8,380 | 2,762 |
| Total current assets | 325,486 | 297,052 |
| Deferred income taxes | 208 | — |
| Property, plant and equipment, net | 230,127 | 228,610 |
| Goodwill | 306,031 | 306,579 |
| Intangibles and other assets, net | 142,888 | 146,113 |
| | $ 1,004,740 | $ 978,354 |
| **Liabilities and Shareholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 47,484 | $ 49,816 |
| Income tax payable | 524 | 778 |
| Accrued salaries and wages | 14,811 | 23,429 |
| Other accrued liabilities | 25,375 | 24,042 |
| Customer deposits | 1,711 | 1,459 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | 22,539 | 20,617 |
| Debt due within one year | 14,286 | 16,629 |
| Total current liabilities | 126,730 | 136,770 |
| Debt due after one year, net | 285,478 | 254,800 |
| Deferred income taxes | 53,823 | 53,648 |
| Total liabilities | 466,031 | 445,218 |
| Commitments and contingencies | | |
| Shareholders' equity: | | |
| Common stock, $1 par, shares authorized 100,000; 25,994 shares issued and outstanding at May 31, 2017 and 25,964 shares issued and outstanding at February 28, 2017 | 25,994 | 25,964 |
| Capital in excess of par value | 36,654 | 37,739 |
| Retained earnings | 506,166 | 498,527 |
| Accumulated other comprehensive loss | (30,105) | (29,094) |
| Total shareholders' equity | 538,709 | 533,136 |
| | $ 1,004,740 | $ 978,354 |

*The accompanying notes are an integral part of the condensed consolidated financial statements.*

4

117

## CONDENSED CONSOLIDATED STATEMENTS OF INCOME
(In thousands, except per share data)
(Unaudited)

| | Three Months Ended May 31, | |
| | 2017 | 2016 |
| | (Restated) | (Restated) |
|---|---|---|
| Net sales | $ 205,283 | $ 250,366 |
| Cost of sales | 157,901 | 185,238 |
| Gross margin | 47,382 | 65,128 |
| | | |
| Selling, general and administrative | 27,359 | 28,819 |
| Operating income | 20,023 | 36,309 |
| | | |
| Interest expense | 3,360 | 3,925 |
| Net gain on sale of property, plant and equipment and insurance proceeds | (100) | (110) |
| Other income - net | (85) | (122) |
| Income before income taxes | 16,848 | 32,616 |
| Income tax expense | 4,786 | 10,427 |
| Net income | $ 12,062 | $ 22,189 |
| Earnings per common share | | |
| Basic earnings per share | $ 0.46 | $ 0.86 |
| Diluted earnings per share | $ 0.46 | $ 0.85 |

*The accompanying notes are an integral part of the condensed consolidated financial statements.*

5

Table of Contents

## CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME
(In thousands)
(Unaudited)

|  | Three Months Ended May 31, | |
|  | 2017 | 2016 |
|  | (Restated) | (Restated) |
|---|---|---|
| Net income | $ 12,062 | $ 22,189 |
| Other comprehensive loss: | | |
| Foreign currency translation adjustments | | |
| Unrealized translation gains (losses) | (997) | 2,479 |
| Interest rate swap, net of income tax of $7 and $7, respectively. | (14) | (14) |
| Other comprehensive income (loss) | (1,011) | 2,465 |
| Comprehensive income | $ 11,051 | $ 24,654 |

*The accompanying notes are an integral part of the condensed consolidated financial statements.*

6

119

## CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS
(In thousands)
(Unaudited)

| | Three Months Ended May 31, | |
| --- | --- | --- |
| | 2017 | 2016 |
| | (Restated) | (Restated) |
| **Cash Flows From Operating Activities:** | | |
| Net income | $ 12,062 | $ 22,189 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Provision (recovery) for doubtful accounts | 63 | (87) |
| Amortization and depreciation | 12,423 | 12,634 |
| Deferred income taxes | 261 | 2,830 |
| Net gain on sale of property, plant & equipment and insurance proceeds | (100) | (110) |
| Amortization of deferred borrowing costs | 154 | 323 |
| Share-based compensation expense | 1,194 | 1,112 |
| Effects of changes in assets & liabilities: | | |
| Accounts receivable | (14,114) | (20,976) |
| Inventories | (6,976) | 1,131 |
| Prepaid expenses and other | (5,619) | (4,833) |
| Other assets | (1,019) | 74 |
| Net change in billings related to costs and estimated earnings on uncompleted contracts | (4,940) | 71 |
| Accounts payable | (2,405) | 7,747 |
| Other accrued liabilities and income taxes payable | (6,788) | (12,237) |
| Net cash (used in) provided by operating activities | (15,804) | 9,868 |
| **Cash Flows From Investing Activities:** | | |
| Proceeds from sale or insurance settlement of property, plant, and equipment | 171 | 127 |
| Purchase of property, plant and equipment | (10,141) | (10,503) |
| Acquisition of subsidiaries, net of cash acquired | — | (22,679) |
| Net cash used in investing activities | (9,970) | (33,055) |
| **Cash Flows From Financing Activities:** | | |
| Proceeds from revolving loan | 128,000 | 61,000 |
| Payments on revolving loan | (36,500) | (46,000) |
| Payments on long term debt | (63,504) | (16,160) |
| Purchases of treasury shares | (2,683) | — |
| Payments of dividends | (4,423) | (3,888) |
| Net cash (used in) provided by financing activities | 20,890 | (5,048) |
| Effect of exchange rate changes on cash | (81) | 119 |
| Net decrease in cash & cash equivalents | (4,965) | (28,116) |
| Cash & cash equivalents at beginning of period | 11,302 | 40,191 |
| Cash & cash equivalents at end of period | $ 6,337 | $ 12,075 |
| Supplemental disclosures | | |
| Cash paid for interest | $ 2,286 | $ 2,573 |
| Cash paid for income taxes | $ 7,097 | $ 6,966 |

*The accompanying notes are an integral part of the condensed consolidated financial statements.*

7

120

## CONSOLIDATED STATEMENT OF SHAREHOLDERS' EQUITY
(In thousands)
(unaudited)

| | Common Stock | | Capital in Excess of Par Value | Retained Earnings (Restated) | Accumulated Other Comprehensive Income (Loss) | Total (Restated) |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| Balance at February 28, 2017 | 25,964 | $ 25,964 | $ 37,739 | $ 498,527 | $ (29,094) | $ 533,136 |
| Stock compensation | — | — | 1,194 | — | — | 1,194 |
| Restricted stock units | 42 | 42 | (1,240) | — | — | (1,198) |
| Stock issued for SARs | — | — | — | — | — | — |
| Employee stock purchase plan | 35 | 35 | 1,597 | — | — | 1,632 |
| Retirement of treasury shares | (47) | (47) | (2,636) | — | — | (2,683) |
| Cash dividends paid | — | — | — | (4,423) | — | (4,423) |
| Net income, as restated | — | — | — | 12,062 | — | 12,062 |
| Foreign currency translation | — | — | — | — | (997) | (997) |
| Interest rate swap, net of $7 income tax | — | — | — | — | (14) | (14) |
| Balance at May 31, 2017, as restated | 25,994 | $ 25,994 | $ 36,654 | $ 506,166 | $ (30,105) | $ 538,709 |

*The accompanying notes are an integral part of the condensed consolidated financial statements.*

8

**AZZ Inc.**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(Unaudited)

1.    The Company and Basis of Presentation

AZZ Inc. ("AZZ", the "Company", "our" or "we") was established in 1956 and incorporated under the laws of the State of Texas. We are a global provider of galvanizing services, welding solutions, specialty electrical equipment and highly engineered services to the power generation, transmission, distribution, refining and industrial markets. We have two distinct operating segments: the Energy Segment and Metal Coatings Segment. AZZ Metal Coatings is a leading provider of metal finishing solutions for corrosion protection, including hot dip galvanizing to the North American steel fabrication industry. AZZ Energy is dedicated to delivering safe and reliable transmission of power from generation sources to end customers, and automated weld overlay solutions for corrosion and erosion mitigation to critical infrastructure in the energy markets worldwide.

As of March 1, 2017, our Galvanizing Segment was rebranded to the Metal Coatings Segment to more closely align the description of the segment with its current offerings and served markets. There have been no changes to the underlying information reported under this operating segment for prior periods, however, the new description will be included in the operating results for future filings and include the new powder coating offerings for the current and future periods.

*Presentation*

The accompanying condensed consolidated balance sheet as of February 28, 2017, which was derived from audited restated financial statements, and the unaudited condensed consolidated financial statements have been prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") for interim financial information and in accordance with the instructions to Form 10-Q and Article 10 of Regulation S-X. Accordingly, they do not include all of the information and footnotes required by U.S. GAAP for complete consolidated financial statements. These financial statements should be read in conjunction with the audited financial statements and related notes for the fiscal year ended February 28, 2017, included in the Company's Annual Report on Form 10-K/A covering such period.

Our fiscal year ends on the last day of February and is identified as the fiscal year for the calendar year in which it ends. For example, the fiscal year ended February 28, 2018 is referred to as fiscal 2018.

In the opinion of management, the accompanying unaudited consolidated financial statements include all adjustments, consisting only of normal recurring adjustments, which are necessary to present fairly the financial position of the Company as of May 31, 2017, the results of its operations and cash flows for the three months ended May 31, 2017 and 2016. These interim results are not necessarily indicative of results for a full year.

*Accounting Standards Recently Adopted*

In November 2015, the Financial Accounting Standards Board ("FASB") issued Accounting Standards Update ("ASU") 2015-17, "Income Taxes (Topic 740): Balance Sheet Classification of Deferred Taxes." ASU 2015-17 simplifies the presentation of deferred taxes in a classified statement of financial position and was adopted by the Company on March 1, 2017. As a result of the adoption, the Company is required to offset deferred tax liabilities and assets, as well as any related valuation allowance, and present as a single noncurrent amount. However, the Company shall not offset deferred tax liabilities and assets attributable to different tax-paying components of the entity or to different tax jurisdictions. The adoption was on a prospective basis and therefore had no impact on prior year.

*New Accounting Pronouncements*

In February 2016, the FASB issued ASU 2016-02, "Leases." The standard requires a lessee to recognize a liability to make lease payments and a right-of-use asset representing a right to use the underlying asset for the lease term on the balance sheet. The ASU is effective for fiscal years, and interim periods within those years, beginning after December 15, 2018, with early adoption permitted. We are currently evaluating the impact that this standard will have on our consolidated financial statements.

122

Table of Contents

In May 2014, the FASB issued ASU 2014-09, "Revenue from Contracts with Customers", issued as a new Topic, Accounting Standards Codification (ASC) Topic 606 ("ASU 2014-09"). The new revenue recognition standard provides a five-step analysis of transactions to determine when and how revenue is recognized. The premise of the guidance is that a Company should recognize revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services. ASU 2014-09 can be adopted by the Company either retrospectively or as a cumulative-effect adjustment as of the date of adoption. This ASU is effective for public entities for reporting periods beginning after December 15, 2017. This standard will be effective for the Company beginning in fiscal 2019. The Company is planning on adopting this standard retrospectively. We believe this standard will impact the current accounting for contracts accounted for under the percentage of completion method of revenue recognition, however the overall impact to the prior year financial results is still under review.

2.  Restatement of Previously Issued Financial Statements

As previously disclosed, the Company determined that for certain contracts within its Energy Segment for which revenue was historically recognized upon contract completion and transfer of title, the Company instead should have applied the percentage-of-completion method in accordance with the FASB's Accounting Standards Codification No. 605-35, *Construction-Type and Production-Type Contracts*. In general, the percentage-of-completion method results in a revenue recognition pattern over time as a project progresses as opposed to deferring revenues until contract completion.

The Company concluded that the impact of applying the percentage-of-completion method to its revenue contracts was materially different from its previously reported results under its historical practice. As a result, the Company is restating its condensed consolidated financial statements for the periods impacted. The following financial tables reconcile the previously reported amounts to the restated amounts for each condensed consolidated financial statement.

The table below sets forth the condensed consolidated balance sheet, including the balances originally reported, corrections and the as restated balances for each restated period (in thousands):

|  | May 31, 2017 | | |
| --- | --- | --- | --- |
|  | As Reported | Correction | As Restated |
| **Assets** | | | |
| Inventories - net | $ 131,187 | $ (30,161) | $ 101,026 |
| Costs and estimated earnings in excess of billings on uncompleted contracts | 27,295 | 29,903 | 57,198 |
| Total current assets | 325,744 | (258) | 325,486 |
| Total assets | $1,004,998 | $ (258) | $1,004,740 |
| **Liabilities and Shareholders' Equity** | | | |
| Other accrued liabilities | $ 22,067 | $ 3,308 | $ 25,375 |
| Customer deposits | 23,629 | (21,918) | 1,711 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | 7,898 | 14,641 | 22,539 |
| Total current liabilities | 130,699 | (3,969) | 126,730 |
| Deferred income tax liabilities | 52,431 | 1,392 | 53,823 |
| Total liabilities | 468,608 | (2,577) | 466,031 |
| Shareholders' equity: | | | |
| Retained earnings | 503,847 | 2,319 | 506,166 |
| Total shareholders' equity | 536,390 | 2,319 | 538,709 |
| Total liabilities and shareholders' equity | $1,004,998 | $ (258) | $1,004,740 |

The table below sets forth the condensed consolidated statements of income, including the balances originally reported, corrections and the as restated balances for each restated period (in thousands, except per share data):

| | Three Months Ended May 31, | | | | | |
| | 2017 | | | 2016 | | |
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
|---|---|---|---|---|---|---|
| Net Sales | $ 208,551 | $ (3,268) | $ 205,283 | $ 242,667 | $ 7,699 | $ 250,366 |
| Cost of Sales | 159,285 | (1,384) | 157,901 | 179,340 | 5,898 | 185,238 |
| Gross Profit | 49,266 | (1,884) | 47,382 | 63,327 | 1,801 | 65,128 |
| Operating Income | 21,907 | (1,884) | 20,023 | 34,508 | 1,801 | 36,309 |
| Income Before Income Taxes | 18,732 | (1,884) | 16,848 | 30,815 | 1,801 | 32,616 |
| Income Tax Expense | 5,492 | (706) | 4,786 | 9,752 | 675 | 10,427 |
| Net Income | $ 13,240 | $ (1,178) | $ 12,062 | $ 21,063 | $ 1,126 | $ 22,189 |
| Earnings Per Common Share | | | | | | |
| Basic Earnings Per Share | $ 0.51 | $ (0.05) | $ 0.46 | $ 0.81 | $ 0.05 | $ 0.86 |
| Diluted Earnings Per Share | $ 0.51 | $ (0.05) | $ 0.46 | $ 0.81 | $ 0.04 | $ 0.85 |

The table below sets forth the condensed consolidated statements of comprehensive income, including the balances originally reported, corrections and the as restated balances for each restated period (in thousands):

| | Three Months Ended May 31, | | | | | |
| | 2017 | | | 2016 | | |
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
|---|---|---|---|---|---|---|
| Net Income | $ 13,240 | $ (1,178) | $ 12,062 | $ 21,063 | $ 1,126 | $ 22,189 |
| Comprehensive Income | 12,229 | (1,178) | 11,051 | 23,528 | 1,126 | 24,654 |

The table below sets forth the condensed consolidated statements of cash flows from operating activities, including the balances originally reported, corrections and the as restated balances for each restated period (in thousands):

| | Three Months Ended May 31, | | | | | |
| | 2017 | | | 2016 | | |
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
|---|---|---|---|---|---|---|
| Cash flows from operating activities: | | | | | | |
| Net income | $ 13,240 | $ (1,178) | $ 12,062 | $ 21,063 | $ 1,126 | $ 22,189 |
| Deferred income taxes | 967 | (706) | 261 | 2,155 | 675 | 2,830 |
| Inventories | (7,936) | 960 | (6,976) | (5,547) | 6,678 | 1,131 |
| Net change in billings related to costs and estimated earnings on uncompleted contracts | (10,725) | 5,785 | (4,940) | 5,447 | (5,376) | 71 |
| Other accrued liabilities and income taxes payable | (1,927) | (4,861) | (6,788) | (9,134) | (3,103) | (12,237) |
| Net cash (used in) provided by operating activities: | $ (15,804) | $ — | $ (15,804) | $ 9,868 | $ — | $ 9,868 |

The restatement had no impact on cash flows from investing activities or financing activities.

11

124

The table below sets forth the condensed consolidated statement of shareholders' equity, including the balances originally reported, corrections and the as restated balances for each restated period (in thousands):

|  | Retained Earnings | Total Stockholders' Equity |
|---|---|---|
| Balance at May 31, 2017, as reported | $    503,847 | $    536,390 |
| Correction | 2,319 | 2,319 |
| Balance at May 31, 2017, as restated | $    506,166 | $    538,709 |

In addition to the restated consolidated financial statements, the information contained in Notes 3 and 5 has been restated.

3.    Earnings Per Share

Earnings per share is based on the weighted average number of shares outstanding during each period, adjusted for the dilutive effect of stock awards.

The following table sets forth the computation of basic and diluted earnings per share (in thousands, except per share data):

|  | Three Months ended May 31, | |
|---|---|---|
|  | 2017 | 2016 |
|  | (Restated) | (Restated) |
| Numerator: | | |
| Net income for basic and diluted earnings per common share | $    12,062 | $    22,189 |
| Denominator: | | |
| Denominator for basic earnings per common share-- weighted average shares | 26,012 | 25,913 |
| Effect of dilutive securities: | | |
| Employee and director stock awards | 81 | 130 |
| Denominator for diluted earnings per common share | 26,093 | 26,043 |
| Earnings per share basic and diluted: | | |
| Basic earnings per common share | $    0.46 | $    0.86 |
| Diluted earnings per common share | $    0.46 | $    0.85 |

4.    Share-based Compensation

The Company has one share-based compensation plan, the 2014 Long Term Incentive Plan (the "Plan"). The purpose of the Plan is to promote the growth and prosperity of the Company by permitting the Company to grant to its employees, directors and advisors various types of restricted stock unit awards, performance share units, stock options, and stock appreciation rights to purchase common stock of the Company. The maximum number of shares that may be issued under the Plan is 1,500,000 shares. As of May 31, 2017 the Company has approximately 1,228,174 shares available for future issuance under the Plan.

*Restricted Stock Unit Awards*

Restricted stock unit awards are valued at the market price of our common stock on the grant date. Awards issued prior to fiscal 2015 generally have a three year cliff vesting schedule and awards issued subsequent to fiscal 2015 generally vest ratably over a period of three years but these awards may vest early in accordance with the Plan's accelerated vesting provisions.

125

The activity of our non-vested restricted stock unit awards for the three months ended May 31, 2017 is as follows:

| | Restricted Stock Units | Weighted Average Grant Date Fair Value |
|---|---|---|
| Non-Vested Balance as of February 28, 2017 | 134,547 $ | 51.10 |
| Granted | 43,377 | 59.99 |
| Vested | (61,361) | 47.09 |
| Forfeited | (1,248) | 52.68 |
| Non-Vested Balance as of May 31, 2017 | 115,315 $ | 56.56 |

*Performance Share Unit Awards*

Performance share unit awards are valued at the market price of our common stock on the grant date. These awards have a three year performance cycle and will vest and become payable, if at all, on the third anniversary of the award date. The awards are subject to the Company's degree of achievement of a target annual average adjusted return on assets during these three year periods. In addition, a multiplier may be applied to the total awards granted which is based on the Company's total shareholder return during such three year period in comparison to a defined specific industry peer group as set forth in the plan. The activity of our non-vested performance share unit awards for the three months ended May 31, 2017 is as follows:

| | Performance Stock Units | Weighted Average Grant Date Fair Value |
|---|---|---|
| Non-Vested Balance as of February 28, 2017 | 51,426 $ | 51.70 |
| Granted | 23,745 | 60.20 |
| Vested | — | — |
| Forfeited | — | — |
| Non-Vested Balance as of May 31, 2017 | 75,171 $ | 54.39 |

*Stock Appreciation Rights*

Stock appreciation rights are granted with an exercise price equal to the market value of our common stock on the date of grant. These awards generally have a contractual term of 7 years and vest ratably over a period of three years although some may vest immediately on issuance. These awards are valued using the Black-Scholes option pricing model.

A summary of the Company's stock appreciation rights activity for the three months ended May 31, 2017 is as follows:

| | SAR's | Weighted Average Exercise Price |
|---|---|---|
| Outstanding as of February 28, 2017 | 170,139 $ | 42.02 |
| Granted | — | — |
| Exercised | (1,490) | 44.46 |
| Forfeited | (2,145) | 45.36 |
| Outstanding as of May 31, 2017 | 166,504 $ | 41.96 |
| Exercisable as of May 31, 2017 | 156,504 $ | 41.74 |

The average remaining contractual term for those stock appreciation rights outstanding at May 31, 2017 is 3.27 years, with an aggregate intrinsic value of $2.0 million. The average remaining contractual terms for those stock appreciation rights that are exercisable as of May 31, 2017 is 3.26 years, with an aggregate intrinsic value of $2.0 million.

*Employee Stock Purchase Plan*

The Company also has an employee stock purchase plan, which allows employees of the Company to purchase common stock of the Company through accumulated payroll deductions. Offerings under this plan have a duration of 24 months (the "offering period"). On the first day of an offering period (the "enrollment date") the participant is granted the option to

13

126

purchase shares on each exercise date at the lower of 85% of the market value of a share of our common stock on the enrollment date or the exercise date. The participant's right to purchase common stock under the plan is restricted to no more than $25,000 per calendar year and the participant may not purchase more than 5,000 shares during any offering period. Participants may terminate their interest in a given offering or a given exercise period by withdrawing all of their accumulated payroll deductions at any time prior to the end of the offering period. The fair value of the estimated number of shares to be issued under each offering is determined using the Black-Scholes option pricing model. For the three months ended May 31, 2017, the Company issued 35,447 shares under the Employee Stock Purchase Plan.

Share-based compensation expense and related income tax benefits related to all the plans listed above were as follows (in thousands):

| Three months ended May 31, | 2017 | | 2016 | |
|---|---|---|---|---|
| Compensation Expense | $ | 1,194 | $ | 1,112 |
| Income tax benefits | $ | 382 | $ | 356 |

Unrecognized compensation cost related to restricted stock units, performance share unit awards, stock appreciation rights, and the employee stock purchase plan at May 31, 2017 totals $10.0 million.

The Company's policy is to issue shares required under these plans from the Company's treasury shares or from the Company's authorized but unissued shares.

5.    Segments

Information regarding operations and assets by segment was as follows (in thousands):

| | Three Months Ended May 31, | | | |
|---|---|---|---|---|
| | 2017 | | 2016 | |
| | (Restated) | | (Restated) | |
| Net Sales: | | | | |
| Energy | $ | 113,206 | $ | 145,801 |
| Metal Coatings | | 92,077 | | 104,565 |
| Total net sales | | 205,283 | | 250,366 |
| | | | | |
| Operating Income: | | | | |
| Energy | | 6,711 | | 20,554 |
| Metal Coatings | | 21,242 | | 24,302 |
| Corporate | | (7,930) | | (8,547) |
| Total operating income | | 20,023 | | 36,309 |
| | | | | |
| Interest expense | | 3,360 | | 3,925 |
| Net gain on sale of property, plant and equipment and insurance proceeds | | (100) | | (110) |
| Other income, net | | (85) | | (122) |
| Income before income taxes | $ | 16,848 | $ | 32,616 |

| | As of | | | |
|---|---|---|---|---|
| | May 31, 2017 | | February 28, 2017 | |
| | (Restated) | | | |
| Total Assets: | | | | |
| Energy | $ | 558,123 | $ | 536,557 |
| Metal Coatings | | 432,516 | | 428,330 |
| Corporate | | 14,101 | | 13,467 |
| | $ | 1,004,740 | $ | 978,354 |

Table of Contents

*Financial Information About Geographical Areas*

Below is a breakdown of selected financial information by geographical area (in thousands):

|  | Three Months Ended May 31, | |
|---|---|---|
|  | 2017 | 2016 |
|  | (Restated) | (Restated) |
| Net Sales: | | |
| U.S. | $ 166,730 | $ 196,359 |
| International | 38,553 | 54,163 |
| Eliminations | — | (156) |
| Total Net Sales | $ 205,283 | $ 250,366 |

|  | May 31, 2017 | February 28, 2017 |
|---|---|---|
| Property, Plant and Equipment, Net: | | |
| U.S. | $ 207,149 | $ 205,079 |
| Canada | 17,369 | 18,002 |
| Other Countries | 5,609 | 5,529 |
| Total Property, Plant and Equipment, Net | $ 230,127 | $ 228,610 |

6.    Warranty Reserves

A reserve has been established to provide for the estimated future cost of warranties on a portion of the Company's delivered products and is classified within accrued liabilities on the consolidated balance sheet. Management periodically reviews the reserves and makes adjustments accordingly. Warranties cover such factors as non-conformance to specifications and defects in material and workmanship. The following table shows changes in the warranty reserves since the end of fiscal 2017 (in thousands):

|  | Warranty Reserve |
|---|---|
| Balance at February 28, 2017 | $ 2,098 |
| Warranty costs incurred | (453) |
| Additions charged to income | 112 |
| Balance at May 31, 2017 | $ 1,757 |

15

7. Debt

Our debt consisted of the following (in thousands):

| | As of | |
| --- | --- | --- |
| | May 31, 2017 | February 28, 2017 |
| Senior Notes, due in balloon payment in January 2021 | $ 125,000 | $ 125,000 |
| Senior Notes, due in annual installments of $14,286 beginning in March 2012 through March 2018 | 14,286 | 28,571 |
| Term Note, due in quarterly installments beginning in June 2013 through March 2018 | — | 49,219 |
| Revolving line of credit with bank | 161,000 | 69,500 |
| Total debt | 300,286 | 272,290 |
| Unamortized debt issuance costs for Senior Notes and Term Note | (522) | (861) |
| Total debt, net | 299,764 | 271,429 |
| Less amount due within one year | (14,286) | (16,629) |
| Debt due after one year, net | $ 285,478 | $ 254,800 |

On March 21, 2017, we executed the Amended and Restated Credit Agreement (the "2017 Credit Agreement") with Bank of America and other lenders. The 2017 Credit Agreement amended the Credit Agreement entered into on March 27, 2013 by the following: (i) extending the maturity date until March 21, 2022, (ii) providing for a senior revolving credit facility in a principal amount of up to $450 million, with an additional $150 million accordion, (iii) including a $75 million sublimit for the issuance of standby and commercial letters of credit, (iv) including a $30 million sublimit for swing line loans, (v) restricting indebtedness incurred in respect of capital leases, synthetic lease obligations and purchase money obligations not to exceed $20 million, (vi) restricting investments in any foreign subsidiaries not to exceed $50 million in the aggregate, and (vii) including various financial covenants and certain restricted payments relating to dividends and share repurchases as specifically set forth in the 2017 Credit Agreement. The financial covenants, as defined in the 2017 Credit Agreement, require us to maintain on a consolidated basis a Leverage Ratio not to exceed 3.25:1.0 and an Interest Coverage Ratio of at least 3.00:1.0. The 2017 Credit Agreement will be used to finance working capital needs, capital improvements, dividends, future acquisitions, letter of credit needs and share repurchases.

Interest rates for borrowings under the 2017 Credit Agreement are based on either a Eurodollar Rate or a Base Rate plus a margin ranging from 0.875% to 1.875% depending on our Leverage Ratio (as defined in the 2017 Credit Agreement). The Eurodollar Rate is defined as LIBOR for a term equivalent to the borrowing term (or other similar interbank rates if LIBOR is unavailable). The Base Rate is defined as the highest of the applicable Fed Funds rate plus 0.50%, the Prime rate, or the Eurodollar Rate plus 1.0% at the time of borrowing. The 2017 Credit Agreement also carries a Commitment Fee for the unfunded portion ranging from 0.175% to 0.30% per annum, depending on our Leverage Ratio.

8. Subsequent Events

On June 30, 2017, we completed the acquisition of the assets of Enhanced Powder Coating Ltd., ("EPC"), a privately held, high specification, NADCAP certified provider of powder coating, plating and anodizing services based in Gainesville, Texas. EPC, founded in 2003, offers a full spectrum of finish technology including powder coating, abrasive blasting and plating for heavy industrial, transportation, aerospace and light commercial industries. The acquisition of EPC is consistent with our strategic initiative to grow our Metal Coatings segment with products and services that complement our industry-leading galvanizing business.

129

Table of Contents

**Item 2.  Management's Discussion and Analysis of Financial Condition and Results of Operations**

## FORWARD LOOKING STATEMENTS

Certain statements herein about our expectations of future events or results constitute forward-looking statements for purposes of the safe harbor provisions of The Private Securities Litigation Reform Act of 1995. You can identify forward-looking statements by terminology such as "may," "should," "expects," "plans," "anticipates," "believes," "estimates," "predicts," "potential," "continue," or the negative of these terms or other comparable terminology. Such forward-looking statements are based on currently available competitive, financial and economic data and management's views and assumptions regarding future events. Such forward-looking statements are inherently uncertain, and investors must recognize that actual results may differ from those expressed or implied in the forward-looking statements. In addition, certain factors could affect the outcome of the matters described herein. This Quarterly Report on Form 10-Q/A may contain forward-looking statements that involve risks and uncertainties including, but not limited to, changes in customer demand and response to products and services offered by AZZ, including demand by the power generation markets, electrical transmission and distribution markets, the industrial markets, and the hot dip galvanizing markets; prices and raw material cost, including zinc and natural gas which are used in the hot dip galvanizing process; changes in the political stability and economic conditions of the various markets that AZZ serves, foreign and domestic, customer requested delays of shipments, acquisition opportunities, currency exchange rates, adequacy of financing, and availability of experienced management and employees to implement AZZ's continued growth strategy; a downturn in market conditions in any industry relating to the products we inventory or sell or the services that we provide; the continuing economic volatility in the U.S. and other markets in which we operate; acts of war or terrorism inside the United States or abroad; and other changes in economic and financial conditions. AZZ has provided additional information regarding risks associated with the business in AZZ's Annual Report on Form 10-K/A for the fiscal year ended February 28, 2017 and other filings with the SEC, available for viewing on AZZ's website at www.azz.com and on the SEC's website at www.sec.gov.

You are urged to consider these factors carefully in evaluating the forward-looking statements herein and are cautioned not to place undue reliance on such forward-looking statements, which are qualified in their entirety by this cautionary statement. These statements are based on information as of the date hereof and AZZ assumes no obligation to update any forward-looking statements, whether as a result of new information, future events, or otherwise.

The following discussion should be read in conjunction with management's discussion and analysis contained in our Annual Report on Form 10-K/A for the fiscal year ended February 28, 2017, and with the condensed consolidated financial statements and notes thereto included in this Quarterly Report on Form 10-Q/A.

*Restatement of Previously Issued Financial Statements*

As previously disclosed, we determined that for certain contracts within our Energy Segment for which revenue was historically recognized upon contract completion and transfer of title, we instead should have applied the percentage-of-completion method in accordance with the FASB's Accounting Standards Codification No. 605-35, *Construction-Type and Production-Type Contracts*. In general, the percentage-of-completion method results in a revenue recognition pattern over time as a project progresses as opposed to deferring revenues until contract completion.

We concluded that the impact of applying the percentage-of-completion method to our revenue contracts was materially different from its previously reported results under our historical practice. As a result, we are restating our consolidated financial statements for the periods impacted. See Note 2 to the Condensed Consolidated Financial Statements within Item 1 for additional information and a reconciliation of the previously reported amounts to the restated amounts.

## RESULTS OF OPERATIONS

We have two distinct operating segments, the Energy Segment and the Metal Coatings Segment, as defined in our Annual Report on Form 10-K/A for the fiscal year ended February 28, 2017. Management believes that the most meaningful analysis of our results of operations is to analyze our performance by segment. We use revenue and operating income by segment to evaluate our segments. Segment operating income consists of net sales less cost of sales and selling, general and administrative expenses that are specifically identifiable to a segment. For a reconciliation of segment operating income to income before income taxes, see Note 5 to our quarterly consolidated financial statements included in this Quarterly Report on Form 10-Q/A.

130

Table of Contents

*Orders and Backlog*

Our entire backlog relates to our Energy Segment and was $306.4 million as of May 31, 2017, a decrease of $11.5 million, or 3.6%, as compared to $317.9 million as of February 28, 2017. Our backlog decreased $16.2 million, or 5.0%, as compared to the same period in the prior fiscal year. Both of these decreases were primarily the result of a softer market in the first quarter of fiscal 2018. For the three months ended May 31, 2017, our book-to-ship ratio decreased from 1.00 to 1 to 0.94 to 1 when compared to same period of fiscal 2017 and our incoming orders decreased by $56.7 million, or 22.6%. The table below includes the progression of the backlog:

**Backlog Table**
*(in thousands)(unaudited)*
*(Restated)*

| | Period Ended | | | Period Ended | | |
|---|---|---|---|---|---|---|
| Backlog | 2/28/2017 | $ | 317,922 | 02/29/2016 | $ | 310,623 |
| Bookings | | | 193,754 | | | 250,479 |
| Acquired Backlog | | | — | | | 11,903 |
| Shipments | | | 205,283 | | | 250,366 |
| Backlog | 5/31/2017 | | 306,393 | 5/31/2016 | | 322,639 |
| Book to Ship Ratio | | | 0.94 | | | 1.00 |

*Segment Revenues*

For the three months ended May 31, 2017, consolidated revenues decreased $45.1 million, or 18.0%, as compared to the same period in fiscal 2017.

The following table reflects the breakdown of revenue by segment:

| | Three Months Ended | |
|---|---|---|
| | 5/31/2017 | 5/31/2016 |
| | (Restated) | (Restated) |
| | *(In thousands)(unaudited)* | |
| Revenue: | | |
| Energy | $ 113,206 | $ 145,801 |
| Metal Coatings | 92,077 | 104,565 |
| Total Revenue | $ 205,283 | $ 250,366 |

Revenues for the Energy Segment decreased 22.4% for the three months ended May 31, 2017, to $113.2 million as compared to the same period in fiscal 2017. The decrease in revenue during the quarter was caused by several factors including reduced turnarounds in the U.S. refinery market, continued softness in the petrochemical market, and delays in the release of several large projects in the U.S. and overseas.

Revenues for the Metal Coatings Segment decreased 11.9% for the three months ended May 31, 2017, to $92.1 million as compared to the same period in fiscal 2017. The decline was a result of a volume decrease in steel processed caused by softness in the solar, petrochemical, and the oil and gas markets which more than offset higher pricing during the period.

*Segment Operating Income*

Operating income for the Energy Segment decreased by $13.8 million, or 67.3%, to $6.7 million for the three months ended May 31, 2017 as compared to the same period in fiscal 2017. This decrease is attributable to the reduction in refinery turnarounds described above, which typically carry a higher margin, coupled with generally lower margin projects in the balance of the segment.

Operating income for the Metal Coatings Segment decreased by $3.1 million, or 12.6%, for the three months ended May 31, 2017 as compared to the same period in fiscal 2017. This decrease was primarily attributable to lower volumes in fiscal 2018.

131

*Corporate Expenses*

Corporate expenses decreased by $0.6 million, or 7.2%, for the three months ended May 31, 2017 as compared to the same period in fiscal 2017. This decrease is primarily attributable to lower employee incentive compensation costs in fiscal 2018.

*Interest Expense*

Interest expense for the three months ended May 31, 2017 was $3.4 million as compared to $3.9 million for the three months ended May 31, 2016. The decrease in interest expense in comparison to the same period in the prior year was the result of a lower average outstanding debt balance. As of May 31, 2017, our gross outstanding debt was $300.3 million, compared to $0.3 million outstanding as of May 31, 2016. Our gross debt to equity ratio was 0.56 to 1 as of May 31, 2017, compared to 0.64 to 1 as of May 31, 2016.

*Net Gain On Sale of Property, Plant and Equipment and Insurance Proceeds*

For the three months ended May 31, 2017 and 2016, the Company recorded an insignificant net gain due to sales from miscellaneous equipment.

*Other Income, Net*

For the three months ended May 31, 2017 and 2016, the amounts recorded to other income were insignificant and primarily attributable to foreign exchange transactions and royalty income.

*Income Taxes*

The provision for income taxes reflects an effective tax rate of 28.4% for the three months ended May 31, 2017, as compared to 32.0% for the same period in fiscal 2017.

*Westinghouse Electric Company Bankruptcy Case*

The Calvert Company, Inc. and Nuclear Logistics LLC, have existing contracts with subsidiaries of Westinghouse Electric Company ("WEC"). WEC and the relevant subsidiaries filed relief under Chapter 11 of the Bankruptcy Code on March 29, 2017 in the United States Bankruptcy Court for the Southern District of New York, jointly administered as In re Westinghouse Electric Company, et al., Case No. 17-10751 (the "Bankruptcy Case"). To date, WEC has continued to operate under a Debtor-in-Possession Financing Facility ("DIP Financing") and our subsidiaries continue to honor their executory contracts and have not received a response to their application for critical vendor status with WEC. The Company has been collecting on post-petition amounts due and owed, and we have not yet determined which contracts WEC has chosen to assume and which to reject as part of its reorganization process. The Company estimates it had approximately $7.2 million mostly in pre-petition exposure with WEC to the Company's two subsidiaries as of March 29, 2017.

## LIQUIDITY AND CAPITAL RESOURCES

We have historically met our cash needs through a combination of cash flows from operating activities along with bank and bond market debt. Our cash requirements are generally for operating activities, cash dividend payments, capital improvements, debt repayment, acquisitions and share repurchases. We believe that our cash position, cash flows from operating activities and our expectation of continuing availability to draw upon our credit facilities are sufficient to meet our cash flow needs for the foreseeable future.

For the three months ended May 31, 2017, net cash used in operating activities was $15.8 million, net cash used in investing activities was $10.0 million, net cash provided by financing activities was $20.9 million, and a decrease of $0.1 million from the net effect of exchange rate changes on cash resulting in a net decrease in cash and cash equivalents of $5.0 million. In comparison to fiscal 2017, the results in the statement of cash flows for operating activities for the three months ended May 31, 2017, are attributable to a decrease in net income and a less favorable impact of changes in working capital. The Company's use of cash for investing activities was lower due to fewer acquisitions year over year. Cash provided by financing activities was higher during the three months ended May 31, 2017 due to increased net borrowings, however, this is partially offset by purchases of treasury shares.

Our working capital was $198.8 million as of May 31, 2017, as compared to $168.9 million at May 31, 2016.

132

Table of Contents

On March 21, 2017, we executed the Amended and Restated Credit Agreement (the "2017 Credit Agreement") with Bank of America and other lenders. The 2017 Credit Agreement amended the Credit Agreement entered into on March 27, 2013 by the following: (i) extending the maturity date until March 21, 2022, (ii) providing for a senior revolving credit facility in a principal amount of up to $450 million, with an additional $150 million accordion, (iii) including a $75 million sublimit for the issuance of standby and commercial letters of credit, (iv) including a $30 million sublimit for swing line loans, (v) restricting indebtedness incurred in respect of capital leases, synthetic lease obligations and purchase money obligations not to exceed $20 million, (vi) restricting investments in any foreign subsidiaries not to exceed $50 million in the aggregate, and (vii) including various financial covenants and certain restricted payments relating to dividends and share repurchases as specifically set forth in the 2017 Credit Agreement. The financial covenants, as defined in the 2017 Credit Agreement, require us to maintain on a consolidated basis a Leverage Ratio not to exceed 3.25:1.0 and an Interest Coverage Ratio of at least 3.00:1.0. The 2017 Credit Agreement will be used to finance working capital needs, capital improvements, dividends, future acquisitions, letter of credit needs and share repurchases.

Interest rates for borrowings under the 2017 Credit Agreement are based on either a Eurodollar Rate or a Base Rate plus a margin ranging from 0.875% to 1.875% depending on our Leverage Ratio (as defined in the Credit Agreement). The Eurodollar Rate is defined as LIBOR for a term equivalent to the borrowing term (or other similar interbank rates if LIBOR is unavailable). The Base Rate is defined as the highest of the applicable Fed Funds rate plus 0.50%, the Prime rate, or the Eurodollar Rate plus 1.0% at the time of borrowing. The Credit Agreement also carries a Commitment Fee for the unfunded portion ranging from 0.175% to 0.30% per annum, depending on our Leverage Ratio.

As of May 31, 2017, we had $161.0 million of outstanding debt against the revolving credit facility provided and letters of credit outstanding in the amount of $22.1 million, which left approximately $266.9 million of additional credit available under the 2017 Credit Agreement.

On March 31, 2008, the Company entered into a Note Purchase Agreement (the "Note Purchase Agreement") pursuant to which the Company issued $100.0 million aggregate principal amount of its 6.24% unsecured Senior Notes (the "2008 Notes") due March 31, 2018 through a private placement (the "2008 Note Offering"). Pursuant to the Note Purchase Agreement, the Company's payment obligations with respect to the 2008 Notes may be accelerated upon any Event of Default, as defined in the Note Purchase Agreement.

The Company entered into an additional Note Purchase Agreement on January 21, 2011 (the "2011 Agreement"), pursuant to which the Company issued $125.0 million aggregate principal amount of its 5.42% unsecured Senior Notes (the "2011 Notes"), due in January of 2021, through a private placement (the "2011 Note Offering"). Pursuant to the 2011 Agreement, the Company's payment obligations with respect to the 2011 Notes may be accelerated under certain circumstances.

The 2008 Notes and the 2011 Notes each provide for various financial covenants requiring us, among other things, to a) maintain on a consolidated basis net worth (as defined in the Note Purchase Agreement) equal to at least the sum of $116.9 million plus 50.0% of future net income; b) maintain a ratio of indebtedness to EBITDA (as defined in Note Purchase Agreement) not to exceed 3.25:1.00; c) maintain on a consolidated basis a Fixed Charge Coverage Ratio (as defined in the Note Purchase Agreement) of at least 2.0:1.0; d) not at any time permit the aggregate amount of all Priority Indebtedness (as defined in the Note Purchase Agreement) to exceed 10.0% of Consolidated Net Worth.

As of May 31, 2017, the Company is in compliance with all of its debt covenants.

Historically, we have not experienced a significant impact on our operations from increases in general inflation other than for specific commodities. We have exposure to commodity price increases in both segments of our business, primarily copper, aluminum, steel and nickel based alloys in the Energy Segment and zinc and natural gas in the Metal Coatings Segment. We attempt to minimize these increases through escalation clauses in customer contracts for copper, aluminum, steel and nickel based alloys, when market conditions allow and through fixed cost contract purchases on zinc. In addition to these measures, we attempt to recover other cost increases through improvements to our manufacturing process, supply chain management, and through increases in prices where competitively feasible.

## OFF BALANCE SHEET TRANSACTIONS AND RELATED MATTERS

Other than operating leases discussed below, there are no off-balance sheet transactions, arrangements, obligations (including contingent obligations), or other relationships with unconsolidated entities or other persons that have, or may have, a material effect on financial condition, changes in financial condition, revenues or expenses, results of operations, liquidity, capital expenditures or capital resources of the Company.

20                                                                    133

Table of Contents

# CONTRACTUAL COMMITMENTS

*Leases*

We lease various facilities under non-cancelable operating leases with an initial term in excess of one year.

*Commodity pricing*

The Company manages its exposure to commodity prices through the use of the following:

In the Energy Segment, we have exposure to commodity pricing for copper, aluminum, steel, and nickel based alloys. Because the Energy Segment does not commit contractually to minimum volumes, increases in price for these items are normally managed through escalation clauses in customer contracts, although during difficult market conditions these escalation clauses may not be obtainable. In addition, we attempt to enter into firm pricing contracts with our vendors on material at the time we receive orders from our customers to minimize risk.

In the Metal Coatings Segment, we utilize contracts with our zinc suppliers that include protective caps and fixed cost contracts to guard against rising zinc prices. We also secure firm pricing for natural gas supplies with individual utilities when possible. Management believes these agreements ensure adequate supplies and partially offset exposure to commodity price swings.

We have no contracted commitments for any commodities including steel, aluminum, natural gas, nickel based alloys, copper, zinc or any other commodity, except for those entered into under the normal course of business.

*Other*

As of May 31, 2017, we had outstanding letters of credit in the amount of $22.1 million. These letters of credit are issued for a number of reasons, but are most commonly issued in lieu of customer retention withholding payments covering warranty or performance periods.

The following summarizes our operating leases, debt principal payments, and interest payments for the remainder of the next five years and beyond.

| | Operating Leases | Long-Term Debt | Interest | Total |
|---|---|---|---|---|
| Fiscal: | *(In thousands)* | | | |
| 2018 | $ 5,226 | $ — | $ 10,379 | $ 15,605 |
| 2019 | 6,142 | 14,286 | 11,432 | 31,860 |
| 2020 | 3,918 | — | 10,987 | 14,905 |
| 2021 | 3,210 | 125,000 | 10,987 | 139,197 |
| 2022 | 3,091 | — | 4,212 | 7,303 |
| Thereafter | 10,980 | 161,000 | 423 | 172,403 |
| Total | $ 32,567 | $ 300,286 | $ 48,420 | $ 381,273 |

## Item 3.  Quantitative and Qualitative Disclosures About Market Risk

Market risk affecting our operations results primarily from changes in interest rates and commodity prices. We have only limited involvement with derivative financial instruments and are not a party to any leveraged derivatives.

In the Energy Segment, we have exposure to commodity pricing for copper, aluminum, steel and nickel based alloys. Increases in price for these items are normally managed through escalation clauses in our customers' contracts, although during difficult market conditions customers' may resist these escalation clauses. In addition, we attempt to enter into firm pricing contracts with our vendors on material at the time we receive orders from our customers to minimize risk. We manage our exposures to commodity prices, primarily zinc used in our Metal Coatings Segment, by utilizing agreements with zinc suppliers that include protective caps and fixed contracts to guard against escalating commodity prices. We also secure firm pricing for natural gas supplies with individual utilities when possible. We believe these agreements ensure adequate supplies and partially offset exposure to commodity price escalation.

134

Table of Contents

As of May 31, 2017, the Company had exposure to foreign currency exchange rates related to our operations in Canada, China, Brazil, Poland, and the Netherlands.

We do not believe that a hypothetical change of 10% of the interest rates or currency exchange rates that are currently in effect or a change of 10% of commodity prices would have a significant adverse effect on our results of operations, financial position, or cash flows as long as we are able to pass along the increases in commodity prices to our customers. However, there can be no assurance that either interest rates, exchange rates or commodity prices will not change in excess of the 10% hypothetical amount or that we would be able to pass along rising costs of commodity prices to our customers, and such hypothetical change could have an adverse effect on our results of operations, financial position, and cash flows.

## Item 4.  Controls and Procedures

### *Evaluation of Disclosure Controls and Procedures*

Under the supervision and with the participation of the Company's Chief Executive Officer and Chief Financial Officer, management of the Company has evaluated the effectiveness of the design and operation of the Company's disclosure controls and procedures, as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), as of the end of the period covered by this report. Based upon that evaluation, the Chief Executive Officer and the Chief Financial Officer concluded that, due to the material weakness described below, the Company's disclosure controls and procedures were not effective as of the end of the period covered by this Form 10-Q/A to provide reasonable assurance that information required to be disclosed by us in our reports filed or submitted under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms and were not effective as of the end of the period covered by this Form 10-Q/A to provide reasonable assurance that such information is accumulated and communicated to our management, including our principal executive and financial officers, as appropriate to allow timely discussions regarding required disclosure.

### *Changes in Internal Controls Over Financial Reporting*

Subsequent to filing the Company's quarterly report on Form 10-Q for the period ended August 31, 2017, an error was discovered related to the Company's historical revenue recognition policies and procedures. In particular, the Company determined that for certain contracts within its Energy Segment for which revenue was historically recognized upon contract completion and transfer of title, the Company instead should have applied the percentage-of-completion method in accordance with the FASB's Accounting Standards Codification No. 605-35, *Construction-Type and Production-Type Contracts*. This error resulted in a material misstatement of the financial statements and required restatement of the financial statements included in the Company's Form 10-K for the fiscal year ended February 28, 2017 and in the Company's Form 10-Q for the quarterly periods ended May 31, 2017 and August 31, 2017. This error, which was not detected timely by management, was the result of inadequate design of controls pertaining to the Company's review and ongoing monitoring of its revenue recognition policies. The deficiency represents a material weakness in the Company's internal control over financial reporting.

Management is actively engaged in the planning for, and implementation of, remediation efforts to address the material weakness identified above. The remediation plan includes i) the implementation of new controls designed to evaluate the appropriateness of revenue recognition policies and procedures, ii) new controls over recording revenue transactions, and iii) additional training.

Management believes the measures described above and others that may be implemented will remediate the material weaknesses that we have identified. As management continues to evaluate and improve internal control over financial reporting, we may decide to take additional measures to address control deficiencies or determine to modify, or in appropriate circumstances not to complete, certain of the remediation measures identified.

Subject to these remediation efforts, that were implemented after May 31, 2017, there have been no significant changes in the Company's internal control over financial reporting during the period covered by this report that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

135

## PART II. OTHER INFORMATION

### Item 1 Legal Proceeding

On January 11, 2018, Logan Mullins, acting on behalf of himself and a putative class of persons who purchased or otherwise acquired the Company's securities between April 22, 2015 and January 8, 2018, filed a class action complaint in the U.S. District Court for the Northern District of Texas against the Company and two of its executive officers, Thomas E. Ferguson and Paul W Fehlman. Logan Mullins v. AZZ, Inc., et al., Case No. 4:18-cv-00025-Y. The complaint alleges, among other things, that the Company's SEC filings contained statements that were rendered materially false and misleading by the Company's alleged failure to properly recognize revenue related to certain contracts in its Energy Segment in purported violation of (1) Section 10(b) of the Exchange Act and Rule 10b-5 and (2) Section 20(a) of the Exchange Act. The plaintiffs seek an award of compensatory and punitive damages, interests, attorneys' fees and costs. The Company denies the allegations and believes it has strong defenses to vigorously contest them. The Company cannot predict the outcome of this action nor when it will be resolved. If the plaintiffs were to prevail in this matter, the Company could be liable for damages, which could potentially be material and could adversely affect its financial condition or results of operations.

In addition, the Company and its subsidiaries are named defendants in various routine lawsuits incidental to our business. These proceedings include labor and employment claims, use of the Company's intellectual property, worker's compensation and various environmental matters, all arising in the normal course of business. Although the outcome of these lawsuits or other proceedings cannot be predicted with certainty, and the amount of any potential liability that could arise with respect to such lawsuits or other matters cannot be predicted at this time, management, after consultation with legal counsel, does not expect liabilities, if any, from these claims or proceedings, either individually or in the aggregate, to have a material effect on the Company's financial position, results of operations or cash flows.

### Item 1A. Risk Factors

There have been no material changes in the risk factors disclosed under Part I, Item 1A of our Annual Report on Form 10-K/A for the fiscal year ended February 28, 2017.

### Item 2. Unregistered Sales of Equity Securities and Use of Proceeds

In January of 2012, our Board authorized the repurchase of up to ten percent of the outstanding shares of our Common Stock. The share repurchase authorization does not have an expiration date, and the amount and prices paid for any future share purchases under the authorization will be based on market conditions and other factors at the time of the purchase. Repurchases under this share repurchase authorization would be made through open market purchases or private transactions in accordance with applicable federal securities laws, including Rule 10b-18 under the Exchange Act.

For the three months ended May 31, 2017, the Company repurchased 47,200 shares at an average price of $56.84 per share under the Company's share repurchase program.

### Item 3. Defaults Upon Senior Securities

None.

### Item 4. Mine Safety Disclosures

None.

### Item 5. Other Information

None.

### Item 6. Exhibits

Exhibits Required by Item 601 of Regulation S-K.

A list of the exhibits required by Item 601 of Regulation S-K and filed as part of this report is set forth in the Index to Exhibits on page 25, which immediately precedes such exhibits.

136

Table of Contents

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

<u>AZZ Inc.</u>
(Registrant)

DATE: April 19, 2018

By:      /s/ Paul W. Fehlman

Paul W. Fehlman
Senior Vice President,
Chief Financial Officer

24

137

## EXHIBIT INDEX

| | |
|---|---|
| 3.1 | Amended and Restated Certificate of Formation of AZZ Inc. (incorporated by reference to Exhibit 3.1 to the Current Report on Form 8-K filed by the Registrant on July 14, 2015) |
| 3.2 | Amended and Restated Bylaws of AZZ Inc. (incorporated by reference to Exhibit 3.2 to the Current Report on Form 8-K filed by the Registrant on July 14, 2015) |
| 10.1 | Note Purchase Agreement dated March 31, 2008, by and among AZZ incorporated and the purchasers listed therein (incorporated by reference to Exhibit 10(1) of the Current Report on Form 8-K filed by the registrant on April 2, 2008). |
| 10.2 | AZZ incorporated Employee Stock Purchase Plan (incorporated by reference to Appendix B of the Proxy Statement for the 2008 Annual Shareholders Meeting). |
| 10.3 | Note Purchase Agreement, dated as of January 20, 2011, by and among AZZ incorporated and the purchasers identified therein (incorporated by reference to Exhibit 10.1 of the Current Report on Form 8-K filed by the registrant on January 21, 2011). |
| 10.4 | Amended and Restated Credit Agreement by and between AZZ Inc. as borrower, Bank of America N.A. as Administrative Agent, Swing Line Lender and L/C Issuer, and the other Lender's party thereto (incorporated by reference to Exhibit 10.1 to the Registrant's Current Report on Form 8-K filed March 24, 2017). |
| 10.5* | AZZ incorporated 2014 Long Term Incentive Plan (incorporated by reference to Appendix A to the Registrant's Definitive Proxy Statement on Form DEFA filed May 29, 2014). |
| 10.6* | First Amendment to AZZ Inc. 2014 Long Term Incentive Plan (incorporated by reference to Exhibit 10.2 to the Current Report on Form 8-K filed by the registrant on January 21, 2016. |
| 31.1 | Certification by Chief Executive Officer pursuant to Rules 13a-14(a) and 15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. Filed Herewith. |
| 31.2 | Certification by Chief Financial Officer Certificate pursuant to Rules 13a-14(a) and 15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. Filed Herewith. |
| 32.1 | Certification by Chief Executive Officer Certificate pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. Filed Herewith. |
| 32.2 | Chief Financial Officer Certificate pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. Filed Herewith. |
| 101.INS | XBRL Instance Document |
| 101.SCH | XBRL Taxonomy Extension Schema |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase |
| 101.DEF | XBRL Taxonomy Definition Linkbase |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase |

* Management contract, compensatory plan or arrangement.

138

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-Q/A

## (Amendment No. 1)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended August 31, 2017
OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Commission file number 1-12777

# AZZ Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **TEXAS** | **75-0948250** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **One Museum Place, Suite 500** | |
| **3100 West 7th Street** | |
| **Fort Worth, Texas** | **76107** |
| (Address of principal executive offices) | (Zip Code) |

**(817) 810-0095**
Registrant's telephone number, including area code:

**NONE**
(Former name, former address and former fiscal year, if changed since last report)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer", accelerated filer", "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

| Title of each class: | Outstanding at August 31, 2017: |
|---|---|
| Common Stock, $1.00 par value per share | 25,961,323 |

**EXHIBIT 7** (tabbies)

139

## Explanatory Note

Amendment No. 1 on Form 10-Q/A (this "Form 10-Q/A") amends and restates certain items noted below in the Quarterly Report on Form 10-Q of AZZ Inc. (the "Company") for the quarter ended August 31, 2017, as originally filed with the Securities and Exchange Commission on October 3, 2017 (the "Original Filing"). This Form 10-Q/A amends the Original Filing to reflect the correction of an error in the previously reported financial statements related to the Company's revenue recognition practices within its Energy segment. See Note 2 to the Condensed Consolidated Financial Statements included in Item 1 for additional information and a reconciliation of the previously reported amounts to the restated amounts.

For the convenience of the reader, this form 10-Q/A sets forth the Original Filing, as amended, in its entirety; however, this Form 10-Q/A amends and restates only the following financial statements and disclosures that were impacted from the correction of the error:

- Part I, Item 1 - Financial Statements
- Part I, Item 2 - Management's Discussion and Analysis of Financial Condition and Results of Operations
- Part I, Item 4 - Controls and Procedures
- Part II, Item 6 - Exhibits
- Signatures

This Form 10-Q/A also amends Part II, Item 1 - Legal Proceedings to reflect updated legal matters. In addition, the Company's Chief Executive Officer and Chief Financial Officer have provided new certifications dated as of the date of this filing in connection with this Form 10-Q/A (Exhibits 31.1, 31.2, 32.1 and 32.2), and the Company has provided its revised audited consolidated financial statements formatted in Extensible Business Reporting Language (XBRL) in Exhibit 101.

Except as described above, no other changes have been made to the Original Filing. This Form 10-Q/A speaks as of the date of the Original Filing and does not reflect events that may have occurred after the date of the Original Filing, or modify or update any disclosures that may have been affected by subsequent events.

The Company is also concurrently filing an amended Annual Report for the fiscal year ended February 28, 2017 and an amended Quarterly Report for the quarterly period ended May 31, 2017 to restate the previously issued annual and interim financial statements due to the accounting error described above.

140

AZZ Inc.
INDEX

| | | PAGE NO. |
|---|---|---:|
| | Explanatory Note | 2 |
| | | |
| PART I. | FINANCIAL INFORMATION | |
| Item 1. | | |
| | Financial Statements. | |
| | Condensed Financial Statements | |
| | Consolidated Balance Sheets | 4 |
| | Consolidated Statements of Income | 5 |
| | Consolidated Statements of Comprehensive Income | 6 |
| | Consolidated Statements of Cash Flows | 7 |
| | Consolidated Statement of Shareholders' Equity | 8 |
| | Notes to Condensed Consolidated Financial Statements | 9 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations. | 18 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk. | 23 |
| Item 4. | Controls and Procedures. | 23 |
| | | |
| PART II. | OTHER INFORMATION | |
| Item 1. | Legal Proceedings. | 25 |
| Item 1A. | Risk Factors. | 25 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds. | 25 |
| Item 3. | Defaults Upon Senior Securities. | 25 |
| Item 4. | Mine Safety Disclosures. | 25 |
| Item 5. | Other Information. | 25 |
| Item 6. | Exhibits. | 26 |
| | | |
| | SIGNATURES | 27 |
| | | |
| | EXHIBIT INDEX | 28 |

3

PART I. FINANCIAL INFORMATION

Item 1.        Financial Statements

## CONDENSED CONSOLIDATED BALANCE SHEETS
(In thousands, except par value)
(Unaudited)

| | August 31, 2017 | February 28, 2017 |
|---|---|---|
| | (Restated) | |
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 3,549 | $ 11,302 |
| Accounts receivable (net of allowance for doubtful accounts of $391 as of August 31, 2017 and $347 as of February 28, 2017) | 138,544 | 138,470 |
| Inventories: | | |
| Raw material | 89,138 | 80,169 |
| Work-in-process | 12,574 | 6,832 |
| Finished goods | 6,741 | 7,006 |
| Costs and estimated earnings in excess of billings on uncompleted contracts | 65,818 | 50,262 |
| Deferred income taxes | — | 249 |
| Prepaid expenses and other | 6,824 | 2,762 |
| Total current assets | 323,188 | 297,052 |
| Deferred income taxes | 215 | — |
| Property, plant and equipment, net | 230,314 | 228,610 |
| Goodwill | 310,032 | 306,579 |
| Intangibles and other assets, net | 145,833 | 146,113 |
| | $ 1,009,582 | $ 978,354 |
| **Liabilities and Shareholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 43,698 | $ 49,816 |
| Income tax payable | 1,357 | 778 |
| Accrued salaries and wages | 14,188 | 23,429 |
| Other accrued liabilities | 21,590 | 24,042 |
| Customer deposits | 1,606 | 1,459 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | 21,687 | 20,617 |
| Debt due within one year | 14,286 | 16,629 |
| Total current liabilities | 118,412 | 136,770 |
| Debt due after one year, net | 287,522 | 254,800 |
| Deferred income taxes | 54,559 | 53,648 |
| Total liabilities | 460,493 | 445,218 |
| Commitments and contingencies | | |
| Shareholders' equity: | | |
| Common stock, $1 par, shares authorized 100,000; 25,961 shares issued and outstanding at August 31, 2017 and 25,964 shares issued and outstanding at February 28, 2017 | 25,961 | 25,964 |
| Capital in excess of par value | 36,391 | 37,739 |
| Retained earnings | 511,530 | 498,527 |
| Accumulated other comprehensive loss | (24,793) | (29,094) |
| Total shareholders' equity | 549,089 | 533,136 |
| | $ 1,009,582 | $ 978,354 |

*The accompanying notes are an integral part of the condensed consolidated financial statements.*

4

142

## CONDENSED CONSOLIDATED STATEMENTS OF INCOME
(In thousands, except per share data)
(Unaudited)

| | Three Months Ended August 31, | | Six Months Ended August 31, | |
| --- | --- | --- | --- | --- |
| | 2017 | 2016 | 2017 | 2016 |
| | (Restated) | (Restated) | (Restated) | (Restated) |
| Net sales | $ 196,329 | $ 200,790 | $ 401,612 | $ 451,156 |
| Cost of sales | 152,529 | 158,686 | 310,430 | 343,924 |
| Gross margin | 43,800 | 42,104 | 91,182 | 107,232 |
| Selling, general and administrative | 26,413 | 26,997 | 53,772 | 55,816 |
| Operating income | 17,387 | 15,107 | 37,410 | 51,416 |
| Interest expense | 3,400 | 3,580 | 6,760 | 7,505 |
| Net loss on sale of property, plant and equipment and insurance proceeds | 654 | 192 | 554 | 82 |
| Other income - net | (394) | (68) | (479) | (190) |
| Income before income taxes | 13,727 | 11,403 | 30,575 | 44,019 |
| Income tax expense | 3,941 | 1,244 | 8,727 | 11,671 |
| Net income | $ 9,786 | $ 10,159 | $ 21,848 | $ 32,348 |
| Earnings per common share | | | | |
| Basic earnings per share | $ 0.38 | $ 0.39 | $ 0.84 | $ 1.25 |
| Diluted earnings per share | $ 0.38 | $ 0.39 | $ 0.84 | $ 1.24 |

*The accompanying notes are an integral part of the condensed consolidated financial statements.*

5

143

## CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME
(In thousands)
(Unaudited)

| | Three Months Ended August 31, | | Six Months Ended August 31, | |
| --- | --- | --- | --- | --- |
| | 2017 | 2016 | 2017 | 2016 |
| | (Restated) | (Restated) | (Restated) | (Restated) |
| Net income | $ 9,786 | $ 10,159 | $ 21,848 | $ 32,348 |
| Other comprehensive income (loss): | | | | |
| Foreign currency translation adjustments | | | | |
| Unrealized translation gains | 5,326 | 205 | 4,328 | 2,683 |
| Interest rate swap, net of income tax of $7, $7, $15, and $15, respectively. | (14) | (14) | (27) | (27) |
| Other comprehensive income | 5,312 | 191 | 4,301 | 2,656 |
| Comprehensive income | $ 15,098 | $ 10,350 | $ 26,149 | $ 35,004 |

*The accompanying notes are an integral part of the condensed consolidated financial statements.*

6

144

## CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS
(In thousands)
(Unaudited)

| | Six Months Ended August 31, | |
| | 2017 | 2016 |
|---|---|---|
| | (Restated) | (Restated) |
| **Cash Flows From Operating Activities:** | | |
| Net income | $ 21,848 | $ 32,348 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Provision for doubtful accounts | 47 | 11 |
| Amortization and depreciation | 24,984 | 25,370 |
| Deferred income taxes | 850 | 2,266 |
| Net loss on disposition of property, plant & equipment due to realignment | — | 6,706 |
| Net loss on sale of property, plant & equipment and insurance proceeds | 554 | 82 |
| Amortization of deferred borrowing costs | 303 | 639 |
| Share-based compensation expense | 3,400 | 3,198 |
| Effects of changes in assets & liabilities: | | |
| Accounts receivable | 939 | (3,247) |
| Inventories | (13,304) | (3,267) |
| Prepaid expenses and other | (4,021) | (3,040) |
| Other assets | (1,106) | 141 |
| Net change in billings related to costs and estimated earnings on uncompleted contracts | (14,197) | (1,874) |
| Accounts payable | (6,770) | 1,656 |
| Other accrued liabilities and income taxes payable | (10,742) | (10,961) |
| Net cash provided by operating activities | 2,785 | 50,028 |
| **Cash Flows From Investing Activities:** | | |
| Proceeds from sale or insurance settlement of property, plant, and equipment | 177 | 320 |
| Purchase of property, plant and equipment | (16,636) | (19,760) |
| Acquisition of subsidiaries, net of cash acquired | (10,250) | (22,679) |
| Net cash used in investing activities | (26,709) | (42,119) |
| **Cash Flows From Financing Activities:** | | |
| Proceeds from revolving loan | 209,000 | 86,000 |
| Payments on revolving loan | (115,500) | (92,000) |
| Payments on long term debt | (63,504) | (18,505) |
| Purchases of treasury shares | (5,185) | — |
| Payments of dividends | (8,845) | (7,787) |
| Net cash provided by (used in) financing activities | 15,966 | (32,292) |
| Effect of exchange rate changes on cash | 205 | 106 |
| Net decrease in cash & cash equivalents | (7,753) | (24,277) |
| Cash & cash equivalents at beginning of period | 11,302 | 40,191 |
| Cash & cash equivalents at end of period | $ 3,549 | $ 15,914 |
| Supplemental disclosures | | |
| Cash paid for interest | $ 7,020 | $ 7,230 |
| Cash paid for income taxes | $ 7,605 | $ 9,764 |

*The accompanying notes are an integral part of the condensed consolidated financial statements.*

7

145

## CONDENSED CONSOLIDATED STATEMENT OF SHAREHOLDERS' EQUITY
(In thousands)
(Unaudited)

| | Common Stock | | Capital in Excess of Par Value | Retained Earnings (Restated) | Accumulated Other Comprehensive Income (Loss) | Total (Restated) |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| Balance at February 28, 2017 | 25,964 | $ 25,964 | $ 37,739 | $ 498,527 | $ (29,094) | $ 533,136 |
| Stock compensation | 16 | 16 | 3,384 | — | — | 3,400 |
| Restricted stock units | 42 | 42 | (1,240) | — | — | (1,198) |
| Stock issued for SARs | 1 | 1 | (1) | — | — | — |
| Employee stock purchase plan | 35 | 35 | 1,597 | — | — | 1,632 |
| Retirement of treasury shares | (97) | (97) | (5,088) | — | — | (5,185) |
| Cash dividends paid | — | — | — | (8,845) | — | (8,845) |
| Net income, as restated | — | — | — | 21,848 | — | 21,848 |
| Foreign currency translation | — | — | — | — | 4,328 | 4,328 |
| Interest rate swap, net of $15 income tax | — | — | — | — | (27) | (27) |
| Balance at August 31, 2017, as restated | 25,961 | $ 25,961 | $ 36,391 | $ 511,530 | $ (24,793) | $ 549,089 |

*The accompanying notes are an integral part of the condensed consolidated financial statements.*

8

146

**AZZ Inc.**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(Unaudited)

1.    The Company and Basis of Presentation

AZZ Inc. ("AZZ", the "Company", "our" or "we") was established in 1956 and incorporated under the laws of the State of Texas. We are a global provider of galvanizing services, welding solutions, specialty electrical equipment and highly engineered services to the power generation, transmission, distribution, refining and industrial markets. We have two distinct operating segments: the Energy Segment and Metal Coatings Segment. AZZ Metal Coatings is a leading provider of metal finishing solutions for corrosion protection, including hot dip galvanizing to the North American steel fabrication industry. AZZ Energy is dedicated to delivering safe and reliable transmission of power from generation sources to end customers, and automated weld overlay solutions for corrosion and erosion mitigation to critical infrastructure in the energy markets worldwide.

As of March 1, 2017, our Galvanizing Segment was rebranded to the Metal Coatings Segment to more closely align the description of the segment with its current offerings and served markets. There have been no changes to the underlying information reported under this operating segment for prior periods, however, the new description will be included in the operating results for future filings and include the new powder coating offerings for the current and future periods.

*Presentation*

The accompanying condensed consolidated balance sheet as of February 28, 2017, which was derived from audited restated financial statements, and the unaudited condensed consolidated financial statements have been prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") for interim financial information and in accordance with the instructions to Form 10-Q and Article 10 of Regulation S-X. Accordingly, they do not include all of the information and footnotes required by U.S. GAAP for complete consolidated financial statements. These financial statements should be read in conjunction with the audited financial statements and related notes for the fiscal year ended February 28, 2017, included in the Company's Annual Report on Form 10-K/A covering such period.

Our fiscal year ends on the last day of February and is identified as the fiscal year for the calendar year in which it ends. For example, the fiscal year ended February 28, 2018 is referred to as fiscal 2018.

In the opinion of management, the accompanying unaudited consolidated financial statements include all adjustments, consisting only of normal recurring adjustments, which are necessary to present fairly the financial position of the Company as of August 31, 2017, the results of its operations for the three and six months ended August 31, 2017 and 2016, and cash flows for the six months ended August 31, 2017 and 2016. These interim results are not necessarily indicative of results for a full year.

*Accounting Standards Recently Adopted*

In November 2015, the Financial Accounting Standards Board ("FASB") issued Accounting Standards Update ("ASU") 2015-17, "Income Taxes (Topic 740): Balance Sheet Classification of Deferred Taxes." ASU 2015-17 simplifies the presentation of deferred taxes in a classified statement of financial position and was adopted by the Company on March 1, 2017. As a result of the adoption, the Company is required to offset deferred tax liabilities and assets, as well as any related valuation allowance, and present as a single non-current amount. However, the Company shall not offset deferred tax liabilities and assets attributable to different tax-paying components of the entity or to different tax jurisdictions. The adoption was on a prospective basis and therefore had no impact on prior year.

*New Accounting Pronouncements*

In February 2016, the FASB issued ASU 2016-02, "Leases." The standard requires a lessee to recognize a liability to make lease payments and a right-of-use asset representing a right to use the underlying asset for the lease term on the balance sheet. The ASU is effective for fiscal years, and interim periods within those years, beginning after December 15, 2018, with early adoption permitted. We are currently evaluating the impact that this standard will have on our consolidated financial statements.

Table of Contents

In May 2014, the FASB issued ASU 2014-09, "Revenue from Contracts with Customers", issued as a new Topic, Accounting Standards Codification (ASC) Topic 606 ("ASU 2014-09"). The new revenue recognition standard provides a five-step analysis of transactions to determine when and how revenue is recognized. The premise of the guidance is that a Company should recognize revenue to depict the transfer of promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled in exchange for those goods or services. ASU 2014-09 can be adopted by the Company either retrospectively or as a cumulative-effect adjustment as of the date of adoption. This ASU is effective for public entities for reporting periods beginning after December 15, 2017. This standard will be effective for the Company beginning in fiscal 2019. The Company is planning on adopting this standard retrospectively. We believe this standard will impact the timing of revenue recognition for contracts which contain multiple performance obligations with revenue recognized over time, however the overall impact to the prior year financial results is still under review.

2.    Restatement of Previously Issued Financial Statements

As previously disclosed, the Company determined that for certain contracts within its Energy Segment for which revenue was historically recognized upon contract completion and transfer of title, the Company instead should have applied the percentage-of-completion method in accordance with the FASB's Accounting Standards Codification No. 605-35, *Construction-Type and Production-Type Contracts*. In general, the percentage-of-completion method results in a revenue recognition pattern over time as a project progresses as opposed to deferring revenues until contract completion.

The Company concluded that the impact of applying the percentage-of-completion method to its revenue contracts was materially different from its previously reported results under its historical practice. As a result, the Company is restating its condensed consolidated financial statements for the periods impacted. The following financial tables reconcile the previously reported amounts to the restated amounts for each condensed consolidated financial statement.

The table below sets forth the condensed consolidated balance sheet, including the balances originally reported, corrections and the as restated balances for each restated period (in thousands):

| | August 31, 2017 | | |
| | As Reported | Correction | As Restated |
|---|---|---|---|
| Assets | | | |
| Inventories - net | $ 144,008 | $ (35,555) | $ 108,453 |
| Costs and estimated earnings in excess of billings on uncompleted contracts | 32,082 | 33,736 | 65,818 |
| Total current assets | 325,007 | (1,819) | 323,188 |
| Total assets | $ 1,011,401 | $ (1,819) | $ 1,009,582 |
| Liabilities and Shareholders' Equity | | | |
| Other accrued liabilities | $ 20,085 | $ 1,505 | $ 21,590 |
| Customer deposits | 25,951 | (24,345) | 1,606 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | 6,708 | 14,979 | 21,687 |
| Total current liabilities | 126,273 | (7,861) | 118,412 |
| Deferred income tax liabilities | 52,293 | 2,266 | 54,559 |
| Total liabilities | 466,088 | (5,595) | 460,493 |
| Shareholders' equity: | | | |
| Retained earnings | 507,754 | 3,776 | 511,530 |
| Total shareholders' equity | 545,313 | 3,776 | 549,089 |
| Total liabilities and shareholders' equity | $ 1,011,401 | $ (1,819) | $ 1,009,582 |

Table of Contents

The table below sets forth the condensed consolidated statements of income, including the balances originally reported, corrections and the as restated balances for each restated period (in thousands, except per share data):

| | Three Months Ended August 31, | | | | | |
| | 2017 | | | 2016 | | |
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
|---|---|---|---|---|---|---|
| Net Sales | $ 190,407 | $ 5,922 | $ 196,329 | $ 195,045 | $ 5,745 | $ 200,790 |
| Cost of Sales | 148,938 | 3,591 | 152,529 | 153,159 | 5,527 | 158,686 |
| Gross Profit | 41,469 | 2,331 | 43,800 | 41,886 | 218 | 42,104 |
| Operating Income | 15,056 | 2,331 | 17,387 | 14,889 | 218 | 15,107 |
| Income Before Income Taxes | 11,396 | 2,331 | 13,727 | 11,185 | 218 | 11,403 |
| Income Tax Expense | 3,067 | 874 | 3,941 | 1,162 | 82 | 1,244 |
| Net Income | $ 8,329 | $ 1,457 | $ 9,786 | $ 10,023 | $ 136 | $ 10,159 |
| Earnings Per Common Share | | | | | | |
| Basic Earnings Per Share | $ 0.32 | $ 0.06 | $ 0.38 | $ 0.39 | $ — | $ 0.39 |
| Diluted Earnings Per Share | $ 0.32 | $ 0.06 | $ 0.38 | $ 0.38 | $ 0.01 | $ 0.39 |

| | Six Months Ended August 31, | | | | | |
| | 2017 | | | 2016 | | |
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
|---|---|---|---|---|---|---|
| Net Sales | $ 398,958 | $ 2,654 | $ 401,612 | $ 437,712 | $ 13,444 | $ 451,156 |
| Cost of Sales | 308,223 | 2,207 | 310,430 | 332,499 | 11,425 | 343,924 |
| Gross Profit | 90,735 | 447 | 91,182 | 105,213 | 2,019 | 107,232 |
| Operating Income | 36,963 | 447 | 37,410 | 49,397 | 2,019 | 51,416 |
| Income Before Income Taxes | 30,128 | 447 | 30,575 | 42,000 | 2,019 | 44,019 |
| Income Tax Expense | 8,559 | 168 | 8,727 | 10,914 | 757 | 11,671 |
| Net Income | $ 21,569 | $ 279 | $ 21,848 | $ 31,086 | $ 1,262 | $ 32,348 |
| Earnings Per Common Share | | | | | | |
| Basic Earnings Per Share | $ 0.83 | $ 0.01 | $ 0.84 | $ 1.20 | $ 0.05 | $ 1.25 |
| Diluted Earnings Per Share | $ 0.83 | $ 0.01 | $ 0.84 | $ 1.19 | $ 0.05 | $ 1.24 |

The table below sets forth the condensed consolidated statements of comprehensive income, including the balances originally reported, corrections and the as restated balances for each restated period (in thousands):

| | Three Months Ended August 31, | | | | | |
| | 2017 | | | 2016 | | |
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
|---|---|---|---|---|---|---|
| Net Income | $ 8,329 | $ 1,457 | $ 9,786 | $ 10,023 | $ 136 | $ 10,159 |
| Comprehensive Income | 13,641 | 1,457 | 15,098 | 10,214 | 136 | 10,350 |

| | Six Months Ended August 31, | | | | | |
| | 2017 | | | 2016 | | |
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
|---|---|---|---|---|---|---|
| Net Income | $ 21,569 | $ 279 | $ 21,848 | $ 31,086 | $ 1,262 | $ 32,348 |
| Comprehensive Income | 25,870 | 279 | 26,149 | 33,742 | 1,262 | 35,004 |

11

The table below sets forth the condensed consolidated statements of cash flows from operating activities, including the balances originally reported, corrections and the as restated balances for each restated period (in thousands):

| | Six Months Ended August 31, | | | | | |
| | 2017 | | | 2016 | | |
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
|---|---|---|---|---|---|---|
| Cash flows from operating activities: | | | | | | |
| Net income | $ 21,569 | $ 279 | $ 21,848 | $ 31,086 | $ 1,262 | $ 32,348 |
| Deferred income taxes | 682 | 168 | 850 | 1,509 | 757 | 2,266 |
| Inventories | (19,658) | 6,354 | (13,304) | (15,832) | 12,565 | (3,267) |
| Net change in billings related to costs and estimated earnings on uncompleted contracts | (16,487) | 2,290 | (14,197) | 8,028 | (9,902) | (1,874) |
| Other accrued liabilities and income taxes payable | (1,651) | (9,091) | (10,742) | (6,279) | (4,682) | (10,961) |
| Net cash provided by operating activities: | $ 2,785 | $ — | $ 2,785 | $ 50,028 | $ — | $ 50,028 |

The restatement had no impact on cash flows from investing activities or financing activities.

The table below sets forth the condensed consolidated statement of shareholders' equity, including the balances originally reported, corrections and the as restated balances for each restated period (in thousands):

| | Retained Earnings | Total Stockholders' Equity |
|---|---|---|
| Balance at August 31, 2017, as reported | $ 507,754 | $ 545,313 |
| Correction | 3,776 | 3,776 |
| Balance at August 31, 2017, as restated | $ 511,530 | $ 549,089 |

In addition to the restated consolidated financial statements, the information contained in Notes 3 and 5 has been restated.

150

3.    Earnings Per Share

Earnings per share is based on the weighted average number of shares outstanding during each period, adjusted for the dilutive effect of stock awards.

The following table sets forth the computation of basic and diluted earnings per share (in thousands, except per share data):

|  | Three Months Ended August 31, | | Six Months Ended August 31, | |
|  | 2017 | 2016 | 2017 | 2016 |
|  | (Restated) | (Restated) | (Restated) | (Restated) |
|---|---|---|---|---|
| Numerator: | | | | |
| Net income for basic and diluted earnings per common share | $ 9,786 | $ 10,159 | $ 21,848 | $ 32,348 |
| Denominator: | | | | |
| Denominator for basic earnings per common share– weighted average shares | 25,970 | 25,987 | 25,991 | 25,950 |
| Effect of dilutive securities: | | | | |
| Employee and director stock awards | 66 | 132 | 74 | 131 |
| Denominator for diluted earnings per common share | 26,036 | 26,119 | 26,065 | 26,081 |
| Earnings per share basic and diluted: | | | | |
| Basic earnings per common share | $ 0.38 | $ 0.39 | $ 0.84 | $ 1.25 |
| Diluted earnings per common share | $ 0.38 | $ 0.39 | $ 0.84 | $ 1.24 |

4.    Share-based Compensation

The Company has one share-based compensation plan, the 2014 Long Term Incentive Plan (the "Plan"). The purpose of the Plan is to promote the growth and prosperity of the Company by permitting the Company to grant to its employees, directors and advisors various types of restricted stock unit awards, performance share units, stock options, and stock appreciation rights to purchase common stock of the Company. The maximum number of shares that may be issued under the Plan is 1,500,000 shares. As of August 31, 2017, the Company has approximately 1,305,632 shares available for future issuance under the Plan.

*Restricted Stock Unit Awards*

Restricted stock unit awards are valued at the market price of our common stock on the grant date. Awards issued prior to fiscal 2015 generally have a three year cliff vesting schedule and awards issued subsequent to fiscal 2015 generally vest ratably over a period of three years but these awards may vest early in accordance with the Plan's accelerated vesting provisions.

The activity of our non-vested restricted stock unit awards for the six month period ended August 31, 2017 is as follows:

|  | Restricted Stock Units | Weighted Average Grant Date Fair Value |
|---|---|---|
| Non-Vested Balance as of February 28, 2017 | 134,547 | $ 51.10 |
| Granted | 45,613 | 60.00 |
| Vested | (61,361) | 47.09 |
| Forfeited | (4,021) | 55.50 |
| Non-Vested Balance as of August 31, 2017 | 114,778 | $ 56.63 |

13

*Performance Share Unit Awards*

Performance share unit awards are valued at the market price of our common stock on the grant date. These awards have a three year performance cycle and will vest and become payable, if at all, on the third anniversary of the award date. The awards are subject to the Company's degree of achievement of a target annual average adjusted return on assets during these three year periods. In addition, a multiplier may be applied to the total awards granted which is based on the Company's total shareholder return during such three year period in comparison to a defined specific industry peer group as set forth in the plan. The activity of our non-vested performance share unit awards for the six month period ended August 31, 2017 is as follows:

| | Performance Stock Units | Weighted Average Grant Date Fair Value |
|---|---|---|
| Non-Vested Balance as of February 28, 2017 | 51,426 $ | 51.70 |
| Granted | 25,634 | 60.20 |
| Vested | — | — |
| Forfeited | (2,631) | 27.25 |
| Non-Vested Balance as of August 31, 2017 | 74,429 $ | 54.53 |

*Stock Appreciation Rights*

Stock appreciation rights are granted with an exercise price equal to the market value of our common stock on the date of grant. These awards generally have a contractual term of 7 years and vest ratably over a period of three years although some may vest immediately on issuance. These awards are valued using the Black-Scholes option pricing model.

A summary of the Company's stock appreciation rights activity for the six month period ended August 31, 2017 is as follows:

| | SAR's | Weighted Average Exercise Price |
|---|---|---|
| Outstanding as of February 28, 2017 | 170,139 $ | 42.02 |
| Granted | — | — |
| Exercised | (4,479) | 42.54 |
| Forfeited | (2,145) | 45.36 |
| Outstanding as of August 31, 2017 | 163,515 $ | 41.96 |
| Exercisable as of August 31, 2017 | 153,515 $ | 41.75 |

The average remaining contractual term for those stock appreciation rights outstanding at August 31, 2017 is 3.02 years, with an aggregate intrinsic value of $1.1 million. The average remaining contractual terms for those stock appreciation rights that are exercisable as of August 31, 2017 is 3.01 years, with an aggregate intrinsic value of $1.1 million.

*Employee Stock Purchase Plan*

The Company also has an employee stock purchase plan, which allows employees of the Company to purchase common stock of the Company through accumulated payroll deductions. Offerings under this plan have a duration of 24 months (the "offering period"). On the first day of an offering period (the "enrollment date") the participant is granted the option to purchase shares on each exercise date at the lower of 85% of the market value of a share of our common stock on the enrollment date or the exercise date. The participant's right to purchase common stock under the plan is restricted to no more than $25,000 per calendar year and the participant may not purchase more than 5,000 shares during any offering period. Participants may terminate their interest in a given offering or a given exercise period by withdrawing all of their accumulated payroll deductions at any time prior to the end of the offering period. The fair value of the estimated number of shares to be issued under each offering is determined using the Black-Scholes option pricing model. For the six month period ended August 31, 2017, the Company issued 35,447 shares under the Employee Stock Purchase Plan.

14

Share-based compensation expense and related income tax benefits related to all the plans listed above were as follows (in thousands):

| Six months ended August 31, | 2017 | 2016 |
|---|---|---|
| Compensation Expense | $ 3,400 | $ 3,198 |
| Income tax benefits | $ 1,088 | $ 1,023 |

Unrecognized compensation cost related to restricted stock units, performance share unit awards, stock appreciation rights, and the employee stock purchase plan at August 31, 2017 totals $8.6 million.

The Company's policy is to issue shares required under these plans from the Company's treasury shares or from the Company's authorized but unissued shares.

5.  Segments

Information regarding operations and assets by segment was as follows (in thousands):

| | Three Months Ended August 31, | | Six Months Ended August 31, | |
|---|---|---|---|---|
| | 2017 | 2016 | 2017 | 2016 |
| | (Restated) | (Restated) | (Restated) | (Restated) |
| **Net Sales:** | | | | |
| Energy | $ 97,299 | $ 103,346 | $ 210,504 | $ 249,147 |
| Metal Coatings | 99,030 | 97,444 | 191,108 | 202,009 |
| Total net sales | 196,329 | 200,790 | 401,612 | 451,156 |
| | | | | |
| **Operating Income:** | | | | |
| Energy | 2,363 | 8,413 | 9,074 | 28,967 |
| Metal Coatings | 23,409 | 15,032 | 44,651 | 39,334 |
| Corporate | (8,385) | (8,338) | (16,315) | (16,885) |
| Total operating income | 17,387 | 15,107 | 37,410 | 51,416 |
| | | | | |
| Interest expense | 3,400 | 3,580 | 6,760 | 7,505 |
| Net loss on sale of property, plant and equipment and insurance proceeds | 654 | 192 | 554 | 82 |
| Other income, net | (394) | (68) | (479) | (190) |
| Income before income taxes | $ 13,727 | $ 11,403 | $ 30,575 | $ 44,019 |

| | As of | |
|---|---|---|
| | August 31, 2017 | February 28, 2017 |
| | (Restated) | |
| **Total Assets:** | | |
| Energy | $ 549,216 | $ 536,557 |
| Metal Coatings | 449,228 | 428,330 |
| Corporate | 11,138 | 13,467 |
| | $ 1,009,582 | $ 978,354 |

*Financial Information About Geographical Areas*

Below is a breakdown of selected financial information by geographical area (in thousands):

| | Three Months Ended August 31, | | Six Months Ended August 31, | |
| --- | --- | --- | --- | --- |
| | 2017 | 2016 | 2017 | 2016 |
| | (Restated) | (Restated) | (Restated) | (Restated) |
| Net Sales: | | | | |
| U.S. | $ 162,594 | $ 146,783 | $ 329,323 | $ 308,881 |
| International | 33,839 | 54,163 | 72,393 | 142,970 |
| Eliminations | (104) | (156) | (104) | (695) |
| Total Net Sales | $ 196,329 | $ 200,790 | $ 401,612 | $ 451,156 |

| | August 31, 2017 | February 28, 2017 |
| --- | --- | --- |
| Property, Plant and Equipment, Net: | | |
| U.S. | $ 206,298 | $ 205,079 |
| Canada | 18,169 | 18,002 |
| Other Countries | 5,847 | 5,529 |
| Total Property, Plant and Equipment, Net | $ 230,314 | $ 228,610 |

6.  Warranty Reserves

A reserve has been established to provide for the estimated future cost of warranties on a portion of the Company's delivered products and is classified within accrued liabilities on the consolidated balance sheet. Management periodically reviews the reserves and makes adjustments accordingly. Warranties cover such factors as non-conformance to specifications and defects in material and workmanship. The following table shows changes in the warranty reserves since the end of fiscal 2017 (in thousands):

| | Warranty Reserve |
| --- | --- |
| Balance at February 28, 2017 | $ 2,098 |
| Warranty costs incurred | (993) |
| Additions charged to income | 695 |
| Balance at August 31, 2017 | $ 1,800 |

7.  Debt

Our debt consisted of the following (in thousands):

| | As of | |
| --- | --- | --- |
| | August 31, 2017 | February 28, 2017 |
| Senior Notes, due in balloon payment in January 2021 | $ 125,000 | $ 125,000 |
| Senior Notes, due in annual installments of $14,286 beginning in March 2012 through March 2018 | 14,286 | 28,571 |
| Term Note, due in quarterly installments beginning in June 2013 through March 2018 | — | 49,219 |
| Revolving line of credit with bank | 163,000 | 69,500 |
| Total debt | 302,286 | 272,290 |
| Unamortized debt issuance costs for Senior Notes and Term Note | (478) | (861) |
| Total debt, net | 301,808 | 271,429 |
| Less amount due within one year | (14,286) | (16,629) |
| Debt due after one year, net | $ 287,522 | $ 254,800 |

16

154

Table of Contents

On March 21, 2017, we executed the Amended and Restated Credit Agreement (the "2017 Credit Agreement") with Bank of America and other lenders. The 2017 Credit Agreement amended the Credit Agreement entered into on March 27, 2013 by the following: (i) extending the maturity date until March 21, 2022, (ii) providing for a senior revolving credit facility in a principal amount of up to $450 million, with an additional $150 million accordion, (iii) including a $75 million sublimit for the issuance of standby and commercial letters of credit, (iv) including a $30 million sublimit for swing line loans, (v) restricting indebtedness incurred in respect of capital leases, synthetic lease obligations and purchase money obligations not to exceed $20 million, (vi) restricting investments in any foreign subsidiaries not to exceed $50 million in the aggregate, and (vii) including various financial covenants and certain restricted payments relating to dividends and share repurchases as specifically set forth in the 2017 Credit Agreement. The balance due on the $75.0 million term facility under the previous Credit Agreement was paid in full as a result of the execution of the 2017 Credit Agreement. The financial covenants, as defined in the 2017 Credit Agreement, require us to maintain on a consolidated basis a Leverage Ratio not to exceed 3.25:1.0 and an Interest Coverage Ratio of at least 3.00:1.0. The 2017 Credit Agreement will be used to finance working capital needs, capital improvements, dividends, future acquisitions, letter of credit needs and share repurchases.

Interest rates for borrowings under the 2017 Credit Agreement are based on either a Eurodollar Rate or a Base Rate plus a margin ranging from 0.875% to 1.875% depending on our Leverage Ratio (as defined in the 2017 Credit Agreement). The Eurodollar Rate is defined as LIBOR for a term equivalent to the borrowing term (or other similar interbank rates if LIBOR is unavailable). The Base Rate is defined as the highest of the applicable Fed Funds rate plus 0.50%, the Prime rate, or the Eurodollar Rate plus 1.0% at the time of borrowing. The 2017 Credit Agreement also carries a Commitment Fee for the unfunded portion ranging from 0.175% to 0.30% per annum, depending on our Leverage Ratio.

8.    Acquisitions

On June 30, 2017, we completed the acquisition of the assets of Enhanced Powder Coating Ltd., ("EPC"), a privately held, high specification, National Aerospace and Defense Contractors Accreditation Program, ("NADCAP"), certified provider of powder coating, plating and anodizing services based in Gainesville, Texas. EPC, founded in 2003, offers a full spectrum of finish technology including powder coating, abrasive blasting and plating for heavy industrial, transportation, aerospace and light commercial industries. The acquisition of EPC is consistent with our strategic initiative to grow our Metal Coatings segment with products and services that complement our industry-leading galvanizing business.

9.    Subsequent Events

On September 6, 2017, we completed the acquisition of all the assets and outsanding shares of Powergrid Solutions, Inc. ("PSI"), a privately held company, based in Oshkosh, Wisconsin. PSI designs, engineers and manufactures customized low and medium-voltage power quality, power generation and distribution equipment. PSI's product portfolio includes metal-enclosed, metal-clad and padmount switchgear, serving the utility, commercial, industrial and renewable energy markets since 1982. The acquisition of PSI is a key addition to our electrical switchgear portfolio. The addition of PSI's low-voltage and padmount switchgear allows AZZ to offer a comprehensive portfolio of customized switchgear solutions to both existing and new customers in a diverse set of industries.

17

**Item 2.  Management's Discussion and Analysis of Financial Condition and Results of Operations**

### FORWARD LOOKING STATEMENTS

Certain statements herein about our expectations of future events or results constitute forward-looking statements for purposes of the safe harbor provisions of The Private Securities Litigation Reform Act of 1995. You can identify forward-looking statements by terminology such as "may," "should," "expects," "plans," "anticipates," "believes," "estimates," "predicts," "potential," "continue," or the negative of these terms or other comparable terminology. Such forward-looking statements are based on currently available competitive, financial and economic data and management's views and assumptions regarding future events. Such forward-looking statements are inherently uncertain, and investors must recognize that actual results may differ from those expressed or implied in the forward-looking statements. In addition, certain factors could affect the outcome of the matters described herein. This Quarterly Report on Form 10-Q/A may contain forward-looking statements that involve risks and uncertainties including, but not limited to, changes in customer demand and response to products and services offered by AZZ, including demand by the power generation markets, electrical transmission and distribution markets, the industrial markets, and the hot dip galvanizing markets; prices and raw material cost, including zinc and natural gas which are used in the hot dip galvanizing process; changes in the political stability and economic conditions of the various markets that AZZ serves, foreign and domestic, customer requested delays of shipments, acquisition opportunities, currency exchange rates, adequacy of financing, and availability of experienced management and employees to implement AZZ's continued growth strategy; a downturn in market conditions in any industry relating to the products we inventory or sell or the services that we provide; the continuing economic volatility in the U.S. and other markets in which we operate; acts of war or terrorism inside the United States or abroad; natural disasters in the countries in which we operate; and other changes in economic and financial conditions. AZZ has provided additional information regarding risks associated with the business in AZZ's Annual Report on Form 10-K/A for the fiscal year ended February 28, 2017 and other filings with the SEC, available for viewing on AZZ's website at www.azz.com and on the SEC's website at www.sec.gov.

You are urged to consider these factors carefully in evaluating the forward-looking statements herein and are cautioned not to place undue reliance on such forward-looking statements, which are qualified in their entirety by this cautionary statement. These statements are based on information as of the date hereof and AZZ assumes no obligation to update any forward-looking statements, whether as a result of new information, future events, or otherwise.

The following discussion should be read in conjunction with management's discussion and analysis contained in our Annual Report on Form 10-K/A for the fiscal year ended February 28, 2017, and with the condensed consolidated financial statements and notes thereto included in this Quarterly Report on Form 10-Q/A.

*Restatement of Previously Issued Financial Statements*

As previously disclosed, we determined that for certain contracts within our Energy Segment for which revenue was historically recognized upon contract completion and transfer of title, we instead should have applied the percentage-of-completion method in accordance with the FASB's Accounting Standards Codification No. 605-35, *Construction-Type and Production-Type Contracts*. In general, the percentage-of-completion method results in a revenue recognition pattern over time as a project progresses as opposed to deferring revenues until contract completion.

We concluded that the impact of applying the percentage-of-completion method to our revenue contracts was materially different from its previously reported results under our historical practice. As a result, we are restating our consolidated financial statements for the periods impacted. See Note 2 to the Condensed Consolidated Financial Statements within Item 1 for additional information and a reconciliation of the previously reported amounts to the restated amounts.

### RESULTS OF OPERATIONS

We have two distinct operating segments, the Energy Segment and the Metal Coatings Segment, as defined in our Annual Report on Form 10-K/A for the fiscal year ended February 28, 2017. Management believes that the most meaningful analysis of our results of operations is to analyze our performance by segment. We use revenue and operating income by segment to evaluate our segments. Segment operating income consists of net sales less cost of sales and selling, general and administrative expenses that are specifically identifiable to a segment. For a reconciliation of segment operating income to income before income taxes, see Note 5 to our quarterly consolidated financial statements included in this Quarterly Report on Form 10-Q/A.

156

*Orders and Backlog*

Our entire backlog relates to our Energy Segment and was $300.1 million as of August 31, 2017, a decrease of $17.8 million, or 5.6%, as compared to $317.9 million as of February 28, 2017. Our backlog decreased $15.4 million, or 4.9%, as compared to the same period in the prior fiscal year. Both of these decreases were primarily the result of a softer market in the first half of fiscal 2018. For the three months ended August 31, 2017, our book-to-bill ratio increased to 0.97 to 1 from 0.96 to 1 when compared to same period of fiscal 2017 and our incoming orders decreased by $3.7 million, or 1.9%. The table below includes the progression of the backlog:

**Backlog Table**
*(in thousands)(unaudited)*
*(Restated)*

| | Period Ended | | | Period Ended | | |
|---|---|---|---|---|---|---|
| Backlog | 2/28/2017 | $ | 317,922 | 02/29/2016 | $ | 310,623 |
| Bookings | | | 193,754 | | | 250,479 |
| Acquired Backlog | | | — | | | 11,903 |
| Shipments | | | 205,283 | | | 250,366 |
| Backlog | 5/31/2017 | | 306,393 | 5/31/2016 | | 322,639 |
| Book to Ship Ratio | | | 0.94 | | | 1.00 |
| Bookings | | | 190,055 | | | 193,712 |
| Shipments | | | 196,329 | | | 200,790 |
| Backlog | 8/31/2017 | | 300,119 | 8/31/2016 | | 315,561 |
| Book to Ship Ratio | | | 0.97 | | | 0.96 |

*Segment Revenues*

For the three and six months ended August 31, 2017, consolidated revenues decreased $4.5 million, or 2.2%, and $49.5 million, or 11.0% as compared to the same period in fiscal 2017.

The following table reflects the breakdown of revenue by segment:

| | Three Months Ended August 31, | | Six Months Ended August 31, | |
|---|---|---|---|---|
| | 2017 | 2016 | 2017 | 2016 |
| | (Restated) | (Restated) | (Restated) | (Restated) |
| | | *(In thousands)(unaudited)* | | |
| Revenue: | | | | |
| Energy | $ 97,299 | $ 103,346 | $ 210,504 | $ 249,147 |
| Metal Coatings | 99,030 | 97,444 | 191,108 | 202,009 |
| Total Revenue | $ 196,329 | $ 200,790 | $ 401,612 | $ 451,156 |

Revenues for the Energy Segment decreased 5.9% for the three months ended August 31, 2017, to $97.3 million as compared to the same period in fiscal 2017. The decrease in revenue during the second quarter was caused by several factors including reduced turnarounds in the U.S. refinery market, continued softness in the petrochemical market, and delays in the release of several large projects in the U.S. and overseas. Revenues decreased 15.5% for the six months ended August 31, 2017, to $210.5 million as compared to the same period in fiscal 2017, primarily on the turnaround softness in the first half of the year and the effects of the nuclear market from the Westinghouse bankruptcy filed on March 29, 2017.

Revenues for the Metal Coatings Segment increased 1.6% for the three months ended August 31, 2017, to $99.0 million as compared to the same period in fiscal 2017. The increase was a result of slightly higher volumes in steel processed during the period. Revenues decreased 5.4% for the six months ended August 31, 2017, to $191.1 million as compared to the same period in fiscal 2017. The decline in revenue was a result of a volume decrease in steel processed caused by softness in the solar, petrochemical, and the oil and gas markets.

*Segment Operating Income*

157

Operating income for the Energy Segment decreased by $6.1 million, or 71.9%, to $2.4 million for the three months ended August 31, 2017 as compared to the same period in fiscal 2017. This decrease is attributable to the reduction in refinery turnarounds described above, which typically carry a higher margin, coupled with generally lower margin projects in the balance of the segment. Operating income decreased $19.9 million, or 68.7%, to $9.1 million for the six months ended August 31, 2017 as compared to the same period in fiscal 2017. This decrease is attributable to the same impact of the market as discussed for the quarterly comparison.

Operating income for the Metal Coatings Segment increased by $8.4 million, or 55.7%, for the three months ended August 31, 2017 as compared to the same period in fiscal 2017 that included $7.3 million in realignment charges. Excluding the realignment charges, the remainder of the increase was attributable to higher volumes in the second quarter of fiscal 2018. Operating income increased by $5.3 million, or 13.5%, for the six months ended August 31, 2017 as compared to the same period of fiscal 2017. Excluding the impact of the realignment charges taken in the second quarter of fiscal 2017, the decrease is attributable to lower volumes in the first half of fiscal 2018.

*Corporate Expenses*

Corporate expenses were relatively flat for the three months ended August 31, 2017 as compared to the same period in fiscal 2017. Corporate expenses decreased $0.6 million, or 3.4%, for the six months ended August 31, 2017 as compared to the same period in fiscal 2017. This decrease is primarily attributable to lower employee performance based incentive compensation costs in fiscal 2018.

*Interest Expense*

Interest expense for the three and six month periods ended August 31, 2017 was $3.4 million and $6.8 million, respectively. Interest expense for the three and six month periods ended August 31, 2016 was $3.6 million and $7.5 million, respectively. The decrease in interest expense in comparison to the same respective periods in the prior year was the result of a lower average outstanding debt balance. As of August 31, 2017, our gross outstanding debt was $302.3 million, compared to $302.5 million outstanding as of August 31, 2016. Our gross debt to equity ratio was 0.55 to 1 as of August 31, 2017, compared to 0.59 to 1 as of August 31, 2016.

*Net Loss On Sale of Property, Plant and Equipment and Insurance Proceeds*

For the three and six months ended August 31, 2017 , the amounts recorded were primarily driven from the realized loss from a property sale. For the three and six months ended August 31, 2016, the amounts recorded were insignificant.

*Other Income, Net*

For the three and six months ended August 31, 2017 and 2016, the amounts recorded to other income were insignificant and primarily attributable to foreign exchange transactions and royalty income.

*Income Taxes*

The provision for income taxes reflects an effective tax rate of 28.7% and 28.5% for the three and six months ended August 31, 2017, respectively, as compared to 10.9% and 26.5% for the same respective periods in fiscal 2017. The increase in the rate for the three month period ended August 31, 2017 is attributable to the early adoption of ASU 2016-09 and state tax benefits from realignment costs incurred during the second quarter of fiscal 2017 and overall timing of stock compensation awards. The increase in the rate for the six month period ended August 31, 2017 is attributable to the early adoption of ASU 2016-09 in fiscal 2017 and overall timing of stock compensation awards during the second quarter of fiscal 2017.

*Westinghouse Electric Company Bankruptcy Case*

The Calvert Company, Inc. and Nuclear Logistics LLC, have existing contracts with subsidiaries of Westinghouse Electric Company ("WEC"). WEC and the relevant subsidiaries filed relief under Chapter 11 of the Bankruptcy Code on March 29, 2017 in the United States Bankruptcy Court for the Southern District of New York, jointly administered as In re Westinghouse Electric Company, et al., Case No. 17-10751 (the "Bankruptcy Case"). To date, WEC has continued to operate under a Debtor-in-Possession Financing Facility and our subsidiaries continue to honor their executory contracts. Work continues on the Vogtle project, however, work has been halted by ownership at VC Summer. The Company has been collecting on post-petition amounts due and owed. The Company estimates it had approximately $7.2 million mostly in pre-petition exposure with WEC to the Company's two subsidiaries as of March 29, 2017.

## LIQUIDITY AND CAPITAL RESOURCES

We have historically met our cash needs through a combination of cash flows from operating activities along with bank and bond market debt. Our cash requirements are generally for operating activities, cash dividend payments, capital improvements, debt repayment, acquisitions and share repurchases. We believe that our cash position, cash flows from operating activities and our expectation of continuing availability to draw upon our credit facilities are sufficient to meet our cash flow needs for the foreseeable future.

For the six month period ended August 31, 2017, net cash provided by operating activities was $2.8 million, net cash used in investing activities was $26.7 million, net cash provided by financing activities was $16.0 million, and an increase of $0.2 million from the net effect of exchange rate changes on cash resulting in a net decrease in cash and cash equivalents of $7.8 million. In comparison to fiscal 2017, the results in the statement of cash flows for operating activities for the six months ended August 31, 2017, are attributable to a decrease in net income and a less favorable impact of changes in working capital. The Company's use of cash for investing activities was lower due to reduced spending for acquisitions year over year and lower capital expenditures. Cash provided by financing activities was higher during the six months ended August 31, 2017 due to increased net borrowings, which was partially offset by purchases of treasury shares.

Our working capital was $204.8 million as of August 31, 2017, as compared to $166.2 million at August 31, 2016.

On March 21, 2017, we executed the Amended and Restated Credit Agreement (the "2017 Credit Agreement") with Bank of America and other lenders. The 2017 Credit Agreement amended the Credit Agreement entered into on March 27, 2013 by the following: (i) extending the maturity date until March 21, 2022, (ii) providing for a senior revolving credit facility in a principal amount of up to $450 million, with an additional $150 million accordion, (iii) including a $75 million sublimit for the issuance of standby and commercial letters of credit, (iv) including a $30 million sublimit for swing line loans, (v) restricting indebtedness incurred in respect of capital leases, synthetic lease obligations and purchase money obligations not to exceed $20 million, (vi) restricting investments in any foreign subsidiaries not to exceed $50 million in the aggregate, and (vii) including various financial covenants and certain restricted payments relating to dividends and share repurchases as specifically set forth in the 2017 Credit Agreement. The financial covenants, as defined in the 2017 Credit Agreement, require us to maintain on a consolidated basis a Leverage Ratio not to exceed 3.25:1.0 and an Interest Coverage Ratio of at least 3.00:1.0. The 2017 Credit Agreement will be used to finance working capital needs, capital improvements, dividends, future acquisitions, letter of credit needs and share repurchases.

Interest rates for borrowings under the 2017 Credit Agreement are based on either a Eurodollar Rate or a Base Rate plus a margin ranging from 0.875% to 1.875% depending on our Leverage Ratio (as defined in the Credit Agreement). The Eurodollar Rate is defined as LIBOR for a term equivalent to the borrowing term (or other similar interbank rates if LIBOR is unavailable). The Base Rate is defined as the highest of the applicable Fed Funds rate plus 0.50%, the Prime rate, or the Eurodollar Rate plus 1.0% at the time of borrowing. The Credit Agreement also carries a Commitment Fee for the unfunded portion ranging from 0.175% to 0.30% per annum, depending on our Leverage Ratio.

As of August 31, 2017, we had $163.0 million of outstanding debt against the revolving credit facility provided and letters of credit outstanding in the amount of $23.2 million, which left approximately $263.8 million of additional credit available under the 2017 Credit Agreement.

On March 31, 2008, the Company entered into a Note Purchase Agreement (the "Note Purchase Agreement") pursuant to which the Company issued $100.0 million aggregate principal amount of its 6.24% unsecured Senior Notes (the "2008 Notes") due March 31, 2018 through a private placement (the "2008 Note Offering"). Pursuant to the Note Purchase Agreement, the Company's payment obligations with respect to the 2008 Notes may be accelerated upon any Event of Default, as defined in the Note Purchase Agreement.

The Company entered into an additional Note Purchase Agreement on January 21, 2011 (the "2011 Agreement"), pursuant to which the Company issued $125.0 million aggregate principal amount of its 5.42% unsecured Senior Notes (the "2011 Notes"), due in January of 2021, through a private placement (the "2011 Note Offering"). Pursuant to the 2011 Agreement, the Company's payment obligations with respect to the 2011 Notes may be accelerated under certain circumstances.

The 2008 Notes and the 2011 Notes each provide for various financial covenants requiring us, among other things, to a) maintain on a consolidated basis net worth (as defined in the Note Purchase Agreement) equal to at least the sum of $116.9 million plus 50.0% of future net income; b) maintain a ratio of indebtedness to EBITDA (as defined in Note Purchase Agreement) not to exceed 3.25:1.00; c) maintain on a consolidated basis a Fixed Charge Coverage Ratio (as defined in the Note Purchase Agreement) of at least 2.0:1.0; d) not at any time permit the aggregate amount of all Priority Indebtedness (as defined in the Note Purchase Agreement) to exceed 10.0% of Consolidated Net Worth.

21

159

As of August 31, 2017, the Company is in compliance with all of its debt covenants.

Historically, we have not experienced a significant impact on our operations from increases in general inflation other than for specific commodities. We have exposure to commodity price increases in both segments of our business, primarily copper, aluminum, steel and nickel based alloys in the Energy Segment and zinc and natural gas in the Metal Coatings Segment. We attempt to minimize these increases through escalation clauses in customer contracts for copper, aluminum, steel and nickel based alloys, when market conditions allow and through fixed cost contract purchases on zinc. In addition to these measures, we attempt to recover other cost increases through improvements to our manufacturing process, supply chain management, and through increases in prices where competitively feasible.

## OFF BALANCE SHEET TRANSACTIONS AND RELATED MATTERS

Other than operating leases discussed below, there are no off-balance sheet transactions, arrangements, obligations (including contingent obligations), or other relationships with unconsolidated entities or other persons that have, or may have, a material effect on financial condition, changes in financial condition, revenues or expenses, results of operations, liquidity, capital expenditures or capital resources of the Company.

## CONTRACTUAL COMMITMENTS

*Leases*

We lease various facilities under non-cancelable operating leases with an initial term in excess of one year.

*Commodity pricing*

The Company manages its exposure to commodity prices through the use of the following:

In the Energy Segment, we have exposure to commodity pricing for copper, aluminum, steel, and nickel based alloys. Because the Energy Segment does not commit contractually to minimum volumes, increases in price for these items are normally managed through escalation clauses in customer contracts, although during difficult market conditions these escalation clauses may not be obtainable. In addition, we attempt to enter into firm pricing contracts with our vendors on material at the time we receive orders from our customers to minimize risk.

In the Metal Coatings Segment, we utilize contracts with our zinc suppliers that include protective caps and fixed cost contracts to guard against rising zinc prices. We also secure firm pricing for natural gas supplies with individual utilities when possible. Management believes these agreements ensure adequate supplies and partially offset exposure to commodity price swings.

We have no contracted commitments for any commodities including steel, aluminum, natural gas, nickel based alloys, copper, zinc or any other commodity, except for those entered into under the normal course of business.

*Other*

As of August 31, 2017, we had outstanding letters of credit in the amount of $23.2 million. These letters of credit are issued for a number of reasons, but are most commonly issued in lieu of customer retention withholding payments covering warranty or performance periods.

The following summarizes our operating leases, debt principal payments, and interest payments for the remainder of the next five years and beyond.

| Fiscal: | Operating Leases | Long-Term Debt | Interest | Total |
|---|---|---|---|---|
| | | *(In thousands)* | | |
| 2018 | $ 3,501 | $ — | $ 6,392 | $ 9,893 |
| 2019 | 6,627 | 14,286 | 12,339 | 33,252 |
| 2020 | 5,502 | — | 11,893 | 17,395 |
| 2021 | 4,804 | 125,000 | 11,893 | 141,697 |
| 2022 | 4,699 | — | 5,118 | 9,817 |
| Thereafter | 21,828 | 163,000 | 525 | 185,353 |
| Total | $ 46,961 | $ 302,286 | $ 48,160 | $ 397,407 |

**Item 3. Quantitative and Qualitative Disclosures About Market Risk**

Market risk affecting our operations results primarily from changes in interest rates and commodity prices. We have only limited involvement with derivative financial instruments and are not a party to any leveraged derivatives.

In the Energy Segment, we have exposure to commodity pricing for copper, aluminum, steel and nickel based alloys. Increases in price for these items are normally managed through escalation clauses in our customers' contracts, although during difficult market conditions customers' may resist these escalation clauses. In addition, we attempt to enter into firm pricing contracts with our vendors on material at the time we receive orders from our customers to minimize risk. We manage our exposures to commodity prices, primarily zinc used in our Metal Coatings Segment, by utilizing agreements with zinc suppliers that include protective caps and fixed contracts to guard against escalating commodity prices. We also secure firm pricing for natural gas supplies with individual utilities when possible. We believe these agreements ensure adequate supplies and partially offset exposure to commodity price escalation.

As of August 31, 2017, the Company had exposure to foreign currency exchange rates related to our operations in Canada, China, Brazil, Poland, and the Netherlands.

We do not believe that a hypothetical change of 10% of the interest rates or currency exchange rates that are currently in effect or a change of 10% of commodity prices would have a significant adverse effect on our results of operations, financial position, or cash flows as long as we are able to pass along the increases in commodity prices to our customers. However, there can be no assurance that either interest rates, exchange rates or commodity prices will not change in excess of the 10% hypothetical amount or that we would be able to pass along rising costs of commodity prices to our customers, and such hypothetical change could have an adverse effect on our results of operations, financial position, and cash flows.

**Item 4. Controls and Procedures**

*Evaluation of Disclosure Controls and Procedures*

Under the supervision and with the participation of the Company's Chief Executive Officer and Chief Financial Officer, management of the Company has evaluated the effectiveness of the design and operation of the Company's disclosure controls and procedures, as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), as of the end of the period covered by this report. Based upon that evaluation, the Chief Executive Officer and the Chief Financial Officer concluded that, due to the material weakness described below, the Company's disclosure controls and procedures were not effective as of the end of the period covered by this Form 10-Q/A to provide reasonable assurance that information required to be disclosed by us in our reports filed or submitted under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms and were not effective as of the end of the period covered by this Form 10-Q/A to provide reasonable assurance that such information is accumulated and communicated to our management, including our principal executive and financial officers, as appropriate to allow timely discussions regarding required disclosure.

*Changes in Internal Controls Over Financial Reporting*

Subsequent to filing the Company's quarterly report on Form 10-Q for the period ended August 31, 2017, an error was discovered related to the Company's historical revenue recognition policies and procedures. In particular, the Company determined that for certain contracts within its Energy Segment for which revenue was historically recognized upon contract completion and transfer of title, the Company instead should have applied the percentage-of-completion method in accordance with the FASB's Accounting Standards Codification No. 605-35, *Construction-Type and Production-Type Contracts*. This error resulted in a material misstatement of the financial statements and required restatement of the financial statements included in the Company's Form 10-K for the fiscal year ended February 28, 2017 and in the Company's Form 10-Q for the quarterly periods ended May 31, 2017 and August 31, 2017. This error, which was not detected timely by management, was the result of inadequate design of controls pertaining to the Company's review and ongoing monitoring of its revenue recognition policies. The deficiency represents a material weakness in the Company's internal control over financial reporting.

Management is actively engaged in the planning for, and implementation of, remediation efforts to address the material weakness identified above. The remediation plan includes i) the implementation of new controls designed to evaluate the appropriateness of revenue recognition policies and procedures, ii) new controls over recording revenue transactions, and iii) additional training.

Management believes the measures described above and others that may be implemented will remediate the material weaknesses that we have identified. As management continues to evaluate and improve internal control over financial reporting, we may decide to take additional measures to address control deficiencies or determine to modify, or in appropriate circumstances not to complete, certain of the remediation measures identified.

Table of Contents

Subject to these remediation efforts, that were implemented after August 31, 2017, there have been no significant changes in the Company's internal control over financial reporting during the period covered by this report that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

162

## PART II. OTHER INFORMATION

### Item 1. Legal Proceedings

On January 11, 2018, Logan Mullins, acting on behalf of himself and a putative class of persons who purchased or otherwise acquired the Company's securities between April 22, 2015 and January 8, 2018, filed a class action complaint in the U.S. District Court for the Northern District of Texas against the Company and two of its executive officers, Thomas E. Ferguson and Paul W Fehlman. Logan Mullins v. ALL, Inc., et al., Case No. 4:18-cv-00025-Y The complaint alleges, among other things, that the Company's SEC filings contained statements that were rendered materially false and misleading by the Company's alleged failure to properly recognize revenue related to certain contracts in its Energy Segment in purported violation of (1) Section 10(b) of the Exchange Act and Rule 10b-5 and (2) Section 20(a) of the Exchange Act. The plaintiffs seek an award of compensatory and punitive damages, interests, attorneys' fees and costs. The Company denies the allegations and believes it has strong defenses to vigorously contest them. The Company cannot predict the outcome of this action nor when it will be resolved. If the plaintiffs were to prevail in this matter, the Company could be liable for damages, which could potentially be material and could adversely affect its financial condition or results of operations.

In addition, the Company and its subsidiaries are named defendants in various routine lawsuits incidental to our business. These proceedings include labor and employment claims, use of the Company's intellectual property, worker's compensation and various environmental matters, all arising in the normal course of business. Although the outcome of these lawsuits or other proceedings cannot be predicted with certainty, and the amount of any potential liability that could arise with respect to such lawsuits or other matters cannot be predicted at this time, management, after consultation with legal counsel, does not expect liabilities, if any, from these claims or proceedings, either individually or in the aggregate, to have a material effect on the Company's financial position, results of operations or cash flows.

### Item 1A. Risk Factors

There have been no material changes in the risk factors disclosed under Part I, Item 1A of our Annual Report on Form 10-K/A for the fiscal year ended February 28, 2017.

### Item 2. Unregistered Sales of Equity Securities and Use of Proceeds

In January of 2012, our Board authorized the repurchase of up to ten percent of the outstanding shares of our Common Stock. The share repurchase authorization does not have an expiration date, and the amount and prices paid for any future share purchases under the authorization will be based on market conditions and other factors at the time of the purchase. Repurchases under this share repurchase authorization would be made through open market purchases or private transactions in accordance with applicable federal securities laws, including Rule 10b-18 under the Exchange Act.

The following tab provides information with respect to purchases of common stock of the Company made during the three months ended August 31, 2017, by the Company or any "affiliated purchaser" as defined in Rule 10b-18(a)(3) under the Exchange act:

| Period | Total Number of Shares Purchased | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Maximum Number of Shares that May Yet Be Purchased Under the Plans or Programs |
|---|---|---|---|---|
| Jun 1, 2017 through Jun 30, 2017 | — | $ — | — | 1,152,800 |
| Jul 1, 2017 through Jul 31, 2017 | — | — | — | 1,152,800 |
| Aug 1, 2017 through Aug 31, 2017 | 50,000 | 50.04 | 50,000 | 1,102,800 |
| Total | 50,000 | $ 50.04 | 50,000 | 1,102,800 |

### Item 3. Defaults Upon Senior Securities

None.

### Item 4. Mine Safety Disclosures

None.

### Item 5. Other Information

25

163

Table of Contents

None.

**Item 6. Exhibits**

Exhibits Required by Item 601 of Regulation S-K.

A list of the exhibits required by Item 601 of Regulation S-K and filed as part of this report is set forth in the Index to Exhibits on page 28, which immediately precedes such exhibits.

26

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

AZZ Inc.
(Registrant)

DATE: April 19, 2018

By:     /s/ Paul W. Fehlman

Paul W. Fehlman
Senior Vice President,
Chief Financial Officer

27

165

## EXHIBIT INDEX

3.1     Amended and Restated Certificate of Formation of AZZ Inc. (incorporated by reference to Exhibit 3.1 to the Current Report on Form 8-K filed by the Registrant on July 14, 2015)

3.2     Amended and Restated Bylaws of AZZ Inc. (incorporated by reference to Exhibit 3.2 to the Current Report on Form 8-K filed by the Registrant on January 23, 2017)

10.1    Note Purchase Agreement dated March 31, 2008, by and among AZZ incorporated and the purchasers listed therein (incorporated by reference to Exhibit 10(1) of the Current Report on Form 8-K filed by the registrant on April 2, 2008).

10.2    AZZ incorporated Employee Stock Purchase Plan (incorporated by reference to Appendix B of the Proxy Statement for the 2008 Annual Shareholders Meeting).

10.3    Note Purchase Agreement, dated as of January 20, 2011, by and among AZZ incorporated and the purchasers identified therein (incorporated by reference to Exhibit 10.1 of the Current Report on Form 8-K filed by the registrant on January 21, 2011).

10.4    Amended and Restated Credit Agreement by and between AZZ Inc. as borrower, Bank of America N.A. as Administrative Agent, Swing Line Lender and L/C Issuer, and the other Lender's party thereto (incorporated by reference to Exhibit 10.1 to the Registrant's Current Report on Form 8-K filed March 24, 2017).

10.5*   AZZ incorporated 2014 Long Term Incentive Plan (incorporated by reference to Appendix A to the Registrant's Definitive Proxy Statement on Form DEFA filed May 29, 2014).

10.6*   First Amendment to AZZ Inc. 2014 Long Term Incentive Plan (incorporated by reference to Exhibit 10.2 to the Current Report on Form 8-K filed by the registrant on January 21, 2016.

31.1    Certification by Chief Executive Officer pursuant to Rules 13a-14(a) and 15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. Filed Herewith.

31.2    Certification by Chief Financial Officer Certificate pursuant to Rules 13a-14(a) and 15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. Filed Herewith.

32.1    Certification by Chief Executive Officer Certificate pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. Filed Herewith.

32.2    Chief Financial Officer Certificate pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. Filed Herewith.

101.INS     XBRL Instance Document

101.SCH     XBRL Taxonomy Extension Schema

101.CAL     XBRL Taxonomy Extension Calculation Linkbase

101.DEF     XBRL Taxonomy Definition Linkbase

101.LAB     XBRL Taxonomy Extension Label Linkbase

101.PRE     XBRL Taxonomy Extension Presentation Linkbase

* Management contract, compensatory plan or arrangement.

166

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended November 30, 2017

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Commission file number 1-12777

# AZZ Inc.

(Exact name of registrant as specified in its charter)

| TEXAS | 75-0948250 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

One Museum Place, Suite 500
3100 West 7th Street
Fort Worth, Texas 76107

(Address of principal executive offices, including zip code)

(817) 810-0095
(Registrant's telephone number, including area code)

NONE
(Former name, former address and former fiscal year, if changed since last report)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| Large accelerated filer | ☒ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

| Title of each class: | Outstanding at May 2, 2018: |
|---|---|
| Common Stock, $1.00 par value per share | 26,024,006 |



167

**AZZ INC.**
**INDEX**

|  |  |  | PAGE NO. |
|---|---|---|---|
| PART I. | | FINANCIAL INFORMATION | |
| | Item 1. | Financial Statements (Unaudited) | |
| | | Condensed Consolidated Balance Sheets | 3 |
| | | Condensed Consolidated Statements of Income | 4 |
| | | Condensed Consolidated Statements of Comprehensive Income | 5 |
| | | Condensed Consolidated Statements of Cash Flows | 6 |
| | | Condensed Consolidated Statement of Shareholders' Equity | 7 |
| | | Notes to Condensed Consolidated Financial Statements | 8 |
| | Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations. | 17 |
| | Item 3. | Quantitative and Qualitative Disclosures About Market Risk. | 23 |
| | Item 4. | Controls and Procedures. | 23 |
| PART II. | | OTHER INFORMATION | |
| | Item 1. | Legal Proceedings. | 24 |
| | Item 1A. | Risk Factors. | 24 |
| | Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds. | 24 |
| | Item 3. | Defaults Upon Senior Securities. | 24 |
| | Item 4. | Mine Safety Disclosures. | 25 |
| | Item 5. | Other Information. | 25 |
| | Item 6. | Exhibits. | 26 |
| | | SIGNATURES | 27 |

# PART I. FINANCIAL INFORMATION

**Item 1. Financial Statements**

## AZZ INC.
### CONDENSED CONSOLIDATED BALANCE SHEETS
(In thousands, except par value)
(Unaudited)

| | November 30, 2017 | February 28, 2017 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 10,651 | $ 11,302 |
| Accounts receivable (net of allowance for doubtful accounts of $3,300 as of November 30, 2017 and $347 as of February 28, 2017) | 148,260 | 138,470 |
| Inventories: | | |
| Raw material | 93,883 | 80,169 |
| Work-in-process | 5,834 | 6,832 |
| Finished goods | 11,655 | 7,006 |
| Costs and estimated earnings in excess of billings on uncompleted contracts | 59,365 | 50,262 |
| Deferred income taxes | — | 249 |
| Prepaid expenses and other | 5,495 | 2,762 |
| Total current assets | 335,143 | 297,052 |
| Property, plant and equipment, net | 219,173 | 228,610 |
| Goodwill | 317,364 | 306,579 |
| Intangibles and other assets, net | 157,577 | 146,113 |
| Total assets | $ 1,029,257 | $ 978,354 |
| **Liabilities and Shareholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 45,668 | $ 49,816 |
| Income tax payable | 481 | 778 |
| Accrued salaries and wages | 14,982 | 23,429 |
| Other accrued liabilities | 22,730 | 24,042 |
| Customer deposits | 3,449 | 1,459 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | 34,570 | 20,617 |
| Debt due within one year | 14,286 | 16,629 |
| Total current liabilities | 136,166 | 136,770 |
| Debt due after one year, net | 292,566 | 254,800 |
| Other long-term liabilities | 728 | — |
| Deferred income taxes | 56,021 | 53,648 |
| Total liabilities | 485,481 | 445,218 |
| Commitments and contingencies | | |
| Shareholders' equity: | | |
| Common stock, $1 par, shares authorized 100,000; 25,954 shares issued and outstanding at November 30, 2017 and 25,964 shares issued and outstanding at February 28, 2017 | 25,954 | 25,964 |
| Capital in excess of par value | 37,138 | 37,739 |
| Retained earnings | 506,943 | 498,527 |
| Accumulated other comprehensive loss | (26,259) | (29,094) |
| Total shareholders' equity | 543,776 | 533,136 |
| Total liabilities and shareholders' equity | $ 1,029,257 | $ 978,354 |

*The accompanying notes are an integral part of the condensed consolidated financial statements.*

169

**AZZ INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF INCOME**
(In thousands, except per share data)
(Unaudited)

| | Three Months Ended November 30, | | Nine Months Ended November 30, | |
| --- | --- | --- | --- | --- |
| | 2017 | 2016 | 2017 | 2016 |
| | | (Restated) | | (Restated) |
| Net sales | $ 208,158 | $ 228,116 | $ 609,770 | $ 679,272 |
| Cost of sales | 177,041 | 176,819 | 487,471 | 520,742 |
| Gross margin | 31,117 | 51,297 | 122,299 | 158,530 |
| Selling, general and administrative | 29,563 | 25,082 | 83,335 | 80,898 |
| Operating income | 1,554 | 26,215 | 38,964 | 77,632 |
| Interest expense | 3,507 | 3,654 | 10,267 | 11,159 |
| Net loss (gain) on sale of property, plant and equipment and insurance proceeds | 22 | (57) | 576 | 26 |
| Other income, net | (7) | (759) | (486) | (949) |
| Income before income taxes | (1,968) | 23,377 | 28,607 | 67,396 |
| Income tax (benefit) expense | (1,802) | 6,731 | 6,925 | 18,402 |
| Net income (loss) | $ (166) | $ 16,646 | $ 21,682 | $ 48,994 |
| Earnings (loss) per common share | | | | |
| Basic earnings per share | $ (0.01) | $ 0.64 | $ 0.83 | $ 1.89 |
| Diluted earnings per share | $ (0.01) | $ 0.64 | $ 0.83 | $ 1.88 |
| Cash dividends declared per common share | $ 0.17 | $ 0.17 | $ 0.51 | $ 0.47 |

*The accompanying notes are an integral part of the condensed consolidated financial statements.*

4

**AZZ INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**
(In thousands)
(Unaudited)

| | Three Months Ended November 30, | | Nine Months Ended November 30, | |
|---|---|---|---|---|
| | 2017 | 2016 | 2017 | 2016 |
| | | (Restated) | | (Restated) |
| Net income (loss) | $ (166) | $ 16,646 | $ 21,682 | $ 48,994 |
| Other comprehensive income (loss): | | | | |
| Foreign currency translation adjustments, net of income tax of $0 | (1,453) | (2,918) | 2,876 | (235) |
| Interest rate swap, net of income tax of $7, $7, $22, and $22, respectively. | (13) | (14) | (41) | (41) |
| Other comprehensive income (loss) | (1,466) | (2,932) | 2,835 | (276) |
| Comprehensive income (loss) | $ (1,632) | $ 13,714 | $ 24,517 | $ 48,718 |

*The accompanying notes are an integral part of the condensed consolidated financial statements.*

5

171

**AZZ INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
(In thousands)
(Unaudited)

| | Nine Months Ended November 30, | |
| --- | --- | --- |
| | 2017 | 2016 |
| | | (Restated) |
| **Cash Flows From Operating Activities** | | |
| Net income | $ 21,682 | $ 48,994 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Provision for doubtful accounts | 2,940 | 18 |
| Amortization and depreciation | 37,840 | 37,964 |
| Deferred income taxes | 2,362 | (538) |
| Net loss on disposition of property, plant and equipment due to impairment | 8,285 | 6,602 |
| Net loss on sale of property, plant and equipment and insurance proceeds | 576 | 26 |
| Amortization of deferred borrowing costs | 450 | 952 |
| Share-based compensation expense | 4,810 | 4,408 |
| Effects of changes in assets and liabilities: | | |
| Accounts receivable | (15,754) | (33,706) |
| Inventories | (11,744) | (6,795) |
| Prepaid expenses and other | (2,518) | (1,554) |
| Other assets | (57) | (2,451) |
| Net change in billings related to costs and estimated earnings on uncompleted contracts | 4,896 | (3,277) |
| Accounts payable | (5,867) | 7,588 |
| Other accrued liabilities and income taxes payable | (9,191) | (956) |
| Net cash provided by operating activities | 38,710 | 57,275 |
| **Cash Flows From Investing Activities** | | |
| Proceeds from sale or insurance settlement of property, plant and equipment | 200 | 543 |
| Purchase of property, plant and equipment | (21,533) | (29,135) |
| Acquisition of subsidiaries, net of cash acquired | (32,841) | (22,679) |
| Net cash used in investing activities | (54,174) | (51,271) |
| **Cash Flows From Financing Activities** | | |
| Proceeds from revolving loan | 273,000 | 150,000 |
| Payments on revolving loan | (174,500) | (144,000) |
| Payments on long term debt | (63,505) | (20,848) |
| Purchases of treasury shares | (7,518) | (5,282) |
| Payments of dividends | (13,266) | (12,216) |
| Net cash provided by (used in) financing activities | 14,211 | (32,346) |
| Effect of exchange rate changes on cash | 602 | (370) |
| **Net decrease in cash and cash equivalents** | (651) | (26,712) |
| Cash and cash equivalents at beginning of period | 11,302 | 40,191 |
| **Cash and cash equivalents at end of period** | $ 10,651 | $ 13,479 |
| | | |
| **Supplemental disclosures** | | |
| Cash paid for interest | $ 8,948 | $ 9,291 |
| Cash paid for income taxes | $ 8,416 | $ 17,768 |

*The accompanying notes are an integral part of the condensed consolidated financial statements.*

6

172

**AZZ INC.**
**CONDENSED CONSOLIDATED STATEMENT OF SHAREHOLDERS' EQUITY**
(In thousands)
(Unaudited)

| | Common Stock | | Capital in Excess of Par Value | Retained Earnings | Accumulated Other Comprehensive Income (Loss) | Total |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| **Balance at February 28, 2017** | 25,964 | $ 25,964 | $ 37,739 | $ 498,527 | $ (29,094) | $ 533,136 |
| Stock compensation | 16 | 16 | 4,794 | — | — | 4,810 |
| Restricted stock units | 43 | 43 | (1,259) | — | — | (1,216) |
| Stock issued for SARs | 1 | 1 | (5) | — | — | (4) |
| Employee stock purchase plan | 77 | 77 | 3,240 | — | — | 3,317 |
| Retirement of treasury shares | (147) | (147) | (7,371) | — | — | (7,518) |
| Cash dividends paid | — | — | — | (13,266) | — | (13,266) |
| Net income | — | — | — | 21,682 | — | 21,682 |
| Foreign currency translation, net of $0 income tax | — | — | — | — | 2,876 | 2,876 |
| Interest rate swap, net of $22 income tax | — | — | — | — | (41) | (41) |
| **Balance at November 30, 2017** | 25,954 | $ 25,954 | $ 37,138 | $ 506,943 | $ (26,259) | $ 543,776 |

*The accompanying notes are an integral part of the condensed consolidated financial statements.*

**AZZ INC.**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
(Unaudited)

1. **The Company and Basis of Presentation**

AZZ Inc. ("AZZ", the "Company", "our" or "we") was established in 1956 and incorporated under the laws of the State of Texas. We are a global provider of galvanizing services, welding solutions, specialty electrical equipment and highly engineered services to the power generation, transmission, distribution, refining and industrial markets. We have two distinct operating segments: the Energy Segment and Metal Coatings Segment. AZZ Energy is dedicated to delivering safe and reliable transmission of power from generation sources to end customers, and automated weld overlay solutions for corrosion and erosion mitigation to critical infrastructure in the energy markets worldwide. AZZ Metal Coatings is a leading provider of metal finishing solutions for corrosion protection, including hot dip galvanizing to the North American steel fabrication industry.

As of March 1, 2017, our Galvanizing Segment was rebranded to the Metal Coatings Segment to more closely align the description of the segment with its current offerings and served markets. There have been no changes to the underlying information reported under this operating segment for prior periods, however, the new description will be included in the operating results for future filings and include the new powder coating offerings for the current and future periods.

*Presentation*

The accompanying condensed consolidated balance sheet as of February 28, 2017, which was derived from audited financial statements, and the unaudited condensed consolidated financial statements have been prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") for interim financial information and in accordance with the instructions to Form 10-Q and Article 10 of Regulation S-X. Accordingly, they do not include all of the information and footnotes required by U.S. GAAP for complete consolidated financial statements. These financial statements should be read in conjunction with the audited financial statements and related notes for the fiscal year ended February 28, 2017, included in the Company's Annual Report on Form 10-K/A covering such period.

Our fiscal year ends on the last day of February and is identified as the fiscal year for the calendar year in which it ends. For example, the fiscal year ended February 28, 2018 is referred to as fiscal 2018.

In the opinion of management, the accompanying unaudited consolidated financial statements include all adjustments, consisting only of normal recurring adjustments, which are necessary to present fairly the financial position of the Company as of November 30, 2017, the results of its operations for the three and nine months ended November 30, 2017 and 2016, and cash flows for the nine months ended November 30, 2017 and 2016. These interim results are not necessarily indicative of results for a full year.

*Accounting Standards Recently Adopted*

In November 2015, the Financial Accounting Standards Board ("FASB") issued Accounting Standards Update ("ASU") 2015-17, *Income Taxes (Topic 740): Balance Sheet Classification of Deferred Taxes*. ASU 2015-17 simplifies the presentation of deferred taxes in a classified statement of financial position and was adopted by the Company on March 1, 2017. As a result of the adoption, the Company is required to offset deferred tax liabilities and assets, as well as any related valuation allowance, and present as a single non-current amount. However, the Company shall not offset deferred tax liabilities and assets attributable to different tax-paying components of the entity or to different tax jurisdictions. The adoption was on a prospective basis and therefore had no impact on the prior year.

*Recently Issued Accounting Pronouncements*

In January 2017, the FASB issued ASU No. 2017-04, *Intangibles-Goodwill and Other Topics (Topic 350)-Simplifying the Test for Goodwill Impairment*. This guidance simplifies the measurement of goodwill by eliminating the Step 2 impairment test. The new guidance requires companies to perform the goodwill impairment test by comparing the fair value of a reporting unit with its carrying amount. The amendment is required to be adopted prospectively. Early adoption is permitted for goodwill impairment tests performed on testing dates after January 1, 2017. The Company elected to adopt the guidance early effective for its annual goodwill impairment test performed in the fourth quarter of fiscal year 2018 and the adoption did not have a material impact on its consolidated financial statements.

174

In August 2016, the FASB issued ASU No. 2016-15, *Statement of Cash Flows (Topic 230): Classification of Certain Cash Receipts and Cash Payments*, which clarifies the presentation and classification of certain cash receipts and cash payments in the statement of cash flows. The Company will adopt the new standard effective in the first quarter of fiscal year 2019 and the adoption is not expected to have a material impact on its consolidated statements of cash flows.

In February 2016, the FASB issued ASU 2016-02, *Leases (Topic 842)*. Under the new guidance, a lessee will be required to recognize assets and liabilities for all leases with lease terms of more than 12 months. Consistent with current GAAP, the recognition, measurement, and presentation of expenses and cash flows arising from a lease by a lessee primarily will depend on its classification as finance or operating lease. This ASU will be effective for the Company in the first quarter of its fiscal year 2020 and early adoption is permitted. The ASU requires adoption based upon a modified retrospective transition approach. The Company has not yet selected a transition method, has not yet determined whether it will elect early adoption and is currently evaluating the impact of the adoption of this standard on its consolidated financial statements and related disclosures.

In May 2014, the FASB issued ASU 2014-09, *Revenue from Contracts with Customers: Topic 606* ("ASU 2014-09") which supersedes the revenue recognition requirements in ASC 605, *Revenue Recognition*. The core principle of ASU 2014-09 is to recognize revenue when promised goods or services are transferred to customers in an amount that reflects the consideration that is expected to be received for those goods or services. The standard will be effective for the Company beginning in fiscal 2019 and provides the option to adopt the guidance on a full retrospective basis or a modified retrospective basis.

The Company has substantially completed its assessment of the impacts that the standard will have on its financial statements, and determined that the adoption is not expected to have a significant impact on its results of operations, cash flows, or financial position. Based on the Company's evaluation process completed and review of its contracts with customers, the timing and amount of revenue recognized under the new standard is generally consistent with its revenue recognition policy under previous guidance. For its Metal Coatings segment, the Company will recognize revenue over time as the metal coating is applied to the customer owned material while revenue was recognized at the completion of the service under the prior guidance. However, the change is not expected to significantly impact the timing of revenue recognition except for uncompleted jobs at the end of each quarter. For its Energy segment, the Company will recognize revenues for custom built products over time if the goods do not have an alternative use to the Company and the Company has an unconditional right to payment for work completed to date plus the applicable margin. This is generally consistent with the revenue recognition pattern under the prior guidance, however the Company continues to monitor its contracts to ensure that it has an unconditional right to payment and, in the circumstances when it does not, per the guidance, it will recognize revenues at a point-in-time upon transfer of the good to the customer. For bespoke services within its Energy segment, the Company will continue to recognize revenues over time as the services are rendered, and for off-the-shelf products, the Company will continue to recognize revenue at a point-in-time upon the transfer of the goods to the customer. The Company will adopt the new standard effective in the first quarter of fiscal year 2019, using the modified retrospective approach, and will expand its consolidated financial statement disclosures in order to comply with the new standard.

**2.    Restatement of Previously Issued Financial Statements**

As previously disclosed, the Company determined that for certain contracts within its Energy Segment for which revenue was historically recognized upon contract completion and transfer of title, the Company instead should have applied the percentage-of-completion method in accordance with the FASB's Accounting Standards Codification No. 605-35, *Construction-Type and Production-Type Contracts*. In general, the percentage-of-completion method results in a revenue recognition pattern over time as a project progresses as opposed to deferring revenues until contract completion.

The Company concluded that the impact of applying the percentage-of-completion method to its revenue contracts was materially different from its previously reported results under its historical practice. As a result, the Company is restating its condensed consolidated financial statements for the periods impacted. The following financial tables reconcile the previously reported amounts to the restated amounts for each condensed consolidated financial statement.

175

The table below sets forth the condensed consolidated statements of income, including the balances originally reported, corrections and the as restated balances for each restated period (in thousands):

| | Three Months Ended November 30, | | | Nine Months Ended November 30, | | |
| | 2016 | | | 2016 | | |
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
|---|---|---|---|---|---|---|
| Net Sales | $ 227,459 | $ 657 | $ 228,116 | $ 665,171 | $ 14,101 | $ 679,272 |
| Cost of Sales | 173,593 | 3,226 | 176,819 | 506,091 | 14,651 | 520,742 |
| Gross Profit | 53,866 | (2,569) | 51,297 | 159,080 | (550) | 158,530 |
| Operating Income | 28,784 | (2,569) | 26,215 | 78,182 | (550) | 77,632 |
| Income Before Income Taxes | 25,946 | (2,569) | 23,377 | 67,946 | (550) | 67,396 |
| Income Tax Expense | 7,695 | (964) | 6,731 | 18,609 | (207) | 18,402 |
| Net Income | $ 18,251 | $ (1,605) | $ 16,646 | $ 49,337 | $ (343) | $ 48,994 |
| Earnings Per Common Share | | | | | | |
| Basic Earnings Per Share | $ 0.70 | $ (0.06) | $ 0.64 | $ 1.90 | $ (0.01) | $ 1.89 |
| Diluted Earnings Per Share | $ 0.70 | $ (0.06) | $ 0.64 | $ 1.89 | $ (0.01) | $ 1.88 |

The table below sets forth the condensed consolidated statements of comprehensive income, including the balances originally reported, corrections and the as restated balances for each restated period (in thousands):

| | Three Months Ended November 30, | | | Nine Months Ended November 30, | | |
| | 2016 | | | 2016 | | |
| | As Reported | Correction | As Restated | As Reported | Correction | As Restated |
|---|---|---|---|---|---|---|
| Net Income | $ 18,251 | $ (1,605) | $ 16,646 | $ 49,337 | $ (343) | $ 48,994 |
| Comprehensive Income | 15,319 | (1,605) | 13,714 | 49,061 | (343) | 48,718 |

The table below sets forth the condensed consolidated statements of cash flows from operating activities, including the balances originally reported, corrections and the as restated balances for each restated period (in thousands):

| | Nine Months Ended November 30, | | |
| | 2016 | | |
| | As Reported | Correction | As Restated |
|---|---|---|---|
| Cash flows from operating activities: | | | |
| Net income | $ 49,337 | $ (343) | $ 48,994 |
| Deferred income taxes | (331) | (207) | (538) |
| Inventories | (20,760) | 13,965 | (6,795) |
| Net change in billings related to costs and estimated earnings on uncompleted contracts | 8,853 | (12,130) | (3,277) |
| Other accrued liabilities and income taxes payable | 329 | (1,285) | (956) |
| Net cash provided by operating activities: | $ 57,275 | $ — | $ 57,275 |

In addition to the restated condensed consolidated financial statements, the information contained in Notes 3 and 5 has been restated.

10

3. **Earnings Per Share**

Earnings per share is based on the weighted average number of shares outstanding during each period, adjusted for the dilutive effect of stock awards.

The following table sets forth the computation of basic and diluted earnings per share (in thousands, expect per share data):

| | Three Months Ended November 30, | | Nine Months Ended November 30, | |
| --- | --- | --- | --- | --- |
| | 2017 | 2016 | 2017 | 2016 |
| | | (Restated) | | (Restated) |
| Numerator: | | | | |
| Net income (loss) for basic and diluted earnings per common share | $ (166) | $ 16,646 | $ 21,682 | $ 48,994 |
| Denominator: | | | | |
| Denominator for basic earnings per common share– weighted average shares | 25,965 | 26,005 | 25,982 | 25,974 |
| Effect of dilutive securities: | | | | |
| Employee and director stock awards | — | 128 | 67 | 130 |
| Denominator for diluted earnings per common share | 25,965 | 26,133 | 26,049 | 26,104 |
| Earnings (loss) per share basic and diluted: | | | | |
| Basic earnings (loss) per common share | $ (0.01) | $ 0.64 | $ 0.83 | $ 1.89 |
| Diluted earnings (loss) per common share | $ (0.01) | $ 0.64 | $ 0.83 | $ 1.88 |

For the three months ended November 30, 2017, 0.1 million shares related to employee and director stock awards were excluded from the diluted shares outstanding count as the effect was anti-dilutive.

4. **Share-based Compensation**

The Company has one share-based compensation plan, the 2014 Long Term Incentive Plan (the "Plan"). The purpose of the Plan is to promote the growth and prosperity of the Company by permitting the Company to grant to its employees, directors and advisors various types of restricted stock unit awards, performance share units, stock options, and stock appreciation rights to purchase common stock of the Company. The maximum number of shares that may be issued under the Plan is 1,500,000 shares. As of November 30, 2017, the Company has approximately 1,304,407 shares available for future issuance under the Plan.

*Restricted Stock Unit Awards*

Restricted stock unit awards are valued at the market price of our common stock on the grant date. Awards issued prior to fiscal 2015 generally have a three year cliff vesting schedule and awards issued subsequent to fiscal 2015 generally vest ratably over a period of three years but these awards may vest early in accordance with the Plan's accelerated vesting provisions.

The activity of our non-vested restricted stock unit awards for the nine month period ended November 30, 2017 is as follows:

| | Restricted Stock Units | Weighted Average Grant Date Fair Value |
| --- | --- | --- |
| Non-vested balance as of February 28, 2017 | 134,547 | $ 51.10 |
| Granted | 46,436 | 60.01 |
| Vested | (62,576) | 47.26 |
| Forfeited | (8,630) | 56.64 |
| Non-vested balance as of November 30, 2017 | 109,777 | $ 56.62 |

11

177

*Performance Share Unit Awards*

Performance share unit awards are valued at the market price of our common stock on the grant date. These awards have a three year performance cycle and will vest and become payable, if at all, on the third anniversary of the award date. The awards are subject to the Company's degree of achievement of a target annual average adjusted return on assets during these three year periods. In addition, a multiplier may be applied to the total awards granted which is based on the Company's total shareholder return during such three year period in comparison to a defined specific industry peer group as set forth in the plan. The activity of our non-vested performance share unit awards for the nine month period ended November 30, 2017 is as follows:

|  | Performance Stock Units | | Weighted Average Grant Date Fair Value |
|---|---|---|---|
| Non-vested balance as of February 28, 2017 | 51,426 | $ | 51.70 |
| Granted | 26,157 | | 60.20 |
| Vested | — | | — |
| Forfeited | (7,553) | | 54.31 |
| Non-vested balance as of November 30, 2017 | 70,030 | $ | 54.59 |

*Stock Appreciation Rights*

Stock appreciation rights are granted with an exercise price equal to the market value of our common stock on the date of grant. These awards generally have a contractual term of 7 years and vest ratably over a period of three years although some may vest immediately on issuance. These awards are valued using the Black-Scholes option pricing model.

A summary of the Company's stock appreciation rights activity for the nine month period ended November 30, 2017 is as follows:

|  | SARs | | Weighted Average Exercise Price |
|---|---|---|---|
| Outstanding as of February 28, 2017 | 170,139 | $ | 42.02 |
| Granted | — | | — |
| Exercised | (8,350) | | 43.31 |
| Forfeited | (2,145) | | 45.36 |
| Outstanding as of November 30, 2017 | 159,644 | $ | 41.91 |
| Exercisable as of November 30, 2017 | 159,644 | $ | 41.91 |

The average remaining contractual term for those stock appreciation rights outstanding at November 30, 2017 is 2.77 years, with an aggregate intrinsic value of $1.0 million. The average remaining contractual terms for those stock appreciation rights that are exercisable as of November 30, 2017 is 2.77 years, with an aggregate intrinsic value of $1.0 million.

*Employee Stock Purchase Plan*

The Company also has an employee stock purchase plan, which allows employees of the Company to purchase common stock of the Company through accumulated payroll deductions. Offerings under this plan have a duration of 24 months (the "offering period"). On the first day of an offering period (the "enrollment date") the participant is granted the option to purchase shares on each exercise date at the lower of 85% of the market value of a share of our common stock on the enrollment date or the exercise date. The participant's right to purchase common stock under the plan is restricted to no more than $25,000 per calendar year and the participant may not purchase more than 5,000 shares during any offering period. Participants may terminate their interest in a given offering or a given exercise period by withdrawing all of their accumulated payroll deductions at any time prior to the end of the offering period. The fair value of the estimated number of shares to be issued under each offering is determined using the Black-Scholes option pricing model. For the nine month period ended November 30, 2017, the Company issued 76,898 shares under the Employee Stock Purchase Plan.

*Share-based Compensation Expense*

Share-based compensation expense and related income tax benefits related to all the plans listed above were as follows (in thousands):

|  | Nine Months Ended November 30, | |
|  | 2017 | 2016 |
|---|---|---|
| Compensation expense | $ 4,810 | $ 4,408 |
| Income tax benefits | $ 1,684 | $ 1,411 |

Unrecognized compensation cost related to restricted stock units, performance share unit awards, stock appreciation rights, and the employee stock purchase plan at November 30, 2017 totals $7.5 million.

The Company's policy is to issue shares required under these plans from the Company's treasury shares or from the Company's authorized but unissued shares.

5.   **Segments**

*Segment Information*

Net sales and operating income by segment for each period were as follows (in thousands):

|  | Three Months Ended November 30, | | Nine Months Ended November 30, | |
|  | 2017 | 2016 | 2017 | 2016 |
|  |  | (Restated) |  | (Restated) |
|---|---|---|---|---|
| **Net Sales:** |  |  |  |  |
| Energy | $ 107,021 | $ 136,210 | $ 317,526 | $ 385,357 |
| Metal Coatings | 101,137 | 91,906 | 292,244 | 293,915 |
| Total net sales | 208,158 | 228,116 | 609,770 | 679,272 |
|  |  |  |  |  |
| **Operating Income (loss):** |  |  |  |  |
| Energy | $ (12,103) | $ 12,865 | $ (3,029) | $ 41,833 |
| Metal Coatings | 21,681 | 21,345 | 66,332 | 60,679 |
| Corporate | (8,024) | (7,995) | (24,339) | (24,880) |
| Total operating income | $ 1,554 | $ 26,215 | $ 38,964 | $ 77,632 |

Asset balances by segment for each period were as follows (in thousands):

|  | November 30, 2017 | February 28, 2017 |
|---|---|---|
| Total assets: |  |  |
| Energy | $ 568,607 | $ 536,557 |
| Metal Coatings | 447,749 | 428,330 |
| Corporate | 12,901 | 13,467 |
| Total | $ 1,029,257 | $ 978,354 |

For the three and nine months ended November 30, 2017, the Company recognized impairment charges of $8.3 million, classified within costs of sales on the consolidated statement of income, related to property, plant and equipment in the Energy segment that was retired prior to the end of its useful life.

13

179

Table of Contents

*Financial Information About Geographical Areas*

The following table presents revenue by geographic region for each period (in thousands):

| | Three Months Ended November 30, | | | | Nine Months Ended November 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2017 | | 2016 | | 2017 | | 2016 | |
| | | | (Restated) | | | | (Restated) | |
| Net sales: | | | | | | | | |
| United States | $ | 176,631 | $ | 192,183 | $ | 505,955 | $ | 551,185 |
| International | | 32,355 | | 35,933 | | 104,747 | | 128,243 |
| Eliminations | | (828) | | — | | (932) | | (156) |
| Total | $ | 208,158 | $ | 228,116 | $ | 609,770 | $ | 679,272 |

The following table presents fixed assets by geographic region for each period (in thousands):

| | November 30, 2017 | | February 28, 2017 | |
|---|---|---|---|---|
| Property, plant and equipment, net: | | | | |
| United States | $ | 195,931 | $ | 205,079 |
| Canada | | 17,668 | | 18,002 |
| Other countries | | 5,574 | | 5,529 |
| Total | $ | 219,173 | $ | 228,610 |

6.   **Warranty Reserves**

A reserve has been established to provide for the estimated future cost of warranties on a portion of the Company's delivered products and is classified within other accrued liabilities on the consolidated balance sheet. Management periodically reviews the reserves and makes adjustments accordingly. Warranties cover such factors as non-conformance to specifications and defects in material and workmanship. The following table shows changes in the warranty reserves since the end of fiscal 2017 (in thousands):

| | Warranty Reserve | |
|---|---|---|
| Balance at February 28, 2017 | $ | 2,098 |
| Warranty costs incurred | | (1,424) |
| Additions charged to income | | 1,167 |
| Balance at November 30, 2017 | $ | 1,841 |

14

180

Table of Contents

**7.    Debt**

The Company's debt consisted of the following for each of the periods presented (in thousands):

| | November 30, 2017 | February 28, 2017 |
|---|---|---|
| Senior Notes, due in balloon payment in January 2021 | $ 125,000 | $ 125,000 |
| Senior Notes, due in annual installments of $14,286 beginning in March 2012 through March 2018 | 14,286 | 28,571 |
| Term Note, due in quarterly installments beginning in June 2013 through March 2018 | — | 49,219 |
| Revolving line of credit with bank | 168,000 | 69,500 |
| Total debt | 307,286 | 272,290 |
| Unamortized debt issuance costs for Senior Notes and Term Note | (434) | (861) |
| Total debt, net | 306,852 | 271,429 |
| Less amount due within one year | (14,286) | (16,629) |
| Debt due after one year, net | $ 292,566 | $ 254,800 |

On March 21, 2017, we executed the Amended and Restated Credit Agreement (the "2017 Credit Agreement") with Bank of America and other lenders. The 2017 Credit Agreement amended the Credit Agreement entered into on March 27, 2013 by the following: (i) extending the maturity date until March 21, 2022, (ii) providing for a senior revolving credit facility in a principal amount of up to $450 million, with an additional $150 million accordion, (iii) including a $75 million sublimit for the issuance of standby and commercial letters of credit, (iv) including a $30 million sublimit for swing line loans, (v) restricting indebtedness incurred in respect of capital leases, synthetic lease obligations and purchase money obligations not to exceed $20 million, (vi) restricting investments in any foreign subsidiaries not to exceed $50 million in the aggregate, and (vii) including various financial covenants and certain restricted payments relating to dividends and share repurchases as specifically set forth in the 2017 Credit Agreement. The balance due on the $75.0 million term facility under the previous Credit Agreement was paid in full as a result of the execution of the 2017 Credit Agreement. The financial covenants, as defined in the 2017 Credit Agreement, require us to maintain on a consolidated basis a Leverage Ratio not to exceed 3.25:1.0 and an Interest Coverage Ratio of at least 3.00:1.0. The 2017 Credit Agreement will be used to finance working capital needs, capital improvements, dividends, future acquisitions, letter of credit needs and share repurchases.

Interest rates for borrowings under the 2017 Credit Agreement are based on either a Eurodollar Rate or a Base Rate plus a margin ranging from 0.875% to 1.875% depending on our Leverage Ratio (as defined in the 2017 Credit Agreement). The Eurodollar Rate is defined as LIBOR for a term equivalent to the borrowing term (or other similar interbank rates if LIBOR is unavailable). The Base Rate is defined as the highest of the applicable Fed Funds rate plus 0.50%, the Prime rate, or the Eurodollar Rate plus 1.0% at the time of borrowing. The 2017 Credit Agreement also carries a Commitment Fee for the unfunded portion ranging from 0.175% to 0.30% per annum, depending on our Leverage Ratio.

**8.    Acquisitions**

On September 6, 2017, we completed the acquisition of all the assets and outstanding shares of Powergrid Solutions, Inc. ("PSI"), a privately held company, based in Oshkosh, Wisconsin. PSI designs, engineers and manufactures customized low and medium-voltage power quality, power generation and distribution equipment. PSI's product portfolio includes metal-enclosed, metal-clad and padmount switchgear, serving the utility, commercial, industrial and renewable energy markets since 1982. The acquisition of PSI is a key addition to our electrical switchgear portfolio. The addition of PSI's low-voltage and padmount switchgear allows AZZ to offer a comprehensive portfolio of customized switchgear solutions to both existing and new customers in a diverse set of industries.

On June 30, 2017, we completed the acquisition of the assets of Enhanced Powder Coating Ltd., ("EPC"), a privately held, high specification, National Aerospace and Defense Contractors Accreditation Program, ("NADCAP"), certified provider of powder coating, plating and anodizing services based in Gainesville, Texas. EPC, founded in 2003, offers a full spectrum of finish technology including powder coating, abrasive blasting and plating for heavy industrial, transportation, aerospace and light commercial industries. The acquisition of EPC is consistent with our strategic initiative to grow our Metal Coatings segment with products and services that complement our industry-leading galvanizing business.

These acquisitions were not significant individually or in the aggregate. Accordingly, disclosures of the purchase price allocations and unaudited pro forma results of operations have not been provided.

15

9.    **Subsequent Events**

On March 31, 2018, the Company made the final principal payment of $14.3 million to fully settle the 2008 Senior Notes on the scheduled maturity date.

On March 12, 2018, the Company purchased certain assets through a bankruptcy sales process from Lectrus Corporation, a privately-held corporation based in Chattanooga, Tennessee. Lectrus designs and manufactures custom metal enclosures and provides electrical and mechanical integration. The acquisition will complement AZZ's current metal enclosure and switchgear businesses.

On February 1, 2018, the Company completed the acquisition of all the assets and outstanding shares of Rogers Brothers Company ("Rogers Brothers"), a privately held company, based in Rockford, Illinois. Rogers Brothers provides galvanizing services to a multi-state area within the Midwest. The acquisition supports AZZ's goal of continued geographic expansion as well as portfolio expansion of its metal coatings services. The goodwill arising from this acquisition was allocated to the Metal Coatings Segment and is not deductible for income tax purposes.

16

182

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

### FORWARD LOOKING STATEMENTS

Certain statements herein about our expectations of future events or results constitute forward-looking statements for purposes of the safe harbor provisions of The Private Securities Litigation Reform Act of 1995. You can identify forward-looking statements by terminology such as "may," "should," "expects," "plans," "anticipates," "believes," "estimates," "predicts," "potential," "continue," or the negative of these terms or other comparable terminology. Such forward-looking statements are based on currently available competitive, financial and economic data and management's views and assumptions regarding future events. Such forward-looking statements are inherently uncertain, and investors must recognize that actual results may differ from those expressed or implied in the forward-looking statements. In addition, certain factors could affect the outcome of the matters described herein. This Quarterly Report on Form 10-Q may contain forward-looking statements that involve risks and uncertainties including, but not limited to, changes in customer demand and response to products and services offered by AZZ, including demand by the power generation markets, electrical transmission and distribution markets, the industrial markets, and the hot dip galvanizing markets; prices and raw material cost, including zinc and natural gas which are used in the hot dip galvanizing process; changes in the political stability and economic conditions of the various markets that AZZ serves, foreign and domestic, customer requested delays of shipments, acquisition opportunities, currency exchange rates, adequacy of financing, and availability of experienced management and employees to implement AZZ's continued growth strategy; a downturn in market conditions in any industry relating to the products we inventory or sell or the services that we provide; the continuing economic volatility in the U.S. and other markets in which we operate; acts of war or terrorism inside the United States or abroad; natural disasters in the countries in which we operate; and other changes in economic and financial conditions. AZZ has provided additional information regarding risks associated with the business in AZZ's Annual Report on Form 10-K/A for the fiscal year ended February 28, 2017 and other filings with the SEC, available for viewing on AZZ's website at www.azz.com and on the SEC's website at www.sec.gov.

You are urged to consider these factors carefully in evaluating the forward-looking statements herein and are cautioned not to place undue reliance on such forward-looking statements, which are qualified in their entirety by this cautionary statement. These statements are based on information as of the date hereof and AZZ assumes no obligation to update any forward-looking statements, whether as a result of new information, future events, or otherwise.

The following discussion should be read in conjunction with management's discussion and analysis contained in our Annual Report on Form 10-K/A for the fiscal year ended February 28, 2017, and with the condensed consolidated financial statements and notes thereto included in this Quarterly Report on Form 10-Q.

*Restatement of Previously Issued Financial Statements*

As previously disclosed, we determined that for certain contracts within our Energy Segment for which revenue was historically recognized upon contract completion and transfer of title, we instead should have applied the percentage-of-completion method in accordance with the FASB's Accounting Standards Codification No. 605-35, *Construction-Type and Production-Type Contracts*. In general, the percentage-of-completion method results in a revenue recognition pattern over time as a project progresses as opposed to deferring revenues until contract completion.

We concluded that the impact of applying the percentage-of-completion method to our revenue contracts was materially different from its previously reported results under our historical practice. As a result, we are restating our consolidated financial statements for the periods impacted. See Note 2 to the Condensed Consolidated Financial Statements within Item 1 for additional information and a reconciliation of the previously reported amounts to the restated amounts.

### RESULTS OF OPERATIONS

We have two distinct operating segments, the Energy Segment and the Metal Coatings Segment, as defined in our Annual Report on Form 10-K/A for the fiscal year ended February 28, 2017. Management believes that the most meaningful analysis of our results of operations is to analyze our performance by segment. We use revenue and operating income by segment to evaluate our segments. Segment operating income consists of net sales less cost of sales and selling, general and administrative expenses that are specifically identifiable to a segment. For a reconciliation of segment operating income to consolidated operating income, see Note 5 to our quarterly consolidated financial statements included in this Quarterly Report on Form 10-Q.

17

*Orders and Backlog*

Our entire backlog relates to our Energy Segment and was $283.2 million as of November 30, 2017, a decrease of $34.8 million, or 10.9%, as compared to $317.9 million as of February 28, 2017. Our backlog decreased $26.2 million, or 8.5%, as compared to the same period in the prior fiscal year. Both of these decreases were primarily the result of a softer market in the first three quarters of fiscal 2018 and the $11.0 million de-booking from the cancellation of the Westinghouse VC Summer project noted further below during the third quarter of fiscal year 2018. For the three months ended November 30, 2017, our book-to-bill ratio decreased to 0.86 to 1 from 0.97 to 1 when compared to same period of fiscal 2017 and our incoming net orders decreased by $42.1 million, or 19.0%.

The table below includes the progression of the backlog (in thousands, unaudited, restated):

|  | Period Ended |  | Period Ended |  |
|---|---|---|---|---|
| Backlog | 2/28/2017 | $ 317,922 | 02/29/2016 | $ 310,623 |
| Net bookings |  | 193,754 |  | 250,479 |
| Acquired backlog |  | — |  | 11,903 |
| Shipments |  | 205,283 |  | 250,366 |
| Backlog | 5/31/2017 | 306,393 | 5/31/2016 | 322,639 |
| Book to ship ratio |  | 0.94 |  | 1.00 |
| Net bookings |  | 190,055 |  | 193,712 |
| Shipments |  | 196,329 |  | 200,790 |
| Backlog | 8/31/2017 | 300,119 | 8/31/2016 | 315,561 |
| Book to Ship Ratio |  | 0.97 |  | 0.96 |
| Net bookings |  | 179,783 |  | 221,874 |
| Acquired backlog |  | 11,417 |  | — |
| Shipments |  | 208,158 |  | 228,116 |
| Backlog | 11/30/2017 | 283,161 | 11/30/2016 | 309,319 |
| Book to Ship Ratio |  | 0.86 |  | 0.97 |

*Segment Revenues*

For the three and nine months ended November 30, 2017, consolidated revenues decreased $20.0 million, or 8.7%, and $69.5 million, or 10.2% as compared to the same periods in fiscal 2017.

The following table reflects the breakdown of revenue by segment (in thousands):

|  | Three Months Ended November 30, | | Nine Months Ended November 30, | |
|---|---|---|---|---|
|  | 2017 | 2016 (Restated) | 2017 | 2016 (Restated) |
| Net sales: |  |  |  |  |
| Energy | $ 107,021 | $ 136,210 | $ 317,526 | $ 385,357 |
| Metal Coatings | 101,137 | 91,906 | 292,244 | 293,915 |
| Total net sales | $ 208,158 | $ 228,116 | $ 609,770 | $ 679,272 |

Revenues for the Energy Segment decreased 21.4% for the three months ended November 30, 2017, to $107.0 million as compared to the same period in fiscal 2017. The decrease in revenue during the third quarter was caused by several factors including reduced turnarounds in the U.S. refinery market, continued softness in the petrochemical market, negative impacts from the Atlantic hurricane activity, cancellations and delays in the release of several large projects in the U.S. and overseas. Revenues decreased 17.6% for the nine months ended November 30, 2017, to $317.5 million as compared to the same period in fiscal 2017, primarily on the turnaround softness in the first half of the year and the effects on the nuclear market from the Westinghouse Electric Company bankruptcy filed on March 29, 2017.

Revenues for the Metal Coatings Segment increased 10.0% for the three months ended November 30, 2017, to $101.1 million as compared to the same period in fiscal 2017. The increase was a result of higher selling prices and higher volumes in steel processed during the period driven primarily by improvements in various markets. Revenues decreased 0.6% for the nine months ended

18

184

November 30, 2017, to $292.2 million as compared to the same period in fiscal 2017 due to lower volumes in the first half of fiscal 2018, somewhat offset by higher selling prices.

*Segment Operating Income*

Operating income for the Energy Segment decreased by $25.0 million, or 194.1%, to a loss of $12.1 million for the three months ended November 30, 2017 as compared to the same period in fiscal 2017. This decrease is attributable to the reduction in refinery turnarounds described above, which typically carry a higher margin, coupled with margin degradations on certain large projects in the U.S. and overseas. Operating income decreased $44.9 million, or 107.2%, to a loss of $3.0 million for the nine months ended November 30, 2017 as compared to the same period in fiscal 2017. This decrease is attributable to the same impact of the market as discussed for the quarterly comparison and also due to job cancellations associated with the Westinghouse bankruptcy. In addition, for the three and nine months ended November 30, 2017, the Company recognized an impairment charge of $8.3 million related to property, plant and equipment that was retired prior to the end of its useful life and a provision for doubtful accounts of $2.9 million resulting from an adverse court decision related to certain outstanding accounts receivables. No such charges were recorded in the prior year comparable periods.

Operating income for the Metal Coatings Segment increased by $0.3 million, or 1.6%, for the three months ended November 30, 2017 as compared to the same period in fiscal 2017. The slight increase was attributable to higher volumes in the third quarter of fiscal 2018, partially offset by lower margins due to an increase in the price of zinc. Operating income increased by $5.7 million, or 9.3%, for the nine months ended November 30, 2017 as compared to the same period of fiscal 2017. Excluding the impact of the realignment charges of $7.3 million taken in the second quarter of fiscal 2017, the decrease is primarily attributable to lower volumes in the first half of fiscal 2018 as compared to the prior year.

*Corporate Expenses*

Corporate expenses were relatively flat for the three months ended November 30, 2017 as compared to the prior year comparable period. For nine months ended November 30, 2017, corporate expenses decreased by $0.5 million or 2.2% as compared to the prior year comparable period due primarily to lower employee compensation costs, partially offset by the higher costs for outside professional services.

*Interest Expense*

Interest expense for the three and nine month periods ended November 30, 2017 was $3.5 million and $10.3 million, respectively. Interest expense for the three and nine month periods ended November 30, 2016 was $3.7 million and $11.2 million, respectively. The decrease in interest expense in comparison to the same respective periods in the prior year was the result of a lower average outstanding debt balance. As of November 30, 2017, our gross outstanding debt was $307.3 million, compared to $312.1 million outstanding as of November 30, 2016. Our gross debt to equity ratio was 0.57 to 1 as of November 30, 2017, compared to 0.59 to 1 as of November 30, 2016.

*Net Loss On Sale of Property, Plant and Equipment and Insurance Proceeds*

For the nine months ended November 30, 2017, the amounts recorded were primarily driven from the realized loss from a property sale in the second fiscal quarter and the amounts recorded for the three months ended November 30, 2017 were insignificant. For the three and nine months ended November 30, 2016, the amounts recorded were insignificant.

*Other Income, Net*

For the three and nine months ended November 30, 2017, the amounts recorded to other income were primarily attributable to net foreign exchange gains and royalty income. For the three and nine months ended November 30, 2016, the amounts recorded to other income were primarily attributable to an insurance receivable of $0.6 million and net foreign exchange gains.

*Income Taxes*

The provision for (benefit from) income taxes reflects an effective tax rate of (91.6%) for the three months ended November 30, 2017 as compared to 28.8% for the comparable period in fiscal 2017. The difference in rate is primarily attributable to tax credits and the decline in net income.

The provision for income taxes reflects an effective tax rate of 24.2% for the nine months ended November 30, 2017 as compared to 27.3% for the comparable period in fiscal 2017. The difference in rate is primarily attributable to state tax benefits.

19

185

*Income Taxes - Forward Looking Statement*

In December 2017, subsequent to the period covered by this Form 10-Q, the President of the U.S. signed the *Tax Cuts and Jobs Act of 2017* (the "Act"). Changes include, but are not limited to, a corporate tax rate decrease from 35% to 21% effective for tax years beginning after December 31, 2017, the elimination of certain deductions and imposing a mandatory one-time tax on accumulated earnings of foreign subsidiaries. The Act also includes international provisions, which generally establish a territorial-style system for taxing foreign source income of domestic multinational corporations. In the fourth quarter of our fiscal year 2018, the period in which the legislation was enacted, we recorded a $23.2 million reduction in tax expense related to the Act. The provisional benefit related to the remeasurement of certain deferred tax assets and liabilities was $25.0 million. The provisional expense related to the one-time tax on the mandatory deemed repatriation of foreign earnings was $1.8 million. SEC Staff Accounting Bulletin No. 118, *Income Tax Accounting Implications of the Tax Cuts and Jobs Act* ("SAB 118"), allows us to provide a provisional estimate of the impacts of the Tax Act due to the complexities involved in accounting for the enactment of the Tax Act. SAB 118 provides a measurement period that should not extend beyond one year from the enactment of the Tax Act to complete the accounting under ASC 740, *Income Taxes*. We have calculated our best estimate of the impact of the Act in our fiscal year 2018 annual income tax provision based on our understanding of the Act and guidance available at the date of this filing.

*Westinghouse Electric Company Bankruptcy Case*

We had existing contracts with subsidiaries of Westinghouse Electric Company ("WEC"). WEC and the relevant subsidiaries (the "Debtors") filed relief under Chapter 11 of the Bankruptcy Code on March 29, 2017 in the United States Bankruptcy Court for the Southern District of New York, jointly administered as In re Westinghouse Electric Company, et al., Case No. 17-10751 (the "Bankruptcy Case"). To date, WEC has continued to operate under a Debtor-in-Possession Financing Facility and we continue to honor their executory contracts. The Company has been collecting on post-petition amounts due and owed. On February 22, 2018, the United States Bankruptcy Court for the Southern District of New York approved the Debtors' Modified First Amended Disclosure Statement for the Joint Chapter 11 Plan of Reorganization. In the Disclosure Statement, the Debtors estimated a 98.9% to 100% distribution on Allowed General Unsecured Claims. We have approximately $12 million of such claims filed with the court, which includes 100% of our pre-petition claims. The total claims filed exceed the book value of our exposure.

At time of the Bankruptcy Case, we were subcontractors on various WEC engagements, including the VC Summer and Vogtle Bridge projects. The ownership of VC Summer halted work earlier in the year and, during the third quarter of fiscal 2018, we de-booked $11.0 million from backlog related to this project. Also during the third quarter of fiscal 2018, we received a notice of cancellation for the Vogtle Bridge project, which negatively impacted our sales and margin for the second half of fiscal year 2018 by approximately $6.1 million and $1.2 million, respectively.

## LIQUIDITY AND CAPITAL RESOURCES

We have historically met our cash needs through a combination of cash flows from operating activities along with bank and bond market debt. Our cash requirements are generally for operating activities, cash dividend payments, capital improvements, debt repayment, acquisitions and share repurchases. We believe that our cash position, cash flows from operating activities and our expectation of continuing availability to draw upon our credit facilities are sufficient to meet our cash flow needs for the foreseeable future.

For the nine month period ended November 30, 2017, net cash provided by operating activities was $38.7 million, net cash used in investing activities was $54.2 million, net cash provided by financing activities was $14.2 million, and an increase of $0.6 million from the net effect of exchange rate changes on cash resulting in a net decrease in cash and cash equivalents of $0.7 million. In comparison to fiscal 2017, the results in the statement of cash flows for operating activities for the nine months ended November 30, 2017, are primarily attributable to a decrease in net income, partially offset by more favorable impacts of changes in working capital and increased non-cash charges. The Company's use of cash for investing activities was higher due to increased spending for acquisitions year over year, partially offset by lower capital expenditures. Cash provided by financing activities was higher during the nine months ended November 30, 2017 due to increased net borrowings, which was partially offset by higher debt repayments.

Our working capital was $199.0 million as of November 30, 2017, as compared to $185.2 million at November 30, 2016.

On March 21, 2017, we executed the Amended and Restated Credit Agreement (the "2017 Credit Agreement") with Bank of America and other lenders. The 2017 Credit Agreement amended the Credit Agreement entered into on March 27, 2013 by the following: (i) extending the maturity date until March 21, 2022, (ii) providing for a senior revolving credit facility in a principal amount of up to $450 million, with an additional $150 million accordion, (iii) including a $75 million sublimit for the issuance of standby and commercial letters of credit, (iv) including a $30 million sublimit for swing line loans, (v) restricting indebtedness

186

incurred in respect of capital leases, synthetic lease obligations and purchase money obligations not to exceed $20 million, (vi) restricting investments in any foreign subsidiaries not to exceed $50 million in the aggregate, and (vii) including various financial covenants and certain restricted payments relating to dividends and share repurchases as specifically set forth in the 2017 Credit Agreement. The financial covenants, as defined in the 2017 Credit Agreement, require us to maintain on a consolidated basis a Leverage Ratio not to exceed 3.25:1.0 and an Interest Coverage Ratio of at least 3.00:1.0. The 2017 Credit Agreement will be used to finance working capital needs, capital improvements, dividends, future acquisitions, letter of credit needs and share repurchases.

Interest rates for borrowings under the 2017 Credit Agreement are based on either a Eurodollar Rate or a Base Rate plus a margin ranging from 0.875% to 1.875% depending on our Leverage Ratio (as defined in the Credit Agreement). The Eurodollar Rate is defined as LIBOR for a term equivalent to the borrowing term (or other similar interbank rates if LIBOR is unavailable). The Base Rate is defined as the highest of the applicable Fed Funds rate plus 0.50%, the Prime rate, or the Eurodollar Rate plus 1.0% at the time of borrowing. The Credit Agreement also carries a Commitment Fee for the unfunded portion ranging from 0.175% to 0.30% per annum, depending on our Leverage Ratio.

As of November 30, 2017, we had $168.0 million of outstanding debt against the revolving credit facility provided and letters of credit outstanding in the amount of $23.7 million, which left approximately $258.3 million of additional credit available under the 2017 Credit Agreement.

On March 31, 2008, the Company entered into a Note Purchase Agreement (the "Note Purchase Agreement") pursuant to which the Company issued $100.0 million aggregate principal amount of its 6.24% unsecured Senior Notes (the "2008 Notes") due March 31, 2018 through a private placement (the "2008 Note Offering"). On March 31, 2018, the Company made the final principal payment of $14.3 million to fully settle the 2008 Senior Notes on the scheduled maturity date.

The Company entered into an additional Note Purchase Agreement on January 21, 2011 (the "2011 Agreement"), pursuant to which the Company issued $125.0 million aggregate principal amount of its 5.42% unsecured Senior Notes (the "2011 Notes"), due in January of 2021, through a private placement (the "2011 Note Offering"). Pursuant to the 2011 Agreement, the Company's payment obligations with respect to the 2011 Notes may be accelerated under certain circumstances.

The 2008 Notes and the 2011 Notes each provide for various financial covenants requiring us, among other things, to a) maintain on a consolidated basis net worth (as defined in the Note Purchase Agreement) equal to at least the sum of $116.9 million plus 50.0% of future net income; b) maintain a ratio of indebtedness to EBITDA (as defined in Note Purchase Agreement) not to exceed 3.25:1.00; c) maintain on a consolidated basis a Fixed Charge Coverage Ratio (as defined in the Note Purchase Agreement) of at least 2.0:1.0; d) not at any time permit the aggregate amount of all Priority Indebtedness (as defined in the Note Purchase Agreement) to exceed 10.0% of Consolidated Net Worth.

As of November 30, 2017, the Company was in compliance with all of its debt covenants.

Historically, we have not experienced a significant impact on our operations from increases in general inflation other than for specific commodities. We have exposure to commodity price increases in both segments of our business, primarily copper, aluminum, steel and nickel based alloys in the Energy Segment and zinc and natural gas in the Metal Coatings Segment. We attempt to minimize these increases through escalation clauses in customer contracts for copper, aluminum, steel and nickel based alloys, when market conditions allow and through fixed cost contract purchases on zinc. In addition to these measures, we attempt to recover other cost increases through improvements to our manufacturing process, supply chain management, and through increases in prices where competitively feasible.

## OFF BALANCE SHEET TRANSACTIONS AND RELATED MATTERS

Other than operating leases discussed below, there are no off-balance sheet transactions, arrangements, obligations (including contingent obligations), or other relationships with unconsolidated entities or other persons that have, or may have, a material effect on financial condition, changes in financial condition, revenues or expenses, results of operations, liquidity, capital expenditures or capital resources of the Company.

## CONTRACTUAL COMMITMENTS

*Leases*

We lease various facilities under non-cancelable operating leases with an initial term in excess of one year.

*Commodity pricing*

21

187

The Company manages its exposure to commodity prices through the use of the following:

In the Energy Segment, we have exposure to commodity pricing for copper, aluminum, steel, tungsten and nickel based alloys. Because the Energy Segment does not commit contractually to minimum volumes, increases in price for these items are normally managed through escalation clauses in customer contracts, although during difficult market conditions these escalation clauses may not be obtainable. In addition, we attempt to enter into firm pricing contracts with our vendors on material at the time we receive orders from our customers to minimize risk.

In the Metal Coatings Segment, we utilize contracts with our zinc suppliers that include protective caps and fixed cost contracts to guard against rising zinc prices. We also secure firm pricing for natural gas supplies with individual utilities when possible. Management believes these agreements ensure adequate supplies and partially offset exposure to commodity price swings.

We have no contracted commitments for any commodities including steel, aluminum, natural gas, nickel based alloys, copper, zinc or any other commodity, except for those entered into under the normal course of business.

*Other*

As of November 30, 2017, we had outstanding letters of credit in the amount of $38.2 million, with $23.7 million issued under the 2017 Credit Agreement and $14.5 million issued by HSBC Bank (China). These letters of credit are issued for a number of reasons, but are most commonly issued in lieu of customer retention withholding payments covering warranty or performance periods.

The following summarizes our operating leases, debt principal payments, and interest payments for the remainder of the next five years and beyond.

| | Operating Leases | | Long-Term Debt | | Interest | | Total | |
|---|---|---|---|---|---|---|---|---|
| Fiscal: | | | | *(In thousands)* | | | | |
| 2018 | $ | 1,847 | $ | — | $ | 4,531 | $ | 6,378 |
| 2019 | | 6,888 | | 14,286 | | 12,161 | | 33,335 |
| 2020 | | 5,826 | | — | | 11,715 | | 17,541 |
| 2021 | | 4,932 | | 125,000 | | 11,715 | | 141,647 |
| 2022 | | 4,826 | | — | | 4,940 | | 9,766 |
| Thereafter | | 22,111 | | 168,000 | | 509 | | 190,620 |
| Total | $ | 46,430 | $ | 307,286 | $ | 45,571 | $ | 399,287 |

## CRITICAL ACCOUNTING POLICIES AND ESTIMATES

The preparation of financial statements and related disclosures in conformity with U.S. GAAP requires us to make judgments, assumptions, and estimates that affect the amounts reported in the condensed consolidated financial statements and the accompanying notes. On an ongoing basis, we evaluate our estimates and assumptions. These estimates and assumptions are based on current facts, historical experience, and various other factors that we believe are reasonable under the circumstances to determine reported amounts of assets, liabilities, revenue and expenses that are not readily apparent from other sources.

During the nine months ended November 30, 2017, there were no significant changes to our critical accounting policies and estimates as compared to the critical accounting policies and estimates disclosed in Part II, Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations, of our Annual Report on Form 10-K/A for the year ended February 28, 2017.

## RECENT ACCOUNTING PRONOUNCEMENTS

See Note 1, The Company and Basis of Presentation, in Part I, Item 1. Financial Statements, of this Quarterly Report on Form 10-Q, for a full description of recent accounting pronouncements, including the actual and expected dates of adoption and estimated effects on our consolidated results of operations and financial condition, which is incorporated herein by reference.

188

**Item 3. Quantitative and Qualitative Disclosures About Market Risk**

Market risk affecting our operations results primarily from changes in interest rates and commodity prices. We have only limited involvement with derivative financial instruments and are not a party to any leveraged derivatives.

In the Energy Segment, we have exposure to commodity pricing for copper, aluminum, steel, tungsten and nickel based alloys. Increases in price for these items are normally managed through escalation clauses in our customers' contracts, although during difficult market conditions customers' may resist these escalation clauses. In addition, we attempt to enter into firm pricing contracts with our vendors on material at the time we receive orders from our customers to minimize risk. We manage our exposures to commodity prices, primarily zinc used in our Metal Coatings Segment, by utilizing agreements with zinc suppliers that include protective caps and fixed contracts to guard against escalating commodity prices. We also secure firm pricing for natural gas supplies with individual utilities when possible. We believe these agreements ensure adequate supplies and partially offset exposure to commodity price escalation.

The Company has exposure to foreign currency exchange rates related to our operations in Canada, China, Brazil, Poland, and the Netherlands.

We do not believe that a hypothetical change of 10% of the interest rates or currency exchange rates that are currently in effect or a change of 10% of commodity prices would have a significant adverse effect on our results of operations, financial position, or cash flows as long as we are able to pass along the increases in commodity prices to our customers. However, there can be no assurance that either interest rates, exchange rates or commodity prices will not change in excess of the 10% hypothetical amount or that we would be able to pass along rising costs of commodity prices to our customers, and such hypothetical change could have an adverse effect on our results of operations, financial position, and cash flows.

**Item 4. Controls and Procedures**

*Evaluation of Disclosure Controls and Procedures*

Under the supervision and with the participation of the Company's Chief Executive Officer and Chief Financial Officer, management of the Company has evaluated the effectiveness of the design and operation of the Company's disclosure controls and procedures, as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), as of the end of the period covered by this report. Based upon that evaluation, the Chief Executive Officer and the Chief Financial Officer concluded that, due to the material weakness described below, the Company's disclosure controls and procedures were not effective as of the end of the period covered by this Form 10-Q to provide reasonable assurance that information required to be disclosed by us in our reports filed or submitted under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms and were not effective as of the end of the period covered by this Form 10-Q to provide reasonable assurance that such information is accumulated and communicated to our management, including our principal executive and financial officers, as appropriate to allow timely discussions regarding required disclosure.

*Changes in Internal Controls Over Financial Reporting*

Subsequent to filing the Company's quarterly report on Form 10-Q for the period ended August 31, 2017, an error was discovered related to the Company's historical revenue recognition policies and procedures. In particular, the Company determined that for certain contracts within its Energy Segment for which revenue was historically recognized upon contract completion and transfer of title, the Company instead should have applied the percentage-of-completion method in accordance with the FASB's Accounting Standards Codification No. 605-35, *Construction-Type and Production-Type Contracts*. This error resulted in a material misstatement of the financial statements and required restatement of the financial statements included in the Company's Form 10-K for the fiscal year ended February 28, 2017 and in the Company's Form 10-Q for the quarterly periods ended May 31, 2017 and August 31, 2017. This error, which was not detected timely by management, was the result of inadequate design of controls pertaining to the Company's review and ongoing monitoring of its revenue recognition policies. The deficiency represents a material weakness in the Company's internal control over financial reporting.

Management is actively engaged in the planning for, and implementation of, remediation efforts to address the material weakness identified above. The remediation plan includes i) the implementation of new controls designed to evaluate the appropriateness of revenue recognition policies and procedures, ii) new controls over recording revenue transactions, and iii) additional training.

Management believes the measures described above and others that may be implemented will remediate the material weaknesses that we have identified. As management continues to evaluate and improve internal control over financial reporting, we may decide to take additional measures to address control deficiencies or determine to modify, or in appropriate circumstances not to complete, certain of the remediation measures identified.

189

Subject to these remediation efforts, that were implemented after November 30, 2017, there have been no significant changes in the Company's internal control over financial reporting during the period covered by this report that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

## PART II. OTHER INFORMATION

### Item 1. Legal Proceedings

On January 11, 2018, Logan Mullins, acting on behalf of himself and a putative class of persons who purchased or otherwise acquired the Company's securities between April 22, 2015 and January 8, 2018, filed a class action complaint in the U.S. District Court for the Northern District of Texas against the Company and two of its executive officers, Thomas E. Ferguson and Paul W Fehlman. Logan Mullins v. AZZ, Inc., et al., Case No. 4:18-cv-00025-Y The complaint alleges, among other things, that the Company's SEC filings contained statements that were rendered materially false and misleading by the Company's alleged failure to properly recognize revenue related to certain contracts in its Energy Segment in purported violation of (1) Section 10(b) of the Exchange Act and Rule 10b-5 and (2) Section 20(a) of the Exchange Act. The plaintiffs seek an award of compensatory and punitive damages, interests, attorneys' fees and costs. The Company denies the allegations and believes it has strong defenses to vigorously contest them. The Company cannot predict the outcome of this action nor when it will be resolved. If the plaintiffs were to prevail in this matter, the Company could be liable for damages, which could potentially be material and could adversely affect its financial condition or results of operations.

In addition, the Company and its subsidiaries are named defendants in various routine lawsuits incidental to our business. These proceedings include labor and employment claims, use of the Company's intellectual property, worker's compensation and various environmental matters, all arising in the normal course of business. Although the outcome of these lawsuits or other proceedings cannot be predicted with certainty, and the amount of any potential liability that could arise with respect to such lawsuits or other matters cannot be predicted at this time, management, after consultation with legal counsel, does not expect liabilities, if any, from these claims or proceedings, either individually or in the aggregate, to have a material effect on the Company's financial position, results of operations or cash flows.

### Item 1A. Risk Factors

There have been no material changes in the risk factors disclosed under Part I, Item 1A of our Annual Report on Form 10-K/A for the fiscal year ended February 28, 2017.

### Item 2. Unregistered Sales of Equity Securities and Use of Proceeds

In January of 2012, our Board authorized the repurchase of up to ten percent of the outstanding shares of our Common Stock. The share repurchase authorization does not have an expiration date, and the amount and prices paid for any future share purchases under the authorization will be based on market conditions and other factors at the time of the purchase. Repurchases under this share repurchase authorization would be made through open market purchases or private transactions in accordance with applicable federal securities laws, including Rule 10b-18 under the Exchange Act.

The following tab provides information with respect to purchases of common stock of the Company made during the three months ended November 30, 2017, by the Company or any "affiliated purchaser" as defined in Rule 10b-18(a)(3) under the Exchange act:

| Period | Total Number of Shares Purchased | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Maximum Number of Shares that May Yet Be Purchased Under the Plans or Programs |
|---|---|---|---|---|
| Sep 1, 2017 through Sep 30, 2017 | — | $ — | — | 1,102,800 |
| Oct 1, 2017 through Oct 31, 2017 | 24,400 | 46.77 | 24,400 | 1,078,400 |
| Nov 1, 2017 through Nov 30, 2017 | 25,600 | 46.58 | 25,600 | 1,052,800 |
| Total | 50,000 | $ 46.67 | 50,000 | 1,052,800 |

### Item 3. Defaults Upon Senior Securities

None.

190

Table of Contents

**Item 4. Mine Safety Disclosures**

None.

**Item 5. Other Information**

None.

191

**Item 6. Exhibits**

| | |
|---|---|
| 3.1 | <u>Amended and Restated Certificate of Formation of AZZ Inc.</u> (incorporated by reference to Exhibit 3.1 to the Current Report on Form 8-K filed by the Registrant on July 14, 2015) |
| 3.2 | <u>Amended and Restated Bylaws of AZZ Inc.</u> (incorporated by reference to Exhibit 3.2 to the Current Report on Form 8-K filed by the Registrant on January 23, 2017) |
| 10.1 | <u>Note Purchase Agreement dated March 31, 2008,</u> by and among AZZ incorporated and the purchasers listed therein (incorporated by reference to Exhibit 10(1) of the Current Report on Form 8-K filed by the registrant on April 2, 2008). |
| 10.2 | <u>AZZ incorporated Employee Stock Purchase Plan</u> (incorporated by reference to Appendix B of the Proxy Statement for the 2008 Annual Shareholders Meeting). |
| 10.3 | <u>Note Purchase Agreement,</u> dated as of January 20, 2011, by and among AZZ incorporated and the purchasers identified therein (incorporated by reference to Exhibit 10.1 of the Current Report on Form 8-K filed by the registrant on January 21, 2011). |
| 10.4 | <u>Amended and Restated Credit Agreement</u> by and between AZZ Inc. as borrower, Bank of America N.A. as Administrative Agent, Swing Line Lender and L/C Issuer, and the other Lender's party thereto (incorporated by reference to Exhibit 10.1 to the Registrant's Current Report on Form 8-K filed March 24, 2017). |
| 10.5* | <u>AZZ incorporated 2014 Long Term Incentive Plan</u> (incorporated by reference to Appendix A to the Registrant's Definitive Proxy Statement on Form DEFA filed May 29, 2014). |
| 10.6* | <u>First Amendment to AZZ Inc. 2014 Long Term Incentive Plan</u> (incorporated by reference to Exhibit 10.2 to the Current Report on Form 8-K filed by the registrant on January 21, 2016. |
| 10.7* | <u>AZZ Inc. Severance Pay Plan</u> (incorporated by reference to Exhibit 10.1 to the Current Report on Form 8-K filed by the Registrant on October 3, 2017). |
| 31.1 | <u>Certification by Chief Executive Officer</u> pursuant to Rules 13a-14(a) and 15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. Filed Herewith. |
| 31.2 | <u>Certification by Chief Financial Officer Certificate</u> pursuant to Rules 13a-14(a) and 15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. Filed Herewith. |
| 32.1 | <u>Certification by Chief Executive Officer Certificate</u> pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. Filed Herewith. |
| 32.2 | <u>Chief Financial Officer Certificate</u> pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. Filed Herewith. |
| 101.INS | XBRL Instance Document |
| 101.SCH | XBRL Taxonomy Extension Schema |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase |
| 101.DEF | XBRL Taxonomy Definition Linkbase |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase |

* Management contract, compensatory plan or arrangement

26

192

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

<u>AZZ Inc.</u>
(Registrant)

DATE: May 15, 2018

By:   /s/ Paul W. Fehlman
_____
Paul W. Fehlman
Senior Vice President,
Chief Financial Officer