U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 23 2019

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| OMID ATAYI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>VS.<br><br>AZZ INC., ET AL.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ NO. 4:19-CV-928-A<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

In accordance with the notice of voluntary dismissal filed by plaintiff, Omid Atayi,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff against defendants, AZZ, Inc., Thomas E. Ferguson, and Paul W. Fehlman, in the above-styled and numbered action be, and are hereby, dismissed without prejudice to plaintiff's ability to participate as an absent class member in a class action against defendant AZZ, Inc., alleging substantially similar claims.

SIGNED December 23, 2019.

JOHN McBRYDE
United States District Judge